UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**DISCLOSURE STATEMENT**

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. 21-1168     Caption: Sony Music Entertainment v. Cox Communications, Inc.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Sony Music Entertainment, et al. (see attachment)
(name of party/amicus)

who is __Appellees__, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including all generations of parent corporations:
   
   Appellees are wholly-owned, indirect subsidiaries of Sony Corporation, a publicly traded company organized under the laws of Japan

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   Sony Corporation

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim?  ☐ YES ☑ NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Catherine E. Stetson        Date: 3/2/2021

Counsel for: (see attachment)

Print to PDF for Filing

# United States Court of Appeals for the Fourth Circuit

## Disclosure Statement Addendum

Short Title: Sony Music Entertainment v. Cox Communications, Inc.
Case No. 21-1168

Name of parties:

(Note: the parties listed below are all affiliates of Sony Corporation, which is not a party to this appeal)

- Sony Music Entertainment
- Arista Music
- Arista Records, LLC
- Laface Records LLC
- Provident Label Group, LLC
- Sony Music Entertainment US Latin LLC
- Volcano Entertainment III, LLC
- Zomba Recordings LLC
- Sony Music Publishing (US) LLC, f/k/a Sony/ATV Music Publishing LLC
    - Note that EMI Al Gallico Music Corp. and EMI Algee Music Corp., plaintiffs below, were merged into Sony/ATV Music Publishing LLC effective 3/31/2020.
- EMI April Music Inc.

1

2

- EMI Blackwood Music Inc.

- Colgems-EMI Music Inc.

- EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music

- EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music

- EMI Feist Catalog Inc.

- EMI Miller Catalog Inc.

- EMI Mills Music, Inc.

- EMI Unart Catalog Inc.

- EMI U Catalog Inc.

- Jobete Music Co. Inc.

- Stone Agate Music

- Screen Gems-EMI Music Inc.

- Stone Diamond Music Corp.