UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**DISCLOSURE STATEMENT**

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. __21-1168__     Caption: __Sony Music Entertainment v. Cox Communications, Inc.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Warner Records, Inc. f/k/a Warner Bros. Records Inc., et al. (see attachment)__
(name of party/amicus)

_____

 who is _____Appellees_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☑ YES ☐ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

   Appellees are wholly-owned, indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?   ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)   ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?   ☐ YES ☑ NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim?   ☐ YES ☑ NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Catherine E. Stetson          Date: 3/2/2021

Counsel for: (see attachment)

- 2 -

Print to PDF for Filing

# United States Court of Appeals
# for the Fourth Circuit

Disclosure Statement
Addendum

Short Title: Sony Music Entertainment v. Cox Communications, Inc.
Case No. 21-1168

Name of parties:

(Note: the parties listed below are all affiliates of Warner Music Group Corp., which is not a party to this appeal)

- Warner Records, Inc. f/k/a Warner Bros. Records Inc.

- Atlantic Recording Corporation

- Elektra Entertainment Group Inc.

- Fueled by Ramen LLC

- Roadrunner Records, Inc.

- Warner Chappell Music, Inc. f/k/a Warner/Chappell Music, Inc.

- Warner-Tamerlane Publishing Corp.

- W Chappell Music Corp. d/b/a WC Music Corp. (f/k/a WB Music Corp.)

- W.C.M. Music Corp. f/k/a W.B.M. Music Corp.

- Unichappell Music Inc.

- Rightsong Music Inc.

- Cotillion Music, Inc.

- Intersong U.S.A., Inc.

1