No. 21-1168

IN THE

# United States Court of Appeals for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,
*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants*,

(see full caption on inside cover)

On Appeal from the United States District Court
for the Eastern District of Virginia
No. 1:18-cv-950 (LO/JFA)
Hon. Liam O'Grady

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF

E. Joshua Rosenkranz
Christopher J. Cariello
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
(212) 506-5000

Brian P. Goldman
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105

*Counsel for Defendants-Appellants*

SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC; ZOMBA RECORDINGS LLC; SONY/ATV MUSIC PUBLISHING LLC; EMI AL GALLICO MUSIC CORP.; EMI ALGEE MUSIC CORP.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC INC.; COLGEMS-EMI MUSIC INC.; EMI CONSORTIUM MUSIC PUBLISHING INC.; D/B/A EMI FULL KEEL MUSIC; EMI CONSORTIUM SONGS, INC.; INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC; EMI FEIST CATALOG INC.; EMI MILLER CATALOG INC.; EMI MILLS MUSIC, INC.; EMI UNART CATALOG INC.; EMI U CATALOG INC.; JOBETE MUSIC CO. INC.; STONE AGATE MUSIC; SCREEN GEMS-EMI MUSIC INC.; STONE DIAMOND MUSIC CORP.; ATLANTIC RECORDING CORPORATION; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; ROADRUNNER RECORDS; INC.; WARNER BROS. RECORDS INC.; WARNER/CHAPPELL MUSIC; INC.; WARNER-TAMERLANE PUBLISHING CORP.; WB MUSIC CORP.; W.B.M. MUSIC CORP.; UNICHAPPELL MUSIC INC.; RIGHTSONG MUSIC INC.; COTILLION MUSIC, INC.; INTERSONG U.S.A., INC.; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; UNIVERSAL MUSIC CORP.; UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC PUBLISHING INC.; UNIVERSAL MUSIC PUBLISHING AB; UNIVERSAL MUSIC PUBLISHING LIMITED; UNIVERSAL MUSIC PUBLISHING MGB LIMITED.; UNIVERSAL MUSIC – Z TUNES LLC; UNIVERSAL/ISLAND MUSIC LIMITED; UNIVERSAL/MCA MUSIC PUBLISHING PTY. LIMITED; MUSIC CORPORATION OF AMERICA, INC. D/B/A UNIVERSAL MUSIC CORP.; POLYGRAM PUBLISHING, INC.; AND SONGS OF UNIVERSAL, INC.,

*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Rule 31(c), Defendants-Appellants Cox Communications, Inc. and CoxCom, LLC (Cox) respectfully request a 40-day extension of time to file their opening brief in this appeal. Counsel for Plaintiffs-Appellees Sony Music Entertainment et al. has indicated that Plaintiffs-Appellees do not oppose Cox's extension request.

In support of this motion, Cox states as follows:

1.      This appeal arises from a copyright dispute that was tried before a jury in a 13-day trial, in which the jury awarded Plaintiffs-Appellees a $1 billion verdict against Defendants-Appellants. On January 12, 2021, the district court entered a final judgment. D. Ct. Dkt. 723.

2.      Cox filed a timely notice of appeal on February 10, 2021. D. Ct. Dkt. 732.

3.      Pursuant to the Briefing Order of March 3, 2021, Dkt. 13, Cox's opening brief is currently due on April 12, 2021.

4.      This is Cox's first request for an extension of time to file its opening brief.

5.     The circumstances of this case warrant a briefing extension under Fourth Circuit Rule 31(c) because of the scope and complexity of the issues presented, the extensive district court proceedings, the voluminous record in the district court and on appeal, and the time required for Defendants-Appellants' appellate counsel to familiarize themselves with that record and the issues for appeal.

6.     The record on appeal is substantial.  The docket in this case reflects over 700 entries.  The parties engaged in multiple rounds of motion practice both before and after trial.  And the trial itself spanned 13 days, featured dozens of witnesses, and ultimately consumed 3000 pages of transcript.

7.     Undersigned counsel, who have been engaged as principal appellate counsel for Cox, were not counsel before the district court. Additional time is needed for appellate counsel to familiarize themselves with the record and issues and to prepare briefing.

8.     Moreover, the issues likely to be raised on appeal are novel and complex questions concerning doctrines of secondary copyright liability, statutory damages, and applicable limitations on liability and

damages awards.  These issues implicate complicated legal issues and a voluminous factual record.

9.      Additionally, undersigned appellate counsel also have overlapping deadlines in other appellate matters, including:  Petition for a Writ of Certiorari in the U.S. Supreme Court in *10X Genomics Inc. v. Bio-Rad Laboratories, Inc.*, No. 21- (due April 5, 2021); Reply in Support of a Petition for a Writ of Certiorari in the U.S. Supreme Court in *Unicolors, Inc. v. H&M Hennes & Mauritz, L.P.*, No. 20-915 (due April 15, 2021); amicus curiae brief in *Zolly v. City of Oakland*, No. S262634 in the California Supreme Court (due March 22, 2021); and Response and Reply Brief in *Kars 4 Kids, Inc. v. America Can! Cars for Kids*, Nos. 20-2813(L), 20-2900 in the U.S. Court of Appeals for the Third Circuit (due April 19, 2021).

10.      On March 11, 2021, Cox informed counsel for Plaintiffs-Appellees of this motion, and counsel has since indicated that it consents to the motion.

11.      Cox is unaware of any reason why the filing of its opening brief should be considered pressing, or any reason why Plaintiffs-Appellees would be prejudiced by the granting of this motion.

12.    The requested extension is not sought for the purpose of delay or for any other improper purpose.

13.    For the foregoing reasons, Cox respectfully requests that the Court grant its motion for a 40-day extension of time to file its opening brief, making the opening brief due May 24, 2021.

Respectfully submitted,

/s/ E. Joshua Rosenkranz

E. Joshua Rosenkranz
Christopher J. Cariello
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
(212) 506-5000

Brian P. Goldman
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105

*Counsel for Defendants-Appellants*

March 12, 2021

4

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**Effective 12/01/2016**

No. 21-1168          **Caption:** Sony Music Entertainment, et al. v. Cox Communications, Inc., et al.

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

---

**Type-Volume Limit for Briefs:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

---

**Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2), 35(b)(2) & 40(b)(1).

---

**Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6).

---

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

[✔] this brief or other document contains _____580_____ [*state number of*] words

[ ] this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

[✔] this brief or other document has been prepared in a proportionally spaced typeface using
Microsoft Word _____ [*identify word processing program*] in
14-point Century Schoolbook _____ [*identify font size and type style*]; **or**

[ ] this brief or other document has been prepared in a monospaced typeface using
_____ [*identify word processing program*] in
_____ [*identify font size and type style*].

(s) E. Joshua Rosenkranz _____

Party Name Cox Communications, Inc. and CoxCom, LLC

Dated: March 12, 2021 _____