No. 21-1168

IN THE

# United States Court of Appeals for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,

*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,

*Defendants-Appellants*,

(see full caption on inside cover)

On Appeal from the United States District Court
for the Eastern District of Virginia
No. 1:18-cv-950 (LO/JFA)
Hon. Liam O'Grady

## JOINT MOTION TO DEFER FILING OF JOINT APPENDIX

Catherine E. Stetson
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600

*Counsel for Plaintiffs-Appellees*

E. Joshua Rosenkranz
Christopher J. Cariello
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Brian P. Goldman
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

*Counsel for Defendants-Appellants*

SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA
RECORDS, LLC, LAFACE RECORDS LLC, PROVIDENT
LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US
LATIN, VOLCANO ENTERTAINMENT III, LLC; ZOMBA
RECORDINGS LLC; SONY/ATV MUSIC PUBLISHING LLC;
EMI AL GALLICO MUSIC CORP.; EMI ALGEE MUSIC
CORP.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC
INC.; COLGEMS-EMI MUSIC INC.; EMI CONSORTIUM
MUSIC PUBLISHING INC.; D/B/A EMI FULL KEEL MUSIC;
EMI CONSORTIUM SONGS, INC.; INDIVIDUALLY AND
D/B/A EMI LONGITUDE MUSIC; EMI FEIST CATALOG
INC.; EMI MILLER CATALOG INC.; EMI MILLS MUSIC,
INC.; EMI UNART CATALOG INC.; EMI U CATALOG INC.;
JOBETE MUSIC CO. INC.; STONE AGATE MUSIC; SCREEN
GEMS-EMI MUSIC INC.; STONE DIAMOND MUSIC CORP.;
ATLANTIC RECORDING CORPORATION; BAD BOY RECORDS
LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY
RAMEN LLC; ROADRUNNER RECORDS; INC.; WARNER
BROS. RECORDS INC.; WARNER/CHAPPELL MUSIC; INC.;
WARNER-TAMERLANE PUBLISHING CORP.; WB MUSIC
CORP.; W.B.M. MUSIC CORP.; UNICHAPPELL MUSIC INC.;
RIGHTSONG MUSIC INC.; COTILLION MUSIC, INC.;
INTERSONG U.S.A., INC.; UMG RECORDINGS, INC.;
CAPITOL RECORDS, LLC; UNIVERSAL MUSIC CORP.;
UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC
PUBLISHING INC.; UNIVERSAL MUSIC PUBLISHING AB;
UNIVERSAL MUSIC PUBLISHING LIMITED; UNIVERSAL
MUSIC PUBLISHING MGB LIMITED.; UNIVERSAL MUSIC –
Z TUNES LLC; UNIVERSAL/ISLAND MUSIC LIMITED;
UNIVERSAL/MCA MUSIC PUBLISHING PTY. LIMITED;
MUSIC CORPORATION OF AMERICA, INC. D/B/A
UNIVERSAL MUSIC CORP.; POLYGRAM PUBLISHING, INC.;
AND SONGS OF UNIVERSAL, INC.,

*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants.*

Pursuant to Federal Rule of Appellate Procedure 30(c) and Fourth Circuit Rule 31(d)(3), the parties jointly and respectfully request to defer filing the joint appendix until 21 days after Plaintiffs-Appellees' brief is served.

In support of this motion, the parties state as follows:

1.      Pursuant to this Court's briefing order of March 3, 2021, the parties' joint appendix is currently due on April 12, 2021.[*]

2.      Federal Rule of Appellate Procedure 30(c) provides that "preparation of the appendix may be deferred until after the briefs have been filed," and if that happens, "the appendix may be filed 21 days after the appellee's brief is served."  *See also* Fourth Circuit Rule 31(d)(3).

3.      A deferred appendix is appropriate in this case given the voluminous record, the scope and complexity of the issues presented on appeal, and this Court's admonition that the parties shall not include unnecessary appendix materials.  *See* Fourth Circuit Rule 30(a), (b)(1);

---

[*] Contemporaneous with this motion, Defendants-Appellants Cox Communications, Inc. and CoxCom, LLC have moved, without opposition, to extend the time to file the opening brief by 40 days, which would make the opening brief due May 24, 2021.

1

*see also* FRAP 30(b)(1) ("The parties must not engage in unnecessary designation of parts of the record.").

4.    This appeal concerns several years of litigation, including a jury trial. The record is thousands of pages.

5.    A deferred joint appendix, following the guidelines established by FRAP 30(c) and Fourth Circuit Rule 31(d)(3), would ensure that the appendix is limited to the parts of the record identified by the parties in their briefs. That will facilitate the Court's review of the issues while conserving party resources. *See* Fourth Circuit Rule 30(b)(1) ("The use of a selectively abridged record allows the judges to refer easily to relevant parts of the record and saves the parties the considerable expense of reproducing the entire record.").

6.    In contrast, designating appendix materials before the briefs are filed would require the parties to broadly designate materials based on their current expectation of all the arguments that may be made, and which record materials could be relevant to those arguments. The parties would have to err on the side of overinclusion and, given the size of the record, the result could be a joint appendix that includes unnecessary materials.

7.    For these reasons, the parties respectfully request that the Court grant this motion to defer the filing of the joint appendix until 21 days after Plaintiffs-Appellees' brief is due.

Respectfully submitted,


*/s/ Catherine E. Stetson\**
Catherine E. Stetson
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600

*Counsel for Plaintiffs-Appellees*

*Catherine E. Stetson consented to the use of her electronic signature herein

*/s/ E. Joshua Rosenkranz*
E. Joshua Rosenkranz
Christopher J. Cariello
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Brian P. Goldman
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105

*Counsel for Defendants-Appellants*


March 12, 2021

3

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**Effective 12/01/2016**

No. 21-1168    **Caption:** Sony Music Entertainment, et al. v. Cox Communications, Inc., et al.

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

---

**Type-Volume Limit for Briefs:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines.    Appellee's Opening/Response Brief  may not exceed 15,300 words or 1,500 lines.  A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type.  See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

---

**Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words.  Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2), 35(b)(2) & 40(b)(1).

---

**Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger.  A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6).

---

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

[✓]    this brief or other document contains ___414___    [*state number of*] words

[ ]    this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

[✓]    this brief or other document has been prepared in a proportionally spaced typeface using
Microsoft Word_____ [*identify word processing program*] in
14-point Century Schoolbook_____ [*identify font size and type style*]; **or**

[ ]    this brief or other document has been prepared in a monospaced typeface using
_____ [*identify word processing program*] in
_____ [*identify font size and type style*].

(s) E. Joshua Rosenkranz_____

Party Name Cox Communications, Inc. and CoxCom, LLC

Dated: March 12, 2021_____