# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 23, 2021

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   21-1168,         Sony Music Entertainment v. Cox Communications, Inc.
                       1:18-cv-00950-LO-JFA

TO:   Universal Music Publishing MGB Limited
      Polygram Publishing, Inc.
      Songs of Universal, Inc.
      W.C.M. Music Corp.
      Universal Music Publishing AB
      Universal Music Publishing Inc.
      Universal/MCA Music Publishing Pty. Limited
      Universal Music - Z Tunes LLC
      Universal Publishing Limited
      Arista Music
      Universal Music -MGB NA LLC
      Universal Music Corporation
      Universal/Island Music Limited

REQUESTED FORM(S) DUE:  March 26, 2021

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

| | |
|---|---|
| [ ] Docketing statement - Criminal or | Docketing statement - Civil or Agency |
| [ x ] Disclosure Statement | |
| [ x ] Appearance of counsel [eFiler status required] | |
| [ ] Transcript order form | |

Joy Hargett Moore, Deputy Clerk
804-916-2702