No. 21-1168

IN THE

# United States Court of Appeals for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,
*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants*,

## UNNOPOSED MOTION TO WITHDRAW AS COUNSEL

Brian P. Goldman of the law firm Orrick, Herrington & Sutcliffe LLP respectfully moves to withdraw as counsel for Defendants-Appellants Cox Communications, Inc. and CoxCom, LLC (Cox) as he will no longer be associated with the law firm. All other counsel who have entered appearances for Cox in this matter will remain as counsel.

Counsel for Plaintiffs-Appellees do not oppose this motion.

1

                                        Respectfully submitted,

                                        */s/Brian P. Goldman*

| | |
|---|---|
| Michael S. Elkin | Brian P. Goldman |
| Jennifer A. Golinveaux | ORRICK, HERRINGTON & |
| Geoffrey P. Eaton |    SUTCLIFFE LLP |
| WINSTON & STRAWN LLP | 405 Howard Street |
| 200 Park Avenue | San Francisco, CA 94105 |
| New York, NY  10166 | (415) 773-5700 |
| | Brian.goldman@orrick.com |
| Mark S. Davies | |
| Sheila A. Baynes | E. Joshua Rosenkranz |
| ORRICK, HERRINGTON & | Christopher J. Cariello |
|    SUTCLIFFE LLP | Rachel G. Shalev |
| 1152 15th Street NW | Alexandra Bursak |
| Washington, DC  20005 | ORRICK, HERRINGTON & |
| |    SUTCLIFFE LLP |
| | 51 West 52nd Street |
| | New York, NY  10019 |
| | (212) 506-5000 |

                        *Counsel for Defendants-Appellants*

May 12, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system on May 12, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Brian P. Goldman*
Brian P. Goldman
*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. 32(g), this motion complies with the type-volume limitation of Fed. R. App. P. 327(d)(2) because this motion contains 62 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B) and Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in Century Schoolbook 14-point font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Brian P. Goldman*
Brian P. Goldman
*Counsel for Defendants-Appellants*
