UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __21-1168__ as

[✔] Retained   [ ] Court-appointed(CJA)   [ ] CJA associate   [ ] Court-assigned(non-CJA)   [ ] Federal Defender
[ ] Pro Bono   [ ] Government

COUNSEL FOR: Amici Curiae Intellectual Property Law Professors (see attachment)

_____ as the
(party name)

[ ] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [✔] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

Phillip R. Malone
Name (printed or typed)

650-725-6369
Voice Phone

Mills Legal Clinic at Stanford Law School
Firm Name (if applicable)

_____
Fax Number

559 Nathan Abbott Way

Stanford, CA 94305
Address

pmalone@law.stanford.edu
E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

_____          _____
          Signature                                       Date

1/28/2020  SCC

## ATTACHMENT TO APPEARANCE OF COUNSEL

**Professor John R. Allison**
McCombs School of Business, University of Texas at Austin

**Professor Ann Bartow**
University of New Hampshire Franklin Pierce School of Law

**Professor Michael A. Carrier**
Rutgers Law School

**Professor Andrew Chin**
University of North Carolina School of Law

**Professor Brian L. Frye**
University of Kentucky College of Law

**Professor Jim Gibson**
University of Richmond School of Law

**Professor Eric Goldman**
Santa Clara University School of Law

**Professor Stacey M. Lantagne**
University of Mississippi School of Law

**Professor Mark A. Lemley**
Stanford Law School

**Professor Yvette Joy Liebesman**
Saint Louis University School of Law

**Professor Mark McKenna**
Notre Dame Law School

**Professor Viva R. Moffat**
University of Denver Sturm College of Law

**Professor Tyler T. Ochoa**
Santa Clara University School of Law

**Professor Blake E. Reid**
University of Colorado Law School

**Professor Guy A. Rub**
Michael E. Moritz College of Law, The Ohio State University

**Professor Pamela Samuelson**
University of California Berkeley Law School

**Professor Rebecca Tushnet**
Harvard Law School