## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

SONY MUSIC ENTERTAINMENT, *et al.*,

    *Plaintiffs-Appellees*,

  v.

COX COMMUNICATIONS, INC. AND
COXCOM, LLC,

    *Defendants-Appellants*.

No. 21-1168

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR A
## 40-DAY EXTENSION OF TIME FOR FILING RESPONSIVE BRIEF

Plaintiffs-Appellees Sony Music Entertainment, et al., respectively move for a 40-day extension of time to file their response brief in this appeal.

1.    Under the current briefing order, Appellees' response brief is due June 23, 2021 and the parties' joint appendix is due on July 7, 2021. *See* Dkt. 18. The current briefing order reflects the Court's grant of an earlier request made by the Defendants-Appellants for a 40-day extension of time to file their opening brief. *See* Dkt. 14. The current briefing order also reflects the Court's grant of an earlier request made by the Appellants to defer the filing of the Joint Appendix. *See* Dkt. 17.

2.    With a 40-day extension, the response brief would be due on August 2, 2021. The deadline for the parties' deferred joint appendix would also travel with the extension, making the joint appendix due on August 16, 2021.

3.    The circumstances of this case warrant a briefing extension under Fourth Circuit Local Rule 31(c) because of the numerosity of the issues presented, the voluminous record in the district court and on appeal, and Appellees' counsel's parallel deadlines and obligations.

a.    Appellants have raised several different challenges to the jury's verdict on copyright liability and statutory damages.

b.    The record on appeal is substantial.  The docket in this case reflects over 700 entries.  The parties engaged in multiple rounds of motion practice both before and after trial.  And the trial itself spanned 13 days, featured dozens of witnesses, and ultimately consumed 3000 pages of transcript.  Undersigned counsel, who have been engaged as principal appellate counsel for Appellees, were not counsel before the District Court.  Additional time is needed for appellate counsel to familiarize themselves with the record and issues and to prepare briefing.

c.    Counsel for Appellees have several other parallel deadlines and obligations that support an extension of the time to file the opening brief and joint appendix.  These include: (a) filing an amicus brief in the United States Supreme Court in *Hemphill v. New York*, No. 20-637, due on June 29, 2021; (b) filing a brief for appellees in *National Railroad Passenger Corp. v. Southeast Pennsylvania Transportation Auth.*, No. 21-7021 (D.C. Cir.), due July 7; (c) filing a combined opposition and reply in support of summary judgment in *Novartis Pharmaceuticals,*

*Inc.* v. *Espinosa*, No. 21-1479 (D.D.C.), due July 9; (d) filing an opening brief in *Northstar Wireless v. FCC*, No. 18-1209 (D.C. Cir.), due July 12; (e) filing a reply brief in *Blue Cross Blue Shield of Georgia v. Kirby*, No. A21A1387 (Ga. Ct. App.), due July 12; (f) filing post-trial response briefs in *McCollum v. Sealey*, No. 15-451 (E.D.N.C.), likely to fall in mid-July 2021; and (g) travel commitments and other work on non-public matters in July.

4.     Appellees have not previously sought an extension of this deadline.

5.     Counsel for Appellants have authorized counsel to indicate that this motion is unopposed.

For these reasons, Appellees request that this Court find that good cause exists for this first request and grant the motion for a 40-day extension of time to file their responsive brief. With the deferred joint appendix scheduled to be filed two weeks after the responsive brief, the extended deadlines for each submission would be August 2 and August 16 respectively.

June 7, 2021

Respectfully submitted,

/s/ Catherine E. Stetson

Catherine E. Stetson
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel:  (202) 637-5491
Fax: (202) 637-5910
cate.stetson@hoganlovells.com


*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in Times New Roman 14-point font using Microsoft Word 2010.  I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 543 words.

June 7, 2021                                 /s/ Catherine E. Stetson
                                             Catherine E. Stetson

**CERTIFICATE OF SERVICE**

I certify that on June 7, 2021, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

June 7, 2021                                  /s/ Catherine E. Stetson
                                             Catherine E. Stetson