IN THE
# United States Court of Appeals for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,
*Plaintiffs-Appellees,*

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of Virginia
No. 1:18-cv-950 (LO/JFA)
Hon. Liam O'Grady

## JOINT APPENDIX VOLUME I OF VII
## JA1-JA259

Catherine E. Stetson
Jo-Ann Tamila Sagar
Patrick C. Valencia
HOGAN LOVELLS US LLP
555 13th St. NW
Washington, DC 20004
(202) 637-5491
cate.stetson@hoganlovells.com

*Counsel for Plaintiffs-
Appellees*

E. Joshua Rosenkranz
Christopher J. Cariello
Rachel G. Shalev
Alexandra Bursak
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
jrosenkranz@orrick.com

*Counsel for Defendants-
Appellants*

## Additional Counsel

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., N.W., 5th fl.
Washington, D.C. 20016
(202) 480-2999
matt@oandzlaw.com

*Counsel for Plaintiffs-
Appellees*

Michael S. Elkin
Jennifer A. Golinveaux
Geoffrey P. Eaton
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Mark S. Davies
Sheila A. Baynes
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

*Counsel for Defendants-
Appellants*

# JOINT APPENDIX INDEX

**VOLUME I**

Docket, Eastern District of Virginia, No. 1:18-cv-00950-LO-JFA....... JA1

Complaint and Jury Demand, July 31, 2018, Dkt. No. 1 ................ JA159

First Amended Complaint and Jury Demand, April 23, 2019,
Dkt. No. 136.................................................................................... JA189

Declaration of Jeffrey M. Gould in Support of Plaintiffs' Motion for
Summary Judgment, August 30, 2019, Dkt. No. 325-1

      Exhibit 22 (PX-240), Email to CCI – DAB Abuse Team
      from Matt Carothers re DAB Abuse Call Meeting
      Minutes, January 12, 2010 ........................................... JA217

      Exhibit 39 (PX-19) List of Ticket Data History
      (**Digital Media Volume**)............................................... JA219

      Exhibit 55 (PX-347), Email to HRD-TOC and
      CCI – Abuse Corporate from Andrew Thompson re
      Termination Review – 19029047, June 12, 2014 .......... JA220

      Exhibit 62 (PX-277), Email to HRD-TOC and
      CCI – Abuse Corporate from Jason Zabek re
      CATS 7442149, March 5, 2011 ..................................... JA223

Order Granting Motions to Strike Declarations, dated
October 23, 2019 Dkt. No. 521 ......................................................... JA225

Appendix A, Cox's Proposed Jury Instructions, dated
October 25, 2019 Dkt. No. 606-1, *excerpted* .................................... JA227

Amended Memorandum Opinion and Order, November 27, 2019,
Dkt. No. 610.................................................................................... JA230

Cox's Proposed Verdict Form, December 2, 2019,
Dkt. No. 617, *excerpted*.................................................................... JA256

## VOLUME II

**Excerpts from Trial Transcript, December 2, 2019, Dkt. No. 628** ................................................................ JA260

    Opening Statement by Plaintiffs' Counsel ............................ JA263

    Direct Examination of Dennis Kooker .................................. JA273

    Cross Examination of Dennis Kooker .................................. JA289

**Excerpts from Trial Transcript AM, December 3, 2019, Dkt. No. 629** ................................................................ JA293

    Direct Examination of David Kokakis .................................. JA296

    Cross-Examination of David Kokakis .................................. JA299

    Redirect Examination of David Kokakis ............................... JA312

    Direct Examination of Alasdair McMullan ........................... JA314

    Cross-Examination of Alasdair McMullan ............................ JA321

    Direct Examination of Steven Marks ................................... JA324

**Excerpts from Trial Transcript PM, December 3, 2019, Dkt. No. 630** ................................................................ JA336

    Direct Examination of Steven Marks ................................... JA338

    Cross-Examination of Steven Marks .................................... JA349

**Excerpts from Trial Transcript AM, December 4, 2019, Dkt. No. 637** ................................................................ JA352

    Direct Examination of Barbara A. Frederiksen-Cross ........... JA355

**Excerpts from Trial Transcript PM, December 4, 2019, Dkt. No. 638** ................................................................. JA379

    Direct Examination of Samuel Bahun................................... JA382

**Excerpts from Trial Transcript PM, December 5, 2019, Dkt. No. 640** ................................................................. JA391

    Direct Examination of Linda Trickey ................................... JA394

**Excerpts from Trial Transcript AM, December 6, 2019, Dkt. No. 641** ................................................................. JA403

    Direct Examination of Linda Trickey ................................... JA406

**Excerpts from Trial Transcript PM, December 6, 2019, Dkt. No. 642** ................................................................. JA417

    Cross-Examination of Linda Trickey .................................... JA420

    Direct Examination of Roger L. Vredenburg......................... JA440

**Excerpts from Trial Transcript AM, December 9, 2019, Dkt. No. 649** ................................................................. JA450

    Direct Examination of Matthew J. Flott ............................... JA453

    Cross-Examination of Matthew J. Flott ................................ JA460

    Direct Examination of Jason Zabek (via deposition) ............. JA463

**Excerpts from Trial Transcript PM, December 9, 2019, Dkt. No. 650** ................................................................. JA471

    Direct Examination of Jason Zabek (via deposition) ............. JA474

    Direct Examination of Brent Beck........................................ JA484

**Excerpts from Trial Transcript AM, December 10, 2019, Dkt. No. 653** ................................................................. JA502

    Cross-Examination of Brent Beck ........................................ JA505

Redirect Examination of Brent Beck ...................................... JA515

Direct Examination of Carothers............................................ JA517

**Excerpts from Trial Transcript PM, December 10, 2019, Dkt. No. 654** ................................................................... JA526

Cross-Examination of Matt Carothers .................................. JA529

Redirect Examination of Matt Carothers.............................. JA540

Direct Examination of Joseph Sikes (via deposition)............. JA547

Direct Examination of Jorge C. Fuenzalida (via deposition) . JA568

**Excerpts from Trial Transcript AM, December 11, 2019, Dkt. No. 655** ................................................................... JA574

Direct Examination of William H. Lehr ................................ JA577

Cross-Examination of William H. Lehr................................. JA616

**Excerpts from Trial Transcript PM, December 11, 2019, Dkt. No. 656** ................................................................... JA626

Direct Examination of Siddhartha Negretti.......................... JA629

Cross-Examination of Siddhartha Negretti ........................... JA647

Direct Examination of Lynne Janet Weber, Ph.D................. JA655

**Excerpts from Trial Transcript AM, December 12, 2019, Dkt. No. 657** ................................................................... JA670

Direct Examination of Randy Cadenhead (via deposition).... JA673

**Excerpts from Trial Transcript PM, December 12, 2019, Dkt. No. 658** ................................................................... JA687

Direct Examination of Nick Feamster.................................. JA690

Jury Instruction Conference ................................................ JA703

**Excerpts from Trial Transcript AM, December 16, 2019, Dkt. No. 659** ................................................................ JA712

    Cross-Examination of William Christopher Bakewell ........... JA715

**Excerpts from Trial Transcript PM, December 16, 2019, Dkt. No. 660** ................................................................ JA724

    Direct Examination Kevin Christopher Almeroth ................ JA727

    Cross Examination of Kevin Christopher Almeroth .............. JA739

    Jury Instruction Conference .................................................. JA740

**Excerpts from Trial Transcript AM, December 17, 2019, Dkt. No. 672** ................................................................ JA747

    Preliminary Matters Outside Jury's Presence ...................... JA750

    Cross-Examination of Sanford Mencher ................................ JA756

    Direct Examination of Christian D. Tregillis ........................ JA763

**Excerpts from Trial Transcript PM, December 17, 2019, Dkt. No. 673** ................................................................ JA771

    Cross-Examination of Christian D. Tregillis ......................... JA774

    Discussion outside Presence of Jury ..................................... JA781

    Court's Jury Instructions ...................................................... JA787

**Excerpts from Trial Transcript, December 18, 2019, Dkt. No. 674** ................................................................ JA805

    Closing Argument by Mr. Oppenheim ................................... JA808

    Rebuttal Argument by Mr. Oppenheim ................................. JA812

## VOLUME III

Cox's Initial Motion for Judgment as a Matter of Law Under
Federal Rule of Civil Procedure 50(A), December 17, 2019,
Dkt. No. 651, *excerpted*.................................................................. JA815

Verdict Form, December 19, 2019, Dkt. No. 669............................ JA822

Cox's Memorandum of Law in Support of its Renewed Motion for
Judgement as a Matter of Law or, in the Alternative, a New Trial
Under Federal Rules of Civil Law Procedure 50(B) and 59(A),
January 31, 2020, Dkt. No. 682, *excerpted* ...................................... JA824

Memorandum in Opposition to Cox's Renewed Motion for Judgment
as a Matter of Law or New Trial, dated February 28, 2020,
Dkt. No. 699, *excerpted*.................................................................. JA855

Memorandum Opinion & Order, June 2, 2020, Dkt. No. 707 ......... JA862

Cox's Post-Trial Response Brief Regarding Derivative and Dropped
Works, August 3, 2020, Dkt. No. 711, *excerpted*............................. JA937

    Schedule 1, Derivative Works With Unique Track Names,
    August 3, 2020 Undated Dkt. No. 711-3................................ JA946

    Schedule 2, Non-Derivative Works With Unique Track
    Names, August 3, 2020, Dkt. No. 711-4................................ JA1027

    Schedule 3, Derivative Works With Non-Unique Track
    Names, August 3, 2020 Dkt. No. 711-5 ................................ JA1032

Plaintiff's Post-Trial Brief Pursuant to This Courts' June 2 Order,
October 2, 2020, Dkt. No. 718, *excerpted* ...................................... JA1039

Order, Jury Determination of Number of Works Infringed Stands,
January 12, 2021, Dkt. No. 721 .................................................... JA1047

Judgment, January 12, 2021, Dkt. No. 723................................... JA1053

Cox's Notice of Appeal, February 10, 2021, Dkt. No.732 .............. JA1054

**VOLUME IV**

**Trial Exhibits**

DX-63, Memorandum of Understanding, July 6, 2011, *excerpted*  JA1058

DX-114, Cox Communications Policies,
updated October 18, 2011, *excerpted* ............................................ JA1060

DX-210 Cox Customer Safety and Abuse Operation, Residential
Abuse Ticket Handling Procedures, *excerpted* .............................. JA1063

DX-239, Opportunities to Maximize Demand for Residential
Internet Service – Non-Conjoint Report, Draft Report,
August 19, 2014.............................................................................. JA1066

DX-337, Cox rate card, 2013 and 2014 List Prices........................ JA1123

DX-496 Email to Cox Customer Safety re Notice of Copyright
Infringement, February 4, 2013...................................................... JA1126

PX-1, List of Record Company Plaintiffs' Copyrighted Sound
Recordings, undated........................................................................ JA1131

PX-2, List of Music Publisher Plaintiffs' Copyrighted
Compositions, undated.................................................................... JA1270

PX-14, Produced in Native Format Slip Sheet, Excel Spreadsheet,
List of Infringement Detected, undated
(**Digital Media Volume**)............................................................. JA1352

PX-19, Produced in Native Format Slip Sheet, Excel Spreadsheet,
List of Ticket Data History, undated (**Digital Media Volume**).. JA1353

PX-32A, Email from Cox Customer Safety re Notice of Copyright
Infringement, undated .................................................................... JA1354

PX-164, Cox Communications, Abuse Department CBS Ticket
Handling Procedures Release 1.0, January 17, 2007, *excerpted* ... JA1359

PX-165, Cox Communications, Abuse Department Ticket Handling
Procedures Release 1.6, September 18, 2008, *excerpted* ............... JA1365

PX-172, Cox Communications, Abuse Department CBS Ticket
Handling Procedures Release 1.0, November 1, 2010, *excerpted*.. JA1370

PX-174, Cox Communications, Abuse Department Ticket Handling
Procedures Release 3.4, August 24, 2011, *excerpted* ..................... JA1376

PX-175, Cox Communications Policies, Cox High Speed Internet
Acceptable Use Policy, November 18, 2011 ................................. JA1389

**VOLUME V**

PX-179, Cox Communications, Customer Safety and Abuse
Operations, Residential Abuse Ticket Handling Procedures,
October 18, 2012, *excerpted* ............................................. JA1409

PX-181, Cox Communications, Customer Safety & Abuse
Operations Cox Business Abuse Ticket Handling Procedures
Release 3.0, November 1, 2012, *excerpted* .................................. JA1420

PX-197, State of Customer Safety 2011, Residential Customer
Safety, undated, *excerpted* ............................................. JA1428

PX-203, CATS, What is Abuse?, undated, *excerpted* ..................... JA1431

PX-213, Cox High Speed Internet Data Usage Assessment
Appendix, April 19, 2011, *excerpted* ................................... JA1437

PX-214, Cox High Speed Internet Data Usage Assessment Final
Readout, April 19, 2011 ................................................. JA1448

PX-235, Email to Jason Zabek from Christopher Burns re Abuse
Suspensions, January 6, 2010 ........................................... JA1475

PX-237, Email to Jason Zabek from Andrea Dameri re
Suspensions, January 7, 2010 ........................................... JA1477

PX-240, Email to CCI – DAB Abuse Team from Matt Carothers
re DAB Abuse Call Meeting Minutes, January 12, 2010 .............. JA1478

PX-242, Email to CCI- Abuse Toc from Jason Zabek re Changes to
Abuse Handling – CATS – Walled Garden, dated January 13, 2010
................................................................................. JA1479

PX-245, Email to Andrea Dameri and CCI – Abuse Corporate from Jason Zabek re Account, dated January 17, 2010, *excerpted* ........ JA1480

PX-251, Email to Brent Beck from Joseph Sikes re DMCA Blast from Fox on Monday, March 10, 2010 .................................................... JA1482

PX-253, Email to Michael Moy from Roger Vredenburg re DMCA Terminations, April 10, 2010 .......................................................... JA1484

PX-266, Email to Andrea Dameri and CCI – Abuse Corporate from Jason Zabek re Customers Terminated for DMCA, August 11, 2010 ............................................................................... JA1485

PX-303, Document, Conversation with JoeSikesAtl at Fri 27 Jan 2012 06:46:44 PM EST on G Chaos L2 (aim), dated January 27, 2012, *excerpted* ..................................................................................... JA1487

PX-305, Document, Conversation with JoeSikesAtl at Fri 27 Jan 2012 05:54:13 PM EST on G Chaos L2 (aim), January 27, 2012 ............................................................................... JA1488

PX-318, Email to Steven Wimmer from Jason Zabek re Archer Incident IR-155: Possible BitTorrent Use on Internal Network – Closed, October 16, 2012 .............................................. JA1490

PX-322, Email to Andrea Dameri from Joseph Sikes re Termination Review CATS Ticket 12056367, December 12, 2012 ....................................................................... JA1492

PX-335, Email to Joseph Sikes from Brent Beck re DMCA Complaint Spike?, February 19, 2014, *excerpted* .......................... JA1494

PX-342, Email to Joseph Sikes, HRD-TOC and CCI – Abuse Corporate from Martin Mathews re Request for Termination – CATS Ticket 18640554, March 27, 2014, *excerpted* ................................. JA1496

PX-347, Email to HRD-TOC and CCI – Abuse Corporate from Andrew Thompson re Termination Review – 19029047, dated June 12, 2014, *excerpted* ..................................................................................... JA1499

PX-351, Defendant Cox Communications, Inc.'s First Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated March 25, 2015, *excerpted* ............................................................................ JA1500

PX-353, Defendant Cox Communications, Inc.'s Third Supplemental Responses to Plaintiffs' First Set of Interrogatories, July 24, 2015, *excerpted* ............................................................................ JA1504

PX-365, Cox's Second Supplemental Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-12) to Defendants, March 29, 2019, *excerpted* ............................................................. JA1510

PX-439, David Price, Dir. Of Piracy Analysis, NetNames, *Sizing the Piracy Universe*, September 2013 .................................................. JA1513

PX-451, Cox Communications Fact Sheet, April 4, 2019 .............. JA1613

PX-486, Chart of U.S. Recorded Music Revenues by Format, 2000-2014 ...................................................................................... JA1614

PX3305 - Certificate of Registration for Bruno Mars "Unorthodox Jukebox" ..................................................................................... JA1615

PX3651 - Certificate of Registration for Bruno Mars Unorthodox Jukebox...................................................................................... JA1617

Dr. Kevin C. Almeroth Demonstrative .......................................... JA1619

Dr. Nick Feamster Demonstrative.................................................. JA1646

William Lehr Demonstrative ......................................................... JA1696

Dr. Lynne Weber Demonstrative.................................................... JA1723

## DIGITAL MEDIA VOLUME VI

Gould Exhibit 39 (PX-19) List of Ticket Data History, produced in native form .................................................................. JA219

PX-14, List of Infringements Detected, undated, produced in native form .............................................................. JA1352

PX-19, List of Ticket Data History, undated,
produced in native form ................................................................ JA1353

## VOLUME VII (SEALED)

Memorandum in Support of Plaintiffs' Motion for Summary
Judgment, August 30, 2019, Dkt. No. 325.................................... JA1752

Declaration of Jeffrey M. Gould in Support of Plaintiffs' Motion
for Summary Judgment, August 30, 2019, Dkt. No. 325-1 ........... JA1800

      Exhibit 40 (PX-23), List of Copyright Infringement – Notice
      ID Numbers, undated, *excerpted* ................................. JA1808

Declaration of George P. McCabe, August 26, 2019,
Dkt. No. 325-2 ............................................................................... JA1819

Defendant's Memorandum of Law in Support of Their Motion for
Summary Judgment, August 30, 2019, Dkt. No. 330, *excerpted*... JA1860

      Declaration of Thomas Kearney in Support of Defendants'
      Motion for Summary Judgment, August 30, 2019,
      Dkt. No. 330-1, *excerpted* ....................................... JA1907

Plaintiffs' Memorandum in Opposition to Defendants' Motion for
Summary Judgement, September 24, 2019, Dkt. No. 392,
*excerpted* ...................................................................................... JA1918

Declaration of Jeffrey M. Gould, September 24, 2019,
Dkt. No. 392-8

      Exhibit 11 Declaration of Barbara Frederiksen-Cross,
      dated September 24, 2019, Dkt. No. 392-19........................ JA1930

Defendants' Memorandum in Opposition to Plaintiffs' Motion for
Summary Judgment, September 24, 2019, Dkt. No. 394.............. JA1964

Declaration of Thomas Kearney in Support of Cox's Opposition to
Plaintiffs' Motion for Summary Judgment, September 24, 2019,
Dkt. No. 400

    Exhibit K25, Rebuttal Expert Report of Lynne J. Weber, Ph.D.,
    May 15, 2019, Dkt. No. 403-4, *excerpted* ............................. JA2012

Defendants' Reply Memorandum of Law in Support of Their Motion for
Summary Judgment, October 11, 2019, Dkt. No. 454................... JA2022

    Declaration of Dr. Nick Feamster in Support of Cox's Reply in
    Support of its Motion for Summary Judgment, October 11, 2019,
    Dkt. No. 454-1 ..................................................................... JA2060

APPEAL,BOND,CLOSED,COPYRIGHT,JURY

## U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:18-cv-00950-LO-JFA

Sony Music Entertainment et al v. Cox Communications, Inc. et al    Date Filed: 07/31/2018
Assigned to: District Judge Liam O'Grady                           Date Terminated: 01/12/2021
Referred to: Magistrate Judge John F. Anderson                     Jury Demand: Plaintiff
Case in other court: 4th Circuit, 21-01168                         Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement                               Jurisdiction: Federal Question

**Plaintiff**

**Sony Music Entertainment**                     represented by **Scott Alexander Zebrak**
                                                               Oppenheim & Zebrak LLP
                                                               4530 Wisconsin Avenue NW
                                                               5th Floor
                                                               Washington, DC 20016
                                                               202-450-3758
                                                               Fax: 866-766-1678
                                                               Email: scott@oandzlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arista Music**                                 represented by **Scott Alexander Zebrak**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arista Records, LLC**                          represented by **Scott Alexander Zebrak**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laface Records LLC**                           represented by **Scott Alexander Zebrak**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Provident Label Group, LLC**                   represented by **Scott Alexander Zebrak**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

JA1

**Sony Music Entertainment US Latin**　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**Volcano Entertainment III, LLC**　　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**Zomba Recordings LLC**　　　　　　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**Sony/ATV Music Publishing LLC**　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**EMI Al Gallico Music Corp.**　　　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**EMI Algee Music Corp.**　　　　　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**EMI April Music Inc.**　　　　　　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**EMI Blackwood Music Inc.**　　　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

Plaintiff
**Colgems-EMI Music Inc.**　　　　　　　　represented by **Scott Alexander Zebrak**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMI Consortium Music Publishing Inc.**
*doing business as*
EMI Full Keel Music

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMI Consortium Songs, Inc.**
*individually and*
*doing business as*
EMI Longitude Music

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMI Feist Catalog Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMI Miller Catalog Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMI Mills Music, Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMI Unart Catalog Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMI U Catalog Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jobete Music Co. Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stone Agate Music**

represented by **Scott Alexander Zebrak**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Screen Gems-EMI Music Inc.**                represented by **Scott Alexander Zebrak**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Stone Diamond Music Corp.**                 represented by **Scott Alexander Zebrak**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Atlantic Recording Corporation**            represented by **Scott Alexander Zebrak**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Bad Boy Records LLC**                       represented by **Scott Alexander Zebrak**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Elektra Entertainment Group Inc.**          represented by **Scott Alexander Zebrak**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Fueled by Ramen LLC**                       represented by **Scott Alexander Zebrak**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Nonesuch Records Inc.**                     represented by **Scott Alexander Zebrak**
*TERMINATED: 04/23/2019*                      (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Roadrunner Records, Inc.**                  represented by **Scott Alexander Zebrak**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warner Bros. Records Inc.**
*TERMINATED: 08/29/2019*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Warner/Chappell Music, Inc.**
*TERMINATED: 08/29/2019*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Warner-Tamerlane Publishing Corp.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**WB Music Corp.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**W.B.M. Music Corp.**
*TERMINATED: 08/29/2019*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Unichappell Music Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Rightsong Music Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Cotillion Music, Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Intersong U.S.A., Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UMG Recordings, Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Capitol Records, LLC**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Music Corp.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Music - MGB NA LLC**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Music Publishing Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Music Publishing AB**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Music Publishing Limited**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Music Publishing MGB
Limited**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Music - Z Tunes LLC**

represented by **Scott Alexander Zebrak**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal/Island Music Limited**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Univeral/MCA Music Publishing Pty. Limited**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal - Polygram International Tunes, Inc.**
*TERMINATED: 04/23/2019*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Univeral - Songs of Polygram International, Inc.**
*TERMINATED: 04/23/2019*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal Polygram International Publishing, Inc.**
*TERMINATED: 04/23/2019*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Music Corporation of America, Inc.**
*doing business as*
Universal Music Corp.

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Polygram Publishing, Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rondor Music International, Inc.**
*TERMINATED: 04/23/2019*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Songs of Universal, Inc.**

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warner Records, Inc.**
*f/k/a W.B.M. Music Corp.*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warner Chappell Music, Inc.**
*f/k/a Warner/Chappell Music, Inc.*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W.C.M. Music Corp.**
*f/k/a W.B.M. Music Corp.*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cox Communications, Inc.**

represented by **Thomas M. Buchanan**
Winston & Strawn LLP (DC)
1901 L Street, NW
Washington, DC 20036
(202) 282-5000
Fax: 202-282-5100
Email: tbuchana@winston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CoxCom, LLC**

represented by **Thomas M. Buchanan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**JOHN DOE**

represented by **Timothy Stephen Baird**
Kutak Rock LLP
901 East Byrd Street
Suite 1000
Richmond, VA 23219-4071
(804) 644-1700
Fax: (804) 783-6192
Email: tim.baird@kutakrock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**MarkMonitor, Inc.**

represented by **Julia Kim Whitelock**
Gordon & Rees Scully Mansukhani

JA8

1101 King Street
Suite 520
Alexandria, VA 22314
202-399-1009
Fax: 202-800-2999
Email: jwhitelock@gordonrees.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Audible Magic Corporation**

represented by **Michael Harry Jacobs**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500
Fax: (202) 628-5116
Email: mjacobs@crowell.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cox Communications, Inc.**
*TERMINATED: 11/05/2018*

represented by **Thomas M. Buchanan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CoxCom, LLC**
*TERMINATED: 11/05/2018*

represented by **Thomas M. Buchanan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Arista Music**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Arista Records, LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Atlantic Recording Corporation**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Bad Boy Records LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Capitol Records, LLC**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Colgems-EMI Music Inc.**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Cotillion Music, Inc.**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Al Gallico Music Corp.**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Algee Music Corp.**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI April Music Inc.**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Blackwood Music Inc.**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Consortium Music Publishing Inc.**
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Consortium Songs, Inc.**
*individually and*
*TERMINATED: 11/05/2018*

represented by   **Scott Alexander Zebrak**
(See above for address)

**JA10**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Feist Catalog Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Miller Catalog Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Mills Music, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI U Catalog Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMI Unart Catalog Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Elektra Entertainment Group Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Fueled by Ramen LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Intersong U.S.A., Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Jobete Music Co. Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Laface Records LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Music Corporation of America, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Nonesuch Records Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Polygram Publishing, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Provident Label Group, LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Rightsong Music Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Roadrunner Records, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Rondor Music International, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Screen Gems-EMI Music Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Songs of Universal, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Sony Music Entertainment**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Sony Music Entertainment US Latin**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Sony/ATV Music Publishing LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Stone Agate Music**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Stone Diamond Music Corp.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**UMG Recordings, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Unichappell Music Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Univeral - Songs of Polygram International, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Univeral/MCA Music Publishing Pty. Limited**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal - Polygram International Tunes, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Music - MGB NA LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Music - Z Tunes LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Music Corp.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Music Publishing AB**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Music Publishing Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Music Publishing Limited**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Music Publishing MGB Limited**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal Polygram International Publishing, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Universal/Island Music Limited**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Volcano Entertainment III, LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**W.B.M. Music Corp.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**WB Music Corp.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Warner Bros. Records Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Warner-Tamerlane Publishing Corp.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Warner/Chappell Music, Inc.**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Zomba Recordings LLC**
*TERMINATED: 11/05/2018*

represented by **Scott Alexander Zebrak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2018 | 1 | COMPLAINT against Cox Communications, Inc., CoxCom, LLC ( Filing fee $ 400, receipt number 0422-6204868.), filed by Warner/Chappell Music, Inc., EMI Consortium Songs, Inc., Roadrunner Records, Inc., EMI Algee Music Corp., WB Music Corp., Songs of Universal, Inc., Laface Records LLC, Sony/ATV Music Publishing LLC, Universal Music - Z Tunes LLC, Sony Music Entertainment, Rondor Music International, Inc., Bad Boy Records LLC, Colgems-EMI Music Inc., EMI Blackwood Music Inc., Universal Music Publishing Limited, Unichappell Music Inc., UMG Recordings, Inc., Elektra Entertainment Group Inc., Nonesuch Records Inc., Warner-Tamerlane Publishing Corp., Universal Polygram International Publishing, Inc., Fueled by Ramen LLC, Univeral/MCA Music Publishing Pty. Limited, Screen Gems-EMI Music Inc., Universal Music - MGB NA LLC, EMI Feist Catalog Inc., Sony Music Entertainment US Latin, Atlantic Recording Corporation, Universal Music Publishing Inc., Univeral - Songs of Polygram International, Inc., Cotillion Music, Inc., Universal Music Corp., Universal Music Publishing AB, Rightsong Music Inc., Volcano Entertainment III, LLC, EMI April Music Inc., Warner Bros. Records Inc., Universal - Polygram International Tunes, Inc., EMI Consortium Music Publishing Inc., EMI Mills Music, Inc., Capitol Records, LLC, Arista Music, Universal Music Publishing MGB Limited, Stone Diamond Music Corp., Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, EMI Unart Catalog Inc., Zomba Recordings LLC, Stone Agate Music, Intersong U.S.A., Inc., W.B.M. Music Corp., Universal/Island Music Limited, EMI Miller Catalog Inc., Jobete Music Co. Inc., EMI Al Gallico Music Corp., EMI U Catalog Inc., Arista Records, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) (dvanm, ) (Entered: 08/01/2018) |
| 07/31/2018 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music |

| | | |
|---|---|---|
| | | - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (dvanm, ) (Entered: 08/01/2018) |
| 08/01/2018 | 3 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 1 Complaint,,,,,,, *Report on the Filing of an action regarding a copyright* (Zebrak, Scott) (Entered: 08/01/2018) |
| 08/02/2018 | | Report on the Filing or Determination of an Action or Appeal Regarding a Copyright filed. Copy sent to Copyright Office Library of Congress. (dvanm, ) (Entered: 08/02/2018) |
| 08/02/2018 | 4 | Summons Issued as to Cox Communications, Inc., CoxCom, LLC. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Notice)(dvanm, ) (Entered: 08/02/2018) |
| 08/02/2018 | 5 | Motion to appear Pro Hac Vice by Matthew J. Oppenheim and Certification of Local Counsel Scott A. Zebrak Filing fee $ 75, receipt number 0422-6209837. *Filed* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music |

| | | - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/02/2018) |
|---|---|---|
| 08/02/2018 | 6 | Motion to appear Pro Hac Vice by Jeffrey M. Gould and Certification of Local Counsel Scott A. Zebrak Filing fee $ 75, receipt number 0422-6209882. *Filed* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/02/2018) |
| 08/07/2018 | 7 | ORDER granting 6 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 8/7/18. (klau, ) (Entered: 08/07/2018) |
| 08/07/2018 | 8 | ORDER granting 5 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 8/7/18. (klau, ) (Entered: 08/07/2018) |
| 08/15/2018 | 9 | MOTION for Extension of Time to File Answer re 1 Complaint,,,,,,, by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Michael S. Elkin, # 2 Exhibit 1 - Email correspondence, # 3 Proposed Order)(Buchanan, Thomas) (Entered: 08/15/2018) |
| 08/16/2018 | 10 | CERTIFICATE of Service re 4 Summons Issued, 1 Complaint,,,,,,, by Scott Alexander Zebrak on behalf of Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., |

UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC (Zebrak, Scott) (Entered: 08/16/2018)

| 08/16/2018 | 11 | RESPONSE to Motion re 9 MOTION for Extension of Time to File Answer re 1 Complaint,,,,,,, filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/16/2018) |
| 08/16/2018 | 12 | ORDER re 9 MOTION for Extension of Time filed by Cox Communications, Inc., CoxCom, LLC, ORDERED that the plaintiffs shall file any opposition or response to the defendants' motion by no later than 5 :00 p.m. on Monday, August 20, 2018. The court will then rule on defendants' motion on August 21, 2018 without any further briefing or argument. Signed by Magistrate Judge John F. Anderson on 8/16/18. (klau, ) (Entered: 08/17/2018) |
| 08/17/2018 | | Notice of Correction re 10 Certificate of Service, The signature block on the document does not match the user's login. The filing user has been notified and has been asked to refile the document (klau, ) (Entered: 08/17/2018) |
| 08/17/2018 | 13 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing |

| | | |
|---|---|---|
| | | LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC *of Submission of Affidavit of Service* (Attachments: # 1 Affidavit Affidavit of Service) (Zebrak, Scott) (Entered: 08/17/2018) |
| 08/17/2018 | 14 | CERTIFICATE of Service re 11 Response to Motion,,,,,,, by Scott Alexander Zebrak on behalf of Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC (Zebrak, Scott) (Entered: 08/17/2018) |
| 08/21/2018 | 15 | ORDER granting 9 Motion for Extension of Time to Answer. ORDERED defendants are required to file a responsive pleading by September 22, 2018. Signed by Magistrate Judge John F. Anderson on 08/21/2018. (wgar, ) (Entered: 08/21/2018) |
| 08/27/2018 | 16 | ORDER - The order (Docket no. 15) allowing for an extension of time, entered on August 21, 2018, is hereby amended to require that a responsive pleading be filed on or before Monday,September 24, 2018. Signed by Magistrate Judge John F. Anderson on 08/24/2018. (wgar, ) (Entered: 08/27/2018) |
| 09/21/2018 | 17 | Motion to appear Pro Hac Vice by Michael Stuart Elkin and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6284125. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/21/2018) |
| 09/21/2018 | 18 | Motion to appear Pro Hac Vice by Thomas Patrick Lane and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6284153. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/21/2018) |
| 09/21/2018 | 19 | Motion to appear Pro Hac Vice by Jennifer Ann Golinveaux and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6284167. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/21/2018) |
| 09/24/2018 | 20 | STIPULATION re 1 Complaint,,,,,,, *of Partial Dismissal with Prejudice of Certain* |

| | | |
|---|---|---|
| | | *Plaintiffs' Claims,* by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/24/2018) |
| 09/24/2018 | 21 | ANSWER to 1 Complaint,,,,,, , COUNTERCLAIM against Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC by Cox Communications, Inc., CoxCom, LLC.(Buchanan, Thomas) (Entered: 09/24/2018) |
| 09/24/2018 | 22 | MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 09/24/2018) |
| 09/24/2018 | 23 | Memorandum in Support re 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Linda J. Trickey in Support)(Buchanan, Thomas) (Entered: 09/24/2018) |
| 09/24/2018 | 24 | NOTICE by Cox Communications, Inc., CoxCom, LLC re 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404, of Request for Judicial Notice in Support* (Attachments: # 1 Memorandum of Law in Support of Defendants' Request for Judicial Notice, # 2 Exhibit 1)(Buchanan, Thomas) (Entered: 09/24/2018) |
| 09/24/2018 | 25 | Notice of Hearing Date set for October 26, 2018 re 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,* (Buchanan, Thomas) (Entered: 09/24/2018) |
| 09/25/2018 | | Set Deadlines as to 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,.* Motion Hearing set for 10/26/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady. (clar, ) (Entered: 09/25/2018) |
| 09/25/2018 | 26 | ORDER granting 19 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 9/25/18. (klau, ) (Entered: 09/26/2018) |
| 09/25/2018 | 27 | ORDER granting 18 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 9/25/18. (klau, ) (Entered: 09/26/2018) |
| 09/25/2018 | 28 | ORDER granting 17 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 9/25/18. (klau, ) (Entered: 09/26/2018) |
| 09/26/2018 | 29 | Motion to appear Pro Hac Vice by Diana Hughes Leiden and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6289861. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/26/2018) |

| 10/01/2018 | 30 | ORDER granting 29 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 10/1/2018. (rban, ) (Entered: 10/02/2018) |
|---|---|---|
| 10/09/2018 | 31 | Memorandum in Opposition re 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Supplement Seymour Declaration, # 2 Exhibit Exhibit A)(Zebrak, Scott) (Entered: 10/09/2018) |
| 10/15/2018 | 32 | MOTION to Dismiss *Counterclaims* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/15/2018) |
| 10/15/2018 | 33 | Memorandum in Support re 32 MOTION to Dismiss *Counterclaims* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist |

| | | Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 10/15/2018) |
|---|---|---|
| 10/15/2018 | 34 | REPLY to Response to Motion re 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Jennifer A. Golinveaux, # 2 Exhibit A - December 2015 trial transcript excerpts, # 3 Exhibit B (filed under seal))(Buchanan, Thomas) (Entered: 10/15/2018) |
| 10/15/2018 | 35 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/15/2018) |
| 10/15/2018 | 36 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 35 MOTION to Seal (Buchanan, Thomas) (Entered: 10/15/2018) |
| 10/15/2018 | 37 | Sealed Attachment/Exhibit(s) re 35 MOTION to Seal . (Buchanan, Thomas) (Entered: 10/15/2018) |
| 10/15/2018 | 38 | Memorandum in Support re 35 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/15/2018) |
| 10/16/2018 | | Notice of Correction re 32 MOTION to Dismiss *Counterclaims,* The filing user has been notified to file a Notice of Hearing Date.(klau, ) (Entered: 10/16/2018) |
| 10/16/2018 | 39 | Notice of Hearing Date set for November 9, 2018 re 32 MOTION to Dismiss *Counterclaims* (Zebrak, Scott) (Entered: 10/16/2018) |
| 10/17/2018 | | Set Deadlines as to 32 MOTION to Dismiss *Counterclaims.* Motion Hearing set for 11/9/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady. (clar, ) (Entered: 10/17/2018) |
| 10/18/2018 | 40 | Withdrawal of Motion by Cox Communications, Inc., CoxCom, LLC re 35 MOTION to Seal , 37 Sealed Attachment/Exhibit(s), 36 Notice of Filing Sealing Motion LCvR5(C), 38 Memorandum in Support (Buchanan, Thomas) (Entered: 10/18/2018) |
| 10/18/2018 | 41 | EXHIBIT *B to Declaration of Jennifer A. Golinveaux (re: ECF No. 34-3)* by Cox Communications, Inc., CoxCom, LLC.. (Buchanan, Thomas) (Entered: 10/18/2018) |
| 10/18/2018 | 42 | ORDER that the defendant's 35 Motion to Seal is denied as moot. Signed by Magistrate Judge John F. Anderson on 10/18/18. (klau, ) (Entered: 10/18/2018) |
| 10/18/2018 | 43 | Notice of Hearing Date *Amended* set for November 16, 2018 re 32 MOTION to Dismiss *Counterclaims* (Zebrak, Scott) (Entered: 10/18/2018) |
| 10/19/2018 | | Notice of Correction re 41 Exhibit, An incomplete document was filed. The filing user |

| | | |
|---|---|---|
| | | has been notified to refile the document. (klau, ) (Entered: 10/19/2018) |
| 10/19/2018 | 44 | NOTICE by Cox Communications, Inc., CoxCom, LLC re 34 Reply to Response to Motion, *{Notice of Submission}* (Attachments: # 1 Exhibit B to Declaration of Jennifer A. Golinveaux (ECF No. 34-3))(Buchanan, Thomas) (Entered: 10/19/2018) |
| 10/26/2018 | 45 | Minute Entry for proceedings held before District Judge Liam O'Grady:Motion Hearing held on 10/26/2018 re 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,* filed by Cox Communications, Inc., CoxCom, LLC. Counsel enter their appearances and present arguments. Court takes matter under advisement. Counsel request to reschedule motion hearing currently set for November 9, 2018 and reschedule to November 16, 2018. Request granted and motion hearing rescheduled. Set Deadlines/Hearing as to 22 MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404,*, 32 MOTION to Dismiss *Counterclaims* :. Motion Hearing set for 11/16/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady. (Court Reporter N. Linnell.)(awac, ) (Entered: 10/26/2018) |
| 10/26/2018 | 46 | ORDER denying 22 Motion to Change Venue. Memorandum Opinion to follow. Signed by District Judge Liam O'Grady on 10/26/2018. (awac, ) (Entered: 10/29/2018) |
| 10/29/2018 | 47 | Memorandum in Opposition re 32 MOTION to Dismiss *Counterclaims* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/29/2018) |
| 11/05/2018 | 48 | STIPULATION of Dismissal *with proposed Order, re: Plaintiffs' claims accrued on or after November 27, 2014, and voluntary dismissal of Counterclaims with prejudice,* by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/05/2018) |
| 11/05/2018 | 49 | ORDER Regarding Claims That Accrued Between November 27, 2014 and July 31, 2018 and Dismissal of Cox's Counterclaims ORDERED that Cox's Counterclaims are here by dismissed with prejudice. ORDERED that this Order, and the Parties' Stipulation thereto, is a compromise of claims that accrued on or after November 27, 2014 and is not relevant to Plaintiffs' claims that accrued before November 27, 2014 ---- (see order for details). Signed by District Judge Liam O'Grady on 11/5/18. (klau, ) (Entered: 11/06/2018) |
| 11/14/2018 | | Per LO chambers motions set for 11/16/18 have been removed from the docket please see document#49 dated 11/5/18 (clar, ) (Entered: 11/14/2018) |
| 11/15/2018 | 50 | Joint MOTION for issuance of a pretrial order setting dates for an initial pretrial conference, a limited enlargement of the discovery period, and a final pretrial conference by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., |

| | | WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order Proposed Consent Order)(Zebrak, Scott) (Entered: 11/15/2018) |
|---|---|---|
| 11/19/2018 | 51 | MEMORANDUM OPINION re: 22 Motion to Change Venue. Signed by District Judge Liam O'Grady on 11/19/2018. (awac, ) (Entered: 11/19/2018) |
| 12/03/2018 | 52 | SCHEDULING ORDER:Initial Pretrial Conference set for 12/19/2018 at 11:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. Final Pretrial Conference set for 6/21/2019 at 01:30 PM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. Discovery due by 6/14/2019.. Signed by District Judge Liam O'Grady on 12/3/2018. (Attachments: # 1 Magistrate Consent Form, # 2 Pretrial Notice) (awac, ) (Entered: 12/04/2018) |
| 12/12/2018 | 53 | *Proposed Joint* Discovery Plan by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC.(Zebrak, Scott) (Entered: 12/12/2018) |
| 12/14/2018 | 54 | MOTION to Compel by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., |

| | | |
|---|---|---|
| | | Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Declaration of J. Gould, # 2 Proposed Order)(Zebrak, Scott) (Entered: 12/14/2018) |
| 12/14/2018 | 55 | Memorandum in Support re 54 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Zebrak, Scott) (Entered: 12/14/2018) |
| 12/14/2018 | 56 | Notice of Hearing Date re 54 MOTION to Compel (Zebrak, Scott) (Entered: 12/14/2018) |
| 12/14/2018 | 57 | Joint MOTION for Protective Order by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order Stipulated Protective Order)(Zebrak, Scott) (Entered: 12/14/2018) |
| 12/17/2018 | 58 | PROTECTIVE ORDER - Re Handling and Labeling of Confidential Information. Signed by Magistrate Judge John F. Anderson on 12/17/2018. SEE ORDER FOR FURTHER |

| | | |
|---|---|---|
| | | DETAILS. (wgar, ) (Entered: 12/17/2018) |
| 12/17/2018 | 59 | ORDER It appears that the only issue in dispute in the proposed joint discovery plan filed by the parties on December 12, 2018 (Docket no. 53) has now become the subject of a motion to compel that has been filed and noticed for a hearing on Friday, December 21, 2018 (Docket nos. 54, 56). Counsel for the parties shall confer and inform the court by noon on Tuesday, December 18, 2018 as to whether they wish to have a conference with the undersigned on Wednesday, December 19, 2018 at 11 :00 a.m. or whether they would like the court to adopt parts I-IV of the proposed joint discovery plan without the need for a conference (see order for details). Signed by Magistrate Judge John F. Anderson on 12/17/18. (klau, ) (Entered: 12/17/2018) |
| 12/17/2018 | | Set Deadlines as to 54 MOTION to Compel . Motion Hearing set for 12/21/2018 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 12/17/2018) |
| 12/17/2018 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 54 MOTION to Compel (clar, ) (Entered: 12/17/2018) |
| 12/17/2018 | 60 | Order Rule 16(b) Scheduling Order - Upon consideration of the representations made by the parties in their Proposed Joint Discovery Plan Pursuant to rule 26(f) and taking note of the Scheduling Order entered in this case, the Court makes the following rulings: The Joint Discovery Plan filed by the parties is approved as to parts I-IV and shall control discovery to the extent of its application unless further modified by the Court. See Order for more details. Signed by Magistrate Judge John F. Anderson on 12/17/2018. (rban, ) (Entered: 12/17/2018) |
| 12/19/2018 | 61 | Memorandum in Opposition re 54 MOTION to Compel filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Jennifer A. Golinveaux, # 2 Confidential Declaration of Brent K. Beck (redacted))(Buchanan, Thomas) (Entered: 12/19/2018) |
| 12/19/2018 | 62 | Sealed Response/Reply/Opposition re 54 MOTION to Compel . (Buchanan, Thomas) (Entered: 12/19/2018) |
| 12/19/2018 | 63 | MOTION to Seal *Confidential Declaration of Brent K. Beck in Support of Cox's Opposition to Plaintiffs Motion to Compel (Dkt. 62),* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 12/19/2018) |
| 12/19/2018 | 64 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 63 MOTION to Seal *Confidential Declaration of Brent K. Beck in Support of Cox's Opposition to Plaintiffs Motion to Compel (Dkt. 62),* (Buchanan, Thomas) (Entered: 12/19/2018) |
| 12/20/2018 | 65 | REPLY to Response to Motion re 54 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone |

| | | Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Declaration of J. Gould)(Zebrak, Scott) (Entered: 12/20/2018) |
|---|---|---|
| 12/21/2018 | | Notice of Correction re 65 Reply to Response to Motion, The filing user has been notified to file a separate Certificate of Service.(klau, ) Modified on 12/21/2018 erroneously sent notice of correction, the filing user do not need to refile. (klau, ). (Entered: 12/21/2018) |
| 12/21/2018 | 66 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 12/21/2018 re 54 MOTION to Compel filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp., Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano Entertainment III, LLC, Stone Diamond Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Rondor Music International, Inc., Sony Music Entertainment US Latin, Universal Music - Z Tunes LLC, EMI Feist Catalog Inc., Laface Records LLC, Unichappell Music Inc., Universal/Island Music Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC. Appearances of counsel for plaintiffs and defendants. Motion argued and 54 Motion to Compel - GRANTED IN PART/DENIED IN PART. Order to follow. (Tape #FTR.)(wgar, ) (Entered: 12/21/2018) |
| 12/21/2018 | 67 | ORDER, for the reasons stated from the bench, granting in part and denying in part 54 Motion to Compel. Signed by Magistrate Judge John F. Anderson on 12/21/2018. (wgar, ) (Entered: 12/21/2018) |
| 01/03/2019 | 68 | TRANSCRIPT of motions hearing held on 12-21-2018 before Magistrate Judge John F. Anderson. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER** |

| | | Redaction Request due 2/4/2019. Redacted Transcript Deadline set for 3/5/2019. Release of Transcript Restriction set for 4/3/2019.(linnell, norman) Modified on 1/3/2019 to correct from District Judge to Magistrate Judge(klau, ). (Main Document 68 replaced on 1/4/2019) (aott, ). (Entered: 01/03/2019) |
|---|---|---|
| 01/03/2019 | 69 | ORDER granting 63 Motion to Seal. Signed by Magistrate Judge John F. Anderson on 1/3/2019. (rban, ) (Entered: 01/03/2019) |
| 01/18/2019 | 70 | MOTION to Compel by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order Proposed Order Granting Plaintiffs Motion to Compel)(Zebrak, Scott) (Entered: 01/18/2019) |
| 01/18/2019 | 71 | Memorandum in Support re 70 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit Exhibit A-Cox Communication Policies, # 2 Exhibit Exhibit B-Cox Interrogatory Response, # 3 Exhibit Exhibit C-Cox First Supplemental Interrogatory Responses (Redacted), # 4 Exhibit Exhibit D-Transcript of Jason Zabek Deposition Testimony (Redacted))(Zebrak, Scott) (Entered: 01/18/2019) |

| 01/18/2019 | 72 | MOTION to Compel by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 01/18/2019) |
|---|---|---|
| 01/18/2019 | 73 | Notice of Hearing Date *for Motion to Compel* set for January 25, 2019 re 70 MOTION to Compel (Zebrak, Scott) (Entered: 01/18/2019) |
| 01/18/2019 | 74 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 71 Memorandum in Support,,,,,,,,, (Zebrak, Scott) (Entered: 01/18/2019) |
| 01/18/2019 | 75 | Memorandum in Support re 72 MOTION to Compel filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Jennifer A. Golinveaux, # 2 Exhibit 1 - Cox's First Set of Requests for Production of Documents, # 3 Exhibit 2 - Cox Communications, Inc.'s First Set of Interrogatories, # 4 Exhibit 3 - Plaintiffs' Objections and Responses to Cox's First Set of RFPs, # 5 Exhibit 4 - Plaintiffs' Objections and Responses to Cox Communications, Inc.'s First Set of Interrogatories, # 6 Exhibit 5 - December 7, 2018 letter, # 7 Exhibit 6 - December 10, 2018 letter, # 8 Exhibit 7 - December 26, 2018 letter, # 9 Exhibit 8 - December 28, 2018 letter, # 10 Exhibit 9 - transcript of June 26, 2015 hearing, # 11 Exhibit 10 - Subpoena to MarkMonitor, Inc., # 12 Exhibit 11 - Plaintiffs' Rule 26(a)(1) Disclosures, # 13 Exhibit 12 - Article from Center for Copyright Information titled, The Copyright Alert System: Phase One and Beyond", # 14 Exhibit 13 -Article from Center for Copyright Information titled, Memorandum of Understanding", # 15 Exhibit 14 - Article from Center for Copyright Information titled Statement on the Copyright Alert System", # 16 Exhibit 15 - Plaintiffs' First Set of Requests for Production of Documents to Cox, # 17 Exhibit 16 - Plaintiffs' First Set of Interrogatories to Cox, # 18 Exhibit 17 - January 4, 2019 letter, # 19 Exhibit 18 - January 11, 2019 letter, # 20 Exhibit 19 - Plaintiffs' Objections and Supplemental Responses to Coxs RFPs, # 21 Exhibit 20 - January 15, 2019 letter, # 22 Exhibit 21 - January 17, 2019 email)(Buchanan, Thomas) (Entered: 01/18/2019) |
| 01/18/2019 | 76 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group |

| | | Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 01/18/2019) |
|---|---|---|
| 01/18/2019 | 77 | Notice of Hearing Date set for January 25, 2019 re 72 MOTION to Compel (Buchanan, Thomas) (Entered: 01/18/2019) |
| 01/18/2019 | 78 | EXHIBIT *A* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC.. (Zebrak, Scott) (Entered: 01/18/2019) |
| 01/22/2019 | | Set Deadlines as to 70 MOTION to Compel , 72 MOTION to Compel . Motion Hearing set for 1/25/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 01/22/2019) |
| 01/22/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 70 MOTION to Compel , 72 MOTION to Compel (clar, ) (Entered: 01/22/2019) |
| 01/22/2019 | | Notice of Correction re 78 Exhibit, An incomplete or incorrect document was filed. The filing user has been notified to refile the document.(klau, ) (Entered: 01/22/2019) |
| 01/22/2019 | 79 | Memorandum in Support re 70 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller |

JA31

| | | |
|---|---|---|
| | | Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International. Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Zebrak, Scott) (Entered: 01/22/2019) |
| 01/22/2019 | 80 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 76 MOTION to Seal (Attachments: # 1 Exhibit to Plaintiffs Motion for Temporary Sealing) (Zebrak, Scott) (Entered: 01/22/2019) |
| 01/23/2019 | 81 | Memorandum in Opposition re 70 MOTION to Compel filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 01/23/2019) |
| 01/23/2019 | 82 | Memorandum in Opposition re 72 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music |

| | | |
|---|---|---|
| | | Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit, # 5 Affidavit, # 6 Affidavit, # 7 Affidavit, # 8 Affidavit)(Zebrak, Scott) (Entered: 01/23/2019) |
| 01/23/2019 | 83 | Declaration re 82 Memorandum in Opposition,,,,,,, *Jeffrey Gould* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Zebrak, Scott) (Entered: 01/23/2019) |
| 01/23/2019 | 84 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment |

| | | |
|---|---|---|
| | | III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 82 Memorandum in Opposition,,,,,,, (Attachments: # 1 Affidavit of Tracie Parry)(Zebrak, Scott) (Entered: 01/23/2019) |
| 01/24/2019 | 85 | REPLY to Response to Motion re 70 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 01/24/2019) |
| 01/24/2019 | 86 | REPLY to Response to Motion re 72 MOTION to Compel filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Jennifer A. Golinveaux, # 2 Exhibit 22 - Trial transcript excerpts, # 3 Exhibit 23 - November 20, 2015 hearing transcript excerpts)(Buchanan, Thomas) (Entered: 01/24/2019) |
| 01/25/2019 | 87 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 1/25/2019 re 70 MOTION to Compel filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp., Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano Entertainment III, LLC, Stone Diamond Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Rondor Music International, Inc., Sony Music Entertainment US Latin, Universal Music - Z Tunes LLC, EMI Feist Catalog Inc., Laface Records LLC, Unichappell Music Inc., Universal/Island Music Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC, 72 MOTION to Compel filed by Cox Communications, Inc., CoxCom, LLC. |

| | | |
|---|---|---|
| | | Appearances of counsel for plaintiffs and defendants. Motions argued and 70 MOTION to Compel - GRANTED IN PART/DENIED IN PART; 72 MOTION to Compel - GRANTED IN PART/DENIED IN PART. Orders to follow. (Tape #FTR.)(wgar, ) (Entered: 01/25/2019) |
| 01/25/2019 | 88 | ORDER, for the reasons stated from the bench, granting in part and denying in part 70 Motion to Compel. Signed by Magistrate Judge John F. Anderson on 01/25/2019. (wgar, ) (Entered: 01/25/2019) |
| 01/25/2019 | 89 | ORDER, for the reasons stated from the bench, granting in part and denying in part 72 Motion to Compel. Signed by Magistrate Judge John F. Anderson on 01/25/2019. (wgar, ) (Entered: 01/25/2019) |
| 01/25/2019 | 90 | Memorandum in Support re 76 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 01/25/2019) |
| 01/31/2019 | 91 | ORDER that 76 Motion to Seal is granted in part and denied in part. The motion is denied as to the redactions appearing in plaintiffs' memorandum in support of its motion to compel. Accordingly, plaintiffs shall file an unredacted version of that memorandum in the public record. The motion is granted as to Exhibits C and D. This ruling is limited to the facts presented and the issue of whether documents and testimony presented in the BMG trial may be the subject of sealing when necessarily used in either a dispositive or non-dispositive motion remains for another time. Signed by Magistrate Judge John F. Anderson on 1/31/19. (klau, ) (Entered: 01/31/2019) |
| 01/31/2019 | 92 | Memorandum in Support re 70 MOTION to Compel *(unredacted)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 01/31/2019) |
| 02/01/2019 | 93 | TRANSCRIPT of motions hearing held on 1-25-2019 before Mag. Judge Anderson. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or** |

| | | |
|---|---|---|
| | | purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 3/4/2019. Redacted Transcript Deadline set for 4/3/2019. Release of Transcript Restriction set for 5/2/2019.(linnell, norman) (Entered: 02/01/2019) |
| 02/01/2019 | 94 | MOTION to Compel by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 02/01/2019) |
| 02/01/2019 | 95 | Declaration re 94 MOTION to Compel by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R)(Zebrak, Scott) (Entered: 02/01/2019) |
| 02/01/2019 | 96 | Memorandum in Support re 94 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, |

| | | |
|---|---|---|
| | | LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 02/01/2019) |
| 02/01/2019 | 97 | Notice of Hearing Date set for February 8, 2019 re 94 MOTION to Compel (Zebrak, Scott) (Entered: 02/01/2019) |
| 02/01/2019 | 98 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 96 Memorandum in Support,,,,,, (Zebrak, Scott) (Entered: 02/01/2019) |
| 02/01/2019 | 99 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner |

| | | |
|---|---|---|
| | | Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 02/01/2019) |
| 02/04/2019 | 100 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC *re Election of Statutory Damages* (Zebrak, Scott) (Entered: 02/04/2019) |
| 02/04/2019 | | Set Deadlines as to 94 MOTION to Compel . Motion Hearing set for 2/8/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 02/04/2019) |
| 02/04/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 94 MOTION to Compel (clar, ) (Entered: 02/04/2019) |
| 02/06/2019 | 101 | Consent MOTION to Continue *Hearing and Set Briefing Schedule on Plaintiffs' Motion to Compel (ECF No. 94),* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 02/06/2019) |
| 02/06/2019 | 102 | ORDER granting 101 Motion to Continue. Signed by Magistrate Judge John F. Anderson on 2/6/2019. (kbar, ) (Entered: 02/06/2019) |
| 02/06/2019 | | Set/Reset Deadlines as to 94 MOTION to Compel . Responses due by 2/6/2019 Replies due by 2/8/2019. Motion Hearing set for 2/15/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (kbar, ) (Entered: 02/06/2019) |
| 02/06/2019 | 103 | Opposition to 94 MOTION to Compel filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Brent K. Beck, # 2 Declaration of Paul Jarchow, # 3 Declaration of Sanford Mencher)(Buchanan, Thomas) (Entered: 02/06/2019) |

| 02/08/2019 | 104 | Memorandum in Support re 99 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 02/08/2019) |
|---|---|---|
| 02/08/2019 | 105 | REPLY in Support re 94 MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Declaration of J. Gould, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Zebrak, Scott) Modified text on 2/8/2019 (klau, ). (Entered: 02/08/2019) |
| 02/08/2019 | 106 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A)(Zebrak, Scott) (Entered: 02/08/2019) |
| 02/08/2019 | 107 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium |

| | | Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral – Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal – Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 106 MOTION to Seal (Zebrak, Scott) (Entered: 02/08/2019) |
|---|---|---|
| 02/13/2019 | 108 | TRANSCRIPT of motions hearing held on 10-26-2018 before Judge Liam O'Grady. Court Reporter Norman Linnell, Telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 3/15/2019. Redacted Transcript Deadline set for 4/15/2019. Release of Transcript Restriction set for 5/14/2019.(linnell, norman) (Main Document 108 replaced on 2/25/2019) (klau, ). (Entered: 02/13/2019)** |
| 02/15/2019 | 109 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 2/15/2019 re 94 MOTION to Compel filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp, Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano Entertainment III, LLC, Stone Diamond Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Rondor Music International, Inc., Sony Music Entertainment US Latin, Universal Music - Z Tunes LLC, EMI Feist Catalog Inc., Laface Records LLC, Unichappell Music Inc., Universal/Island Music Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC. Appearances of counsel for plaintiffs and defendants. Motion argued and 94 Motion to |

| | | |
|---|---|---|
| | | Compel - GRANTED IN PART/DENIED IN PART. Order to follow. (Tape #FTR.)(wgar, ) (Entered: 02/15/2019) |
| 02/15/2019 | 110 | ORDER, for the reasons stated from the bench, granting in part and denying in part 94 Motion to Compel. ORDERED the issue regarding emails and communications concerning Cox's responses to, handling of, and attitude towards infringement notices for the period 2010 through 2014 is taken under advisement. Signed by Magistrate Judge John F. Anderson on 02/15/2019. (wgar, ) (Entered: 02/15/2019) |
| 02/15/2019 | 111 | Memorandum in Support re 106 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Buchanan, Thomas) (Entered: 02/15/2019) |
| 02/19/2019 | 112 | TRANSCRIPT of motions hearing held on 2-15-2019 before Mag. Judge Anderson. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 3/21/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 5/20/2019.(linnell, norman) (Entered: 02/19/2019)** |
| 02/27/2019 | 113 | ORDER that 99 106 Motions for temporary sealing are denied. Unless the defendants seek a reconsideration of this order within fourteen days, the plaintiffs shall file unredacted versions of the memorandum and reply along with the exhibits in the public record within 21 days (see order for details). Signed by Magistrate Judge John F. Anderson on 2/27/19. (klau, ) (Entered: 02/27/2019) |
| 03/01/2019 | 114 | Motion to appear Pro Hac Vice by Kerry M. Mustico and Certification of Local Counsel Scott A. Zebrak Filing fee $ 75, receipt number 0422-6519367. by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 03/01/2019) |
| 03/05/2019 | 115 | ORDER granting 114 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 3/5/19. (klau, ) (Entered: 03/05/2019) |

| 03/13/2019 | 116 | Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re 113 Order on Motion to Seal,,, by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 03/13/2019) |
|---|---|---|
| 03/13/2019 | 117 | Memorandum in Support re 116 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re 113 Order on Motion to Seal,,, filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 03/13/2019) |
| 03/13/2019 | 118 | Notice of Hearing Date set for April 12, 2019 re 116 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re 113 Order on Motion to Seal,,, (Buchanan, Thomas) (Entered: 03/13/2019) |
| 03/14/2019 | | Set Deadlines as to 116 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re 113 Order on Motion to Seal,,, . Motion Hearing set for 4/12/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 03/14/2019) |
| 03/27/2019 | 119 | Memorandum in Opposition re 116 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re 113 Order on Motion to Seal,,, filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Zebrak, Scott) (Entered: 03/27/2019) |
| 03/29/2019 | 120 | MOTION for Sanctions by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes |

| | | |
|---|---|---|
| | | LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music. Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 03/29/2019) |
| 03/29/2019 | 121 | Memorandum in Support re 120 MOTION for Sanctions filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC. W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 03/29/2019) |
| 03/29/2019 | 122 | Declaration re 120 MOTION for Sanctions by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C. # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Zebrak, Scott) (Entered: 03/29/2019) |
| 03/30/2019 | 123 | Notice of Hearing Date set for 4/5/2019 re 120 MOTION for Sanctions (Zebrak, Scott) (Entered: 03/30/2019) |

| 04/01/2019 | | Set Deadlines as to 120 MOTION for Sanctions . Motion Hearing set for 4/5/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 04/01/2019) |
|---|---|---|
| 04/01/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 120 MOTION for Sanctions (clar, ) (Entered: 04/01/2019) |
| 04/02/2019 | 124 | REPLY to Response to Motion re 116 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re 113 Order on Motion to Seal,,, filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 04/02/2019) |
| 04/03/2019 | 125 | Opposition to 120 MOTION for Sanctions filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Paul Jarchow, # 2 Declaration of Jennifer A. Golinveaux, # 3 Exhibit A to Declaration of Jennifer A. Golinveaux, # 4 Exhibit B to Declaration of Jennifer A. Golinveaux, # 5 Exhibit C to Declaration of Jennifer A. Golinveaux)(Buchanan, Thomas) (Entered: 04/03/2019) |
| 04/04/2019 | 126 | REPLY to Response to Motion re 120 MOTION for Sanctions filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Declaration of J. Ryu, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Zebrak, Scott) (Entered: 04/04/2019) |
| 04/05/2019 | 127 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 4/5/2019 re 120 MOTION for Sanctions filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp., Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano Entertainment III, LLC, Stone Diamond Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Rondor Music International, Inc., Sony Music Entertainment US Latin, Universal Music - Z Tunes LLC, |

| | | EMI Feist Catalog Inc., Laface Records LLC, Unichappell Music Inc., Universal/Island Music Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC. Appearances of counsel for plaintiffs and defendants. Motion argued and 120 MOTION for Sanctions - GRANTED IN PART. Order to follow. (Tape #FTR.)(wgar, ) (Entered: 04/05/2019) |
|---|---|---|
| 04/05/2019 | 128 | ORDER, for the reasons stated from the bench, granting in part 120 Motion for Sanctions. ORDERED that defendants must produce Mr. Jarchow for a deposition no later than Wednesday, April 10, 2019. Plaintiffs shall serve their damages expert report no later than Friday, April 19, 2019. Defendants' expert report responding to plaintiffs' damages expert report shall remain due no later than Wednesday, May 8, 2019. Signed by Magistrate Judge John F. Anderson on 04/05/2019. (wgar, ) (Entered: 04/05/2019) |
| 04/08/2019 | 129 | TRANSCRIPT of motions hearing held on 4-5-2019 before Mag. Judge Anderson. Court Reporter Norman Linnell, Telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 5/8/2019. Redacted Transcript Deadline set for 6/10/2019. Release of Transcript Restriction set for 7/8/2019.(linnell, norman) (Entered: 04/08/2019)** |
| 04/08/2019 | 130 | MOTION to Amend/Correct 1 Complaint,,,,,,,, by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit 1 - Amended Complaint, # 2 Exhibit A - Sound Recording Schedule, # 3 Exhibit B - Composition Schedule)(Zebrak, Scott) (Entered: 04/08/2019) |
| 04/08/2019 | 131 | Memorandum in Support re 130 MOTION to Amend/Correct 1 Complaint,,,,,,, filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records |

| | | LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 04/08/2019) |
|---|---|---|
| 04/08/2019 | 132 | Notice of Hearing Date set for May 3, 2019 re 130 MOTION to Amend/Correct 1 Complaint,,,,,,, (Zebrak, Scott) (Entered: 04/08/2019) |
| 04/09/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 130 MOTION to Amend/Correct 1 Complaint, (klau, ) (Entered: 04/09/2019) |
| 04/09/2019 | | Set Deadlines as to 130 MOTION to Amend/Correct 1 Complaint, . Motion Hearing set for 5/3/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (klau, ) (Entered: 04/09/2019) |
| 04/11/2019 | | Per LO chambers motions set for 4/12/19 - parties have been instructed to file an Amended Notice of Hearing (clar, ) (Entered: 04/11/2019) |
| 04/11/2019 | 133 | Notice of Hearing Date *(Amended) as to Cox's Objections to Magistrate Judge's Non-Dispositive Ruling (ECF No. 116)*, re 118 Notice of Hearing Date, Remark (Buchanan, Thomas) (Entered: 04/11/2019) |
| 04/12/2019 | | Reset Deadlines as to 116 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation re 113 Order on Motion to Seal,,, . Motion Hearing set for 5/10/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 04/12/2019) |
| 04/22/2019 | 134 | Response to 130 MOTION to Amend/Correct 1 Complaint,,,,,,, - *Defendants' Statement of Non-Opposition to Plaintiffs' Motion to Amend the Complaint* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 04/22/2019) |
| 04/23/2019 | 135 | ORDER granting 130 Motion to Amend Complaint. Plaintiffs shall file the amended complaint as a separate docket entry. No dates are modified by this order. The hearing currently scheduled for Friday, May 3, 2019 is cancelled. Signed by Magistrate Judge John F. Anderson on 4/23/19. (klau, ) (Entered: 04/23/2019) |
| 04/23/2019 | 136 | AMENDED COMPLAINT with Jury Demand against All Defendants, filed by EMI Consortium Songs, Inc., Roadrunner Records, Inc., EMI Algee Music Corp., WB Music Corp., Songs of Universal, Inc., EMI Unart Catalog Inc., Laface Records LLC, Unichappell Music Inc., Capitol Records, LLC, Universal Music - Z Tunes LLC, EMI Consortium Music Publishing Inc., Warner-Tamerlane Publishing Corp., Bad Boy |

| | | |
|---|---|---|
| | | Records LLC, Zomba Recordings LLC, Volcano Entertainment III, LLC, Colgems-EMI Music Inc., Universal Music Corp., Arista Records, LLC, Universal Music Publishing Limited, Elektra Entertainment Group Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Univeral/MCA Music Publishing Pty. Limited, EMI Feist Catalog Inc., Sony Music Entertainment US Latin, Arista Music, Stone Diamond Music Corp., Universal Music Publishing Inc., Fueled by Ramen LLC, Universal Music Publishing AB, Rightsong Music Inc., Polygram Publishing, Inc., Sony Music Entertainment, EMI Miller Catalog Inc., EMI Mills Music, Inc., Jobete Music Co. Inc., Universal Music Publishing MGB Limited, EMI Blackwood Music Inc., UMG Recordings, Inc., Intersong U.S.A., Inc., W.B.M. Music Corp., Universal/Island Music Limited, EMI Al Gallico Music Corp., Warner/Chappell Music, Inc., EMI April Music Inc., Sony/ATV Music Publishing LLC, Atlantic Recording Corporation, Provident Label Group, LLC, Screen Gems-EMI Music Inc., Stone Agate Music, Cotillion Music, Inc., EMI U Catalog Inc., Music Corporation of America, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Zebrak, Scott) Modified on 4/24/2019 (klau, ). (Entered: 04/23/2019) |
| 04/30/2019 | 137 | Joint MOTION for Extension of Time to Complete Discovery by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 04/30/2019) |
| 05/01/2019 | 138 | ORDER granting 137 Motion for Extension of Time to Complete Discovery. Given the enlarged time provided for discovery initially and this additional enlargement, no further enlargements of the discovery period will allowed. Signed by Magistrate Judge John F. Anderson on 05/01/2019. SEE ORDER FOR FURTHER DETAILS. (wgar, ) (Entered: 05/01/2019) |
| 05/06/2019 | 139 | STIPULATION *with proposed Order to Produce Identifying Information Concerning Certain Cox Business Subscribers,* by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 05/06/2019) |
| 05/06/2019 | 140 | ORDER granting re 139 Stipulation to Produce Identifying Information Concerning Certain Cox Business Subscribers filed by Cox Communications, Inc., CoxCom, LLC. Signed by District Judge Liam O'Grady on 5/6/19. (klau, ) (Entered: 05/07/2019) |
| 05/09/2019 | | Per LO chambers motions set for 5/10/19 on the pleadings (clar, ) (Entered: 05/09/2019) |
| 05/10/2019 | 141 | Sealed Document. (Attachments: # 1 Declaration of Jennifer A. Golinveaux, # 2 Exhibit 3, # 3 Exhibit 5, # 4 Declaration of Diana Hughes Leiden, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5)(Buchanan, Thomas) (Entered: 05/10/2019) |
| 05/10/2019 | 142 | MOTION for Discovery *(Motion for Leave to take Additional Third-Party Depositions) (redacted),* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Jennifer A. Golinveaux (redacted), # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 (under seal), # 5 Exhiibit 4, # 6 Exhibit 5 (under seal), # 7 Exhibit 6, # 8 Declaration of Diana Hughes Leiden (redacted), # 9 Exhibit 1, # 10 Exhibit 2, # 11 Exhibit 3 (under seal), # 12 Exhibit 4 (under seal), # 13 Exhibit 5 (redacted), # 14 Proposed Order)(Buchanan, Thomas) (Entered: 05/10/2019) |
| 05/10/2019 | 143 | Notice of Hearing Date set for May 17, 2019 re 141 Sealed Document, 142 MOTION for Discovery *(Motion for Leave to take Additional Third-Party Depositions) (redacted),* (Buchanan, Thomas) (Entered: 05/10/2019) |
| 05/10/2019 | 144 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 05/10/2019) |
| 05/13/2019 | | Set Deadlines as to 142 MOTION for Discovery (Motion for Leave to take Additional Third-Party Depositions) (redacted). Motion Hearing set for 5/17/2019 at 10:00 AM in |

| | | Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (jlan) (Entered: 05/13/2019) |
|---|---|---|
| 05/13/2019 | 145 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 141 Sealed Document, 144 MOTION to Seal (Buchanan, Thomas) (Entered: 05/13/2019) |
| 05/13/2019 | 146 | ORDER denying 116 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation. Signed by District Judge Liam O'Grady on 5/13/19. (klau, ) (Entered: 05/14/2019) |
| 05/15/2019 | 147 | Opposition to 142 MOTION for Discovery *(Motion for Leave to take Additional Third-Party Depositions) (redacted),* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Affidavit of Jia Ryu, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Zebrak, Scott) (Entered: 05/15/2019) |
| 05/15/2019 | 148 | MOTION for Leave to File *Amended Versions of the Exhibits to the First Amended Complaint* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment |

| | | III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Zebrak, Scott) Modified text on 5/29/2019 (clar, ). (Entered: 05/15/2019) |
|---|---|---|
| 05/15/2019 | 149 | Memorandum in Support re 148 MOTION for Leave to File *Amended Versions of the Exhibits to the First Amended Complaint* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 05/15/2019) |
| 05/15/2019 | 150 | Notice of Hearing Date re 148 MOTION for Leave to File *Amended Versions of the Exhibits to the First Amended Complaint* (Zebrak, Scott) (Entered: 05/15/2019) |
| 05/16/2019 | | Set Deadlines as to 148 MOTION for Leave to File *Amended Versions of the Exhibits to the First Amended Complaint.* Motion Hearing set for 6/7/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 05/16/2019) |
| 05/16/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 148 MOTION for Leave to File *Amended Versions of the Exhibits to the First Amended Complaint* (clar, ) (Entered: 05/16/2019) |
| 05/16/2019 | 151 | REPLY to Response to Motion re 142 MOTION for Discovery *(Motion for Leave to take Additional Third-Party Depositions) (redacted)*, filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Supplemental Declaration of Diana Hughes Leiden, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 (under seal))(Buchanan, Thomas) (Entered: 05/16/2019) |
| 05/16/2019 | 152 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 05/16/2019) |
| 05/16/2019 | 153 | Sealed Response/Reply/Opposition re 152 MOTION to Seal . (Attachments: # 1 Supplemental Declaration of Diana Hughes Leiden, # 2 Exhibit 3 to Supplemental Declaration of Diana Hughes Leiden)(Buchanan, Thomas) (Entered: 05/16/2019) |
| 05/16/2019 | 154 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 153 Sealed Response/Reply/Opposition, 152 MOTION to Seal (Buchanan, Thomas) (Entered: 05/16/2019) |

| 05/17/2019 | 155 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 5/17/2019 re 142 MOTION for Discovery *(Motion for Leave to take Additional Third-Party Depositions) (redacted)*, filed by Cox Communications, Inc., CoxCom, LLC. Appearances of counsel for plaintiffs and defendants. Motion argued and 142 MOTION for Discovery - GRANTED IN PART/DENIED IN PART. Order to follow. (Tape #FTR.)(wgar, ) (Entered: 05/17/2019) |
|---|---|---|
| 05/17/2019 | 156 | ORDER, for the reasons stated from the bench, granting in part and denying in part 142 Motion for leave to take additional third-party depositions. Signed by Magistrate Judge John F. Anderson on 05/17/2019. (wgar, ) (Entered: 05/17/2019) |
| 05/17/2019 | 157 | TRANSCRIPT of proceedings held on 5/17/2019, before Judge John F. Anderson, Transcriber Anneliese Thomson, Telephone number 703-299-8595. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/17/2019. Redacted Transcript Deadline set for 7/17/2019. Release of Transcript Restriction set for 8/15/2019.(thomson, anneliese) (Entered: 05/17/2019)** |
| 05/20/2019 | 158 | ORDER denying 144 Motion to Seal. Defendants shall file an unredacted version of the memorandum, the declarations, and the exhibits in the public record. Signed by Magistrate Judge John F. Anderson on 5/20/2019. (see Order for further details) (dest, ) (Entered: 05/20/2019) |
| 05/20/2019 | 159 | MOTION for Protective Order *JOHN DOE'S (1) OBJECTION TO DEFENDANT DISCLOSING ITS SUBSCRIBER INFORMATION TO PLAINTIFFS PURSUANT TO COURTS MAY 6, 2019 ORDER AND (2) MOTION FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSIONN OF SUPPORTING DECLARATION* by JOHN DOE. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit)(Baird, Timothy) Modified on 5/30/2019 (aott, ). (Entered: 05/20/2019) |
| 05/21/2019 | | Notice of Correction re 159 MOTION for Protective Order *JOHN DOE'S (1) OBJECTION TO DEFENDANT DISCLOSING ITS SUBSCRIBER INFORMATION TO PLAINTIFFS PURSUANT TO COURTS MAY 6, 2019 ORDER AND (2) MOTION FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSIONN OF SUPPORTING DECLARA Incorrect Docket Event. (clar, ) (Entered: 05/21/2019)* |
| 05/21/2019 | 160 | Objection filed by JOHN DOE. (Jolis, Paul) (Entered: 05/21/2019) |
| 05/21/2019 | 161 | Objection *(Redacted)* filed by JOHN DOE. (Jolis, Paul) (Entered: 05/21/2019) |
| 05/22/2019 | 162 | Memorandum in Support re 94 MOTION to Compel *(UNREDACTED)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing |

| | | |
|---|---|---|
| | | LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Decl., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R)(Zebrak, Scott) (Entered: 05/22/2019) |
| 05/22/2019 | 163 | REPLY to Response to Motion re 94 MOTION to Compel *(UNREDACTED)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Decl., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Zebrak, Scott) (Entered: 05/22/2019) |
| 05/22/2019 | 164 | Memorandum in Support re 152 MOTION to Seal filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal |

|            |     | Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 05/22/2019) |
|------------|-----|---|
| 05/28/2019 | 165 | ORDER granting 152 Defendant's Motion to Seal. (See Order for details). Signed by Magistrate Judge John F. Anderson on 5/28/2019. (aott) (Entered: 05/28/2019) |
| 05/28/2019 | 166 | Memorandum in Support re 142 MOTION for Discovery *(Motion for Leave to take Additional Third-Party Depositions) (redacted), [Filed publicly pursuant to Order dated May 20, 2019]* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 05/28/2019) |
| 05/28/2019 | 167 | Declaration *of Jennifer A. Golinveaux in Support of 142 MOTION for Discovery (Motion for Leave to take Additional Third-Party Depositions) (redacted), [Filed publicly pursuant to Order dated May 20, 2019]* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 3, # 2 Exhibit 5)(Buchanan, Thomas) (Entered: 05/28/2019) |
| 05/28/2019 | 168 | Declaration *of Diana Hughes Leiden in Support of 142 MOTION for Discovery (Motion for Leave to take Additional Third-Party Depositions) (redacted), [Filed publicly pursuant to Order dated May 20, 2019]* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)(Buchanan, Thomas) (Entered: 05/28/2019) |
| 05/29/2019 |     | Reset Deadlines as to 148 MOTION for Leave to File *Amended Versions of the Exhibits to the First Amended Complaint*. Motion Hearing set for 6/7/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 05/29/2019) |
| 05/29/2019 | 169 | RESPONSE to Motion re 148 MOTION for Leave to File *Amended Versions of the Exhibits to the First Amended Complaint [Defendants' Statement of Non-Opposition to Plaintiffs' Motion to Amend the Complaint]*, filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 05/29/2019) |
| 05/30/2019 | 170 | ORDER granting 148 Motion for Leave to File, and the hearing scheduled for this motion on Friday, June 7, 2019, at 10:00 a.m. is cancelled. Signed by Magistrate Judge John F. Anderson on 5/30/19. (klau, ) (Entered: 05/30/2019) |
| 06/10/2019 | 171 | ORDER granting 159 Motion for Protective Order. Signed by Magistrate Judge John F. Anderson on 6/10/2019. (rban, ) (Entered: 06/10/2019) |
| 06/13/2019 | 172 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal |

| | | |
|---|---|---|
| | | Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 136 Amended Complaint,,,,,, *Notice of Submission of Amended Exhibits to First Amended Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Zebrak, Scott) (Entered: 06/13/2019) |
| 06/21/2019 | 173 | Minute Entry for proceedings held before District Judge Liam O'Grady:Final Pretrial Conference held on 6/21/2019. Counsel enter their appearances. Court and counsel discuss scheduling and mediation. Counsel are directed to contact Judge Anderson's chambers to schedule mediation. Jury Trial set for 12/2/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (awac, ) (Entered: 06/21/2019) |
| 06/21/2019 | 174 | Sealed Motion to Compel. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 06/21/2019) |
| 06/21/2019 | 175 | Sealed Memorandum in Support re 174 Sealed Document. (Attachments: # 1 Declaration of Jeffrey M. Gould, # 2 Exhibit 2, # 3 Exhibit 5, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 14, # 9 Exhibit 15, # 10 Exhibit 16, # 11 Exhibit 18, # 12 Exhibit 27, # 13 Exhibit 28, # 14 Exhibit 29, # 15 Exhibit 30)(Zebrak, Scott) (Entered: 06/21/2019) |
| 06/21/2019 | 176 | MOTION to Compel *(Redacted)* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 06/21/2019) |
| 06/21/2019 | 177 | Memorandum in Support re 176 MOTION to Compel *(Redacted)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, |

| | | |
|---|---|---|
| | | Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Declaration of Jeffrey M. Gould, # 2 Exhibit 1, # 3 Exhibit 3, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30)(Zebrak, Scott) (Entered: 06/21/2019) |
| 06/21/2019 | 178 | Notice of Hearing Date set for June 28, 2019 re 176 MOTION to Compel *(Redacted)* (Zebrak, Scott) (Entered: 06/21/2019) |
| 06/21/2019 | 179 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 06/21/2019) |
| 06/21/2019 | 180 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner |

| | | |
|---|---|---|
| | | Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 179 MOTION to Seal (Zebrak, Scott) (Entered: 06/21/2019) |
| 06/24/2019 | | Set Deadlines as to 176 MOTION to Compel *(Redacted)*. Motion Hearing set for 6/28/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 06/24/2019) |
| 06/24/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 176 MOTION to Compel *(Redacted)* (clar, ) (Entered: 06/24/2019) |
| 06/26/2019 | 181 | Opposition to 176 MOTION to Compel *(Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A (under seal), # 2 Exhibit B (under seal), # 3 Exhibit C, # 4 Declaration of Brent Beck)(Buchanan, Thomas) (Entered: 06/26/2019) |
| 06/26/2019 | 182 | Sealed Attachment/Exhibit(s) re 181 Opposition,. (Attachments: # 1 Exhibit B) (Buchanan, Thomas) (Entered: 06/26/2019) |
| 06/26/2019 | 183 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 06/26/2019) |
| 06/26/2019 | 184 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 183 MOTION to Seal (Buchanan, Thomas) (Entered: 06/26/2019) |
| 06/27/2019 | 185 | REPLY to Response to Motion re 176 MOTION to Compel *(Redacted)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Declaration of Jeffrey M. Gould, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Zebrak, Scott) (Entered: 06/27/2019) |
| 06/27/2019 | 186 | Sealed Response/Reply/Opposition re 185 Reply to Response to Motion,,,,,,,. (Attachments: # 1 Declaration of Jeffrey M. Gould, # 2 Exhibit 3)(Zebrak, Scott) |

| | | (Entered: 06/27/2019) |
|---|---|---|
| 06/27/2019 | 187 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 06/27/2019) |
| 06/27/2019 | 188 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 187 MOTION to Seal (Zebrak, Scott) (Entered: 06/27/2019) |
| 06/28/2019 | 189 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 6/28/2019 re 176 MOTION to Compel *(Redacted)* filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp., Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano |

|   |   | Entertainment III, LLC, Stone Diamond Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Rondor Music International, Inc., Sony Music Entertainment US Latin, Universal Music - Z Tunes LLC, EMI Feist Catalog Inc., Laface Records LLC, Unichappell Music Inc., Universal/Island Music Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC. Appearances of counsel for plaintiffs and defendants. Motion argued and 176 MOTION to Compel - GRANTED IN PART/DENIED IN PART. Order to follow. (Tape #FTR.) (wgar, ) (Entered: 06/28/2019) |
|---|---|---|
| 06/28/2019 | 190 | ORDER, for the reasons stated from the bench, granting in part and denying in part 176 Motion to Compel. Signed by Magistrate Judge John F. Anderson on 06/28/2019. (wgar, ) (Entered: 06/28/2019) |
| 06/28/2019 | 191 | Second MOTION to Compel by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 06/28/2019) |
| 06/28/2019 | 192 | Memorandum in Support re 191 Second MOTION to Compel *[Redacted]* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 [Redacted] Declaration of Thomas M. Buchanan, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6 (under seal), # 8 Exhibit 7 (under seal))(Buchanan, Thomas) (Entered: 06/28/2019) |
| 06/28/2019 | 193 | Sealed Memorandum in Support re 192 Memorandum in Support,. (Attachments: # 1 Declaration of Thomas M. Buchanan, # 2 Exhibit 6, # 3 Exhibit 7)(Buchanan, Thomas) (Entered: 06/28/2019) |
| 06/28/2019 | 194 | Notice of Hearing Date set for July 12, 2019 re 191 Second MOTION to Compel (Buchanan, Thomas) (Entered: 06/28/2019) |
| 06/28/2019 | 195 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 06/28/2019) |
| 06/28/2019 | 196 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 195 MOTION to Seal (Buchanan, Thomas) (Entered: 06/28/2019) |
| 06/28/2019 | 197 | Memorandum in Support re 195 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 06/28/2019) |
| 06/30/2019 | 198 | MOTION for Protective Order by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, |

|            |     | Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) . (Entered: 06/30/2019) |
| 06/30/2019 | 199 | Memorandum in Support re 198 MOTION for Protective Order filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Declaration of Jeffrey Gould, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Zebrak, Scott) (Entered: 06/30/2019) |
| 07/01/2019 |     | Set Deadlines as to 191 Second MOTION to Compel . Motion Hearing set for 7/12/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (dvanm, ) (Entered: 07/01/2019) |
| 07/01/2019 | 200 | TRANSCRIPT of motions hearing held on 6-28-2019 before Mag. Judge Anderson. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/31/2019. Redacted Transcript Deadline set for 9/3/2019. Release of Transcript Restriction set for 9/30/2019.(linnell, norman) (Entered: 07/01/2019)** |
| 07/01/2019 | 201 | ORDER granting 198 Motion for Protective Order. ORDERED that plaintiffs' motion for a protective order is granted as to Mr. Walker and Mr. Kooker, given that the notices of depositions failed to comply with requirement of 11 days advance notice under the Local |

| | | Rules. The motion is also granted as to Mr. Swan since the deposition notice would require a resident of California to be deposed in New York. As to Ms. Ashby, the defendants shall file a response to the motion for a protective order concerning her deposition by 5:00 p.m. on Tuesday, July 2, 2019 and the court will decide the motion without any further argument or briefing. Signed by Magistrate Judge John F. Anderson on 07/01/2019. (wgar, ) (Entered: 07/01/2019) |
|---|---|---|
| 07/01/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 191 Second MOTION to Compel (dvanm, ) (Entered: 07/01/2019) |
| 07/01/2019 | 202 | Consent MOTION to Set Briefing Schedule on Defendants' Motion to Compel re 191 Second MOTION to Compel by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 07/01/2019) |
| 07/02/2019 | 203 | ORDER granting 202 Motion to Set Briefing Schedule, and the following schedule shall apply to Defendants' Motion to Compel (ECF No. 191): Brief in Opposition July 8, 2019 By 5:00 p.m.; Reply Brief July 11, 2019 By 12:00 NOON. Signed by Magistrate Judge John F. Anderson on 7/2/19. (klau, ) (Entered: 07/02/2019) |
| 07/03/2019 | 204 | ORDER that the motion for a protective order as to the Ashby deposition is granted. This motion may now be terminated by the Clerk's office. Signed by Magistrate Judge John F. Anderson on 7/3/19. (klau, ) (Entered: 07/03/2019) |
| 07/08/2019 | 205 | Memorandum in Support re 195 MOTION to Seal filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - |

| | | |
|---|---|---|
| | | Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 07/08/2019) |
| 07/08/2019 | 206 | DOCUMENT REVOKED per Order dated 7/9/19 re Memorandum in Opposition re 191 Second MOTION to Compel filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott). (Main Document 206 replaced on 7/10/2019) (klau, ). Modified text on 7/10/2019 (klau, ). (Entered: 07/08/2019) |
| 07/08/2019 | 207 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 206 Memorandum in Opposition,,,,,, *(Notice of Submission)* (Attachments: # 1 Mustico |

| | | |
|---|---|---|
| | | Decl. (redacted), # 2 Mustico Ex. 1, # 3 Mustico Ex. 2 (redacted), # 4 Patel Decl. (redacted), # 5 Battino Decl. (redacted), # 6 Blietz Decl. (redacted), # 7 Chen-Burton Decl. (redacted), # 8 Genovese Decl. (redacted), # 9 Jacoby Decl. (redacted))(Zebrak, Scott) (Entered: 07/08/2019) |
| 07/08/2019 | 208 | DOCUMENT REMOVED per Order dated 7/9/19 re Sealed Response/Reply/Opposition re 191 Second MOTION to Compel . (Attachments: # 1 Mustico Decl. (unredacted), # 2 Mustico Ex. 2 (unredacted), # 3 Battino Decl. (unredacted), # 4 Blietz Decl. (unredacted), # 5 Chen-Burton Decl. (unredacted), # 6 Jacoby Decl. (unredacted), # 7 Genovese Decl. (unredacted), # 8 Patel Decl. (unredacted))(Zebrak, Scott). (Main Document 208 replaced on 7/10/2019) (klau, ). (Attachment 1 replaced on 7/10/2019) (klau, ). (Attachment 2 replaced on 7/10/2019) (klau, ). (Attachment 3 replaced on 7/10/2019) (klau, ). (Attachment 4 replaced on 7/10/2019) (klau, ). (Attachment 5 replaced on 7/10/2019) (klau, ). (Attachment 6 replaced on 7/10/2019) (klau, ). (Attachment 7 replaced on 7/10/2019) (klau, ). (Attachment 8 replaced on 7/10/2019) (klau, ). Modified text on 7/10/2019 (klau, ). (Entered: 07/08/2019) |
| 07/08/2019 | 209 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 07/08/2019) |
| 07/08/2019 | 210 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, |

| | | |
|---|---|---|
| | | Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 209 MOTION to Seal (Zebrak, Scott) (Entered: 07/08/2019) |
| 07/09/2019 | 211 | Memorandum in Opposition re 191 Second MOTION to Compel *(Amended)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 07/09/2019) |
| 07/09/2019 | 212 | Sealed Response/Reply/Opposition *(Amended)* re 191 Second MOTION to Compel. (Attachments: # 1 Mustico Decl. (unredacted), # 2 Mustico Ex. 2 (unredacted), # 3 Battino Decl. (unredacted), # 4 Blietz Decl. (unredacted), # 5 Chen-Burton Decl. (unredacted), # 6 Genovese Decl. (unredacted), # 7 Jacoby Decl. (unredacted), # 8 Patel Decl. (unredacted))(Zebrak, Scott) (Entered: 07/09/2019) |
| 07/09/2019 | 213 | MOTION to Remove from Docket ECF Nos. 206 and 208 re 206 Memorandum in Opposition,,,,,,, 208 Sealed Response/Reply/Opposition,, by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, |

| | | Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 07/09/2019) |
|---|---|---|
| 07/09/2019 | 214 | ORDER that 213 Motion is GRANTED, and the Clerk of Court is ordered to remove the documents filed at ECF Nos. 206 and 208 from the public docket. Signed by Magistrate Judge John F. Anderson on 7/9/19. (klau, ) (Entered: 07/09/2019) |
| 07/10/2019 | 215 | Memorandum in Opposition re 191 Second MOTION to Compel *(Second Amended)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 07/10/2019) |
| 07/10/2019 | 216 | Sealed Response/Reply/Opposition *(Second Amended)* re 191 Second MOTION to Compel. (Attachments: # 1 Mustico Decl. (unredacted), # 2 Mustico Ex. 2 (unredacted), # 3 Battino Decl. (unredacted), # 4 Blietz Decl. (unredacted), # 5 Chen-Burton Decl. (unredacted), # 6 Genovese Decl. (unredacted), # 7 Jacoby Decl. (unredacted), # 8 Patel Decl. (unredacted))(Zebrak, Scott) (Entered: 07/10/2019) |
| 07/10/2019 | | Settlement Conference set for 8/8/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (wgar, ) (Entered: 07/10/2019) |
| 07/11/2019 | 217 | Withdrawal of Motion by Cox Communications, Inc., CoxCom, LLC re 191 Second MOTION to Compel (Buchanan, Thomas) (Entered: 07/11/2019) |
| 07/11/2019 | 218 | Sealed Document re 217 Withdrawal of Motion. (Buchanan, Thomas) (Entered: 07/11/2019) |
| 07/11/2019 | 219 | ORDER, the defendants have filed a notice of withdrawal of the second motion to compel 217 . Given that the court will not need to consider any of the pleadings filed in support of that motion or in opposition to that motion, the motions to seal relating to the second motion to compel 195 209 are hereby granted and the unredacted version of the notice of withdrawal 218 will remain under seal. The hearing scheduled for 7/12/2019 on defendants' second motion to compel is hereby cancelled. Signed by Magistrate Judge John F. Anderson on 7/11/2019. (rban, ) (Entered: 07/11/2019) |
| 07/16/2019 | 220 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, |

| | | Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC *re PROPOSED ORDER MODIFYING THE PRETRIAL SCHEDULE* (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 07/16/2019) |
|---|---|---|
| 07/16/2019 | 221 | *Defendants' Rule 26(a)(3) Disclosures/* Witness List by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 07/16/2019) |
| 07/16/2019 | 222 | *Plaintiffs' Rule 26(a)(3) Disclosures/* Witness List by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 07/16/2019) |
| 07/22/2019 | 223 | ORDER Modifying the Pretrial Schedule. Signed by District Judge Liam O'Grady on 7/22/2019. (rban, ) (Entered: 07/22/2019) |
| 07/22/2019 | | Set Hearing: Daubert Hearing set for 10/18/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (rban, ) (Entered: 07/22/2019) |
| 07/22/2019 | | Alexandria Set/Reset Hearings: In Limine Hearing set for 11/15/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. Summary Judgment Hearing set for 10/18/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (rban, ) (Entered: 07/22/2019) |
| 07/23/2019 | 224 | ORDER denying 187 Motion to Seal and plaintiffs shall file an unredacted version of the reply, the declaration of Jeffrey Gould, and Exhibit 3 in the public record. Signed by |

| | | Magistrate Judge John F. Anderson on 7/23/19. (klau, ) (Entered: 07/23/2019) |
|---|---|---|
| 07/23/2019 | 225 | ORDER granting 183 Motion to Seal and these materials shall remain under seal in their entirety until further order of the Court (see order for details). Signed by Magistrate Judge John F. Anderson on 7/23/19. (klau, ) (Entered: 07/23/2019) |
| 07/23/2019 | 226 | ORDER granting 179 Motion to Seal, and these materials shall remain under seal in their entirety until further order of the Court. Signed by Magistrate Judge John F. Anderson on 7/23/19. (klau, ) (Entered: 07/23/2019) |
| 07/23/2019 | 227 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 185 Reply to Response to Motion,,,,,,, (Attachments: # 1 Reply, # 2 Gould Declaration, # 3 Exhibit 3)(Zebrak, Scott) (Entered: 07/23/2019) |
| 07/23/2019 | 228 | Objection to 222 Witness List,,,,,, *[Defendants' Objections to Plaintiffs Rule 26(a)(3)(A) (i) Witness Disclosures]* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 07/23/2019) |
| 07/23/2019 | 229 | Objection to 221 Witness List *[Plaintiffs' Objections to Cox's Witness List/Rule 26(a)(3) Witness Disclosures]* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music |

| | | Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 07/23/2019) |
|---|---|---|
| 08/06/2019 | | ***Deadlines terminated - Settlement Conference set for 8/8/2019 at 10:00AM - TERMINATED. (wgar, ) (Entered: 08/06/2019) |
| 08/07/2019 | 230 | STATUS REPORT *UPDATE* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/07/2019) |
| 08/13/2019 | 231 | *Plaintiffs' Rule 26(a)(3) Trial* Exhibit List by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC.. (Zebrak, Scott) (Entered: 08/13/2019) |
| 08/13/2019 | 232 | *Defendants' Rule 26(a)(3) Trial* Exhibit List by Cox Communications, Inc., CoxCom, LLC.. (Buchanan, Thomas) (Entered: 08/13/2019) |
| 08/13/2019 | 233 | *Updated Plaintiffs' Rule 26(a)(3) Trial* Exhibit List by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., |

| | | |
|---|---|---|
| | | Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC.. (Zebrak, Scott) (Entered: 08/13/2019) |
| 08/14/2019 | | Notice of Correction re 233 Exhibit List, An incomplete (missing the 9 element signature block) document was filed. The filing user has been notified to refile the document.(klau, ) (Entered: 08/14/2019) |
| 08/14/2019 | 234 | *Plaintiffs' Rule 26(a)(3) Updated Trial* Exhibit List by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC.. (Attachments: # 1 Exhibit A)(Zebrak, Scott) (Entered: 08/14/2019) |
| 08/14/2019 | 235 | Motion for Exemption from ECF Filing *of exhibits to Summary Judgment Motion* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music |

| | | |
|---|---|---|
| | | Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/14/2019) |
| 08/14/2019 | 236 | Notice of Hearing Date re 235 Motion for Exemption from ECF Filing *of exhibits to Summary Judgment Motion* (Zebrak, Scott) (Entered: 08/14/2019) |
| 08/14/2019 | 237 | MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/14/2019 | 238 | Memorandum in Support re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence *[Redacted],* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 [Redacted] Declaration of Diana Hughes Leiden, # 2 Exhibit A, # 3 Exhibit B (under seal), # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E (under seal), # 7 Exhibit F (under seal), # 8 Exhibit G (under seal), # 9 Exhibit H, # 10 Exhibit I (under seal), # 11 Exhibit J (under seal), # 12 Exhibit K (under seal), # 13 Exhibit L, # 14 Exhibit M (under seal), # 15 Exhibit N, # 16 Exhibit O (under seal), # 17 Exhibit P (under seal), # 18 Exhibit Q (under seal), # 19 Exhibit R, # 20 Exhibit S (under seal), # 21 Exhibit T (under seal), # 22 Exhibit U (under seal), # 23 Exhibit V (under seal), # 24 Exhibit W (under seal), # 25 Exhibit X (under seal), # 26 Exhibit Y (under seal), # 27 Exhibit Z (under seal), # 28 Exhibit AA, # 29 Exhibit BB)(Buchanan, Thomas) Modified on 8/15/2019 Docket entry relationship (clar, ). (Entered: 08/14/2019) |
| 08/14/2019 | 239 | Sealed Memorandum in Support re 238 Memorandum in Support,,,,. (Attachments: # 1 Declaration of Diana Hughes Leiden, # 2 Exhibit B, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit I, # 7 Exhibit J, # 8 Exhibit K, # 9 Exhibit M, # 10 Exhibit O, # 11 Exhibit P, # 12 Exhibit Q, # 13 Exhibit S, # 14 Exhibit T, # 15 Exhibit U, # 16 Exhibit V, # 17 Exhibit W, # 18 Exhibit X, # 19 Exhibit Y, # 20 Exhibit Z)(Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/14/2019 | 240 | Notice of Hearing Date set for August 29, 2019 re 237 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence (Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/14/2019 | 241 | MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/14/2019 | 242 | Notice of Hearing Date set for August 29, 2019 re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, (Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/14/2019 | 243 | MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/14/2019 | 244 | Memorandum in Support re 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/14/2019 | 245 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* (Buchanan, Thomas) (Entered: 08/14/2019) |
| 08/15/2019 | | Set Deadlines as to 235 Motion for Exemption from ECF Filing *of exhibits to Summary* |

| | | |
|---|---|---|
| | | *Judgment Motion*. Motion Hearing set for 8/23/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 08/15/2019) |
| 08/15/2019 | | Set Deadlines as to 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, , 237 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence . Motion Hearing set for 8/29/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (clar, ) (Entered: 08/15/2019) |
| 08/15/2019 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, , 237 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence (clar, ) (Entered: 08/15/2019) |
| 08/15/2019 | 246 | ORDER granting 235 Motion for Exemption from ECF Filing. Plaintiffs are permitted to file the exhibits to their summary judgment motion on a flash drive or hard-drive, rather than through the Court's ECF system. Signed by Magistrate Judge John F. Anderson on 8/15/2019. (rban, ) (Entered: 08/15/2019) |
| 08/15/2019 | 247 | Withdrawal of Motion by Cox Communications, Inc., CoxCom, LLC re 237 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence (Buchanan, Thomas) (Entered: 08/15/2019) |
| 08/15/2019 | 248 | MOTION to Reset Hearing and Set Briefing Schedule re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/15/2019) |
| 08/16/2019 | | Alexandria Set Hearing:<br>In Limine Hearing set for 11/12/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (rban, ) (Entered: 08/16/2019) |
| 08/16/2019 | 249 | Opposition to 248 MOTION to Reset Hearing and Set Briefing Schedule re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 08/16/2019) |
| 08/16/2019 | 250 | Consent MOTION to Modify the Briefing Schedule on the Parties' Motions in Limine by |

| | | |
|---|---|---|
| | | Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order) (Buchanan, Thomas) (Entered: 08/16/2019) |
| 08/16/2019 | | Notice of Correction re 248 MOTION to Reset Hearing and Set Briefing Schedule re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence. The filing user has been notified to file a Notice of Hearing Date or a Notice of Waiver of Oral Argument. (dest, ) (Entered: 08/16/2019) |
| 08/16/2019 | 251 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 248 MOTION to Reset Hearing and Set Briefing Schedule re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, *Waiver of Oral Argument* (Zebrak, Scott) (Entered: 08/16/2019) |
| 08/16/2019 | 252 | ORDER granting 250 Consent MOTION to Modify the Briefing Schedule on the Parties' Motions in Limine by Cox Communications, Inc., CoxCom, LLC. Signed by District Judge Liam O'Grady on 8/16/2019. (see Order for details) (dest, ) (Entered: 08/16/2019) |
| 08/16/2019 | 253 | ORDER granting 248 MOTION to Reset Hearing and Set Briefing Schedule. ORDERED that plaintiffs' opposition to the motion shall be filed by 5:00 p.m. on Friday, September 13, 2019, defendants' reply shall be filed by 5:00 p.m. on Friday, September 20, 2019, and the hearing will be held on Friday, September 27, 2019 at 10 a.m. Signed by Magistrate Judge John F. Anderson on 8/16/2019. (dest, ) (Entered: 08/16/2019) |
| 08/16/2019 | | Reset Deadlines as to 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, . Motion Hearing set for 9/27/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (dest, ) (Entered: 08/16/2019) |
| 08/21/2019 | 254 | MOTION for Extension of Time to File Response/Reply as to 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* by MarkMonitor, Inc.. (Attachments: # 1 Proposed Order)(Whitelock, Julia) (Entered: 08/21/2019) |
| 08/21/2019 | 255 | Memorandum in Support re 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium |

| | | Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/21/2019) |
|---|---|---|
| 08/21/2019 | 256 | RESPONSE to Motion re 254 MOTION for Extension of Time to File Response/Reply as to 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 08/21/2019) |
| 08/22/2019 | 257 | ORDER granting 254 Motion for Extension of Time to File Response/Reply. ORDERED that Nonparty MarkMonitor, Inc. shall file its Response to Defendants' Motion to Seal on or before Friday, August 23, 2019. Signed by Magistrate Judge John F. Anderson on 08/22/2019. (wgar, ) (Entered: 08/22/2019) |
| 08/22/2019 | 258 | Subpoena(s) Returned. (Buchanan, Thomas) (Entered: 08/22/2019) |
| 08/22/2019 | 259 | Subpoena(s) Returned. (Buchanan, Thomas) (Entered: 08/22/2019) |
| 08/22/2019 | 260 | MOTION for Extension of Time to File Response/Reply as to 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence, on behalf of non-party Audible Magic,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/22/2019) |
| 08/23/2019 | 261 | ORDER granting 260 Motion for Extension of Time to File Response/Reply. The Court hereby orders that nonparty Audible Magic shall have until August 28, 2019 to file a response to Cox's Motion to Seal. Signed by Magistrate Judge John F. Anderson on 08/23/2019. (wgar, ) (Entered: 08/23/2019) |
| 08/23/2019 | 262 | RESPONSE to Motion re 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* filed by MarkMonitor, Inc.. (Attachments: # 1 Proposed Order)(Whitelock, Julia) (Entered: 08/23/2019) |
| 08/25/2019 | 263 | Emergency MOTION for Leave to File Excess Pages *for Cox's Memorandum in Support of Motion for Summary Judgment,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/25/2019) |
| 08/25/2019 | 264 | Memorandum in Support re 263 Emergency MOTION for Leave to File Excess Pages *for Cox's Memorandum in Support of Motion for Summary Judgment,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 08/25/2019) |
| 08/26/2019 | 265 | RESPONSE to Motion re 263 Emergency MOTION for Leave to File Excess Pages *for Cox's Memorandum in Support of Motion for Summary Judgment, and Cross Motion* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., |

| | | |
|---|---|---|
| | | EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/26/2019) |
| 08/26/2019 | 266 | Memorandum *in Support* to 265 Response to Motion,,,,,,, filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/26/2019) |
| 08/26/2019 | 267 | ORDER granting 263 Motion for Leave to File Excess Pages. Accordingly, Plaintiffs are permitted to file a brief in support of their motion for summary judgment not to exceed 40 pages. Signed by Magistrate Judge John F. Anderson on 08/26/2019. (dvanm, ) (Main Document 267 replaced on 8/26/2019) (dvanm, ). (Entered: 08/26/2019) |
| 08/26/2019 | 268 | ORDER - Having considered Plaintiffs' Cross-Motion for a Limited Extension of Page Limit for Plaintiffs' Memorandum in Support of Summary Judgment 265 (the "Motion"), it is hereby ORDERED that the Motion is GRANTED. Accordingly, Plaintiffs are permitted to file a brief in support of their motion for summary judgment not to exceed 40 pages. Signed by Magistrate Judge John F. Anderson on 08/26/2019. (dvanm, ) (Entered: 08/26/2019) |

| 08/27/2019 | 269 | Motion to appear Pro Hac Vice by Thomas Kearney and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6807871. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 08/27/2019) |
|---|---|---|
| 08/27/2019 | 270 | Emergency Motion for Exemption from ECF Filing *of exhibits to Summary Judgment Motion* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/27/2019) |
| 08/28/2019 | 271 | ORDER granting 270 Emergency Motion for Exemption from ECF Filing of exhibits to Summary Judgment Motion by Cox Communications, Inc., CoxCom, LLC. Signed by Magistrate Judge John F. Anderson on 8/28/2019. (See order for further details). (acha, ) (Entered: 08/28/2019) |
| 08/28/2019 | 272 | Consent MOTION to Correct Names of Three Party Plaintiffs by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/28/2019) |
| 08/28/2019 | 273 | NOTICE of Appearance by Michael Harry Jacobs on behalf of Audible Magic Corporation (Jacobs, Michael) (Entered: 08/28/2019) |
| 08/28/2019 | 274 | Motion to appear Pro Hac Vice by Gabriel M. Ramsey and Certification of Local Counsel Michael H. Jacobs Filing fee $ 75, receipt number 0422-6810673. by Audible Magic Corporation. (Jacobs, Michael) (Entered: 08/28/2019) |
| 08/28/2019 | 275 | Financial Interest Disclosure Statement (Local Rule 7.1) by Audible Magic Corporation. (Jacobs, Michael) (Entered: 08/28/2019) |
| 08/28/2019 | 276 | Memorandum in Support re 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* filed by Audible Magic Corporation. (Jacobs, Michael) (Entered: 08/28/2019) |
| 08/29/2019 | 277 | ORDER granting 272 Consent MOTION to Correct Names of Three Party Plaintiffs by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, |

| | | |
|---|---|---|
| | | Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. Signed by Magistrate Judge John F. Anderson on 8/29/2019. (See order for further details). (acha, ) (Entered: 08/29/2019) |
| 08/29/2019 | 278 | *Defendants' Corrected Trial* Exhibit List by Cox Communications, Inc., CoxCom, LLC.. (Attachments: # 1 Exhibit A)(Buchanan, Thomas) (Entered: 08/29/2019) |
| 08/29/2019 | 279 | ORDER granting 243 MOTION to Seal re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence, by Cox Communications, Inc., CoxCom, LLC. Signed by Magistrate Judge John F. Anderson on 8/29/2019. (See order for further details). (acha, ) (Entered: 08/29/2019) |
| 08/29/2019 | 280 | *Plaintiffs' Corrected Trial* Exhibit List by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC.. (Attachments: # 1 Exhibit A)(Zebrak, Scott) (Entered: 08/29/2019) |
| 08/29/2019 | 281 | Objection *to Defendants' Trial Exhibit List* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, |

| | | |
|---|---|---|
| | | Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A)(Zebrak, Scott) (Entered: 08/29/2019) |
| 08/29/2019 | 282 | Objection *to Plaintiffs' Trial Exhibits* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A)(Buchanan, Thomas) (Entered: 08/29/2019) |
| 08/30/2019 | 283 | MOTION for Judicial Notice by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 284 | Memorandum in Support re 283 MOTION for Judicial Notice filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram |

| | | International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 285 | MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 286 | Memorandum in Support re 285 MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba |

| | | |
|---|---|---|
| | | Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7-1, # 9 Exhibit 7-2) (Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 287 | MOTION to Exclude *Certain Expert Testimony by Christian Tregillis* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 288 | Memorandum in Support re 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 289 | MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, |

| | | |
|---|---|---|
| | | Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 290 | Memorandum in Support re 289 MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 291 | MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, |

| | | |
|---|---|---|
| | | Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 292 | Memorandum in Support re 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 293 | MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes |

| | | |
|---|---|---|
| | | LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 294 | Memorandum in Support re 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7-1, # 9 Exhibit 7-2)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 295 | Sealed Memorandum in Support re 285 MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth*. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7-1, # 9 Exhibit 7-2)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 296 | Sealed Memorandum in Support re 289 MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell*. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 297 | Sealed Memorandum in Support re 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 298 | Sealed Memorandum in Support re 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis*. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 299 | Sealed Memorandum in Support re 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber*. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1-1, # 3 Exhibit 1-2, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7) (Zebrak, Scott) (Entered: 08/30/2019) |

| 08/30/2019 | 300 | MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 301 | Memorandum in Support re 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D., (Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Thomas M. Buchanan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 302 | Sealed Memorandum in Support re 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,.* (Attachments: # 1 Declaration of Thomas M. Buchanan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K) (Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 303 | MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 304 | Memorandum in Support re 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty, (Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Thomas M. Buchanan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H) (Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 305 | Sealed Memorandum in Support re 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit H)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 306 | MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 307 | Memorandum in Support re 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D. (Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Thomas M. Buchanan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 308 | Sealed Memorandum in Support re 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D..* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit J)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 309 | MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order) (Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 310 | Memorandum in Support re 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross (Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Cesie C. Alvarez, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M)(Buchanan, Thomas) (Entered: 08/30/2019) |

| 08/30/2019 | 311 | Sealed Memorandum in Support re 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*. (Attachments: # 1 Declaration of Cesie C. Alvarez, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit M) (Buchanan, Thomas) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 312 | MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 313 | Memorandum in Support re 312 MOTION for Summary Judgment filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 314 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, |

Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 08/30/2019)

| 08/30/2019 | 315 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 316 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music |

| | | Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 317 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 318 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner |

| | | Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 08/30/2019) |

| 08/30/2019 | 319 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 320 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 321 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., |

| | | |
|---|---|---|
| | | Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 322 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 323 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music |

| | | - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 324 | Declaration re 312 MOTION for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 325 | Sealed Memorandum in Support re 312 MOTION for Summary Judgment . (Attachments: # 1 Gould Declaration, # 2 McCabe Declaration, # 3 Leak Declaration, # 4 Patel Declaration, # 5 Poltorak Declaration, # 6 Bahun Declaration, # 7 Frederiksen Cross Declaration, # 8 Kokakis Declaration, # 9 McMullan Declaration, # 10 Blietz Declaration, # 11 Lehr Declaration, # 12 Notice)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 326 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC |

| | | |
|---|---|---|
| | | re 299 Sealed Memorandum in Support, 295 Sealed Memorandum in Support, 325 Sealed Memorandum in Support, 297 Sealed Memorandum in Support, 298 Sealed Memorandum in Support, 296 Sealed Memorandum in Support (Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 327 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/30/2019) |
| 08/30/2019 | 328 | MOTION for Summary Judgment by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 329 | Memorandum in Support re 328 MOTION for Summary Judgment filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Thomas Kearney)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 330 | Sealed Memorandum in Support re 328 MOTION for Summary Judgment . (Attachments: # 1 Declaration of Thomas Kearney)(Buchanan, Thomas) (Entered: 08/30/2019) |
| 08/30/2019 | 334 | ORDER granting 269 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 8/30/19. (klau, ) (Entered: 09/03/2019) |
| 08/30/2019 | 335 | ORDER granting 274 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 8/30/19. (klau, ) (Entered: 09/03/2019) |
| 08/30/2019 | 338 | (Electronic) Exhibits received from plaintiffs. ( 2 external hard drives, one labeled "Public Version, one labeled "Under Seal" together with 3 cables) (Sent to LO Chambers) (Attachments: # 1 Letter, # 2 Copy of Order) (klau, ) (Entered: 09/03/2019) |
| 08/31/2019 | 331 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/31/2019) |
| 08/31/2019 | 332 | Memorandum in Support re 331 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 08/31/2019) |
| 08/31/2019 | 333 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 331 MOTION to Seal (Buchanan, Thomas) (Entered: 08/31/2019) |

| 09/03/2019 | | Notice of Correction re <u>285</u> MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth*, <u>283</u> MOTION for Judicial Notice , <u>293</u> MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber*, <u>289</u> MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell*, <u>312</u> MOTION for Summary Judgment , <u>291</u> MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*, <u>287</u> MOTION to Exclude *Certain Expert Testimony by Christian Tregillis*, The filing user has been notified to file a Notice of Hearing Date or a Notice of Waiver of Oral Argument (klau, ) (Entered: 09/03/2019) |
|---|---|---|
| 09/03/2019 | | Notice of Correction re <u>292</u> Memorandum in Support, An incomplete (missing signature block) document was filed. The filing user has been notified to refile the document(klau, ) (Entered: 09/03/2019) |
| 09/03/2019 | | Notice of Correction re <u>328</u> MOTION for Summary Judgment , <u>309</u> MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*, <u>303</u> MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,*, <u>300</u> MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,*, <u>306</u> MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.*, The filing user has been notified to file a Notice of Hearing Date or a Notice of Waiver of Oral Argument(klau, ) (Entered: 09/03/2019) |
| 09/03/2019 | 336 | Memorandum in Support re <u>291</u> MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8)(Zebrak, Scott) (Entered: 09/03/2019) |
| 09/03/2019 | 337 | Sealed Memorandum in Support re <u>291</u> MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8)(Zebrak, Scott) (Entered: 09/03/2019) |
| 09/03/2019 | 339 | Notice of Hearing Date set for October 18, 2019 re <u>285</u> MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth*, <u>283</u> MOTION for Judicial Notice , <u>293</u> MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber*, <u>289</u> MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell*, <u>312</u> MOTION for |

| | | |
|---|---|---|
| | | Summary Judgment , 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*, 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis* (Zebrak, Scott) (Entered: 09/03/2019) |
| 09/03/2019 | 340 | Notice of Hearing Date set for October 18, 2019 re 328 MOTION for Summary Judgment , 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*, 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,*, 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,*, 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.* (Buchanan, Thomas) (Entered: 09/03/2019) |
| 09/04/2019 | | Set/Reset Deadlines as to 283 MOTION for Judicial Notice , 285 MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth*, 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber*, 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*, 289 MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell*, 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis*, 312 MOTION for Summary Judgment . Motion Hearing set for 10/18/2019 at 10:00 AM in Alexandria Courtroom 500 before District Judge Liam O'Grady. (dvanm, ) (Entered: 09/04/2019) |
| 09/04/2019 | | Set/Reset Deadlines as to 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,*, 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.*, 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,*, 328 MOTION for Summary Judgment , 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*. Motion Hearing set for 10/18/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (dvanm, ) (Entered: 09/04/2019) |
| 09/04/2019 | 341 | Consent Motion for Exemption from ECF Filing *to File Voluminous Exhibits on Hard-Drive,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order) (Buchanan, Thomas) (Entered: 09/04/2019) |
| 09/05/2019 | 342 | Subpoena(s) Returned. (Buchanan, Thomas) (Entered: 09/05/2019) |
| 09/05/2019 | 343 | ORDER Granting 341 Motion to File Voluminous Exhibits on Hard-Drive. Signed by District Judge Liam O'Grady on 09/05/2019. (choy, ) (Entered: 09/05/2019) |
| 09/05/2019 | 344 | NOTICE by Cox Communications, Inc., CoxCom, LLC re 331 MOTION to Seal *of Submission of Corrected Proposed Order to Omnibus Motion To Seal* (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 09/05/2019) |
| 09/06/2019 | 345 | Consent MOTION for Parties and Nonparties to File a Single Memorandum in Support of Sealing Motions re 327 MOTION to Seal , 331 MOTION to Seal , 243 MOTION to Seal *re: Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence,* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA |

| | | Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 09/06/2019) |
|---|---|---|
| 09/06/2019 | 346 | Memorandum in Support re 327 MOTION to Seal , 331 MOTION to Seal filed by Audible Magic Corporation. (Jacobs, Michael) (Entered: 09/06/2019) |
| 09/06/2019 | 347 | RESPONSE in Support re 327 MOTION to Seal filed by MarkMonitor, Inc.. (Whitelock, Julia) (Entered: 09/06/2019) |
| 09/06/2019 | 348 | RESPONSE in Support re 331 MOTION to Seal filed by MarkMonitor, Inc.. (Whitelock, Julia) (Entered: 09/06/2019) |
| 09/09/2019 | 349 | ORDERED that the parties shall have until October 18, 2019 to each file a single memorandum in support of any other party's sealing motions in connection the parties' summary judgment and Daubert motions and Cox's sanctions motion (the "Motions") filed after the date of this order (see order for further details). Signed by Magistrate Judge John F. Anderson on 09/09/2019. (jlan) (Entered: 09/09/2019) |
| 09/11/2019 | 350 | Memorandum in Support re 331 MOTION to Seal filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 09/11/2019) |
| 09/13/2019 | 351 | RESPONSE to Motion re 327 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 09/13/2019) |
| 09/13/2019 | 352 | Sealed Response/Reply/Opposition re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, . (Attachments: # 1 Bahun Decl, # 2 Ikezoye Decl, # 3 Marks Decl, # 4 Gould Decl, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, |

| | | #8 Exhibit 4, #9 Exhibit 5, #10 Exhibit 6, #11 Exhibit 7)(Zebrak, Scott) (Entered: 09/13/2019) |
|---|---|---|
| 09/13/2019 | 353 | Memorandum in Opposition re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, *(REDACTED)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: #1 Bahun Decl, #2 Ikezoye Decl, #3 Marks Decl, #4 Gould Decl, #5 Exhibit 1, #6 Exhibit 2, #7 Exhibit 3, #8 Exhibit 4, #9 Exhibit 5, #10 Exhibit 6, #11 Exhibit 7)(Zebrak, Scott) (Entered: 09/13/2019) |
| 09/13/2019 | 354 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re 352 Sealed Response/Reply/Opposition, (Zebrak, Scott) (Entered: 09/13/2019) |
| 09/13/2019 | 355 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI |

| | | |
|---|---|---|
| | | Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 09/13/2019) |
| 09/13/2019 | 356 | Opposition to 283 MOTION for Judicial Notice filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/13/2019) |
| 09/16/2019 | 357 | ORDER granting 269 Motion for Pro hac vice Thomas Kearney. Signed by District Judge Liam O'Grady on 9/16/2019. (lcre, ) (Entered: 09/16/2019) |
| 09/18/2019 | 358 | Rule 26 Disclosure/Deposition Designations by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC. (Attachments: # 1 Exhibit A)(Zebrak, Scott) Modified text on 9/19/2019 (klau, ). (Entered: 09/18/2019) |
| 09/18/2019 | 359 | Rule 26 Disclosure/Cox's Opening Deposition Testimony Designations by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A - Cox Opening Deposition Testimony Designations)(Buchanan, Thomas) Modified text on 9/19/2019 (klau, ). (Entered: 09/18/2019) |
| 09/19/2019 | 360 | Consent MOTION for Leave to File Excess Pages by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 09/19/2019) |
| | | |

| 09/19/2019 | 361 | Memorandum in Support re 360 Consent MOTION for Leave to File Excess Pages filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/19/2019) |
|---|---|---|
| 09/19/2019 | 362 | REPLY to Response to Motion re 283 MOTION for Judicial Notice filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A)(Zebrak, Scott) (Entered: 09/19/2019) |
| 09/20/2019 | 363 | ORDER granting 360 Motion for Leave to File Excess Pages. Signed by District Judge Liam O'Grady on 9/20/2019. (rban, ) (Entered: 09/20/2019) |
| 09/20/2019 | 364 | REPLY to Response to Motion re 237 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Thomas J. Kearney, # 2 Kearney Decl. Exhibit A, # 3 Kearney Decl. Exhibit B, # 4 Kearney Decl. Exhibit C, # 5 Kearney Decl. Exhibit D, # 6 Declaration of Michael L. Brody, # 7 Brody Decl. Exhibit A, # 8 Declaration of Lynne J. Weber Ph.D., # 9 Weber Declaration Exhibit A, # 10 Weber Delcaration Exhibit B, # 11 Declaration of Dr. Nick Feamster)(Buchanan, Thomas) (Entered: 09/20/2019) |
| 09/20/2019 | 365 | Sealed Response/Reply/Opposition re 364 Reply to Response to Motion,,. (Attachments: # 1 Declaration of Thomas J. Kearney, # 2 Kearney Decl. Exhibit A, # 3 Kearney Decl. Exhibit B, # 4 Kearney Decl. Exhibit C, # 5 Kearney Decl. Exhibit D, # 6 Declaration of Michael L. Brody, # 7 Brody Decl. Exhibit A, # 8 Declaration of Lynne J. Weber Ph.D., # 9 Weber Delcaration Exhibit B, # 10 Declaration of Dr. Nick Feamster)(Buchanan, Thomas) (Entered: 09/20/2019) |
| 09/20/2019 | 366 | MOTION to Seal *Cox's Reply Memorandum of Law in Support of Their Motion for Discovery Sanctions and to Preclude Plaintiffs Use of MarkMonitor Evidence and Supporting Documents* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 09/20/2019) |
| 09/20/2019 | 367 | Memorandum in Support/Defendants' Motion to Seal re 366 MOTION to Seal *Cox's Reply Memorandum of Law in Support of Their Motion for Discovery Sanctions and to Preclude Plaintiffs Use of MarkMonitor Evidence and Supporting Documents* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) Modified text on 9/23/2019 (klau, ). (Entered: 09/20/2019) |

| 09/20/2019 | 368 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 366 MOTION to Seal *Cox's Reply Memorandum of Law in Support of Their Motion for Discovery Sanctions and to Preclude Plaintiffs Use of MarkMonitor Evidence and Supporting Documents* (Buchanan, Thomas) (Entered: 09/20/2019) |
|---|---|---|
| 09/20/2019 | 369 | Memorandum in Support re 355 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 09/20/2019) |
| 09/24/2019 | 370 | Memorandum in Opposition re 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 DECLARATION OF THOMAS PATRICK LANE, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20)(Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 371 | Sealed Response/Reply/Opposition re 370 Memorandum in Opposition,,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 12, # 11 Exhibit 13, # 12 Exhibit 14, # 13 Exhibit 15, # 14 Exhibit 16, # 15 Exhibit 17)(Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 372 | Memorandum in Opposition re 285 MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 DECLARATION OF DIANA HUGHES LEIDEN, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 373 | Memorandum in Opposition re 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 374 | Sealed Memorandum in Opposition re 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*. (Attachments: # 1 Gould Declaration, # 2 |

| | | |
|---|---|---|
| | | Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 375 | Memorandum in Opposition re 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 376 | Sealed Memorandum in Opposition re 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.* (Attachments: # 1 Gould Declaration, # 2 Exhibit 1)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 377 | Memorandum in Opposition re 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.*, filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Zebrak, Scott) (Entered: 09/24/2019) |

| | | |
|---|---|---|
| 09/24/2019 | 378 | Sealed Memorandum in Opposition re 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,.*. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 379 | Memorandum in Opposition re 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 380 | Sealed Response/Reply/Opposition re 372 Memorandum in Opposition,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 - 1, # 6 Exhibit 5 - 2) (Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 381 | Sealed Memorandum in Opposition re 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,*. (Attachments: # 1 Gould Declaration, # 2 Exhibit 1)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 382 | Memorandum in Opposition re 289 MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 DECLARATION OF THOMAS M. BUCHANAN, # 2 Exhibit 1, # 3 Exhibit 2) (Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 383 | Sealed Response/Reply/Opposition re 382 Memorandum in Opposition,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 384 | Memorandum in Opposition re 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 DECLARATION OF CESIE C. ALVAREZ, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 385 | Sealed Response/Reply/Opposition re 384 Memorandum in Opposition,. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11)(Buchanan, Thomas) (Entered: 09/24/2019) |

| 09/24/2019 | 386 | Memorandum in Opposition re 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 DECLARATION OF THOMAS M. BUCHANAN, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Buchanan, Thomas) Modified on 9/26/2019 **counsel filed CORRECTED Memorandum in Opposition as dkt. no. 411** (klau, ). (Entered: 09/24/2019) |
|---|---|---|
| 09/24/2019 | 387 | Sealed Response/Reply/Opposition re 386 Memorandum in Opposition,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12) (Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 388 | MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 389 | Memorandum in Support re 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB |

| | | Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Declaration)(Zebrak, Scott) (Entered: 09/24/2019) |
|---|---|---|
| 09/24/2019 | 390 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 389 Memorandum in Support,,,,,,, 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 391 | Sealed Memorandum in Support re 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,.* (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 392 | Sealed Opposition re 328 MOTION for Summary Judgment . (Attachments: # 1 Abitbol Decl., # 2 Blietz Decl., # 3 Glass Decl., # 4 Kokakis Decl., # 5 Leak Decl., # 6 McMullan Decl., # 7 Frederiksen-Cross Decl,, # 8 Gould Decl., # 9 Exhibit 1, # 10 Exhibit 2, # 11 Exhibit 3, # 12 Exhibit 4, # 13 Exhibit 5, # 14 Exhibit 6, # 15 Exhibit 7, # 16 Exhibit 8, # 17 Exhibit 9, # 18 Exhibit 10, # 19 Exhibit 11, # 20 Exhibit 12, # 21 Exhibit 13, # 22 Exhibit 14, # 23 Exhibit 15, # 24 Exhibit 16, # 25 Exhibit 17, # 26 Exhibit 18, # 27 Exhibit 19, # 28 Exhibit 20, # 29 Exhibit 21, # 30 Exhibit 22, # 31 Exhibit 23, # 32 Exhibit 24, # 33 Exhibit 25, # 34 Exhibit 26, # 35 Exhibit 27, # 36 Exhibit 28, # 37 Exhibit 29, # 38 Exhibit 30, # 39 Exhibit 31, # 40 Exhibit 32, # 41 Exhibit 33, # 42 Exhibit 34, # 43 Exhibit 35, # 44 Exhibit 36, # 45 Exhibit 37, # 46 Exhibit 38, # 47 Exhibit 39, # 48 Exhibit 40, # 49 Exhibit 41, # 50 Exhibit 42, # 51 Exhibit 43, # 52 Exhibit 44, # 53 Exhibit 45, # 54 Exhibit 46, # 55 Exhibit 47, # 56 Exhibit 48, # 57 Exhibit 49, # 58 Exhibit 50, # 59 Exhibit 51, # 60 Exhibit 52, # 61 Exhibit 53, # 62 Exhibit 54, # 63 Exhibit 55, # 64 Exhibit 70, # 65 Exhibit 71)(Zebrak, Scott) (Entered: 09/24/2019) |
| 09/24/2019 | 393 | Memorandum in Opposition re 312 MOTION for Summary Judgment - filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 394 | Sealed Response/Reply/Opposition re 393 Memorandum in Opposition. (Buchanan, |

**JA99**

| | | Thomas) (Entered: 09/24/2019) |
|---|---|---|
| 09/24/2019 | 395 | Declaration re 393 Memorandum in Opposition - *DECLARATION OF DR. NICK FEAMSTER* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit F-1, # 2 Exhibit F-2, # 3 Exhibit F-3, # 4 Exhibit F-4)(Buchanan, Thomas) (Entered: 09/24/2019) |
| 09/24/2019 | 396 | Memorandum in Opposition re 328 MOTION for Summary Judgment filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Abitbol Decl, # 2 Blietz Decl, # 3 Glass Decl, # 4 Kokakis Decl, # 5 Leak Decl, # 6 McMullan Decl, # 7 Frederiksen-Cross Decl)(Zebrak, Scott) (Entered: 09/25/2019) |
| 09/24/2019 | 397 | Declaration re 393 Memorandum in Opposition - *DECLARATION OF THOMAS PATRICK LANE* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit L1 - L6, # 2 Exhibit L7, # 3 Exhibit L8, # 4 Exhibit L9, # 5 Exhibit L10, # 6 Exhibit L11, # 7 Exhibit L12 - 14)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 398 | Declaration re 396 Memorandum in Opposition,,,,,,, *to Motion for Summary Judgment* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International |

| | | |
|---|---|---|
| | | Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 70, # 57 Exhibit 71)(Zebrak, Scott) (Entered: 09/25/2019) |
| 09/25/2019 | 399 | Sealed Response/Reply/Opposition re 397 Declaration,. (Attachments: # 1 Exhibit L1, # 2 Exhibit L2, # 3 Exhibit L3, # 4 Exhibit L4, # 5 Exhibit L5, # 6 Exhibit L6, # 7 Exhibit L12, # 8 Exhibit L13, # 9 Exhibit L14)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 400 | Declaration re 393 Memorandum in Opposition *to ECF 312 Plaintiffs' Motion for Summary Judgment* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit K1, # 2 Exhibit K2, # 3 Exhibit K3 - K6, # 4 Exhibit K7, # 5 Exhibit K8 Part 1, # 6 Exhibit K8 Part 2, # 7 Exhibit K9, # 8 Exhibit K10, # 9 Exhibit K11 - K12, # 10 Exhibit K13_A, # 11 Exhibit K13_B, # 12 Exhibit K14 - K35, # 13 Exhibit K36, # 14 Exhibit K37 - K38)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 401 | Sealed Response/Reply/Opposition re 400 Declaration,. (Attachments: # 1 Exhibit K1, # 2 Exhibit K3, # 3 Exhibit K4, # 4 Exhibit K5, # 5 Exhibit K6, # 6 Exhibit K9 Part 1, # 7 Exhibit K9 Part 2)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 402 | Sealed Attachment/Exhibit(s) re 400 Declaration,. (Attachments: # 1 Exhibit K11 Part 2, # 2 Exhibit K11 Part 3, # 3 Exhibit K12, # 4 Exhibit K14, # 5 Exhibit K15, # 6 Exhibit K16, # 7 Exhibit K17, # 8 Exhibit K18, # 9 Exhibit K19, # 10 Exhibit K20)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 403 | Sealed Attachment/Exhibit(s) re 400 Declaration,. (Attachments: # 1 Exhibit K22, # 2 Exhibit K23, # 3 Exhibit K24, # 4 Exhibit K25, # 5 Exhibit K26, # 6 Exhibit K27, # 7 Exhibit K28, # 8 Exhibit K29, # 9 Exhibit K30, # 10 Exhibit K31, # 11 Exhibit K32, # 12 Exhibit K33, # 13 Exhibit K34, # 14 Exhibit K35, # 15 Exhibit K37, # 16 Exhibit K38)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 404 | Memorandum in Opposition re 312 MOTION for Summary Judgment - *re ECF 393 Memorandum in Opposition* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 405 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 406 | Memorandum in Support/Defendants' Omnbus Motion to Seal re 405 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) Modified text on 9/25/2019 (klau, ). (Entered: 09/25/2019) |
| 09/25/2019 | 407 | ORDERED that defendants' motion for sanctions will be heard at 1:00 p.m. on 9/27/2019 instead of 10:00 a.m. Signed by Magistrate Judge John F. Anderson on 9/25/2019. |

| | | |
|---|---|---|
| | | Motion Hearing reset for 9/27/2019 at 01:00 PM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson.(rban, ) (Entered: 09/25/2019) |
| 09/25/2019 | | Notice of Correction re 393 Memorandum in Opposition, An incomplete (missing signature block) document was filed. The filing user has been notified to refile the document. (klau, ) Modified on 9/25/2019 **corrected memorandum in opposition is filed as document no. 404. per counsel** (klau, ). (Entered: 09/25/2019) |
| 09/25/2019 | | Notice of Correction re 405 MOTION to Seal the filing user has been notified to file Notice of Rule 5(B)or 5(C). (klau, ) (Entered: 09/25/2019) |
| 09/25/2019 | 408 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 405 MOTION to Seal (Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | | Notice of Correction re 378 Sealed Response/Reply/Opposition, 391 Sealed Memorandum in Support, 376 Sealed Response/Reply/Opposition, 381 Sealed Response/Reply/Opposition, 374 Sealed Response/Reply/Opposition The filing user has been notified to file motion to seal and notice of Rule 5(B) or 5(C)(klau, ) (Entered: 09/25/2019) |
| 09/25/2019 | 409 | ORDER This matter is currently on the Court's calendar on October 18, 2019 for argument on pending motions in limine. The court is unfortunately not available on that date, but offers either October 21,22, 23, or 24, 2019 at 2:00 pm as alternatives. Counsel should confer and advise the Court of a date that is agreeable to all parties. Signed by District Judge Liam O'Grady on 9/25/19. (klau, ) (Entered: 09/25/2019) |
| 09/25/2019 | 410 | Notice of Hearing Date set for October 18, 2019 re 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,* (Zebrak, Scott) (Entered: 09/25/2019) |
| 09/25/2019 | 411 | Memorandum in Opposition re 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber / CORRECTED version of documents filed at ECF 386* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Thomas M. Buchanan CORRECTED, # 2 Exhibit 1 CORRECTED, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6 CORRECTED, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14 CORRECTED)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 412 | Sealed Response/Reply/Opposition re 411 Memorandum in Opposition,, CORRECTED version of sealed documents filed at ECF 387. (Attachments: # 1 Exhibit 1 CORRECTED, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 CORRECTED, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 14 CORRECTED)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 413 | MOTION to Seal / *CORRECTED version of documents filed at ECF 405* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order CORRECTED)(Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 414 | Memorandum in Support re 413 MOTION to Seal / *CORRECTED version of documents filed at ECF 405 / CORRECTED version of documents filed at ECF 406* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 415 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 413 MOTION to Seal / *CORRECTED version of documents filed at ECF 405 / CORRECTED version of document filed at ECF 408* (Buchanan, Thomas) (Entered: 09/25/2019) |
| 09/25/2019 | 416 | Notice of Under Seal Filing LCvR5 (B) by Arista Music, Arista Records, LLC, Atlantic |

| | | |
|---|---|---|
| | | Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re 392 Sealed Response/Reply/Opposition,,,,, 378 Sealed Response/Reply/Opposition, 391 Sealed Memorandum in Support, 376 Sealed Response/Reply/Opposition, 381 Sealed Response/Reply/Opposition, 374 Sealed Response/Reply/Opposition (Zebrak, Scott) (Entered: 09/25/2019) |
| 09/25/2019 | 417 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 09/25/2019) |
| 09/26/2019 | | Set Deadlines as to 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,*. Motion Hearing set for 10/18/2019 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 09/26/2019) |
| 09/27/2019 | 418 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Motion Hearing held on 9/27/2019 re 241 MOTION for Discovery Sanctions and to Preclude Plaintiffs' Use of Markmonitor Evidence, filed by Cox Communications, Inc., CoxCom, LLC. Appearances of counsel for plaintiffs and defendants. Motion argued and 241 |

| | | MOTION for Discovery Sanctions - DENIED. Order to follow. (Tape #FTR.)(wgar, ) (Entered: 09/30/2019) |
|---|---|---|
| 09/27/2019 | 419 | ORDER, for the reasons stated from the bench, denying 241 MOTION for Discovery Sanctions. This order does not preclude defendants' from moving to exclude the Markmonitor evidence on another basis other than discovery sanctions. Signed by Magistrate Judge John F. Anderson on 09/27/2019. (wgar, ) (Entered: 09/30/2019) |
| 10/03/2019 | 420 | MOTION to Strike 397 Declaration, 400 Declaration, by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/03/2019) |
| 10/03/2019 | 421 | Memorandum in Support re 420 MOTION to Strike 397 Declaration, 400 Declaration, filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Zebrak, Scott) (Entered: 10/03/2019) |
| 10/03/2019 | 422 | Sealed Memorandum in Support re 420 MOTION to Strike 397 Declaration, 400 Declaration, . (Attachments: # 1 Gould Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Zebrak, Scott) (Entered: 10/03/2019) |
| 10/03/2019 | 423 | Notice of Hearing Date set for 10/24/2019 re 420 MOTION to Strike 397 Declaration, 400 Declaration, (Zebrak, Scott) (Entered: 10/03/2019) |
| 10/03/2019 | 424 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re 422 Sealed Memorandum in Support, (Zebrak, Scott) (Entered: 10/03/2019) |
| 10/03/2019 | 425 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/03/2019) |
| 10/04/2019 | | Reset Deadlines as to 285 MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth*, 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber*, 303 |

| | | |
|---|---|---|
| | | MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,*, 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*, 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis*, 328 MOTION for Summary Judgment , 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*, 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,*, 283 MOTION for Judicial Notice , 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.*, 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,*, 289 MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell*, 312 MOTION for Summary Judgment , 420 MOTION to Strike 397 Declaration, 400 Declaration, . Motion Hearing set for 10/24/2019 at 02:00 PM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Per LO chambers) (clar, ) (Entered: 10/04/2019) |
| 10/04/2019 | | Reset Deadlines as to Summary Judgment Motion Hearing set for 10/24/2019 at 02:00 PM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Per LO chambers) (clar, ) (Entered: 10/04/2019) |
| 10/04/2019 | 426 | Motion to appear Pro Hac Vice by Michael Louis Brody and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6873457. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/04/2019) |
| 10/07/2019 | | Reset Deadlines as to 285 MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth*, 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber*, 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,*, 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*, 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis*, 328 MOTION for Summary Judgment , 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*, 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,*, 283 MOTION for Judicial Notice , 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.*, 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,*, 289 MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell*, 312 MOTION for Summary Judgment , 420 MOTION to Strike 397 Declaration, 400 Declaration, . Motion Hearing set for 10/24/2019 at 02:00 PM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 10/07/2019) |
| 10/07/2019 | 427 | STIPULATION *re scheduling on Plaintiffs' Motions to Strike* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music |

| | | |
|---|---|---|
| | | Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/07/2019) |
| 10/07/2019 | 428 | Opposition to 359 Rule 26 Disclosure *Plaintiffs' Objections and Counter-Designations to Defendants' Deposition Designations* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Objections and Counter-Designations)(Zebrak, Scott) (Entered: 10/07/2019) |
| 10/07/2019 | 429 | Objection to 358 Rule 26 Disclosure,,,,,, *Cox's Objections and Counter-Designations to Plaintiffs' Deposition Designations* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A - Cox Objections and Counter-Designations to Plaintiffs' Deposition Designations, # 2 Exhibit B - Protective Order BMG v Cox ECF 46) (Buchanan, Thomas) (Entered: 10/07/2019) |
| 10/08/2019 | | Notice of Correction re 427 Stipulation, An incomplete (missing signature) document was filed. The filing user has been notified to refile the document.(klau, ) (Entered: 10/08/2019) |
| 10/08/2019 | 430 | STIPULATION *re scheduling on Plaintiffs Motions to Strike* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram |

| | | |
|---|---|---|
| | | International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/08/2019) |
| 10/08/2019 | 431 | Consent MOTION to exceed page limit for Reply Memoranda in support of Motions for Summary Judgment by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/08/2019) |
| 10/08/2019 | 432 | Memorandum in Support re 431 Consent MOTION to exceed page limit for Reply Memoranda in support of Motions for Summary Judgment filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Jobete Music Co. Inc., Laface Records LLC, MarkMonitor, Inc., Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB |

| | | Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 10/08/2019) |
|---|---|---|
| 10/08/2019 | 433 | TRANSCRIPT of motions hearing held on 9-27-2019 before Mag. Judge Anderson. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/7/2019. Redacted Transcript Deadline set for 12/9/2019. Release of Transcript Restriction set for 1/6/2020.(linnell, norman) (Entered: 10/08/2019)** |
| 10/09/2019 | 434 | ORDER granting 431 Motion to exceed page limit. The Court hereby orders that the parties are permitted to file reply briefs in further support the parties' motions for summary judgment not to exceed thirty (30) pages. Signed by District Judge Liam O'Grady on 10/9/19. (klau, ) (Entered: 10/09/2019) |
| 10/09/2019 | 435 | ORDER granting 426 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 10/9/19. (klau, ) (Entered: 10/09/2019) |
| 10/10/2019 | 436 | Subpoena(s) Returned. (Zebrak, Scott) (Entered: 10/10/2019) |
| 10/11/2019 | 437 | REPLY to Response to Motion re 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty, (Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Reply Declaration of Thomas M. Buchanan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 438 | Sealed Response/Reply/Opposition re 303 MOTION to Exclude *the Testimony of Putative Expert Dr. Terrence P. McGarty,*. (Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 439 | REPLY to Response to Motion re 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Reply Declaration of Cesie C. Alvarez, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 440 | Sealed Response/Reply/Opposition re 309 MOTION to Exclude *the Testimony of Putative Expert Barbara Frederiksen-Cross*. (Attachments: # 1 Exhibit A, # 2 Exhibit E, # 3 Exhibit G)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 441 | REPLY to Response to Motion re 285 MOTION to Exclude *Certain Expert Testimony by Dr. Kevin C. Almeroth* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of |

| | | |
|---|---|---|
| | | Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 442 | REPLY to Response to Motion re 289 MOTION to Exclude *Certain Expert Testimony by W. Christopher Bakewell* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 443 | REPLY to Response to Motion re 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster (REDACTED)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB |

| | | |
|---|---|---|
| | | Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 444 | Sealed Reply re 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster*. (Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 445 | REPLY to Response to Motion re 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis (REDACTED)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 446 | Sealed Reply re 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis*. (Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 447 | REPLY to Response to Motion re 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber (REDACTED)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music |

| | | Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Decl., # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit B (under seal))(Zebrak, Scott) (Entered: 10/11/2019) |
|---|---|---|
| 10/11/2019 | 448 | REPLY to Response to Motion re 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D., (Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Reply Declaration of Thomas M. Buchanan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 449 | Sealed Response/Reply/Opposition re 300 MOTION to Exclude *the Testimony of Putative Expert George P. McCabe, Ph.D.,*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 450 | Sealed Reply re 293 MOTION to Exclude *Certain Expert Testimony by Dr. Lynn Weber.* (Attachments: # 1 Exhibit B)(Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 451 | REPLY to Response to Motion re 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D. (Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Reply Declaration of Thomas M. Buchanan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 452 | Sealed Response/Reply/Opposition re 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.*. (Attachments: # 1 Exhibit C)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 453 | REPLY to Response to Motion re 328 MOTION for Summary Judgment *(Redacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Dr. Nick Feamster, # 2 Declaration of Thomas Kearney, # 3 Exhibit 52, # 4 Exhibit 53, # 5 Exhibit 54, # 6 Exhibit 55, # 7 Exhibit 56)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 454 | Sealed Response/Reply/Opposition re 328 MOTION for Summary Judgment . (Attachments: # 1 Declaration of Dr. Nick Feamster, # 2 Exhibit 52, # 3 Exhibit 56) (Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 455 | REPLY to Response to Motion re 312 MOTION for Summary Judgment *(REDACTED)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane |

| | | Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Decl., # 2 Exhibit 1(a), # 3 Exhibit 1(b), # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5-1, # 8 Exhibit 5-2, # 9 Exhibit 5-3, # 10 Exhibit 5-4, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9, # 15 Exhibit 10-1, # 16 Exhibit 10-2, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13)(Zebrak, Scott) (Entered: 10/11/2019) |
|---|---|---|
| 10/11/2019 | 456 | Sealed Reply re 312 MOTION for Summary Judgment . (Attachments: # 1 Exhibit 1(a), # 2 Exhibit 1(b))(Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 457 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/11/2019) |
| 10/11/2019 | 458 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re 446 Sealed Response/Reply/Opposition, 456 Sealed Response/Reply/Opposition, 444 Sealed Response/Reply/Opposition, 450 Sealed Response/Reply/Opposition (Zebrak, Scott) (Entered: 10/11/2019) |

| | | |
|---|---|---|
| 10/11/2019 | 459 | MOTION to Seal *(Omnibus)* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 460 | Memorandum in Support re 459 MOTION to Seal *(Omnibus)* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 461 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 459 MOTION to Seal *(Omnibus)* (Buchanan, Thomas) (Entered: 10/11/2019) |
| 10/11/2019 | 466 | STIPULATED ORDER that in connection with Plaintiffs' Motions to Strike (ECF Nos. 388,420) (collectively, the "Strike Motions") filed in connection with the parties' Summary Judgment Motions, the following briefing schedule shall apply: 1. Cox shall file by 5 pm EST on Monday, October 14, 2019 one consolidated brief in opposition to the Strike Motions. 2. Plaintiffs shall file by 5 pm EST on Monday, October 21, 2019 one consolidated reply brief in response to Cox's opposition to the Strike Motions. The Court will hear argument, if any, on the Strike Motions on October 24, 2019 at 2 pm EST, as previously scheduled. Signed by District Judge Liam O'Grady on 10/11/19. (klau, ) (Entered: 10/15/2019) |
| 10/14/2019 | 462 | Memorandum in Opposition re 420 MOTION to Strike 397 Declaration, 400 Declaration, , 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Buchanan, Thomas) (Entered: 10/14/2019) |
| 10/14/2019 | 463 | Sealed Response/Reply/Opposition re 420 MOTION to Strike 397 Declaration, 400 Declaration, , 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,*. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3)(Buchanan, Thomas) (Entered: 10/14/2019) |
| 10/14/2019 | 464 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/14/2019) |
| 10/14/2019 | 465 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 464 MOTION to Seal (Buchanan, Thomas) (Entered: 10/14/2019) |
| 10/16/2019 | | Reset Deadlines/Hearings Daubert Hearing set for 10/24/2019 at 02:00 PM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Per LO chambers) (clar, ) (Entered: 10/16/2019) |
| 10/18/2019 | 467 | ORDER that Plaintiff's 283 Motion for Judicial Notice is hereby GRANTED (see order for details). Signed by District Judge Liam O'Grady on 10/18/19. (klau, ) (Entered: 10/18/2019) |
| 10/18/2019 | 468 | RESPONSE to Motion re 417 MOTION to Seal , 464 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/18/2019) |
| 10/18/2019 | 469 | Memorandum in Support re 405 MOTION to Seal , 413 MOTION to Seal / *CORRECTED version of documents filed at ECF 405,* 366 MOTION to Seal *Cox's Reply Memorandum of Law in Support of Their Motion for Discovery Sanctions and to Preclude Plaintiffs Use of MarkMonitor Evidence and Supporting Documents,* 459 MOTION to Seal *(Omnibus)*, 464 MOTION to Seal filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete |

| | | |
|---|---|---|
| | | Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/18/2019) |
| 10/21/2019 | 470 | MOTION in Limine by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 471 | MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 472 | Memorandum in Support re 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 473 | Memorandum in Support re 470 MOTION in Limine filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Audible Magic Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U |

| | | |
|---|---|---|
| | | Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Bahun Decl., # 2 Ikezoye Decl., # 3 Gould Decl., # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36, # 40 Exhibit 37, # 41 Exhibit 38, # 42 Exhibit 39, # 43 Exhibit 40)(Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 474 | MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 475 | Memorandum in Support re 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 476 | Sealed Memorandum in Support re 470 MOTION in Limine . (Attachments: # 1 Bahun Decl., # 2 Ikezoye Decl., # 3 Gould Decl., # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 17, # 14 Exhibit 18, # 15 Exhibit 19, # 16 Exhibit 21, # 17 Exhibit 22, # 18 Exhibit 23, # 19 Exhibit 24, # 20 Exhibit 25, # 21 Exhibit 26, # 22 Exhibit 27, # 23 Exhibit 28)(Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 477 | Sealed Memorandum in Support re 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,*. (Attachments: # 1 Exhibit 1)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 478 | MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order) (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 479 | Notice of Hearing Date *11/12/2019* re 470 MOTION in Limine (Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 480 | Memorandum in Support re 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged* |

| | | |
|---|---|---|
| | | *Infringement of Plaintiffs' Works,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 481 | Sealed Attachment/Exhibit(s) re 480 Memorandum in Support,. (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 482 | MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 483 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re 476 Sealed Memorandum in Support,, (Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 484 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 485 | Memorandum in Support re 482 MOTION in Limine *No. 4, to Preclude Evidence and* |

| | | |
|---|---|---|
| | | *Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17) (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 486 | Sealed Memorandum in Support re 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 487 | MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 488 | Memorandum in Support re 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Declaration of Thomas Kearney) (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 489 | Sealed Memorandum in Support re 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Declaration of Thomas Kearney)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 490 | MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 491 | Memorandum in Support re 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 492 | Sealed Memorandum in Support re 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,*. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 9, # 8 Exhibit 11, # 9 Exhibit 13, # 10 Exhibit 18)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 493 | MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 494 | Memorandum in Support re 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 495 | Sealed Memorandum in Support re 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,*. (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 496 | MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 |

| | | Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
|---|---|---|
| 10/21/2019 | 497 | Memorandum in Support re 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 498 | Sealed Memorandum in Support re 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 499 | MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 500 | Memorandum in Support re 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 501 | Sealed Memorandum in Support re 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,.* (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 502 | MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 503 | Memorandum in Support re 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 504 | Notice of Hearing Date set for November 12, 2019 re 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,*, 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,*, 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,*, 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,*, 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,*, 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation,*, 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works,*, 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,*, 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,*, 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,* (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 505 | REPLY to Response to Motion re 420 MOTION to Strike 397 Declaration, 400 Declaration, , 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1, (consolidated)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram |

| | | |
|---|---|---|
| | | Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 506 | Sealed Reply re 420 MOTION to Strike 397 Declaration, 400 Declaration, , 388 MOTION to Strike *Portions of the Declaration of Thomas Kearney, ECF No. 329-1,*. (Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 507 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re 506 Sealed Response/Reply/Opposition (Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 508 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music |

| | | |
|---|---|---|
| | | Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/21/2019) |
| 10/21/2019 | 509 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 510 | Memorandum in Support re 509 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/21/2019 | 511 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 509 MOTION to Seal (Buchanan, Thomas) (Entered: 10/21/2019) |
| 10/22/2019 | | Set Deadlines as to 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,* , 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,* , 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,* , 470 MOTION in Limine , 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation,* , 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,* , 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,* , 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,* , 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,* , 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,* , 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works,* . Motion Hearing set for 11/12/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 10/22/2019) |
| 10/22/2019 | 512 | MOTION for Electronic Device Application by Cox Communications, Inc., CoxCom. LLC. (Buchanan, Thomas) (Entered: 10/22/2019) |
| 10/22/2019 | 513 | Objection to 429 Objection, *Plaintiffs' Objections and Fairness Designations to Cox's Counter Deposition Designations* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC. W.B.M. Music Corp., W.C.M. Music Corp., |

| | | WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Objections and Fairness Designations to Cox's Counter Designations)(Zebrak, Scott) (Entered: 10/22/2019) |
|---|---|---|
| 10/22/2019 | 514 | Objection to 428 Opposition,,,,,,, / *Cox's Fairness Designations and Objections to Plaintiffs' Counter Deposition Designations* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A - Cox Fairness Designations and Objections to Plaintiffs' Counter Deposition Designations)(Buchanan, Thomas) (Entered: 10/22/2019) |
| 10/22/2019 | 520 | ORDER granting 512 Motion for Electronic Device Application. Signed by District Judge Liam O'Grady on 10/22/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 515 | ORDER granting 327 Plaintiffs' Motion to Seal (see order for details). Signed by Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 516 | ORDER UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5 to file under seal or temporary seal documents and information, (Docket no. 327) which constitute or discuss confidential business information that has been designated as Highly Confidential or Confidential under the Stipulated Protective Order (ECF No. 60), and finding that proper notices have been given, that sealing is warranted, that no opposition has been filed, and no alternative will suffice, it is hereby ORDERED that the motion is GRANTED. The following materials shall remain under seal until further order of the Court. Exhibits 1-8, 12, 14-43, 45, 47, 49-66, and 68-71 of the Declaration of Jeffrey Gould in Support of Plaintiffs' Motion for Summary Judgment --- (see order for details). Signed by Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 517 | ORDER that Defendants' 331 Unopposed Motion to Seal is Hereby granted, in accordance with the chart below ---- (see order for details). Signed by Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 518 | ORDER that 355 Plaintiffs' Motion to Seal is GRANTED. The following materials shall remain under seal until further order of the Courts. Certain portions of the Declaration of Sam Bahun, in support of Plaintiffs' Opposition to Cox's Motion for Sanctions ----- (see order for details). Signed by Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 519 | ORDER UPON CONSIDERATION of Defendants' Response to Plaintiffs' Motion to Seal [ECF No. 369], pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal Exhibit 5 to the Declaration of Jeffrey Gould in Support of Plaintiffs' Opposition to Defendants' Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence and those portions of the Motion to the extent they disclose information from Exhibit 5, for good cause shown, the Motion (Docket No. 355) is hereby granted. Signed by Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 521 | ORDER granting 388 Motion to Strike ; granting 420 Motion to Strike. Signed by District Judge Liam O'Grady on 10/23/2019. (awac, ) (Entered: 10/23/2019) |
| 10/23/2019 | 522 | ORDER granting 417 Motion to Seal (see order for details). Signed by Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 523 | ORDER granting 413 405 Defendants' Motions to Seal (see order for details). Signed by Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | 524 | ORDER granting 366 Defendants' Motion to Seal (see order for details). Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge John F. Anderson on 10/23/19. (klau, ) (Entered: 10/23/2019) |
| 10/23/2019 | | Per LO chambers motions 285;289;293;300;303 and 309 set for 10/24/19 on the pleadings (clar, ) Modified text on 10/23/2019 (clar, ). (Entered: 10/23/2019) |
| 10/23/2019 | 525 | Supplemental MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/23/2019) |
| 10/23/2019 | 526 | Memorandum in Support re 525 Supplemental MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/23/2019) |
| 10/23/2019 | 527 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 525 Supplemental MOTION to Seal (Buchanan, Thomas) (Entered: 10/23/2019) |
| 10/24/2019 | | Reset Deadlines as to 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,*, 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,*, 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,*, 470 MOTION in Limine , 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation,*, 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,*, 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,*, 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,*, 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,*, 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,*, 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works,*. Motion Hearing set for **11/12/2019 at 10:00 AM** in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Per LO chambers) (clar, ) (Entered: 10/24/2019) |
| 10/24/2019 | | Alexandria Set/Reset Hearings: In Limine Hearing set for **11/12/2019 at 10:00 AM** in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 10/24/2019) |
| 10/24/2019 | 528 | ORDER that the 464 Unopposed Motion to Seal is GRANTED ---- and these materials shall remain under seal in their entirety until further order of the Court. (see order for details). Signed by Magistrate Judge John F. Anderson on 10/24/19. (klau, ) (Entered: 10/24/2019) |
| 10/24/2019 | 529 | ORDER granting 459 Defendants' Motion to Seal (see order for details). Signed by Magistrate Judge John F. Anderson on 10/24/19. (klau, ) (Entered: 10/24/2019) |
| 10/24/2019 | 530 | ORDER that Plaintiffs' 457 Motion to Seal is GRANTED (see order for details). Signed by Magistrate Judge John F. Anderson on 10/24/19. (klau, ) (Entered: 10/24/2019) |
| 10/24/2019 | 531 | ORDER that Plaintiffs' 425 Motion to Seal is GRANTED --- and these materials shall remain under seal until further order of the Court (see order for details). Signed by Magistrate Judge John F. Anderson on 10/24/19. (klau, ) (Entered: 10/24/2019) |
| 10/24/2019 | 532 | Minute Entry for proceedings held before District Judge Liam O'Grady:Motion Hearing held on 10/24/2019 re 328 MOTION for Summary Judgment filed by Cox Communications, Inc., CoxCom, LLC, 312 MOTION for Summary Judgment filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., |

Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp., Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano Entertainment III, LLC, Stone Diamond Music Corp., W.C.M. Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Warner Chappell Music, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Rondor Music International, Inc., Sony Music Entertainment US Latin, Universal Music - Z Tunes LLC, EMI Feist Catalog Inc., Laface Records LLC, Unichappell Music Inc., Universal/Island Music Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Warner Records, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC, 291 MOTION to Exclude *Certain Expert Testimony by Dr. Nick Feamster* filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp., Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano Entertainment III, LLC, Stone Diamond Music Corp., W.C.M. Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Warner Chappell Music, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Sony Music Entertainment US Latin, Universal Music - Z Tunes LLC, EMI Feist Catalog Inc., Unichappell Music Inc., Laface Records LLC, Universal/Island Music Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Warner Records, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC, 287 MOTION to Exclude *Certain Expert Testimony by Christian Tregillis* filed by Warner/Chappell Music, Inc., Elektra Entertainment Group Inc., Univeral - Songs of Polygram International, Inc., Sony/ATV Music Publishing LLC, Warner-Tamerlane Publishing Corp., Atlantic Recording Corporation, EMI Consortium Music Publishing Inc., Warner Bros. Records Inc., Universal Music - MGB NA LLC, Fueled by Ramen LLC, Sony Music Entertainment, EMI Blackwood Music Inc., Nonesuch Records Inc., Jobete Music Co. Inc., Rightsong Music Inc., EMI Consortium Songs, Inc., Universal Music Publishing Inc., EMI Al Gallico Music Corp., Stone Agate Music, Polygram Publishing, Inc., Provident Label Group, LLC, UMG Recordings, Inc., Volcano Entertainment III, LLC, Stone Diamond Music Corp., W.C.M. Music Corp., Universal Music Publishing MGB Limited, EMI Algee Music Corp., EMI U Catalog Inc., WB Music Corp., Universal - Polygram International Tunes, Inc., Warner Chappell Music, Inc., Zomba Recordings LLC, W.B.M. Music Corp., Capitol Records, LLC, Colgems-EMI Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Universal Music Publishing Limited, Sony Music Entertainment US Latin, Rondor Music International, Inc., Universal Music - Z Tunes LLC, EMI Feist Catalog Inc., Unichappell Music Inc., Laface Records LLC, Universal/Island Music

| | | Limited, Arista Music, Universal Music Corp., Univeral/MCA Music Publishing Pty. Limited, EMI Miller Catalog Inc., Cotillion Music, Inc., Bad Boy Records LLC, EMI April Music Inc., Music Corporation of America, Inc., Warner Records, Inc., Universal Polygram International Publishing, Inc., Universal Music Publishing AB, EMI Unart Catalog Inc., Intersong U.S.A., Inc., EMI Mills Music, Inc., Arista Records, LLC, 306 MOTION to Exclude *the Testimony of Putative Expert William H. Lehr, Ph.D.* filed by Cox Communications, Inc., CoxCom, LLC. Counsel enter their appearances (as noted on the minute sheet) and present arguments. Court takes matters under advisement. (Court Reporter N. Linnell.)(awac, ) (Entered: 10/24/2019) |
|---|---|---|
| 10/25/2019 | 533 | Consent MOTION for Parties and Non-Parties to Each File a Single Memorandum in Support of Sealing Motions Related to the Parties' Motions in Limine re 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices.*, 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network.*, 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment.*, 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations.*, 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices.*, 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation.*, 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works.*, 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement.*, 470 MOTION in Limine , 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence.*, 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39.* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/25/2019) |
| 10/25/2019 | 534 | ORDER re 533 Consent Motion of the parties and non-parties MarkMonitor, Audible Magic and the Recording Industry Association of America ORDERED that the parties shall have until November 13, 2019 to each file a single memorandum in support of any other party's sealing motions in connection with Plaintiffs' Omnibus Motion in Limine (ECF No. 470) and Cox's Motions in Limine Nos. 1 through 10 (ECF Nos. 471,474,478,482,487,490,493,496,499,502) ----- (see order for details). Signed by Magistrate Judge John F. Anderson on 10/25/19. (klau, ) (Entered: 10/25/2019) |

| 10/28/2019 | 535 | TRANSCRIPT of motions hearing held on 10-24-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell. Telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/27/2019. Redacted Transcript Deadline set for 12/30/2019. Release of Transcript Restriction set for 1/26/2020.(linnell, norman) (Entered: 10/28/2019)** |
|---|---|---|
| 10/29/2019 | 536 | Consent MOTION TO RESPOND TO MOTIONS IN LIMINE IN A SINGLE OMNIBUS OPPOSITION BRIEF OF FORTY PAGES re 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,*, 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,*, 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,*, 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,*, 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,*, 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation,*, 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works,*, 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,*, 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,*, 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 10/29/2019) |
| 10/29/2019 | 537 | ORDER granting 536 Consent Motion To Respond to Motions in Limine in a Single Omnibus Opposition Brief of Forty Pages. Signed by District Judge Liam O'Grady on 10/29/2019. (aott, ) (Entered: 10/29/2019) |
| 10/30/2019 | 538 | Sealed Response/Reply/Opposition re 496 MOTION in Limine *No. 8, to Exclude Certain* |

| | | |
|---|---|---|
| | | *Evidence Relating to Peer-To-Peer Traffic on Cox's Network*, , 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment*, , 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations*, , 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices*, , 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works*, , 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39*, , 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices*, , 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation*, , 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement*, , 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence*, . (Attachments: # 1 Bahun Declaration, # 2 Ikezoye Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 12, # 11 Exhibit 13, # 12 Exhibit 14, # 13 Exhibit 15, # 14 Exhibit 16)(Zebrak, Scott) (Entered: 10/30/2019) |
| 10/30/2019 | 539 | Memorandum in Opposition re 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network*, , 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment*, , 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations*, , 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices*, , 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works*, , 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39*, , 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices*, , 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation*, , 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement*, , 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence*, filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music, Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Bahun Declaration, # 2 Ikezoye Declaration, # 3 Gould Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 |

| | | Exhibit 11, # <u>15</u> Exhibit 12, # <u>16</u> Exhibit 13, # <u>17</u> Exhibit 14, # <u>18</u> Exhibit 15, # <u>19</u> Exhibit 16)(Zebrak, Scott) (Entered: 10/30/2019) |
|---|---|---|
| 10/30/2019 | <u>540</u> | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re <u>538</u> Sealed Response/Reply/Opposition,,,,,, (Zebrak, Scott) (Entered: 10/30/2019) |
| 10/30/2019 | <u>541</u> | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # <u>1</u> Proposed Order)(Zebrak, Scott) (Entered: 10/30/2019) |
| 10/30/2019 | <u>542</u> | Memorandum in Opposition re <u>470</u> MOTION in Limine *(Redacted)*, filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Exhibit M, # <u>14</u> Exhibit N, # <u>15</u> Exhibit O, # <u>16</u> Exhibit P, # <u>17</u> Exhibit Q, # <u>18</u> Exhibit R, # <u>19</u> Exhibit S, # <u>20</u> Exhibit T, # <u>21</u> Exhibit U, # <u>22</u> Exhibit V, # <u>23</u> Exhibit W, # <u>24</u> Exhibit X)(Buchanan, Thomas) (Entered: 10/30/2019) |

| 10/30/2019 | 543 | Sealed Response/Reply/Opposition re 470 MOTION in Limine . (Attachments: # 1 Exhibit B, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G part 1, # 6 Exhibit G part 2, # 7 Exhibit H part 1, # 8 Exhibit H part 2, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit M, # 13 Exhibit O, # 14 Exhibit P)(Buchanan, Thomas) (Entered: 10/30/2019) |
|---|---|---|
| 10/30/2019 | 544 | Sealed Attachment/Exhibit(s) re 543 Sealed Response/Reply/Opposition,. (Attachments: # 1 Exhibit Q part 2, # 2 Exhibit Q part 3)(Buchanan, Thomas) (Entered: 10/30/2019) |
| 10/30/2019 | 545 | Sealed Attachment/Exhibit(s) re 544 Sealed Attachment/Exhibit(s), 543 Sealed Response/Reply/Opposition,. (Attachments: # 1 Exhibit Q part 5, # 2 Exhibit Q part 6, # 3 Exhibit R, # 4 Exhibit S, # 5 Exhibit T, # 6 Exhibit U, # 7 Exhibit V, # 8 Exhibit X) (Buchanan, Thomas) (Entered: 10/30/2019) |
| 10/30/2019 | 546 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 10/30/2019) |
| 10/30/2019 | 547 | Memorandum in Support re 546 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 10/30/2019) |
| 10/30/2019 | 548 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 546 MOTION to Seal (Buchanan, Thomas) (Entered: 10/30/2019) |
| 11/05/2019 | 549 | MOTION for Electronic Device Application by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 11/05/2019) |
| 11/06/2019 | 550 | REPLY to Response to Motion re 471 MOTION in Limine *No. 1, to Preclude Evidence and Testimony Relating to the BMG Litigation,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 551 | REPLY to Response to Motion re 474 MOTION in Limine *No. 2, to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14)(Buchanan, Thomas) (Entered: 11/06/2019) |

| 11/06/2019 | 552 | Sealed Attachment/Exhibit(s) re 551 Reply to Response to Motion,. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13)(Buchanan, Thomas) (Entered: 11/06/2019) |
|---|---|---|
| 11/06/2019 | 553 | REPLY to Response to Motion re 478 MOTION in Limine *No. 3, to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 554 | REPLY to Response to Motion re 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 555 | Sealed Response/Reply/Opposition re 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,*. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 556 | REPLY to Response to Motion re 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 557 | Sealed Response/Reply/Opposition re 487 MOTION in Limine *No. 5, to Exclude Plaintiffs' Exhibit Number 39,*. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 558 | REPLY to Response to Motion re 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 19, # 2 Exhibit 20, # 3 Exhibit 21)(Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 559 | Sealed Response/Reply/Opposition re 558 Reply to Response to Motion, 490 MOTION in Limine *No. 6, to Exclude Certain MarkMonitor Evidence,*. (Attachments: # 1 Exhibit 19, # 2 Exhibit 20, # 3 Exhibit 21)(Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 560 | REPLY to Response to Motion re 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 561 | REPLY to Response to Motion re 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 562 | Sealed Response/Reply/Opposition re 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,*, 561 Reply to Response to Motion. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 563 | REPLY to Response to Motion re 499 MOTION in Limine *No. 9, to Preclude Evidence Relating to Terminations for Non-Payment,* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 564 | Sealed Attachment/Exhibit(s) re 563 Reply to Response to Motion,. (Attachments: # 1 Exhibit 3)(Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 565 | REPLY to Response to Motion re 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 566 | Sealed Response/Reply/Opposition re 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,*, 565 Reply to Response to Motion. (Buchanan, Thomas) |

| | | (Entered: 11/06/2019) |
|---|---|---|
| 11/06/2019 | 567 | REPLY to Response to Motion re 470 MOTION in Limine filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Gould Decl., # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Zebrak, Scott) (Entered: 11/06/2019) |
| 11/06/2019 | 568 | Sealed Reply re 470 MOTION in Limine . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 5)(Zebrak, Scott) (Entered: 11/06/2019) |
| 11/06/2019 | 569 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/06/2019 | 570 | MOTION to Seal by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 11/06/2019) |

| 11/06/2019 | 571 | Notice of Filing Sealing Motion LCvR5(C) by Plaintiffs re 570 MOTION to Seal (Zebrak, Scott) Modified on 11/7/2019 **counsel refiled notice with corrected party filers as docket # 572** (klau, ). (Entered: 11/06/2019) |
|---|---|---|
| 11/06/2019 | 572 | Notice of Filing Sealing Motion LCvR5(C) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC re 570 MOTION to Seal (Zebrak, Scott) (Entered: 11/06/2019) |
| 11/06/2019 | 573 | Memorandum in Support/Motion to Seal re 569 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) Modified text on 11/7/2019 (klau, ). (Entered: 11/06/2019) |
| 11/06/2019 | 574 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 569 MOTION to Seal (Buchanan, Thomas) (Entered: 11/06/2019) |
| 11/07/2019 | 575 | MOTION for Electronic Device Application by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/07/2019) |
| 11/07/2019 | 576 | ORDER granting 549 MOTION for Electronic Device Application by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell |

| | | Music, Inc., Zomba Recordings LLC. Signed by District Judge Liam O'Grady on 11/7/2019. (See order for further details). (acha, ) (Entered: 11/08/2019) |
|---|---|---|
| 11/07/2019 | 577 | ORDER granting 575 MOTION for Electronic Device Application by Cox Communications, Inc., CoxCom, LLC. Signed by District Judge Liam O'Grady on 11/7/2019. (See order for further details). (acha, ) (Entered: 11/08/2019) |
| 11/12/2019 | 578 | Minute Entry for proceedings held before District Judge Liam O'Grady:Motion Hearing held on 11/12/2019 re 482 MOTION in Limine *No. 4, to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices,* filed by Cox Communications, Inc., CoxCom, LLC, 496 MOTION in Limine *No. 8, to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network,* filed by Cox Communications, Inc., CoxCom, LLC, 502 MOTION in Limine *No. 10, to Exclude Cox Performance Evaluations,* filed by Cox Communications, Inc., CoxCom, LLC, 493 MOTION in Limine *No. 7, to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement,* filed by Cox Communications, Inc., CoxCom, LLC, 470 MOTION in Limine filed by Warner/Chappell Music, Inc., et al. Counsel enter their appearances (as noted in the minute entry). Counsel present arguments. Court takes matters under advisement. Court and counsel discuss further house-keeping matters. Trial status conference scheduled for Tuesday, November 26, 2019 @ 10:00 a.m. (Court Reporter N. Linnell.)(awac, ) (Entered: 11/12/2019) |
| 11/12/2019 | | Set/Reset Hearings: Status Conference before Trial set for 11/26/2019 at 10:00 AM before District Judge Liam O'Grady. (awac, ) (Entered: 11/12/2019) |
| 11/13/2019 | 579 | Motion to appear Pro Hac Vice by Andrew L. Guerra and Certification of Local Counsel Scott A. Zebrak Filing fee $ 75, receipt number 0422-6936262. *Filed* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 11/13/2019) |
| 11/13/2019 | 580 | Motion to appear Pro Hac Vice by Lucy G. Noyola and Certification of Local Counsel Scott A. Zebrak Filing fee $ 75, receipt number 0422-6936326. *Filed* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog |

| | | |
|---|---|---|
| | | Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 11/13/2019) |
| 11/13/2019 | 581 | RESPONSE to Motion re 570 MOTION to Seal , 541 MOTION to Seal , 484 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 11/13/2019) |
| 11/13/2019 | 582 | Memorandum in Support re 509 MOTION to Seal , 546 MOTION to Seal , 569 MOTION to Seal filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 11/13/2019) |
| 11/13/2019 | 583 | ORDER granting 579 Motion for Pro hac vice as to Andrew L. Guerra. Signed by District Judge Liam O'Grady on 11/13/19. (ahas, ) (Entered: 11/14/2019) |
| 11/13/2019 | 584 | ORDER granting 580 Motion for Pro hac vice as to Lucy G. Noyola. Signed by District Judge Liam O'Grady on 11/13/19. (ahas, ) (Entered: 11/14/2019) |
| 11/15/2019 | 585 | TRANSCRIPT of motions hearing held on 11-12-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such** |

| | | |
|---|---|---|
| | | Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/16/2019. Redacted Transcript Deadline set for 1/15/2020. Release of Transcript Restriction set for 2/13/2020.(linnell, norman) (Entered: 11/15/2019) |
| 11/15/2019 | 586 | MEMORANDUM OPINION AND ORDER Defendants' 328 Motion for Summary Judgment is hereby DENIED in its entirety for the reasons stated herein or because issues of material fact remain, and Plaintiff's 312 Motion for Summary Judgment is hereby GRANTED IN PART AND DENIED IN PART. Plaintiffs' motion is granted as to ownership or control of exclusive rights, as qualified above, and as to knowledge of specific instances of copyright infringement. In all other instances, except for Cox's affirmative defenses which will be the subject of further order of the Court, genuine issues of material fact preclude summary judgment --- (see order for details). Signed by District Judge Liam O'Grady on 11/15/19. (klau, ) (Entered: 11/15/2019) |
| 11/18/2019 | 587 | MOTION *for Electronic Device Application* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 11/18/2019) |
| 11/18/2019 | 588 | ORDER granting 587 Request for Authorization to Bring Electronic Device into USDC-EDVA. Signed by District Judge Liam O'Grady on 11/18/19. (Copy given to USM, CSO/Front Desk via USM, Systems, Ctrm. Deputy) (pmil, ) (Entered: 11/18/2019) |
| 11/19/2019 | 589 | ORDER granting in part and denying in part 285 Motion to Exclude; granting in part and denying in part 287 Motion to Exclude; granting in part and denying in part 289 Motion to Exclude; granting in part and denying in part 291 Motion to Exclude; granting in part and denying in part 293 Motion to Exclude; denying 300 Motion to Exclude; granting in part and denying in part 303 Motion to Exclude; granting in part and denying in part 306 Motion to Exclude; denying 309 Motion to Exclude. Signed by District Judge Liam O'Grady on 11/19/2019. (awac, ) (Entered: 11/19/2019) |
| 11/19/2019 | 590 | ORDER granting in part and denying in part 470 Motion in Limine; denying 471 Motion in Limine; denying 474 Motion in Limine; denying 478 Motion in Limine; granting in part and denying in part 482 Motion in Limine; denying 487 Motion in Limine; denying |

| | | |
|---|---|---|
| | | 490 Motion in Limine; granting in part and denying in part 493 Motion in Limine; granting in part and denying in part 496 Motion in Limine; conditionally granting 499 Motion in Limine; denying 502 Motion in Limine. Signed by District Judge Liam O'Grady on 11/19/2019. (awac, ) (Entered: 11/19/2019) |
| 11/19/2019 | 591 | Motion to appear Pro Hac Vice by Sean Ryan Anderson and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6947391. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/19/2019) |
| 11/20/2019 | 592 | RESPONSE to Motion re 541 MOTION to Seal , 509 MOTION to Seal , 546 MOTION to Seal , 484 MOTION to Seal , 569 MOTION to Seal *NonParty MarkMonitor, Inc.'s Response to Defendants' Motion to Seal* filed by MarkMonitor, Inc.. (Attachments: # 1 Proposed Order)(Whitelock, Julia) (Entered: 11/20/2019) |
| 11/20/2019 | 593 | Memorandum in Support re 541 MOTION to Seal , 509 MOTION to Seal , 546 MOTION to Seal , 484 MOTION to Seal filed by Audible Magic Corporation. (Jacobs, Michael) (Entered: 11/20/2019) |
| 11/20/2019 | 594 | ORDER granting 591 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 11/20/2019. (rban, ) (Entered: 11/21/2019) |
| 11/21/2019 | 595 | MOTION for Electronic Device Application by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/21/2019) |
| 11/21/2019 | 596 | ORDER granting 595 Motion for Electronic Device Application. Signed by District Judge Liam O'Grady on 11/21/19. (klau, ) (Entered: 11/22/2019) |
| 11/22/2019 | 597 | MOTION for Entry of an Order Allowing Defendants to Submit on a Hard Drive Electronic Copies of Certain Trial Exhibits to the Clerk of the Court, by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 11/22/2019) |
| 11/25/2019 | 598 | MOTION for an Order Allowing Plaintiffs to Submit Electronic Copies of Certain Trial Exhibits to the Clerk of the Court by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 11/25/2019) |

| 11/25/2019 | 599 | ORDER Before the Court is Plaintiffs' Motion for Summary Judgment (Dkt. 312) regarding Defendants' (or "Cox's") affirmative defenses as identified in Plaintiffs' brief (Dkt. 325 Section VI). The remainder of Plaintiffs' Motion for Summary Judgment is addressed in the Court's Memorandum Opinion and Order of November 15, 2019. Dkt. 586. The matter is fully briefed ---- In sum, the Court hereby GRANTS IN PART AND DENIES IN PART Plaintiffs' Motion for Summary Judgment (Dkt. 312) on Cox's affirmative defenses (see order for details). Signed by District Judge Liam O'Grady on 11/25/19. (klau, ) (Entered: 11/25/2019) |
|---|---|---|
| 11/25/2019 | 600 | ORDER that Plaintiffs' 598 Motion to submit electronic copies of certain trial exhibits to the clerk of the court is GRANTED. Plaintiffs are permitted to submit their proposed trial exhibits ----to the Clerk of the Court on a single hard drive, rather than in hard copy (see order for details). Signed by District Judge Liam O'Grady on 11/25/19. (klau, ) (Entered: 11/25/2019) |
| 11/25/2019 | 601 | ORDER that Defendants' 597 Motion for Entry of an Order Allowing Defendants to Submit on a Hard Drive Electronic Copies of Certain Trial Exhibits to the Clerk of the Court is GRANTED. Defendants are permitted to submit their proposed trial exhibits ---- - to the Clerk of the Court on a single hard drive, rather than in hard copy (see order for details). Signed by District Judge Liam O'Grady on 11/25/19. (klau, ) (Entered: 11/25/2019) |
| 11/25/2019 | 602 | Proposed Jury Instructions by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC. (Attachments: # 1 Appendix A, # 2 Appendix B)(Zebrak, Scott) (Entered: 11/25/2019) |
| 11/25/2019 | 603 | Proposed Voir Dire by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z |

| | | Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 11/25/2019) |
|---|---|---|
| 11/25/2019 | 604 | Proposed Voir Dire by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/25/2019) |
| 11/25/2019 | 605 | Proposed Jury Instructions by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Appendix A - Cox's Proposed Pretrial Instructions (with authorities), # 2 Appendix B - Cox's Proposed Pretrial Instructions (without authorities))(Buchanan, Thomas) (Entered: 11/25/2019) |
| 11/25/2019 | 606 | Proposed Jury Instructions by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Appendix A - Cox's Proposed Jury Instructions (with authorities), # 2 Appendix B - Cox's Proposed Jury Instructions (without authorities))(Buchanan, Thomas) (Entered: 11/25/2019) |
| 11/26/2019 | 607 | ORDER granting 484 508 509 525 541 546 569 570 Motions to Seal. By granting these motions to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to these motions will not be disclosed to the public during the trial before the District Judge. (see order for details). Signed by Magistrate Judge John F. Anderson on 11/26/19. (klau, ) (Entered: 11/26/2019) |
| 11/26/2019 | 608 | Minute Entry for proceedings held before District Judge Liam O'Grady:Status Conference held on 11/26/2019. Counsel enter their appearances as noted in the minutes. Counsel present positions on outstanding issues. Court and counsel discuss housekeeping matters related to trial. (Court Reporter N. Linnell.)(awac, ) (Entered: 11/26/2019) |
| 11/27/2019 | 609 | TRANSCRIPT of status conference held on 11-26-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/27/2019. Redacted Transcript Deadline set for 1/27/2020. Release of Transcript Restriction set for 2/25/2020.(linnell, norman) (Entered: 11/27/2019)** |
| 11/27/2019 | 610 | AMENDED MEMORANDUM OPINION. The re 328 Motion is DENIED in its entirety for the reasons stated herein or because issues of material fact remain. The re 312 Motion is GRANTED IN PART AND DENIED IN PART. Plaintiffs' motion is granted as to ownership or control of exclusive rights, as qualified above. and as to knowledge of specific instances of copyright infringement. In all other instances, except for Cox's affirmative defenses which will be the subject of further order of the Court, genuine issues of material fact preclude summary judgment. Signed by District Judge Liam O'Grady on 11/27/2019. (lcre, ) (Entered: 11/27/2019) |
| 11/29/2019 | 611 | Plaintiff's Proposed Trial Exhibits Received in the courtroom (2 sets for court, 1 set of originals for witness, 1 set kept by Plaintiff) (awac, ) (Entered: 11/29/2019) |
| 11/29/2019 | 612 | *Plaintiffs' Rule 26(a)(3) Updated Trial* Exhibit List by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, |

| | | Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC.. (Attachments: # 1 Exhibit 1)(Zebrak, Scott) (Entered: 11/29/2019) |
|---|---|---|
| 11/29/2019 | 613 | Supplemental MOTION Entry of an Order Allowing Defendants to Submit on a Hard Drive Electronic Copies of Certain Trial Exhibits to the Clerk of the Court re 597 MOTION for Entry of an Order Allowing Defendants to Submit on a Hard Drive Electronic Copies of Certain Trial Exhibits to the Clerk of the Court, by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 11/29/2019) |
| 11/29/2019 | 614 | *Plaintiffs' Updated Rule 26(a)(3)* Witness List by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., JOHN DOE, Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 11/29/2019) |
| 11/29/2019 | 618 | Defendant's Proposed Trial Exhibits Received in the Courtroom (awac, ) (Entered: 12/02/2019) |
| 11/29/2019 | 619 | ORDER granting 613 Motion allowing Defendants to Submit on a Hard Drive Electronic Copies of Certain Trial Exhibits. Signed by District Judge Liam O'Grady on 11/29/2019. (awac, ) (Entered: 12/02/2019) |
| 11/30/2019 | 615 | *Defendants' Updated Rule 26(a)(3)* Witness List by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 11/30/2019) |
| 12/02/2019 | 616 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad |

| | | Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC *Proposed Verdict Form* (Zebrak, Scott) (Entered: 12/02/2019) |
|---|---|---|
| 12/02/2019 | 617 | NOTICE by Cox Communications, Inc., CoxCom, LLC *Proposed Verdict Form* (Buchanan, Thomas) (Entered: 12/02/2019) |
| 12/02/2019 | 620 | ORDERED that the re 613 Motion is GRANTED., Defendants are permitted to submit their proposed trial exhibits DX 347 and DX 397 through DX 3756 to theClerk of the Court on a single hard drive, rather than in hard copy. Signed by District Judge Liam O'Grady on 12/2/2019. (lcre, ) (Entered: 12/02/2019) |
| 12/02/2019 | 621 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 1 held on 12/2/2019. Plaintiffs appear through Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman. Defendant's appear through Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden. Voir dire and jury selection complete. Opening statements made and Plaintiffs begin to adduce evidence. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/02/2019) |
| 12/03/2019 | 622 | Defendant's Proposed Trial Exhibit (hard drive) containing defendant's voluminous proposed trials exhibits DX 347, DX 397 through DX 3756 received in the courtroom. (awac, ) (Entered: 12/03/2019) |
| 12/03/2019 | 623 | Motion to appear Pro Hac Vice by Geoffrey P. Eaton and Certification of Local Counsel Thomas M. Buchanan Filing fee $ 75, receipt number 0422-6966334. by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 12/03/2019) |
| 12/03/2019 | 624 | MOTION for Electronic Device Application by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 12/03/2019) |
| 12/03/2019 | 625 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Day 2 held on 12/3/2019. Appearances entered; same as previous day. Plaintiffs continue to adduce evidence. Jury Trial set for 12/4/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnel/A. Thomson.)(awac, ) (Entered: 12/03/2019) |
| 12/03/2019 | 626 | ORDER the Court VACATES its conditional grant of Defendants' Motion in limine in its Order of November 19, 2019 (Dkt. 590). Defendants' motion is hereby DENIED, and |

| | | |
|---|---|---|
| | | Plaintiffs may introduce evidence of Cox's terminations for non-payment as identified in Motion in limine No. 9 (Dkt. 499) ---- (see order for details). Signed by District Judge Liam O'Grady on 12/3/19. (klau, ) (Entered: 12/03/2019) |
| 12/04/2019 | 627 | TRANSCRIPT (Partial - Jury Selection) of jury trial proceedings held on 12-2-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/3/2020. Redacted Transcript Deadline set for 2/3/2020. Release of Transcript Restriction set for 3/3/2020.(linnell, norman) (Entered: 12/04/2019)** |
| 12/04/2019 | 628 | TRANSCRIPT of jury trial proceedings held on 12-2-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/3/2020. Redacted Transcript Deadline set for 2/3/2020. Release of Transcript Restriction set for 3/3/2020.(linnell, norman) (Entered: 12/04/2019)** |
| 12/04/2019 | 629 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-3-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/3/2020. Redacted Transcript Deadline set for 2/3/2020. Release of Transcript Restriction set for 3/3/2020.(linnell, norman) (Entered: 12/04/2019)** |
| 12/04/2019 | 630 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-3-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/3/2020. Redacted Transcript Deadline set for 2/3/2020. Release of Transcript Restriction set for 3/3/2020.(linnell, norman) (Entered: 12/04/2019)** |
| 12/04/2019 | 631 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 3 |

| | | |
|---|---|---|
| | | held on 12/4/2019. Counsel enter their appearances; same as previous days. Plaintiffs continue to adduce evidence. Jury Trial set for 12/5/2019 at 08:45 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/04/2019) |
| 12/04/2019 | 632 | ORDER granting 624 Motion for Electronic Device Application. Signed by District Judge Liam O'Grady on 12/4/19. (klau, ) (Entered: 12/05/2019) |
| 12/04/2019 | 633 | ORDER granting 623 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 12/4/19. (klau, ) (Entered: 12/05/2019) |
| 12/05/2019 | 634 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 4 held on 12/5/2019. Counsel enter their appearances; same as previous days. Plaintiff continues to adduce evidence. Jury Trial set for 12/6/2019 at 10:30 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/05/2019) |
| 12/06/2019 | 635 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 5 held on 12/6/2019. Counsel enter their appearances; same as previous days. Plaintiff continues to adduce evidence. Jury Trial set for 12/9/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/06/2019) |
| 12/09/2019 | 636 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 6 held on 12/9/2019. Counsel enter their appearances; same as previous days. Plaintiffs continue to adduce evidence. Jury Trial set for 12/10/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/09/2019) |
| 12/10/2019 | 637 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-4-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/9/2020. Redacted Transcript Deadline set for 2/9/2020. Release of Transcript Restriction set for 3/9/2020.(linnell, norman) (Entered: 12/10/2019)** |
| 12/10/2019 | 638 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-4-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/9/2020. Redacted Transcript Deadline set for 2/9/2020. Release of Transcript Restriction set for 3/9/2020.(linnell, norman) (Entered: 12/10/2019)** |
| 12/10/2019 | 639 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-5-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. |

| | | |
|---|---|---|
| | | NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/9/2020. Redacted Transcript Deadline set for 2/9/2020. Release of Transcript Restriction set for 3/9/2020.(linnell, norman) (Entered: 12/10/2019) |
| 12/10/2019 | 640 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-5-2019 before Judge Liam O'Grady, Court Reporter Norman Linnell, telephone number 703-549-4626. NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/9/2020. Redacted Transcript Deadline set for 2/9/2020. Release of Transcript Restriction set for 3/9/2020.(linnell, norman) (Entered: 12/10/2019) |
| 12/10/2019 | 641 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-6-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/9/2020. Redacted Transcript Deadline set for 2/9/2020. Release of Transcript Restriction set for 3/9/2020.(linnell, norman) (Entered: 12/10/2019) |
| 12/10/2019 | 642 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-6-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/9/2020. Redacted Transcript Deadline set for 2/9/2020. Release of Transcript Restriction set for 3/9/2020.(linnell, norman) (Entered: 12/10/2019) |
| 12/10/2019 | 643 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 7 held on 12/10/2019. Counsel enter their appearances; same as previous days. Plaintiffs continue to adduce evidence. Jury Trial set for 12/11/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/10/2019) |

| 12/11/2019 | 644 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 8 held on 12/11/2019. Plaintiff finishes adducing evidence and rests their case in chief. Defendants begin to adduce evidence. Jury Trial set for 12/12/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/11/2019) |
|---|---|---|
| 12/12/2019 | 645 | Proposed Jury Instructions by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Cox's Revised Jury Instructions (without authorities))(Buchanan, Thomas) (Entered: 12/12/2019) |
| 12/12/2019 | 646 | NOTICE by Cox Communications, Inc., CoxCom, LLC re 645 Proposed Jury Instructions *REDLINE of Cox's Proposed Jury Instructions and Cox's Revised Proposed Jury Instructions* (Buchanan, Thomas) (Entered: 12/12/2019) |
| 12/12/2019 | 647 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 9 held on 12/12/2019. Counsel enter their appearances; same as previous days. Defendants continue to adduce evidence. Jury Trial set for 12/16/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/12/2019) |
| 12/16/2019 | 648 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 10 held on 12/16/2019. Counsel enter their appearances; same as previous days. Defendants continue to adduce evidence. Court and counsel conduct second jury instruction conference. Jury Trial set for 12/17/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/16/2019) |
| 12/17/2019 | 649 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-9-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/17/2019 | 650 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-9-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/17/2019 | 651 | MOTION for Judgment as a Matter of Law *Under Federal Rule of Civil Procedure 50(a)* by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 12/17/2019) |

| 12/17/2019 | 652 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 11 held on 12/17/2019. Counsel enter their appearances; same as previous days. Defense adduces evidence and rests. Plaintiffs present rebuttal case and rest. Court charges the jury. Jury Trial set for 12/18/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (Court Reporter N. Linnell/A. Thomson.)(awac, ) (Entered: 12/17/2019) |
|---|---|---|
| 12/17/2019 | 653 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-10-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, Ttlephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/17/2019 | 654 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-10-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, Telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/17/2019 | 655 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-11-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/17/2019 | 656 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-11-2019 before Judge Liam O'Grady Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained** |

| | | |
|---|---|---|
| | | through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019) |
| 12/17/2019 | 657 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-12-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Main Document 657 replaced on 12/23/2019) (klau, ). (Entered: 12/17/2019)** |
| 12/17/2019 | 658 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-12-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/17/2019 | 659 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-16-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline set for 2/18/2020. Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/17/2019 | 660 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-16-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/16/2020. Redacted Transcript Deadline** |

| | | |
|---|---|---|
| | | set for 2/18/2020. **Release of Transcript Restriction set for 3/16/2020.(linnell, norman) (Entered: 12/17/2019)** |
| 12/18/2019 | 661 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 12 held on 12/18/2019. Counsel enter their appearances; same as previous days. Counsel present closing arguments; Plaintiffs present rebuttal arguments. Jury begins deliberation. Jury Trial set for 12/19/2019 at 09:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady to continue deliberations. (Court Reporter N. Linnell/A. Thomson.) (awac, ) (Entered: 12/18/2019) |
| 12/19/2019 | 662 | Minute Entry for proceedings held before District Judge Liam O'Grady:Jury Trial Day 13 completed on 12/19/2019. Counsel enter their appearances; same as previous days. Jury deliberates. Verdict returned and published. Jury finds in favor of Plaintiffs and awards $1,000,000,000.00 in damages. Jury excused. Court will not enter judgment until after post-trial motions. Counsel are to notice motions. (Court Reporter N. Linnell.)(awac, ) (Entered: 12/19/2019) |
| 12/19/2019 | 663 | Plaintiff's FINAL Exhibit List by Sony Music Entertainment.. (awac, ) (Entered: 12/19/2019) |
| 12/19/2019 | 664 | Plaintiff's FINAL Witness List by Sony Music Entertainment. (awac, ) (Entered: 12/19/2019) |
| 12/19/2019 | 665 | Defendant's FINAL Exhibit List by Cox Communications, Inc... (Attachments: # 1 Part 2 of Exhibit List, # 2 Part 3 of Exhibit List)(awac, ) (Entered: 12/19/2019) |
| 12/19/2019 | 666 | Defendant's FINAL Witness List by Cox Communications, Inc.. (awac, ) (Entered: 12/19/2019) |
| 12/19/2019 | 667 | TRIAL EXHIBIT CERTIFICATE OF REVIEW(awac, ) (Entered: 12/19/2019) |
| 12/19/2019 | 668 | Jury Question (Attachments: # 1 Judge's Response to Question)(awac, ) (Additional attachment(s) added on 12/19/2019: # 2 Unredacted Question) (awac, ). (Entered: 12/19/2019) |
| 12/19/2019 | 669 | JURY VERDICT (redacted). (awac, ) (Additional attachment(s) added on 12/19/2019: # 1 Unredacted Verdict) (awac, ). (Entered: 12/19/2019) |
| 12/19/2019 | 670 | ORDER directing parties to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period.(Exhibit PX612-PX8478 on hard drive submitted by defendant remains in the custody of the court and is being held in the Clerk's Office. Exhibit given to jury clerk for filing in exhibit room. Judge's copy of exhibits maintained in Chambers) Signed by District Judge Liam O'Grady on 12/19/2019. (awac, ) (Entered: 12/19/2019) |
| 12/19/2019 | 671 | Jury Instructions. (awac, ) (Entered: 12/20/2019) |
| 12/26/2019 | 672 | TRANSCRIPT (A.M. portion) of jury trial proceedings held on 12-17-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/27/2020. Redacted Transcript Deadline set for 2/25/2020. Release of Transcript Restriction set for 3/25/2020.(linnell, norman) (Entered: 12/26/2019)** |

| | | |
|---|---|---|
| 12/26/2019 | 673 | TRANSCRIPT (P.M. portion) of jury trial proceedings held on 12-17-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/27/2020. Redacted Transcript Deadline set for 2/25/2020. Release of Transcript Restriction set for 3/25/2020.(linnell, norman) (Entered: 12/26/2019)** |
| 12/26/2019 | 674 | TRANSCRIPT of jury trial proceedings held on 12-18-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/27/2020. Redacted Transcript Deadline set for 2/25/2020. Release of Transcript Restriction set for 3/25/2020.(linnell, norman) (Entered: 12/26/2019)** |
| 12/26/2019 | 675 | TRANSCRIPT of jury trial proceedings held on 12-19-2019 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 1/27/2020. Redacted Transcript Deadline set for 2/25/2020. Release of Transcript Restriction set for 3/25/2020.(linnell, norman) (Entered: 12/26/2019)** |
| 01/15/2020 | 676 | STIPULATION *Regarding Cox's Anticipated Motions Pursuant to Federal Rules of Civil Procedure 50 and 59,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 01/15/2020) |
| 01/15/2020 | 677 | ORDERED that pursuant to the Stipulation submitted by the parties on January 15, 2020: (1) Cox's motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on January 31, 2020; (2) Plaintiffs' oppositions to Cox's motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on February 28, 2020; (3) Cox's replies in further support of its motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on March 13, 2020. Signed by District Judge Liam O'Grady on 01/15/2020. (jlan) (Entered: 01/16/2020) |
| 01/30/2020 | 678 | MOTION to Withdraw as Attorney *(Unopposed)* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller |

| | | |
|---|---|---|
| | | Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 01/30/2020) |
| 01/30/2020 | 679 | Amended MOTION to Withdraw as Attorney *(Unopposed)* by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 01/30/2020) |
| 01/31/2020 | 680 | ORDER granting 679 Motion to Withdraw Kerry M. Mustico, as attorney. Signed by District Judge Liam O'Grady on 1/31/2020. (See order for further details). (acha, ) (Entered: 01/31/2020) |
| 01/31/2020 | 681 | MOTION for Judgment as a Matter of Law *(Renewed)* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 682 | Memorandum in Support re 681 MOTION for Judgment as a Matter of Law *(Renewed)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Buchanan, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 683 | MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial* |

| | | *under Federal Rule of Civil Procedure 59(a)),* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 01/31/2020) |
|---|---|---|
| 01/31/2020 | 684 | Memorandum in Support re 683 MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a)),* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B (under seal), # 3 Exhibit C (under seal), # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Buchanan, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 685 | Sealed Memorandum in Support re 684 Memorandum in Support, 683 MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a)),*. (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Buchanan, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 686 | Notice of Hearing Date set for March 26, 2020 re 681 MOTION for Judgment as a Matter of Law *(Renewed),* 683 MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a)),* (Buchanan, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 687 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) Modified on 2/3/2020 **Counsel erroneously missed the attachment of proposed order and refiled the document as dkt. no. 688** (klau, ). (Entered: 01/31/2020) |
| 01/31/2020 | 688 | MOTION to Seal by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 689 | Memorandum in Support re 688 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 690 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 688 MOTION to Seal (Buchanan, Thomas) (Entered: 01/31/2020) |
| 02/03/2020 | | Set Deadlines as to 681 MOTION for Judgment as a Matter of Law *(Renewed),* 683 MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a)),*. Motion Hearing set for 3/26/2020 at 10:00 AM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (clar, ) (Entered: 02/03/2020) |
| 02/07/2020 | 691 | Opposition to 690 Notice of Filing Sealing Motion LCvR5(C) filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., |

| | | W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 02/07/2020) |
|---|---|---|
| 02/13/2020 | 692 | REPLY to Response to Motion re 688 MOTION to Seal filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Declaration of Sanford Mencher)(Buchanan, Thomas) (Entered: 02/13/2020) |
| 02/21/2020 | 693 | ORDER that the 687 688 Motions to Seal are denied and defendants shall file an unredacted version of the memorandum and the exhibit B and C in the public record (see order for details). Signed by Magistrate Judge John F. Anderson on 2/21/20. (klau, ) (Entered: 02/21/2020) |
| 02/24/2020 | 694 | Memorandum in Support re 683 MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a)), (Unredacted)* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit B (Unredacted), # 2 Exhibit C (Unredacted))(Buchanan, Thomas) (Entered: 02/24/2020) |
| 02/25/2020 | 695 | Consent Motion for Exemption from ECF Filing by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 02/25/2020) |
| 02/26/2020 | 696 | ORDER granting 695 Consent Motion to File Voluminous Exhibits on Hard Drive. Plaintiffs are permitted to file the exhibits to their Oppositions to Cox's Motion for Judgment as a Matter of Law (ECF No. 681) and Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a) (ECF No. 683) on a hard-drive, rather than through the Court's Electronic Court Filing system ("ECF"). Signed by District Judge Liam O'Grady on 2/26/20. (klau, ) (Main Document 696 replaced on 2/26/2020) (klau, ). (Entered: 02/26/2020) |
| 02/28/2020 | 697 | Opposition to 683 MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a)),* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music |

| | | |
|---|---|---|
| | | Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Document filed in error and removed per Order dated 3/3/20 re Exhibit D )(Zebrak, Scott) (Attachment 4 replaced on 3/3/2020) (klau, ). Modified text on 3/3/2020 (klau, ). (Entered: 02/28/2020) |
| 02/28/2020 | 698 | NOTICE of Submission - EXHIBITS to Oppositions to Defendants' Motion for Judgment (dkt. no 681) and Motion for Remittitur (dkt. no. 683) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC **(Received One Hard-Drive together with 2 cables and sent to LO Chambers)** (Attachments: # 1 Letter)(klau, ) (Entered: 02/28/2020) |
| 02/28/2020 | 699 | Opposition to 681 MOTION for Judgment as a Matter of Law *(Renewed)* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music |

| | | |
|---|---|---|
| | | Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Document filed in error and removed per Order dated 3/3/20 re Exhibit C)(Zebrak, Scott). (Attachment 3 replaced on 3/3/2020) (klau, ). Modified text on 3/3/2020 (klau, ). (Entered: 02/28/2020) |
| 02/28/2020 | 700 | NOTICE by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC re 697 Opposition,,,,,,,,, 699 Opposition,,,,,,, (Attachments: # 1 ECF 697-4 (Ex.D), # 2 ECF 699-3 (Ex.C))(Zebrak, Scott) (Entered: 02/28/2020) |
| 03/02/2020 | | Notice of Correction re 697 Exhibit D, 699 Exhibit C, the filing user has been notified that Exhibit D, Exhibit C are temporary placed under seal (per counsel requested) pending motion to seal to be filed.(klau, ) (Entered: 03/02/2020) |
| 03/02/2020 | 701 | MOTION to Remove from Docket ECF Nos. 697-4 and 699-3 re 697 Opposition,,,,,,,,, 699 Opposition,,,,,,, by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, |

|            |     | Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 03/02/2020) |
| 03/03/2020 | 702 | ORDER that 701 Motion to Remove from Docket ECF Nos. 697-4 and 699-3 is GRANTED and the Clerk of Court is ordered to remove the documents filed at ECF Nos. 697-4 and 699-3 from the public docket. Signed by Magistrate Judge John F. Anderson on 3/3/20. (klau, ) (Entered: 03/03/2020) |
| 03/13/2020 | 703 | REPLY to Response to Motion re 683 MOTION for New Trial *(Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a)),* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 03/13/2020) |
| 03/13/2020 | 704 | REPLY to Response to Motion re 681 MOTION for Judgment as a Matter of Law *(Renewed)* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 03/13/2020) |
| 03/13/2020 | 705 | EXHIBIT - *Cited Trial Exhibits and Cited Trial Transcript Excerpts, re: 703 REPLY to Response to Motion re: 683 MOTION for New Trial (Cox's Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a))* by Cox Communications, Inc., CoxCom, LLC.. (Attachments: # 1 Exhibit - Cited Trial Transcript Excerpts)(Buchanan, Thomas) (Entered: 03/13/2020) |
| 03/13/2020 | 706 | EXHIBIT - *Cited Trial Exhibit, re: 704 REPLY to Response to Motion re 681 MOTION for Judgment as a Matter of Law (Renewed),* by Cox Communications, Inc., CoxCom, LLC.. (Buchanan, Thomas) (Entered: 03/13/2020) |
| 03/23/2020 |     | Per LO chambers motions set for 3/26/2020 on the pleadings (clar, ) (Entered: 03/23/2020) |
| 06/02/2020 | 707 | MEMORANDUM OPINION AND ORDER granting in part and denying in part 681 Motion for Judgment as a Matter of Law; denying 683 Motion for New Trial. Total statutory damages shall be the product of the total number of works in suit and $99,830.29. Judgment shall enter once the number of works in suit is finalized. Signed by District Judge Liam O'Grady on 6/2/2020. (awac, ) (Entered: 06/02/2020) |
| 07/01/2020 | 708 | Financial Interest Disclosure Statement (Local Rule 7.1) by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, |

| | | Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral/MCA Music Publishing Pty. Limited, Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal/Island Music Limited, Volcano Entertainment III, LLC, W.C.M. Music Corp., WB Music Corp., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 07/01/2020) |
|---|---|---|
| 07/29/2020 | 709 | Consent Motion for Exemption from ECF Filing *of Exhibits to Post-Trial Response Brief Regarding Derivative Works,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 07/29/2020) |
| 07/29/2020 | 710 | ORDER granting 709 Motion for Exemption from ECF Filing. Defendants are permitted to file the exhibits to their Post-Trial Response Brief Regarding Derivative Works on a hard drive, rather than through the Court's ECF system. Signed by District Judge Liam O'Grady on 7/29/20. (klau, ) (Entered: 07/29/2020) |
| 08/03/2020 | 711 | Response to 707 Order on Motion for Judgment as a Matter of Law,,,, Order on Motion for New Trial, *Cox's Post-Trial Response Brief Regarding Derivative and Dropped Works* filed by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Appendix I, # 2 Appendix II, # 3 Schedule 1, # 4 Schedule 2, # 5 Schedule 3, # 6 Schedule 4, # 7 Schedule 5, # 8 Exhibit A, # 9 Exhibit B, # 10 Exhibit C, # 11 Exhibit D, # 12 Exhibit E, # 13 Exhibit F, # 14 Exhibit G, # 15 Exhibit H, # 16 Exhibit I, # 17 Exhibit J, # 18 Exhibit K, # 19 Exhibit L)(Buchanan, Thomas) (Entered: 08/03/2020) |
| 08/03/2020 | 712 | Sealed Response/Reply/Opposition re 711 Response,,. (Attachments: # 1 Exhibit C, # 2 Exhibit D)(Buchanan, Thomas) (Entered: 08/03/2020) |
| 08/03/2020 | 713 | MOTION to Seal *ECF Nos. 711, 711-10, and 711-11* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Proposed Order)(Buchanan, Thomas) (Entered: 08/03/2020) |
| 08/03/2020 | 714 | Notice of Filing Sealing Motion LCvR5(C) by Cox Communications, Inc., CoxCom, LLC re 713 MOTION to Seal *ECF Nos. 711, 711-10, and 711-11* (Buchanan, Thomas) (Entered: 08/03/2020) |
| 08/03/2020 | 715 | CERTIFICATE of Service *of Exhibits re ECF 711 Filed via Hard Drive* by Thomas M. Buchanan on behalf of Cox Communications, Inc., CoxCom, LLC (Buchanan, Thomas) (Entered: 08/03/2020) |
| 08/10/2020 | 716 | Memorandum in Support re 713 MOTION to Seal *ECF Nos. 711, 711-10, and 711-11* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., |

| | | Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Proposed Order)(Zebrak, Scott) (Entered: 08/10/2020) |
|---|---|---|
| 08/11/2020 | 717 | ORDER granting 713 Motion to Seal (see order for details). Signed by Magistrate Judge John F. Anderson on 08/11/2020. (jlan) (Entered: 08/11/2020) |
| 10/02/2020 | 718 | Reply to 711 Response,, *Plaintiffs' Post-Trial Brief Pursuant to this Court's June 2 Order* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Zebrak, Scott) (Entered: 10/02/2020) |
| 12/11/2020 | 719 | MOTION to Withdraw as Attorney *(Unopposed) of Thomas Patrick Lane,* by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 12/11/2020) |
| 12/14/2020 | 720 | ORDER granting 719 Motion to Withdraw as Attorney. Thomas Patrick Lane shall henceforth be released from any further responsibilities and obligations to Defendants in this cause. Signed by District Judge Liam O'Grady on 12/14/20. (klau, ) (Entered: 12/15/2020) |
| 01/12/2021 | 721 | ORDER This matter comes before the Court on the parties' post-trial briefs pursuant to the Court's June 2, 2020 Order. Dkt. 707 ---- For the foregoing reasons, the Court finds that the jury's determination of the number of works infringed stands. Cox's failure to present evidence of its own calculation to the jury at trial is determinative. A separate judgment Order shall enter forthwith (see order for details). Signed by District Judge Liam O'Grady on 1/12/21. (klau, ) (Entered: 01/12/2021) |
| 01/12/2021 | 722 | ORDER In accordance with the accompanying Order, the Clerk is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the Plaintiffs and against the Defendants in the amount of One Billion Dollars ($1,000,000,000.00). Signed by District Judge Liam O'Grady on 1/12/21. (klau, ) (Entered: 01/12/2021) |
| 01/12/2021 | 723 | JUDGMENT pursuant to FRCP 58 in favor of the Plaintiffs and against the Defendants in |

| | | the amount of One Billion Dollars ($1,000,000,000.00). Entered by Clerk on 1/12/21. (klau, ) (Entered: 01/12/2021) |
|---|---|---|
| 01/12/2021 | 724 | Report on the filing or determination of an action or appeal regarding a copyright. Copy mail to U.S. Copyright Office. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Order, # 4 Judgement)(klau, ) (Entered: 01/12/2021) |
| 01/27/2021 | 725 | Emergency MOTION for Bond *(Supersedeas) and to Stay Execution Pending Appeal,* by Cox Communications, Inc., CoxCom, LLC. (Attachments: # 1 Exhibit A - Proposed Bond Form, # 2 Exhibit B - Surety Licenses, # 3 Proposed Order)(Buchanan, Thomas) (Entered: 01/27/2021) |
| 01/27/2021 | 726 | Notice of Hearing Date set for February 5, 2021 re 725 Emergency MOTION for Bond *(Supersedeas) and to Stay Execution Pending Appeal,* (Buchanan, Thomas) (Entered: 01/27/2021) |
| 01/28/2021 | | Set Deadlines as to 725 Emergency MOTION for Bond *(Supersedeas) and to Stay Execution Pending Appeal,.* Motion Hearing set for 2/5/2021 at 10:00 AM in Alexandria Telephonically before District Judge Liam O'Grady. (clar, ) (Entered: 01/28/2021) |
| 01/28/2021 | 727 | ORDER that this matter comes before the Court on Defendant's Motion to Approve Supersedeas Bond and Stay Execution Pending Appeal (Dkt. 725). The Court understands that the Motion is opposed by Plaintiffs. Plaintiffs will file their objection to this Motion, if any, with the Court no later than February 3, 2021, at which time the Court will consider the parties' respective positions. Signed by District Judge Liam O'Grady on 01/28/21. (pmil, ) (Entered: 01/28/2021) |
| 02/03/2021 | 728 | RESPONSE to Motion re 725 Emergency MOTION for Bond *(Supersedeas) and to Stay Execution Pending Appeal,* filed by Arista Music, Arista Records, LLC, Atlantic Recording Corporation, Bad Boy Records LLC, Capitol Records, LLC, Colgems-EMI Music Inc., Cotillion Music, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing Inc., EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI U Catalog Inc., EMI Unart Catalog Inc., Elektra Entertainment Group Inc., Fueled by Ramen LLC, Intersong U.S.A., Inc., Jobete Music Co. Inc., Laface Records LLC, Music Corporation of America, Inc., Nonesuch Records Inc., Polygram Publishing, Inc., Provident Label Group, LLC, Rightsong Music Inc., Roadrunner Records, Inc., Rondor Music International, Inc., Screen Gems-EMI Music Inc., Songs of Universal, Inc., Sony Music Entertainment, Sony Music Entertainment US Latin, Sony/ATV Music Publishing LLC, Stone Agate Music, Stone Diamond Music Corp., UMG Recordings, Inc., Unichappell Music Inc., Univeral - Songs of Polygram International, Inc., Univeral/MCA Music Publishing Pty. Limited, Universal - Polygram International Tunes, Inc., Universal Music - MGB NA LLC, Universal Music - Z Tunes LLC, Universal Music Corp., Universal Music Publishing AB, Universal Music Publishing, Inc., Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Polygram International Publishing, Inc., Universal/Island Music Limited, Volcano Entertainment III, LLC, W.B.M. Music Corp., W.C.M. Music Corp., WB Music Corp., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner Records, Inc., Warner-Tamerlane Publishing Corp., Warner/Chappell Music, Inc., Zomba Recordings LLC. (Zebrak, Scott) (Entered: 02/03/2021) |
| 02/04/2021 | 729 | REPLY to Response to Motion re 725 Emergency MOTION for Bond *(Supersedeas) and to Stay Execution Pending Appeal,* filed by Cox Communications, Inc., CoxCom, LLC. (Buchanan, Thomas) (Entered: 02/04/2021) |
| 02/04/2021 | | Per LO chambers motions set for 2/5/2021 on the pleadings (clar, ) (Entered: 02/04/2021) |

| | | |
|---|---|---|
| 02/05/2021 | 730 | ORDER granting 725 Motion for Bond. The bond form and amount ($1,002,001,000.00) are approved, and the Court's judgment shall be stayed upon the filing of the duly executed bond ------ ORDERED that this bond may be revoked if Defendants fail to file a timely appeal or for other good cause shown (see order for details). Signed by District Judge Liam O'Grady on 2/5/21. (klau, ) (Entered: 02/05/2021) |
| 02/08/2021 | 731 | NOTICE by Cox Communications, Inc., CoxCom, LLC re 730 Order on Motion for Bond, *of Executed Supersedeas Bond.* (Buchanan, Thomas) (Entered: 02/08/2021) |
| 02/10/2021 | 732 | NOTICE OF APPEAL as to 723 Clerk's Judgment, 707 Order on Motion for Judgment as a Matter of Law,,,, Order on Motion for New Trial, 721 Order,, 610 Memorandum Opinion,, by Cox Communications, Inc., CoxCom, LLC. Filing fee $ 505, receipt number 0422-7622598. (Buchanan, Thomas) (Entered: 02/10/2021) |
| 02/11/2021 | 733 | Transmission of Notice of Appeal to US Court of Appeals re 732 Notice of Appeal, (All case opening forms, plus the transcript guidelines, may be obtained from the Fourth Circuit's website at www.ca4.uscourts.gov) (klau, ) (Entered: 02/11/2021) |
| 02/16/2021 | 734 | USCA Case Number 21-1168 4th Circuit, Case Manager Joy Hargett Moore for 732 Notice of Appeal, filed by Cox Communications, Inc., CoxCom, LLC. (dest, ) (Entered: 02/16/2021) |
| 02/24/2021 | 735 | NOTICE by Cox Communications, Inc., CoxCom, LLC re 730 Order on Motion for Bond, *of Corrected Executed Supersedeas Bond.* (Buchanan, Thomas) (Entered: 02/24/2021) |
| 03/11/2021 | | SUPERSEDEAS BOND in the amount of $1,002,001,000.00 posted (Receipt #607034) posted by Cox Communications Inc. and CoxCom, LLC (dest, ) (Entered: 03/11/2021) |
| 05/12/2021 | 736 | ORDER of USCA as to 732 Notice of Appeal, filed by Cox Communications, Inc., CoxCom, LLC. The court grants the motion to withdraw from further representation on appeal. (klau, ) (Entered: 05/12/2021) |

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, ARISTA
MUSIC, ARISTA RECORDS, LLC, LAFACE
RECORDS LLC, PROVIDENT LABEL GROUP,
LLC, SONY MUSIC ENTERTAINMENT US LATIN,
VOLCANO ENTERTAINMENT III, LLC, ZOMBA
RECORDINGS LLC, SONY/ATV MUSIC
PUBLISHING LLC, EMI AL GALLICO MUSIC
CORP., EMI ALGEE MUSIC CORP., EMI APRIL
MUSIC INC., EMI BLACKWOOD MUSIC INC.,
COLGEMS-EMI MUSIC INC., EMI CONSORTIUM
MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL
MUSIC, EMI CONSORTIUM SONGS, INC.,
INDIVIDUALLY AND D/B/A EMI LONGITUDE
MUSIC, EMI FEIST CATALOG INC., EMI MILLER
CATALOG INC., EMI MILLS MUSIC, INC., EMI
UNART CATALOG INC., EMI U CATALOG INC.,
JOBETE MUSIC CO. INC., STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC., STONE
DIAMOND MUSIC CORP., ATLANTIC
RECORDING CORPORATION, BAD BOY
RECORDS LLC, ELEKTRA ENTERTAINMENT
GROUP INC., FUELED BY RAMEN LLC,
NONESUCH RECORDS INC., ROADRUNNER
RECORDS, INC., WARNER BROS. RECORDS
INC., WARNER/CHAPPELL MUSIC, INC.,
WARNER-TAMERLANE PUBLISHING CORP., WB
MUSIC CORP., W.B.M. MUSIC CORP.,
UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC
INC., COTILLION MUSIC, INC., INTERSONG
U.S.A., INC., UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC, UNIVERAL MUSIC CORP.,
UNIVERSAL MUSIC – MGB NA LLC,
UNIVERSAL MUSIC PUBLISHING INC.,
UNIVERSAL MUSIC PUBLISHING AB,
UNIVERSAL MUSIC PUBLISHING LIMITED,
UNIVERSAL MUSIC PUBLISHING MGB
LIMITED., UNIVERSAL MUSIC – Z TUNES LLC,

**Case No.**   1:18cv950

**COMPLAINT AND JURY DEMAND**

UNIVERSAL/ISLAND MUSIC LIMITED,
UNIVERSAL/MCA MUSIC PUBLISHING PTY.
LIMITED, UNIVERSAL – POLYGRAM
INTERNATIONAL TUNES, INC., UNIVERSAL –
SONGS OF POLYGRAM INTERNATIONAL, INC.,
UNIVERSAL POLYGRAM INTERNATIONAL
PUBLISHING, INC., MUSIC CORPORATION OF
AMERICA, INC. D/B/A UNIVERSAL MUSIC
CORP., POLYGRAM PUBLISHING, INC.,
RONDOR MUSIC INTERNATIONAL, INC., AND
SONGS OF UNIVERSAL, INC.,

       Plaintiffs,

  v.

COX COMMUNICATIONS, INC. AND COXCOM,
LLC.

       Defendants.

Plaintiffs Sony Music Entertainment, Arista Music, Arista Records LLC, LaFace

Records LLC, Provident Label Group, LLC, Sony Music Entertainment US Latin, Volcano

Entertainment III, LLC, Zomba Recordings LLC, Sony/ATV Music Publishing LLC, EMI Al

Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music

Inc., Colgems-EMI Music Inc., EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel

Music, EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music, EMI Feist

Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI Unart Catalog Inc., EMI U

Catalog Inc., Jobete Music Co. Inc., Stone Agate Music, Screen Gems-EMI Music Inc., Stone

Diamond Music Corp., Atlantic Recording Corporation, Bad Boy Records LLC, Elektra

Entertainment Group Inc., Fueled By Ramen LLC, Nonesuch Records Inc., Roadrunner

Records, Inc., Warner Bros. Records Inc., Warner/Chappell Music, Inc., Warner-Tamerlane

Publishing Corp., WB Music Corp., W.B.M. Music Corp., Unichappell Music Inc., Rightsong

Music Inc., Cotillion Music, Inc., Intersong U.S.A., Inc., UMG Recordings, Inc., Capitol

Records, LLC, Universal Music Corp., Universal Music – MGB NA LLC, Universal Music

Publishing Inc., Universal Music Publishing AB, Universal Music Publishing Limited,

Universal Music Publishing MGB Limited, Universal Music – Z Tunes LLC, Universal/Island

Music Limited, Universal/MCA Music Publishing Pty. Limited, Universal – Polygram

International Tunes, Inc., Universal – Songs of Polygram International, Inc., Universal

Polygram International Publishing, Inc., Music Corporation of America, Inc. d/b/a Universal

Music Corp., Polygram Publishing, Inc., Rondor Music International, Inc., and Songs of

Universal, Inc., (collectively, "Plaintiffs"), for their Complaint against Defendants Cox

Communications, Inc. and CoxCom, LLC (collectively, "Cox" or "Defendants"), allege, on

personal knowledge as to matters relating to themselves and on information and belief as to all

other matters, as set forth below.

## NATURE OF THE CASE

1.      Plaintiffs are record companies that produce, manufacture, distribute, sell, and

license commercial sound recordings, and music publishers that acquire, license, and otherwise

exploit musical compositions, both in the United States and internationally.  Through their

enormous investments of not only money, but also time and exceptional creative efforts,

Plaintiffs and their representative recording artists and songwriters have developed and

marketed the world's most famous and popular music.  Plaintiffs own or control exclusive

rights to the copyrights to some of the most famous sound recordings performed by classic

artists and contemporary superstars, as well as the copyrights to large catalogs of iconic

musical compositions and modern hit songs.  Their investments and creative efforts have

shaped the musical landscape as we know it, both in the United States and around the world.

2.      Cox is one of the largest Internet service providers ("ISPs") in the country.  It markets and sells high-speed Internet services to consumers nationwide. Through the provision of those services, however, Cox also has knowingly contributed to, and reaped substantial profits from, massive copyright infringement committed by thousands of its subscribers, causing great harm to Plaintiffs, their recording artists and songwriters, and others whose livelihoods depend upon the lawful acquisition of music.  Cox's contribution to its subscribers' infringement is both willful and extensive, and renders Cox equally liable.  Indeed, for years, Cox deliberately refused to take reasonable measures to curb its customers from using its Internet services to infringe on others' copyrights—even once Cox became aware of *particular customers* engaging in *specific, repeated acts* of infringement.  Plaintiffs' representatives (as well as others) sent hundreds of thousands of statutory infringement notices to Cox, under penalty of perjury, advising Cox of its subscribers' blatant and systematic use of Cox's Internet service to illegally download, copy, and distribute Plaintiffs' copyrighted music through BitTorrent and other online file-sharing services.  Rather than working with Plaintiffs to curb this massive infringement, Cox unilaterally imposed an arbitrary cap on the number of infringement notices it would accept from copyright holders, thereby willfully blinding itself to any of its subscribers' infringements that exceeded its "cap."

3.      Cox also claimed to have implemented a "thirteen-strike policy" before terminating service of repeat infringers but, in actuality, Cox never permanently terminated any subscribers.  Instead, it lobbed "soft terminations" with virtually automatic reinstatement, or it simply did nothing at all.  The reason for this is simple:  rather than stop its subscribers' unlawful activity, Cox prioritized its own profits over its legal obligations.  Cox's profits

4

increased dramatically as a result of the massive infringement that it facilitated, yet Cox publicly told copyright holders that it needed to reduce the number of staff it had dedicated to anti-piracy for budget reasons.

4.      Congress created a safe harbor in the Digital Millennium Copyright Act ("DMCA") that limits the liability of ISPs for copyright infringement when their involvement is limited to, among other things, "transmitting, routing, or providing connections for, material through a system or network controlled or operated by or for the service provider."  17 U.S.C. § 512(a).  To benefit from the DMCA safe harbor, however, along with meeting other pre-conditions, an ISP must demonstrate that it "has adopted and reasonably implemented . . . a policy that provides for the termination in appropriate circumstances of subscribers . . . who are repeat infringers." 17 U.S.C. § 512(i)(1)(A).

5.      Cox's "thirteen-strike policy" has already been revealed to be a sham, and its ineligibility for the DMCA safe harbor—for the period of (at least) February 2012 through November 2014—has been fully and finally adjudicated by this Court and affirmed by the Court of Appeals for the Fourth Circuit.  In a related case, *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc. and CoxCom, LLC*, 149 F. Supp. 3d 634, 662 (E.D. Va. 2015), *aff'd in relevant part*, 881 F.3d 293 (4th Cir. 2018) ("*BMG Rights*"), this Court established, as a matter of law, that Cox could not invoke the DMCA safe harbor to limit its liability.  *Id.* at 655-662.

6.      Specifically, the Court concluded:

> Cox did not implement its repeat infringer policy. Instead, Cox publicly purported to comply with its policy, while privately disparaging and intentionally circumventing the DMCA's requirements. Cox employees followed an unwritten policy put in place by senior members of Cox's abuse group by which accounts used to repeatedly infringe copyrights would be nominally terminated, only to be reactivated upon request. Once these accounts were reactivated, customers were given clean slates, meaning the next notice of infringement Cox received linked to those

accounts would be considered the first in Cox's graduated response procedure.

*Id.* at 655.  The Court further found that starting in September 2012, Cox abandoned its tacit policy of temporarily suspending and reactivating repeat infringers' accounts, and instead stopped terminating accounts altogether.  *Id.* at 655-58.

7.      The Fourth Circuit affirmed this Court's holding, explaining that although "Cox formally adopted a repeat infringer 'policy,' . . . both before and after September 2012, [Cox] made every effort to avoid reasonably implementing that policy.  Indeed, in carrying out its thirteen-strike process, Cox very clearly determined *not* to terminate subscribers who in fact repeatedly violated the policy."  881 F.3d at 303.  The former head of Cox's Abuse Group, Jason Zabek, summed up Cox's sentiment toward its DMCA obligations best in an email exclaiming: "f the dmca!!!"  Unsurprisingly, the Fourth Circuit affirmed this Court's ruling, holding that "Cox failed to qualify for the DMCA safe harbor because it failed to implement its policy in any consistent or meaningful way—leaving it essentially with no policy."  *Id.* at 305.  The *BMG Rights* decision that Cox is ineligible for the DMCA safe harbor from at least February 2012 through November 2014 controls here.

8.      It is well-established law that a party may not assist someone it knows is engaging in copyright infringement.  Further, when a party has a direct financial interest in the infringing activity, and the right and practical ability to stop or limit it, that party must act.  Ignoring those basic responsibilities, Cox deliberately turned a blind eye to its subscribers' infringement.  Cox failed to terminate or otherwise take meaningful action against the accounts of repeat infringers whose identities were known.  It also blocked infringement notices for countless others.  Despite its professed commitment to take action against repeat offenders, Cox routinely thumbed its nose at Plaintiffs by continuing to provide service to individuals it

6

knew to be serially infringing copyrighted works and refusing to even receive notice of any infringements above an arbitrary cap. In reality, Cox operated its service as an attractive tool, and as a safe haven, for infringement.

9.      Cox has derived an obvious and direct financial benefit from its customers' infringement. The unlimited ability to download and distribute Plaintiffs' works through Cox's service has served as a draw for Cox to attract, retain, and charge higher fees to subscribers. Moreover, by failing to terminate the accounts of specific recidivist infringers known to Cox, Cox obtained a direct financial benefit from its subscribers' infringing activity in the form of illicit revenue that it would not have received had it shut down those accounts. Indeed, Cox affirmatively decided not to terminate infringers because it wanted to maintain the revenue that would come from their accounts.

10.     The infringing activity of Cox's subscribers that is the subject of Plaintiffs' claims, and for which Cox is secondarily liable, occurred *after* Cox received multiple notices of a subscriber's infringing activity. Specifically, Plaintiffs seek relief for claims of infringement that accrued from February 2013 through November 2014, with respect to works infringed by Cox's subscribers *after* those particular subscribers were identified to Cox in multiple infringement notices. Those claims are preserved through tolling agreements entered into with Cox, and Cox cannot limit its liability for claims in this period under the DMCA safe harbor.

## JURISDICTION AND VENUE

11.     This is a civil action in which Plaintiffs seek damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101, *et seq.*

12.     This Court has original subject matter jurisdiction over Plaintiffs' copyright infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

13.    This Court has personal jurisdiction over Cox because Cox resides in and/or does systematic and continuous business in Virginia and in this judicial district.  Cox provides a full slate of services in Virginia, including TV, Internet and phone services, among others.  Cox also has a number of retail stores and customer service centers within this judicial district, including stores located at 5958 Kingstowne Town Ctr., Ste. 100, Alexandria, Virginia 22315 and 11044 Lee Hwy, Suite 10, Fairfax, Virginia 22030 and 3080 Centerville Road, Herndon, Virginia 20171.

14.    Each of the Cox defendants has in the past been (or is presently) a party, as a plaintiff or a defendant, in this Court, including in the related case of *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns., Inc. and CoxCom, LLC*, No. 14-cv-1611-LO-JFA.

15.    Cox continuously and systematically transacts business in the Commonwealth of Virginia and maintains sizable operations in Virginia—employing thousands of employees and providing an array of services to customers within the Commonwealth.  Additionally, Cox has engaged in substantial activities purposefully directed at Virginia from which Plaintiffs' claims arise, including, for instance, establishing significant network management operations in this district, employing individuals within Virginia who have responsibility for managing its network, enforcing subscriber use policies against violators, and/or responding to notices of infringement.  Much of the conduct alleged in this Complaint arises directly from Cox's forum-directed activities—specifically, repeated acts of infringement by specific subscribers using Cox's network and Cox's awareness of those activities, Cox's receipt of and failure to act in response to Plaintiffs' notices of infringement activity, and Cox's failure to take reasonable measures to terminate repeat infringers.

16.    Many of the acts complained of herein occurred in Virginia and in this judicial

district.  For example, a number of egregious repeat infringers, who are Cox subscribers, reside in and infringed Plaintiffs' rights in Virginia and this judicial district.

17.     Indeed, Plaintiffs have identified hundreds of Cox subscribers suspected of residing in Virginia, who have repeatedly infringed one or more of Plaintiffs' copyrighted works.  For example, Cox subscriber account having IP address 216.54.125.50 at the time of the infringement, believed to be located east of Richmond, Virginia, was identified in infringement notices 97 times between November 15, 2013 and March 6, 2015.  A different Cox subscriber believed to be located in Norfolk, Virginia, having IP address 72.215.154.66 at the time of infringement, also was identified in infringement notices 97 times between February 6, 2013 and March 6, 2015.  Yet another Cox subscriber having IP address 174.77.93.179, believed to be from Virginia Beach, was identified in infringement notices 34 times between February 8, 2013 and March 25, 2015.

18.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a), because a substantial part of the acts of infringement, and other events and omissions complained of herein occur, or have occurred, in this district, and this is a district in which Cox resides or may be found.

## PLAINTIFFS AND THEIR COPYRIGHTED MUSIC

19.     Plaintiffs are the copyright owners of and/or control exclusive rights with respect to millions of sound recordings (*i.e.*, recorded music) and/or musical works (*i.e.*, compositions), including many by some of the most prolific and well-known recording artists and songwriters in the world.

20.     Plaintiff Sony Music Entertainment ("Sony") is a Delaware general partnership, the partners of which are citizens of New York and Delaware.  Sony's headquarters and

principal place of business are located at 25 Madison Avenue, New York, New York 10010.

21.     Plaintiff Arista Music ("Arista Music") is a New York partnership with its principal place of business at 25 Madison Avenue, New York, New York 10010.

22.     Plaintiff Arista Records LLC ("Arista Records") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

23.     Plaintiff LaFace Records LLC ("LaFace") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

24.     Plaintiff Provident Label Group, LLC ("Provident") is a Delaware Limited Liability Company with its principal place of business at 741 Cool Springs Boulevard, Franklin, Tennessee 37067.

25.     Plaintiff Sony Music Entertainment US Latin ("Sony Latin") is a Delaware Limited Liability Company with its principal place of business at 3390 Mary St., Suite 220, Coconut Grove, Florida 33133.

26.     Plaintiff Volcano Entertainment III, LLC ("Volcano") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

27.     Plaintiff Zomba Recording LLC ("Zomba") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

28.     Plaintiff Atlantic Recording Corporation ("Atlantic") is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

29.     Plaintiff Bad Boy Records LLC ("Bad Boy") is a Delaware Limited Liability Company with its principal place of business at 1633 Broadway, New York, New York 10019.

30.     Plaintiff Elektra Entertainment Group Inc. ("Elektra") is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

31.     Plaintiff Fueled By Ramen LLC ("FBR") is a Delaware Limited Liability Company with its principal place of business at 1633 Broadway, New York, New York 10019.

32.     Plaintiff Nonesuch Records Inc. ("Nonesuch") is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

33.     Plaintiff Roadrunner Records, Inc. ("Roadrunner") is a New York corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

34.     Plaintiff Warner Bros. Records Inc. ("WBR") is a Delaware corporation with its principal place of business at 3300 Warner Boulevard, Burbank, California 91505.

35.     Plaintiff UMG Recordings, Inc. ("UMG") is a Delaware corporation with its principal place of business at 2220 Colorado Avenue, Santa Monica, California 90404.

36.     Plaintiff Capitol Records, LLC ("Capitol Records") is Delaware corporation with its principal place of business at 2220 Colorado Avenue, Santa Monica, California 90404.

37.     Plaintiffs Sony, Arista Music, Arista Records, LaFace, Provident, Sony Latin, Volcano, Zomba, Atlantic, Bad Boy, Elektra, FBR, Nonesuch, Roadrunner, WBR, UMG, and Capitol Records are referred to herein collectively as "The Record Company Plaintiffs."

38.     The Record Company Plaintiffs are some of the largest record companies in the world, engaged in the business of producing, manufacturing, distributing, selling, licensing, and otherwise exploiting sound recordings in the United States through various media.  They invest substantial money, time, effort, and talent in creating, advertising, promoting, selling, and

licensing sound recordings embodying the performances of their exclusive recording artists and their unique and valuable sound recordings.

39.     Plaintiff Sony/ATV Music Publishing LLC ("Sony/ATV") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

40.     Plaintiff EMI Al Gallico Music Corp. ("EMI Al Gallico"), an affiliate of Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

41.     Plaintiff EMI Algee Music Corp. ("EMI Algee"), an affiliate of Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

42.     Plaintiff EMI April Music Inc. ("EMI April"), an affiliate of Sony/ATV, is a Connecticut corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

43.     Plaintiff EMI Blackwood Music Inc. ("EMI Blackwood"), an affiliate of Sony/ATV, is a Connecticut corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

44.     Plaintiff Colgems-EMI Music Inc. ("EMI Colgems"), an affiliate of Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

45.     Plaintiff EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music ("EMI Full Keel"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

46.     Plaintiff EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music ("EMI Longitude"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

47.     Plaintiff EMI Feist Catalog Inc. ("EMI Feist"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

48.     Plaintiff EMI Miller Catalog Inc. ("EMI Miller"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

49.     Plaintiff EMI Mills Music, Inc. ("EMI Mills"), an affiliate of Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

50.     Plaintiff EMI Unart Catalog Inc. ("EMI Unart"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

51.     Plaintiff EMI U Catalog Inc. ("EMI U"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

52.     Plaintiff Jobete Music Co. Inc. ("Jobete"), an affiliate of Sony/ATV, is a Michigan corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.  Plaintiff Stone Agate Music ("Stone Agate") is a division of Jobete.

53.     Plaintiff Screen Gems-EMI Music Inc. ("Gems-EMI"), an affiliate of Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue,

Suite 1101, New York, New York 10016.

54.    Plaintiff Stone Diamond Music Corp. ("Stone"), an affiliate of Sony/ATV, is a Michigan corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

55.    Plaintiff Warner/Chappell Music, Inc. ("Warner/Chappell") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

56.    Plaintiff Warner-Tamerlane Publishing Corp. ("Warner-Tamerlane") is a California corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

57.    Plaintiff WB Music Corp. ("WB Music") is a California corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

58.    Plaintiff W.B.M. Music Corp. ("W.B.M.") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

59.    Plaintiff Unichappell Music Inc. ("Unichappell") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

60.    Plaintiff Rightsong Music Inc. ("Rightsong Music") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

61.    Plaintiff Cotillion Music, Inc. ("Cotillion") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

62.    Plaintiff Intersong U.S.A., Inc. ("Intersong") is a Delaware corporation with its

principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

63.     Plaintiff Universal Music Corp. ("UMC") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

64.     Plaintiff Universal Music – MGB NA LLC ("MGB") is a California Limited Liability Company with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

65.     Plaintiff Universal Music Publishing Inc. ("Universal Music Publishing") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

66.     Plaintiff Universal Music Publishing AB ("AB") is a company organized under the laws of Sweden.

67.     Plaintiff Universal Music Publishing Limited ("Publishing Limited") is a company incorporated under the laws of England and Wales.

68.     Plaintiff Universal Music Publishing MGB Limited ("MGB Limited") is a company incorporated under the laws of England and Wales.

69.     Plaintiff Universal Music – Z Tunes LLC ("Z Tunes") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

70.     Plaintiff Universal/Island Music Limited ("Island") is a company incorporated under the laws of England and Wales.

71.     Plaintiff Universal/MCA Music Publishing Pty. Limited ("MCA Limited") is a company organized under the laws of the Australia.

72.     Plaintiff Universal – Polygram International Tunes, Inc. ("Polygram

International") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

73.     Plaintiff Universal – Songs of Polygram International, Inc. ("Songs of Polygram") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

74.     Plaintiff Universal Polygram International Publishing, Inc. ("Polygram International Publishing") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

75.     Plaintiff Music Corporation of America, Inc. d/b/a Universal Music Corp. ("Music Corp.") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

76.     Plaintiff Polygram Publishing, Inc. ("Polygram Publishing") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

77.     Plaintiff Rondor Music International, Inc. ("Rondor") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

78.     Plaintiff Songs of Universal, Inc. ("Songs of Universal") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

79.     Plaintiffs Sony/ATV, EMI Al Gallico, EMI Algee, EMI April, EMI Blackwood, EMI Colgems, EMI Full Keel, EMI Longitude, EMI Feist, EMI Miller, EMI Mills, EMI Unart, EMI U, Jobete, Stone Agate, Gems-EMI, Stone, Warner/Chappell, Warner-Tamerlane, WB Music, W.B.M., Unichappell, Rightsong Music, Cotillion, Intersong, UMC, MGB, Universal

Music Publishing, AB, Publishing Limited, MGB Limited, Z Tunes, Island, MCA Limited, Polygram International, Songs of Polygram, Polygram International Publishing, Music Corp., Polygram Publishing, Rondor, and Songs of Universal are referred to herein collectively as "The Music Publisher Plaintiffs."

80.     The Music Publisher Plaintiffs are leading music publishers engaged in the business of acquiring, owning, publishing, licensing, and otherwise exploiting copyrighted musical compositions.  Each invests substantial money, time, effort, and talent to acquire, administer, publish, license, and otherwise exploit such copyrights, on its own behalf and on behalf of songwriters and other music publishers who have assigned exclusive copyright interests to The Music Publisher Plaintiffs.

81.     Plaintiffs own and/or control in whole or in part the copyrights and/or exclusive rights in innumerable popular sound recordings and musical compositions, including the sound recordings listed on Exhibit A and musical compositions listed on Exhibit B, both of which are illustrative and non-exhaustive.  All of the sound recordings and musical compositions listed on Exhibits A and B have been registered with the U.S. Copyright Office.

## DEFENDANTS AND THEIR ACTIVITIES

82.     Defendant Cox Communications, Inc. is a Delaware corporation with its principal place of business at 1400 Lake Hearn Drive NE, Atlanta, Georgia.  Cox Communications, Inc. operates as a broadband communications and entertainment company for residential and commercial customers in the United States.  Specifically, Cox Communications, Inc. offers digital video, high-speed Internet, telephone, voice, and long distance, data and video transport, high definition video, digital cable television, and DVR services over its IP network.

83.     Defendant CoxCom, LLC is a Delaware Limited Liability Company with its principal place of business at 1400 Lake Hearn Drive NE, Atlanta, Georgia.  CoxCom, LLC conducts business in Virginia as Cox Communications of Northern Virginia.  CoxCom, LLC is a wholly-owned subsidiary of Cox Communications, Inc.  CoxCom, LLC provides Internet and related services to Cox subscribers including in Virginia and this judicial district.

84.     The Cox defendants, individually and collectively, are ISPs.  Cox has approximately 4.5 million Internet subscribers.  At all pertinent times, Cox's customers have paid Cox substantial subscription fees for access to Cox's high-speed Internet network, with Cox offering a tiered pricing structure, whereby for a higher monthly fee, a subscriber can have even faster downloading speeds.

85.     For many of Cox's subscribers, the ability to use Cox's network to download music and other copyrighted content—including unauthorized content—as efficiently as possible is a primary motivation for subscribing to Cox's service.  Accordingly, in its consumer marketing material in 2014, Cox touted how its service enabled subscribers to download large amounts of content "Faster Than A Speeding Bullet" and at "The Speed You Need."  In exchange for this service, Cox charged its customers monthly fees ranging in price based on the speed of service.

https://web.archive.org/web/20140616085246/http://www.cox.com:80/residential/internet.cox. To satisfy its customers' need for speed, "Cox has increased internet speeds more than 1,000 percent over the past 17 years," making it even easier and faster for subscribers to illegally download and upload infringing sound recordings and musical compositions.

http://newsroom.cox.com/2018-01-09-Cox-Expands-Gigabit-Speeds-at-Rapid-Pace.

86.     On its "Frequently Asked Questions" page on its website, Cox describes a

process called "bandwidth throttling" that is often used by ISPs to reduce infringement by subscribers who have a history of illegal behavior.  Cox tells its customers and prospective customers that bandwidth throttling "can interfere with the download speed, upload speed and overall performance of your network's Internet service," and assures actual and prospective customers that "[a]t Cox, we never throttle Internet speeds. And we never block or otherwise interfere with your desire to go where you want to go on the Internet."

https://www.cox.com/residential/internet.html.

87.     At the same time, Cox has consistently and actively engaged in network management practices to suit its own purposes.  This includes monitoring for, and taking action against, spam and other unwanted activity.  But Cox has gone out of its way *not* to take action against subscribers engaging in repeated copyright infringement at the expense of copyright owners, ultimately forcing Plaintiffs to bring this litigation.

88.     At all pertinent times, Cox knew that its subscribers routinely used its networks for illegal downloading and uploading of copyrighted works, especially music.  As described below, Plaintiffs repeatedly notified Cox that many of its subscribers were actively utilizing its service in order to infringe; those notices gave Cox the *specific identities of its subscribers*, referred to by their unique Internet Protocol or "IP" addresses.  Yet Cox persistently turned a blind eye toward the massive infringement of Plaintiffs' works.  Cox condoned the illegal activity because it was popular with subscribers and acted as a draw in attracting and retaining subscribers.  In return, Cox's customers purchased more bandwidth and continued using Cox's services to infringe Plaintiffs' copyrights.  Cox recognized that if it prevented its repeat infringer subscribers from using its service, or made it less attractive for such use, Cox would enroll fewer new subscribers, lose existing subscribers, and lose revenue.  For those account

holders and subscribers who wanted to download files illegally at faster speeds, Cox obliged them for higher rates. The greater the bandwidth its subscribers required for pirating content, the more money Cox made.

## PLAINTIFFS' ENFORCEMENT ACTIVITIES AND COX'S EFFORTS TO THWART THEM

89.     Over the past two decades, Internet piracy over so-called "peer-to-peer" ("P2P") networks has become rampant, and music owners and other copyright owners have employed litigation and other means to attempt to curtail the massive theft of their copyrighted works. Cox has been keenly aware of those efforts. Cox has also been acutely aware of the use of its network for P2P piracy, including the specific identities of subscribers who are using its network to infringe.

90.     Indeed, Cox was made aware of its subscribers using its network for such infringing activities before the time frame at issue in this suit, when a number of copyright holders, including The Record Company Plaintiffs, initiated a multi-year effort to enforce their copyrights against individuals using P2P systems to directly infringe copyrighted musical or other works. As part of that effort, because the copyright holders could only determine the unique IP addresses of an ISP's infringing subscribers, but not their actual identities, they served subpoenas on Cox and other ISPs to obtain the infringing subscribers' names and contact information. Cox was required to provide identifying information about infringing subscribers.

91.     Thereafter, The Record Company Plaintiffs began sending notices to Cox (and other ISPs) identifying additional specific instances of their subscribers' infringement through P2P activities. From early 2013 through March 2015 alone, Cox received more than *200,000 notices*, provided under penalty of perjury, detailing specific instances of its subscribers using

its network to infringe copyrighted music.

92.     But those hundreds of thousands of notices Cox received represented only a fraction of the infringements that occurred through Cox's network in the same time frame.  For years, Cox has arbitrarily capped the number of infringement notices it is willing to receive— refusing to even hear any complaints in excess of the cap.  Starting in 2008, Cox refused to accept any more than 200 infringement notices per day from Plaintiffs' representatives.  In early 2009, Cox agreed to increase that number to 400 per day.  In July 2009, many of The Record Company Plaintiffs asked Cox to increase the limit to 800 or 1,000 per day but Cox denied the request on the grounds that it was "currently at the maximum number of notices [Cox could] process, measured against the staff [they] have to process calls from customers."  In 2013, Plaintiffs' representatives again asked Cox to increase the limit, this time more modestly from 400 to 500 or 600 per day, to which Cox finally agreed.  Thus, while Cox received 200,000 infringement notices from 2013 to 2015 from Plaintiffs' representatives, the actual number of infringements identified through Cox's network in those years was vastly more.  In other words, Cox willfully blinded itself to scores of infringements by refusing to accept notices beyond its arbitrary cap.

93.     The infringement notices provided to Cox the unique IP address assigned to each user of Cox's network and the date and time the infringing activity was detected.  By reviewing its subscriber activity logs, Cox alone had the ability to match an IP address in an infringement notice to a particular subscriber.  Importantly, only Cox, as the provider of the technology and system used to infringe, had the information required to match the IP address to a particular subscriber, and to contact that subscriber or terminate that subscriber's service.

94.     Plaintiffs' infringement notices concerned clear and unambiguous infringing

activity by Cox's subscribers—that is, unauthorized downloading and distribution of copyrighted music.  There was no legal justification for Cox's subscribers to download or distribute digital copies of Plaintiffs' sound recordings and musical compositions to thousands or millions of strangers on the Internet.

95.    Apart from attesting to the sheer volume of the infringing activity on its network, the infringement notices sent to Cox pointed to specific subscribers who were flagrant and serial infringers.  The infringement notices identified *almost 20,000* Cox subscribers engaged in blatant and repeated infringement.  To cite just a few specific examples:

- During a 601-day period, Cox's subscriber with IP address 174.78.143.156 was identified in 142 infringement notices, which were sent on at least 116 separate days.

- During a 539-day period, Cox's subscriber with IP address 70.167.91.154 was identified in 104 infringement notices, which were sent on at least 96 separate days.

- During a 426-day period, Cox's subscriber with IP address 72.198.185.108 was identified in 96 infringement notices, which were sent on at least 80 separate days.

- During a 326-day period, Cox's subscriber with IP address 184.191.182.8 was identified in 84 infringement notices, which were sent on at least 71 separate days.

- During a 248-day period, Cox's subscriber with IP address 184.177.171.108 was identified in 64 infringement notices, which were sent on at least 52 separate days.

These examples and countless others amply illustrate that, rather than terminating repeat infringers—and losing subscription revenues—Cox simply looked the other way.

96.    During all pertinent times, Cox had the full legal right, obligation, and technical ability to prevent or limit the infringements occurring on its network.  Under Cox's "Acceptable Use Policy," which its subscribers agreed to as a condition of using its Internet

service, Cox was empowered to exercise its right and ability to suspend or terminate a customer's Internet access.  Cox could do so for a variety of reasons, including a subscriber's "use [of] the Service to post, copy, transmit, or disseminate any content that infringes the patents, copyrights, trade secrets, trademark, moral rights, or propriety rights of any party." With respect to infringement, Cox is the gatekeeper of the network over which data—including infringing works—is transferred.

97.     Although Cox purported to create a repeat infringer policy, as this Court already found, it never implemented it, and thus it is ineligible for the DMCA's safe harbor.  Cox's Copyright Policy provides that upon receipt of copyright infringement complaints regarding subscribers, "Cox uses a graduated approach of increasing severity to notify subscribers, from in-browser and email notifications, to the suspension of Internet service for repeated or severe cases."

98.     But, in denying Cox's motion for judgment as a matter of law after trial, this Court explained:

> The graduated response system is essentially a thirteen-strike policy.  No action is taken on receipt of a subscriber's first notice.  The second, third, fourth, fifth, sixth, and seventh notices generate an email to the subscriber, warning that if Cox "continues to receive infringement claims such as this one concerning your use of our service, we will suspend your account and disable your connection until you confirm you have removed the infringing material."  On the eighth and ninth notices, Cox limits a subscriber's internet access to a single webpage containing a warning. The customer can self-reactivate by clicking an acknowledgment. On the tenth and eleventh notices, Cox suspends service and requires the subscriber to call a support technician. The technician explains the reason for the suspension, advises removal of the allegedly infringing file, and then reactivates service.  On the twelfth notice, the subscriber is suspended and directed to specialized technicians.  On the thirteenth notice, the subscriber is again suspended and this time considered for termination.

99.     Regardless of whether a thirteen-strike policy could ever be reasonable, this

Court previously found that Cox did not reasonably implement that policy.  For example, in addition to its arbitrary cap on—and, in some instances, outright refusal to accept—Plaintiffs' infringement notices, any notice Cox did receive beyond its self-imposed limit was not counted in the graduated response.  Cox also counted only one notice per subscriber per day.  Thus, if a subscriber generated 10 or 50 or 100 notices in a day, they were "rolled up" into a single ticket. Cox also restarted the thirteen-strike count every six months, so an infringing subscriber with twelve notices would get a "free pass" back to zero strikes if six months had passed since his or her first notice.  When Cox did "soft terminate" subscribers for repeat copyright infringements, it enforced an unwritten policy of re-activating the subscribers shortly thereafter.  And with few exceptions, starting in September 2012, Cox simply stopped terminating repeat infringers altogether.

100.    Despite these alleged policies, and despite receiving hundreds of thousands of infringement notices, along with similar notices from other copyright owners, Cox knowingly permitted identified repeat infringer subscribers to continue to use Cox's network to infringe. Rather than disconnect the Internet access of blatant repeat infringers to curtail their infringement, Cox knowingly continued to provide these subscribers with the Internet access that enabled them to continue to use BitTorrent or other P2P networks to illegally download or distribute Plaintiffs' copyrighted works unabated.  Cox's provision of high-speed Internet service materially contributed to these direct infringements.

101.    Cox's motivation for refusing to terminate or suspend the accounts of blatant infringing subscribers is simple:  it valued corporate profits over its legal responsibilities.  Cox did not want to lose subscriber revenue by terminating accounts.  Jason Zabek, the former head of Cox's Abuse Group, made this clear by urging a Cox customer service representative (in an

internal email that he instructed should not be forwarded) to "start the warning cycle over" for terminated customers with cox.net email addresses: "A clean slate if you will. This way, we can collect a few extra weeks of payments for their account. ;-)".

102.     Nor did Cox want the possibility of account terminations to make its service less attractive to other existing or prospective users. Moreover, Cox was simply disinterested in devoting sufficient resources to tracking infringers, responding to infringement notices, and terminating accounts in appropriate circumstances. Considering only its own pecuniary gain, Cox ignored and turned a blind eye to flagrant, repeat violations by known specific subscribers using its service to infringe, thus facilitating and multiplying the harm to Plaintiffs. And Cox's failure to adequately police its infringing subscribers was a draw to subscribers to purchase Cox's services, so that the subscribers could then use those services to infringe Plaintiffs' (and others') copyrights.

103.     The consequences of Cox's infringing activity are obvious and stark. When Cox's subscribers use Cox's network to obtain infringing copies of Plaintiffs' copyrighted works illegally, that activity undercuts the legitimate music market, depriving Plaintiffs and those recording artists and songwriters whose works they sell and license of the compensation to which they are entitled. Without such compensation, Plaintiffs, and their recording artists and songwriters, have fewer resources available to invest in the further creation and distribution of high-quality music.

## CLAIMS FOR RELIEF

### Count I – Contributory Copyright Infringement

104.     Plaintiffs repeat and re-allege each and every allegation contained in paragraphs 1 through 103 as if fully set forth herein.

105.     Cox and its subscribers do not have any authorization, permission, license, or consent to exploit the copyrighted recordings or musical compositions at issue.

106.     Cox's subscribers, using Internet access and services provided by Cox, have unlawfully reproduced and distributed via BitTorrent or other P2P networks thousands of sound recordings and musical compositions for which Plaintiffs are the legal or beneficial copyright owners or exclusive licensees.  The copyrighted works infringed by Cox's subscribers, which have been registered with the U.S. Copyright Office, include those listed on Exhibits A and B, and many others.  The foregoing activity constitutes direct infringement in violation of 17 U.S.C. §§ 106 and 501 *et seq.*

107.     Cox is liable as a contributory copyright infringer for the direct infringements described above.  Through Plaintiffs' infringement notices and other means, Cox had knowledge that its network was being used for copyright infringement on a massive scale, and also knew of specific subscribers engaged in such repeated and flagrant infringement.  Nevertheless, Cox facilitated, encouraged and materially contributed to such infringement by continuing to provide its network and the facilities necessary for its subscribers to commit repeated infringements.  At the same time, Cox had the means to withhold that assistance upon learning of specific infringing activity by specific users but failed to do so.

108.     By purposefully ignoring and turning a blind eye to the flagrant and repeated infringement by its subscribers, Cox knowingly caused and materially contributed to the unlawful reproduction and distribution of Plaintiffs' copyrighted works, including but not limited to those listed on Exhibits A and B hereto, in violation of Plaintiffs' exclusive rights under the copyright laws of the United States.

109.     Each infringement of Plaintiffs' copyrighted sound recordings and musical

compositions constitutes a separate and distinct act of infringement.  Plaintiffs' claims of infringement against Cox are timely pursuant to tolling agreements.

110.    The foregoing acts of infringement by Cox have been willful, intentional, and purposeful, in disregard of Plaintiffs' rights.  Indeed, the sound recordings on Exhibit A and the musical compositions on Exhibit B represent works infringed by Cox's subscribers *after* those particular subscribers were identified to Cox in multiple infringement notices.

111.    As a direct and proximate result of Cox's willful infringement of Plaintiffs' copyrights, Plaintiffs are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).  Alternatively, at Plaintiffs' election, pursuant to 17 U.S.C. § 504(b), Plaintiffs shall be entitled to their actual damages, including Cox's profits from the infringements, as will be proven at trial.

112.    Plaintiffs also are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

## Count II – Vicarious Copyright Infringement

113.    Plaintiffs repeat and re-allege each and every allegation contained in paragraphs 1 through 112 as if fully set forth herein.

114.    Cox and its subscribers have no authorization, license, or other consent to exploit the copyrighted sound recordings or musical compositions at issue.

115.    Cox's subscribers, using Internet access and services provided by Cox, have unlawfully reproduced and distributed via BitTorrent or other P2P services thousands of sound recordings and musical compositions for which Plaintiffs are the legal or beneficial copyright owners or exclusive licensees.  The copyrighted works infringed by Cox's subscribers, which

have been registered with the U.S. Copyright Office, include those listed on Exhibits A and B, and many others.  The foregoing activity constitutes direct infringement in violation of 17 U.S.C. §§ 106 and 501 *et seq.*

116.    Cox is liable as a vicarious copyright infringer for the direct infringements described above.  Cox has the legal and practical right and ability to supervise and control the infringing activities that occur through the use of its network, and at all relevant times has had a financial interest in, and derived direct financial benefit from, the infringing use of its network. Cox has derived an obvious and direct financial benefit from its customers' infringement.  The ability to use Cox's high-speed Internet facilities to illegally download Plaintiffs' copyrighted works has served to draw, maintain, and generate higher fees from paying subscribers to Cox's service.  Among other financial benefits, by failing to terminate the accounts of specific repeat infringers known to Cox, Cox has profited from illicit revenue that it would not have otherwise received.

117.    Cox is vicariously liable for the unlawful reproduction and distribution of Plaintiffs' copyrighted works, including but not limited to those listed on Exhibits A and B hereto, in violation of Plaintiffs' exclusive rights under the copyright laws of the United States.

118.    Each infringement of Plaintiffs' copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement.  Plaintiffs' claims of infringement against Cox are timely pursuant to tolling agreements.

119.    The foregoing acts of infringement by Cox have been willful, intentional, and purposeful, in disregard of Plaintiffs' rights.  Indeed, the sound recordings on Exhibit A and the musical compositions on Exhibit B are works infringed by Cox's subscribers *after* those particular subscribers were identified to Cox in multiple prior infringement notices.

120.    As a direct and proximate result of Cox's willful infringement of Plaintiffs' copyrights, Plaintiffs are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).  Alternatively, at Plaintiffs' election, pursuant to 17 U.S.C. § 504(b), Plaintiffs shall be entitled to their actual damages, including Cox's profits from the infringements, as will be proven at trial.

121.    Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment from this Court against Cox as follows:

a.  For a declaration that Defendants willfully infringed Plaintiffs' copyrights;

b.  For statutory damages pursuant to 17 U.S.C. § 504(c), in an amount up to the maximum provided by law, arising from Defendants' willful violations of Plaintiffs' rights under the Copyright Act or, in the alternative, at Plaintiffs' election pursuant to 17 U.S.C. § 504(b), Plaintiffs' actual damages, including Cox's profits from the infringements, in an amount to be proven at trial;

c.  Pursuant to 17 U.S.C. § 505, awarding Plaintiffs their costs in this action, including their reasonable attorneys' fees;

d.  For pre-judgment and post-judgment interest at the applicable rate on any monetary award made part of the judgment against Defendants; and

e.  For such other and further relief as the Court deems proper.

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury of all issues that are so triable.

Dated: July 31, 2018

Respectfully submitted,

Matthew J. Oppenheim (*pro hac pending*)
Scott A. Zebrak (38729)
Jeffrey M. Gould (*pro hac pending*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel:  202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, ARISTA
MUSIC, ARISTA RECORDS, LLC, LAFACE
RECORDS LLC, PROVIDENT LABEL GROUP,
LLC, SONY MUSIC ENTERTAINMENT US LATIN,
VOLCANO ENTERTAINMENT III, LLC, ZOMBA
RECORDINGS LLC, SONY/ATV MUSIC
PUBLISHING LLC, EMI AL GALLICO MUSIC
CORP., EMI ALGEE MUSIC CORP., EMI APRIL
MUSIC INC., EMI BLACKWOOD MUSIC INC.,
COLGEMS-EMI MUSIC INC., EMI CONSORTIUM
MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL
MUSIC, EMI CONSORTIUM SONGS, INC.,
INDIVIDUALLY AND D/B/A EMI LONGITUDE
MUSIC, EMI FEIST CATALOG INC., EMI MILLER
CATALOG INC., EMI MILLS MUSIC, INC., EMI
UNART CATALOG INC., EMI U CATALOG INC.,
JOBETE MUSIC CO. INC., STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC., STONE
DIAMOND MUSIC CORP., ATLANTIC
RECORDING CORPORATION, BAD BOY
RECORDS LLC, ELEKTRA ENTERTAINMENT
GROUP INC., FUELED BY RAMEN LLC,
ROADRUNNER RECORDS, INC., WARNER BROS.
RECORDS INC., WARNER/CHAPPELL MUSIC,
INC., WARNER-TAMERLANE PUBLISHING
CORP., WB MUSIC CORP., W.B.M. MUSIC CORP.,
UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC
INC., COTILLION MUSIC, INC., INTERSONG
U.S.A., INC., UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC, UNIVERAL MUSIC CORP.,
UNIVERSAL MUSIC – MGB NA LLC,
UNIVERSAL MUSIC PUBLISHING INC.,
UNIVERSAL MUSIC PUBLISHING AB,
UNIVERSAL MUSIC PUBLISHING LIMITED,
UNIVERSAL MUSIC PUBLISHING MGB
LIMITED., UNIVERSAL MUSIC – Z TUNES LLC,
UNIVERSAL/ISLAND MUSIC LIMITED,
UNIVERSAL/MCA MUSIC PUBLISHING PTY.

**Case No. 1:18-cv-00950-LO-JFA**

**FIRST AMENDED COMPLAINT AND
JURY DEMAND**

LIMITED, MUSIC CORPORATION OF AMERICA,
INC. D/B/A UNIVERSAL MUSIC CORP.,
POLYGRAM PUBLISHING, INC., AND SONGS OF
UNIVERSAL, INC.,

       Plaintiffs,

  v.

COX COMMUNICATIONS, INC. AND COXCOM,
LLC.

       Defendants.

Plaintiffs Sony Music Entertainment, Arista Music, Arista Records LLC, LaFace

Records LLC, Provident Label Group, LLC, Sony Music Entertainment US Latin, Volcano

Entertainment III, LLC, Zomba Recordings LLC, Sony/ATV Music Publishing LLC, EMI Al

Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music

Inc., Colgems-EMI Music Inc., EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel

Music, EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music, EMI Feist

Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI Unart Catalog Inc., EMI U

Catalog Inc., Jobete Music Co. Inc., Stone Agate Music, Screen Gems-EMI Music Inc., Stone

Diamond Music Corp., Atlantic Recording Corporation, Bad Boy Records LLC, Elektra

Entertainment Group Inc., Fueled By Ramen LLC, Roadrunner Records, Inc., Warner Bros.

Records Inc., Warner/Chappell Music, Inc., Warner-Tamerlane Publishing Corp., WB Music

Corp., W.B.M. Music Corp., Unichappell Music Inc., Rightsong Music Inc., Cotillion Music,

Inc., Intersong U.S.A., Inc., UMG Recordings, Inc., Capitol Records, LLC, Universal Music

Corp., Universal Music – MGB NA LLC, Universal Music Publishing Inc., Universal Music

Publishing AB, Universal Music Publishing Limited, Universal Music Publishing MGB

Limited, Universal Music – Z Tunes LLC, Universal/Island Music Limited, Universal/MCA

Music Publishing Pty. Limited, Music Corporation of America, Inc. d/b/a Universal Music

Corp., Polygram Publishing, Inc., and Songs of Universal, Inc., (collectively, "Plaintiffs"), for

their Complaint against Defendants Cox Communications, Inc. and CoxCom, LLC

(collectively, "Cox" or "Defendants"), allege, on personal knowledge as to matters relating to

themselves and on information and belief as to all other matters, as set forth below.

## <u>NATURE OF THE CASE</u>

1.      Plaintiffs are record companies that produce, manufacture, distribute, sell, and

license commercial sound recordings, and music publishers that acquire, license, and otherwise

exploit musical compositions, both in the United States and internationally.  Through their

enormous investments of not only money, but also time and exceptional creative efforts,

Plaintiffs and their representative recording artists and songwriters have developed and

marketed the world's most famous and popular music.  Plaintiffs own or control exclusive

rights to the copyrights to some of the most famous sound recordings performed by classic

artists and contemporary superstars, as well as the copyrights to large catalogs of iconic

musical compositions and modern hit songs.  Their investments and creative efforts have

shaped the musical landscape as we know it, both in the United States and around the world.

2.      Cox is one of the largest Internet service providers ("ISPs") in the country.  It

markets and sells high-speed Internet services to consumers nationwide. Through the provision

of those services, however, Cox also has knowingly contributed to, and reaped substantial

profits from, massive copyright infringement committed by thousands of its subscribers,

causing great harm to Plaintiffs, their recording artists and songwriters, and others whose

livelihoods depend upon the lawful acquisition of music.  Cox's contribution to its subscribers'

infringement is both willful and extensive, and renders Cox equally liable.  Indeed, for years,

Cox deliberately refused to take reasonable measures to curb its customers from using its

Internet services to infringe on others' copyrights—even once Cox became aware of *particular customers* engaging in *specific, repeated acts* of infringement.  Plaintiffs' representatives (as well as others) sent hundreds of thousands of statutory infringement notices to Cox, under penalty of perjury, advising Cox of its subscribers' blatant and systematic use of Cox's Internet service to illegally download, copy, and distribute Plaintiffs' copyrighted music through BitTorrent and other online file-sharing services.  Rather than working with Plaintiffs to curb this massive infringement, Cox unilaterally imposed an arbitrary cap on the number of infringement notices it would accept from copyright holders, thereby willfully blinding itself to any of its subscribers' infringements that exceeded its "cap."

3.      Cox also claimed to have implemented a "thirteen-strike policy" before terminating service of repeat infringers but, in actuality, Cox never permanently terminated any subscribers.  Instead, it lobbed "soft terminations" with virtually automatic reinstatement, or it simply did nothing at all.  The reason for this is simple:  rather than stop its subscribers' unlawful activity, Cox prioritized its own profits over its legal obligations.  Cox's profits increased dramatically as a result of the massive infringement that it facilitated, yet Cox publicly told copyright holders that it needed to reduce the number of staff it had dedicated to anti-piracy for budget reasons.

4.      Congress created a safe harbor in the Digital Millennium Copyright Act ("DMCA") that limits the liability of ISPs for copyright infringement when their involvement is limited to, among other things, "transmitting, routing, or providing connections for, material through a system or network controlled or operated by or for the service provider."  17 U.S.C. § 512(a).  To benefit from the DMCA safe harbor, however, along with meeting other pre-conditions, an ISP must demonstrate that it "has adopted and reasonably implemented . . . a policy that provides for the termination in appropriate circumstances of subscribers . . . who are

repeat infringers." 17 U.S.C. § 512(i)(1)(A).

5.      Cox's "thirteen-strike policy" has already been revealed to be a sham, and its

ineligibility for the DMCA safe harbor—for the period of (at least) February 2012 through

November 2014—has been fully and finally adjudicated by this Court and affirmed by the

Court of Appeals for the Fourth Circuit.  In a related case, *BMG Rights Mgmt. (US) LLC v. Cox

Commc'ns, Inc. and CoxCom, LLC*, 149 F. Supp. 3d 634, 662 (E.D. Va. 2015), *aff'd in relevant

part*, 881 F.3d 293 (4th Cir. 2018) ("*BMG Rights*"), this Court established, as a matter of law,

that Cox could not invoke the DMCA safe harbor to limit its liability.  *Id.* at 655-662.

6.      Specifically, the Court concluded:

> Cox did not implement its repeat infringer policy. Instead, Cox publicly
> purported to comply with its policy, while privately disparaging and
> intentionally circumventing the DMCA's requirements. Cox employees
> followed an unwritten policy put in place by senior members of Cox's
> abuse group by which accounts used to repeatedly infringe copyrights
> would be nominally terminated, only to be reactivated upon request. Once
> these accounts were reactivated, customers were given clean slates,
> meaning the next notice of infringement Cox received linked to those
> accounts would be considered the first in Cox's graduated response
> procedure.

*Id.* at 655.  The Court further found that starting in September 2012, Cox abandoned its tacit

policy of temporarily suspending and reactivating repeat infringers' accounts, and instead

stopped terminating accounts altogether.  *Id.* at 655-58.

7.      The Fourth Circuit affirmed this Court's holding, explaining that although "Cox

formally adopted a repeat infringer 'policy,' . . . both before and after September 2012, [Cox]

made every effort to avoid reasonably implementing that policy.  Indeed, in carrying out its

thirteen-strike process, Cox very clearly determined *not* to terminate subscribers who in fact

repeatedly violated the policy."  881 F.3d at 303.  The former head of Cox's Abuse Group,

Jason Zabek, summed up Cox's sentiment toward its DMCA obligations best in an email

exclaiming: "f the dmca!!!"  Unsurprisingly, the Fourth Circuit affirmed this Court's ruling,

holding that "Cox failed to qualify for the DMCA safe harbor because it failed to implement its policy in any consistent or meaningful way—leaving it essentially with no policy." *Id.* at 305. The *BMG Rights* decision that Cox is ineligible for the DMCA safe harbor from at least February 2012 through November 2014 controls here.

8.      It is well-established law that a party may not assist someone it knows is engaging in copyright infringement.  Further, when a party has a direct financial interest in the infringing activity, and the right and practical ability to stop or limit it, that party must act. Ignoring those basic responsibilities, Cox deliberately turned a blind eye to its subscribers' infringement.  Cox failed to terminate or otherwise take meaningful action against the accounts of repeat infringers whose identities were known.  It also blocked infringement notices for countless others.  Despite its professed commitment to take action against repeat offenders, Cox routinely thumbed its nose at Plaintiffs by continuing to provide service to individuals it knew to be serially infringing copyrighted works and refusing to even receive notice of any infringements above an arbitrary cap.  In reality, Cox operated its service as an attractive tool, and as a safe haven, for infringement.

9.      Cox has derived an obvious and direct financial benefit from its customers' infringement.  The unlimited ability to download and distribute Plaintiffs' works through Cox's service has served as a draw for Cox to attract, retain, and charge higher fees to subscribers. Moreover, by failing to terminate the accounts of specific recidivist infringers known to Cox, Cox obtained a direct financial benefit from its subscribers' infringing activity in the form of illicit revenue that it would not have received had it shut down those accounts.  Indeed, Cox affirmatively decided not to terminate infringers because it wanted to maintain the revenue that would come from their accounts.

10.      The infringing activity of Cox's subscribers that is the subject of Plaintiffs'

claims, and for which Cox is secondarily liable, occurred *after* Cox received multiple notices of a subscriber's infringing activity.  Specifically, Plaintiffs seek relief for claims of infringement that accrued from February 1, 2013 through November 26, 2014, with respect to works infringed by Cox's subscribers *after* those particular subscribers were identified to Cox in multiple infringement notices.  Those claims are preserved through tolling agreements entered into with Cox, and Cox cannot limit its liability for claims in this period under the DMCA safe harbor.

### JURISDICTION AND VENUE

11.     This is a civil action in which Plaintiffs seek damages for copyright infringement under the Copyright Act, 17 U.S.C. § 101, *et seq*.

12.     This Court has original subject matter jurisdiction over Plaintiffs' copyright infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

13.     This Court has personal jurisdiction over Cox because Cox resides in and/or does systematic and continuous business in Virginia and in this judicial district.  Cox provides a full slate of services in Virginia, including TV, Internet and phone services, among others.  Cox also has a number of retail stores and customer service centers within this judicial district, including stores located at 5958 Kingstowne Town Ctr., Ste. 100, Alexandria, Virginia 22315 and 11044 Lee Hwy, Suite 10, Fairfax, Virginia 22030 and 3080 Centerville Road, Herndon, Virginia 20171.

14.     Each of the Cox defendants has in the past been (or is presently) a party, as a plaintiff or a defendant, in this Court, including in the related case of *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns., Inc. and CoxCom, LLC*, No. 14-cv-1611-LO-JFA.

15.     Cox continuously and systematically transacts business in the Commonwealth of Virginia and maintains sizable operations in Virginia—employing thousands of employees and

providing an array of services to customers within the Commonwealth. Additionally, Cox has engaged in substantial activities purposefully directed at Virginia from which Plaintiffs' claims arise, including, for instance, establishing significant network management operations in this district, employing individuals within Virginia who have responsibility for managing its network, enforcing subscriber use policies against violators, and/or responding to notices of infringement. Much of the conduct alleged in this Complaint arises directly from Cox's forum-directed activities—specifically, repeated acts of infringement by specific subscribers using Cox's network and Cox's awareness of those activities, Cox's receipt of and failure to act in response to Plaintiffs' notices of infringement activity, and Cox's failure to take reasonable measures to terminate repeat infringers.

16.     Many of the acts complained of herein occurred in Virginia and in this judicial district. For example, a number of egregious repeat infringers, who are Cox subscribers, reside in and infringed Plaintiffs' rights in Virginia and this judicial district.

17.     Indeed, Plaintiffs have identified hundreds of Cox subscribers suspected of residing in Virginia, who have repeatedly infringed one or more of Plaintiffs' copyrighted works. For example, Cox subscriber account having IP address 216.54.125.50 at the time of the infringement, believed to be located east of Richmond, Virginia, was identified in infringement notices 97 times between November 15, 2013 and March 6, 2015. A different Cox subscriber believed to be located in Norfolk, Virginia, having IP address 72.215.154.66 at the time of infringement, also was identified in infringement notices 97 times between February 6, 2013 and March 6, 2015. Yet another Cox subscriber having IP address 174.77.93.179, believed to be from Virginia Beach, was identified in infringement notices 34 times between February 8, 2013 and March 25, 2015.

18.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a),

because a substantial part of the acts of infringement, and other events and omissions complained of herein occur, or have occurred, in this district, and this is a district in which Cox resides or may be found.

## PLAINTIFFS AND THEIR COPYRIGHTED MUSIC

19.     Plaintiffs are the copyright owners of and/or control exclusive rights with respect to millions of sound recordings (*i.e.*, recorded music) and/or musical works (*i.e.*, compositions), including many by some of the most prolific and well-known recording artists and songwriters in the world.

20.     Plaintiff Sony Music Entertainment ("Sony") is a Delaware general partnership, the partners of which are citizens of New York and Delaware.  Sony's headquarters and principal place of business are located at 25 Madison Avenue, New York, New York 10010.

21.     Plaintiff Arista Music ("Arista Music") is a New York partnership with its principal place of business at 25 Madison Avenue, New York, New York 10010.

22.     Plaintiff Arista Records LLC ("Arista Records") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

23.     Plaintiff LaFace Records LLC ("LaFace") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

24.     Plaintiff Provident Label Group, LLC ("Provident") is a Delaware Limited Liability Company with its principal place of business at 741 Cool Springs Boulevard, Franklin, Tennessee 37067.

25.     Plaintiff Sony Music Entertainment US Latin ("Sony Latin") is a Delaware Limited Liability Company with its principal place of business at 3390 Mary St., Suite 220,

Coconut Grove, Florida 33133.

26.     Plaintiff Volcano Entertainment III, LLC ("Volcano") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

27.     Plaintiff Zomba Recording LLC ("Zomba") is a Delaware Limited Liability Company with its principal place of business at 25 Madison Avenue, New York, New York 10010.

28.     Plaintiff Atlantic Recording Corporation ("Atlantic") is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

29.     Plaintiff Bad Boy Records LLC ("Bad Boy") is a Delaware Limited Liability Company with its principal place of business at 1633 Broadway, New York, New York 10019.

30.     Plaintiff Elektra Entertainment Group Inc. ("Elektra") is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

31.     Plaintiff Fueled By Ramen LLC ("FBR") is a Delaware Limited Liability Company with its principal place of business at 1633 Broadway, New York, New York 10019.

32.     Plaintiff Roadrunner Records, Inc. ("Roadrunner") is a New York corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

33.     Plaintiff Warner Bros. Records Inc. ("WBR") is a Delaware corporation with its principal place of business at 3300 Warner Boulevard, Burbank, California 91505.

34.     Plaintiff UMG Recordings, Inc. ("UMG") is a Delaware corporation with its principal place of business at 2220 Colorado Avenue, Santa Monica, California 90404.

35.     Plaintiff Capitol Records, LLC ("Capitol Records") is Delaware corporation with its principal place of business at 2220 Colorado Avenue, Santa Monica, California 90404.

36.     Plaintiffs Sony, Arista Music, Arista Records, LaFace, Provident, Sony Latin,

Volcano, Zomba, Atlantic, Bad Boy, Elektra, FBR, Roadrunner, WBR, UMG, and Capitol

Records are referred to herein collectively as "The Record Company Plaintiffs."

37.     The Record Company Plaintiffs are some of the largest record companies in the

world, engaged in the business of producing, manufacturing, distributing, selling, licensing, and

otherwise exploiting sound recordings in the United States through various media.  They invest

substantial money, time, effort, and talent in creating, advertising, promoting, selling, and

licensing sound recordings embodying the performances of their exclusive recording artists and

their unique and valuable sound recordings.

38.     Plaintiff Sony/ATV Music Publishing LLC ("Sony/ATV") is a Delaware

Limited Liability Company with its principal place of business at 25 Madison Avenue, New

York, New York 10010.

39.     Plaintiff EMI Al Gallico Music Corp. ("EMI Al Gallico"), an affiliate of

Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue,

Suite 1101, New York, New York 10016.

40.     Plaintiff EMI Algee Music Corp. ("EMI Algee"), an affiliate of Sony/ATV, is a

Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New

York, New York 10016.

41.     Plaintiff EMI April Music Inc. ("EMI April"), an affiliate of Sony/ATV, is a

Connecticut corporation with its principal place of business at 245 Fifth Avenue, Suite 1101,

New York, New York 10016.

42.     Plaintiff EMI Blackwood Music Inc. ("EMI Blackwood"), an affiliate of

Sony/ATV, is a Connecticut corporation with its principal place of business at 245 Fifth

Avenue, Suite 1101, New York, New York 10016.

43.     Plaintiff Colgems-EMI Music Inc. ("EMI Colgems"), an affiliate of Sony/ATV,

is a Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

44.   Plaintiff EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music ("EMI Full Keel"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

45.   Plaintiff EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music ("EMI Longitude"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

46.   Plaintiff EMI Feist Catalog Inc. ("EMI Feist"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

47.   Plaintiff EMI Miller Catalog Inc. ("EMI Miller"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

48.   Plaintiff EMI Mills Music, Inc. ("EMI Mills"), an affiliate of Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

49.   Plaintiff EMI Unart Catalog Inc. ("EMI Unart"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

50.   Plaintiff EMI U Catalog Inc. ("EMI U"), an affiliate of Sony/ATV, is a New York corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

51.   Plaintiff Jobete Music Co. Inc. ("Jobete"), an affiliate of Sony/ATV, is a

Michigan corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.  Plaintiff Stone Agate Music ("Stone Agate") is a division of Jobete.

52.     Plaintiff Screen Gems-EMI Music Inc. ("Gems-EMI"), an affiliate of Sony/ATV, is a Delaware corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

53.     Plaintiff Stone Diamond Music Corp. ("Stone"), an affiliate of Sony/ATV, is a Michigan corporation with its principal place of business at 245 Fifth Avenue, Suite 1101, New York, New York 10016.

54.     Plaintiff Warner/Chappell Music, Inc. ("Warner/Chappell") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

55.     Plaintiff Warner-Tamerlane Publishing Corp. ("Warner-Tamerlane") is a California corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

56.     Plaintiff WB Music Corp. ("WB Music") is a California corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

57.     Plaintiff W.B.M. Music Corp. ("W.B.M.") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

58.     Plaintiff Unichappell Music Inc. ("Unichappell") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

59.     Plaintiff Rightsong Music Inc. ("Rightsong Music") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

60.     Plaintiff Cotillion Music, Inc. ("Cotillion") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

61.     Plaintiff Intersong U.S.A., Inc. ("Intersong") is a Delaware corporation with its principal place of business at 10585 Santa Monica Boulevard, Los Angeles, California 90025.

62.     Plaintiff Universal Music Corp. ("UMC") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

63.     Plaintiff Universal Music – MGB NA LLC ("MGB") is a California Limited Liability Company with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

64.     Plaintiff Universal Music Publishing Inc. ("Universal Music Publishing") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

65.     Plaintiff Universal Music Publishing AB ("AB") is a company organized under the laws of Sweden.

66.     Plaintiff Universal Music Publishing Limited ("Publishing Limited") is a company incorporated under the laws of England and Wales.

67.     Plaintiff Universal Music Publishing MGB Limited ("MGB Limited") is a company incorporated under the laws of England and Wales.

68.     Plaintiff Universal Music – Z Tunes LLC ("Z Tunes") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

69.     Plaintiff Universal/Island Music Limited ("Island") is a company incorporated under the laws of England and Wales.

70.     Plaintiff Universal/MCA Music Publishing Pty. Limited ("MCA Limited") is a company organized under the laws of the Australia.

71.     Plaintiff Music Corporation of America, Inc. d/b/a Universal Music Corp. ("Music Corp.") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

72.     Plaintiff Polygram Publishing, Inc. ("Polygram Publishing") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

73.     Plaintiff Songs of Universal, Inc. ("Songs of Universal") is a California corporation with its principal place of business at 2100 Colorado Avenue, Santa Monica, California 90404.

74.     Plaintiffs Sony/ATV, EMI Al Gallico, EMI Algee, EMI April, EMI Blackwood, EMI Colgems, EMI Full Keel, EMI Longitude, EMI Feist, EMI Miller, EMI Mills, EMI Unart, EMI U, Jobete, Stone Agate, Gems-EMI, Stone, Warner/Chappell, Warner-Tamerlane, WB Music, W.B.M., Unichappell, Rightsong Music, Cotillion, Intersong, UMC, MGB, Universal Music Publishing, AB, Publishing Limited, MGB Limited, Z Tunes, Island, MCA Limited, Music Corp., Polygram Publishing, and Songs of Universal are referred to herein collectively as "The Music Publisher Plaintiffs."

75.     The Music Publisher Plaintiffs are leading music publishers engaged in the business of acquiring, owning, publishing, licensing, and otherwise exploiting copyrighted musical compositions.  Each invests substantial money, time, effort, and talent to acquire, administer, publish, license, and otherwise exploit such copyrights, on its own behalf and on behalf of songwriters and other music publishers who have assigned exclusive copyright interests to The Music Publisher Plaintiffs.

76.     Plaintiffs own and/or control in whole or in part the copyrights and/or exclusive rights in innumerable popular sound recordings and musical compositions, including the sound recordings listed on Exhibit A and musical compositions listed on Exhibit B, both of which are illustrative and non-exhaustive.  All of the sound recordings and musical compositions listed on Exhibits A and B have been registered with the U.S. Copyright Office.

## DEFENDANTS AND THEIR ACTIVITIES

77.     Defendant Cox Communications, Inc. is a Delaware corporation with its principal place of business at 1400 Lake Hearn Drive NE, Atlanta, Georgia.  Cox Communications, Inc. operates as a broadband communications and entertainment company for residential and commercial customers in the United States.  Specifically, Cox Communications, Inc. offers digital video, high-speed Internet, telephone, voice, and long distance, data and video transport, high definition video, digital cable television, and DVR services over its IP network.

78.     Defendant CoxCom, LLC is a Delaware Limited Liability Company with its principal place of business at 1400 Lake Hearn Drive NE, Atlanta, Georgia.  CoxCom, LLC conducts business in Virginia as Cox Communications of Northern Virginia.  CoxCom, LLC is a wholly-owned subsidiary of Cox Communications, Inc.  CoxCom, LLC provides Internet and related services to Cox subscribers including in Virginia and this judicial district.

79.     The Cox defendants, individually and collectively, are ISPs.  Cox has approximately 4.5 million Internet subscribers.  At all pertinent times, Cox's customers have paid Cox substantial subscription fees for access to Cox's high-speed Internet network, with Cox offering a tiered pricing structure, whereby for a higher monthly fee, a subscriber can have even faster downloading speeds.

80.     For many of Cox's subscribers, the ability to use Cox's network to download

music and other copyrighted content—including unauthorized content—as efficiently as possible is a primary motivation for subscribing to Cox's service.  Accordingly, in its consumer marketing material in 2014, Cox touted how its service enabled subscribers to download large amounts of content "Faster Than A Speeding Bullet" and at "The Speed You Need."  In exchange for this service, Cox charged its customers monthly fees ranging in price based on the speed of service.

https://web.archive.org/web/20140616085246/http://www.cox.com:80/residential/internet.cox.

To satisfy its customers' need for speed, "Cox has increased internet speeds more than 1,000 percent over the past 17 years," making it even easier and faster for subscribers to illegally download and upload infringing sound recordings and musical compositions.

http://newsroom.cox.com/2018-01-09-Cox-Expands-Gigabit-Speeds-at-Rapid-Pace.

81.     On its "Frequently Asked Questions" page on its website, Cox describes a process called "bandwidth throttling" that is often used by ISPs to reduce infringement by subscribers who have a history of illegal behavior.  Cox tells its customers and prospective customers that bandwidth throttling "can interfere with the download speed, upload speed and overall performance of your network's Internet service," and assures actual and prospective customers that "[a]t Cox, we never throttle Internet speeds. And we never block or otherwise interfere with your desire to go where you want to go on the Internet."

https://www.cox.com/residential/internet.html.

82.     At the same time, Cox has consistently and actively engaged in network management practices to suit its own purposes.  This includes monitoring for, and taking action against, spam and other unwanted activity.  But Cox has gone out of its way *not* to take action against subscribers engaging in repeated copyright infringement at the expense of copyright owners, ultimately forcing Plaintiffs to bring this litigation.

83.     At all pertinent times, Cox knew that its subscribers routinely used its networks for illegal downloading and uploading of copyrighted works, especially music.  As described below, Plaintiffs repeatedly notified Cox that many of its subscribers were actively utilizing its service in order to infringe; those notices gave Cox the *specific identities of its subscribers*, referred to by their unique Internet Protocol or "IP" addresses.  Yet Cox persistently turned a blind eye toward the massive infringement of Plaintiffs' works.  Cox condoned the illegal activity because it was popular with subscribers and acted as a draw in attracting and retaining subscribers.  In return, Cox's customers purchased more bandwidth and continued using Cox's services to infringe Plaintiffs' copyrights.  Cox recognized that if it prevented its repeat infringer subscribers from using its service, or made it less attractive for such use, Cox would enroll fewer new subscribers, lose existing subscribers, and lose revenue.  For those account holders and subscribers who wanted to download files illegally at faster speeds, Cox obliged them for higher rates.  The greater the bandwidth its subscribers required for pirating content, the more money Cox made.

## PLAINTIFFS' ENFORCEMENT ACTIVITIES AND COX'S EFFORTS TO THWART THEM

84.     Over the past two decades, Internet piracy over so-called "peer-to-peer" ("P2P") networks has become rampant, and music owners and other copyright owners have employed litigation and other means to attempt to curtail the massive theft of their copyrighted works.  Cox has been keenly aware of those efforts.  Cox has also been acutely aware of the use of its network for P2P piracy, including the specific identities of subscribers who are using its network to infringe.

85.     Indeed, Cox was made aware of its subscribers using its network for such infringing activities before the time frame at issue in this suit, when a number of copyright holders, including The Record Company Plaintiffs, initiated a multi-year effort to enforce their

copyrights against individuals using P2P systems to directly infringe copyrighted musical or other works.  As part of that effort, because the copyright holders could only determine the unique IP addresses of an ISP's infringing subscribers, but not their actual identities, they served subpoenas on Cox and other ISPs to obtain the infringing subscribers' names and contact information.  Cox was required to provide identifying information about infringing subscribers.

86.    Thereafter, The Record Company Plaintiffs began sending notices to Cox (and other ISPs) identifying additional specific instances of their subscribers' infringement through P2P activities.  From early 2013 through March 2015 alone, Cox received more than *200,000 notices*, provided under penalty of perjury, detailing specific instances of its subscribers using its network to infringe copyrighted music.

87.    But those hundreds of thousands of notices Cox received represented only a fraction of the infringements that occurred through Cox's network in the same time frame.  For years, Cox has arbitrarily capped the number of infringement notices it is willing to receive—refusing to even hear any complaints in excess of the cap.  Starting in 2008, Cox refused to accept any more than 200 infringement notices per day from Plaintiffs' representatives.  In early 2009, Cox agreed to increase that number to 400 per day.  In July 2009, many of The Record Company Plaintiffs asked Cox to increase the limit to 800 or 1,000 per day but Cox denied the request on the grounds that it was "currently at the maximum number of notices [Cox could] process, measured against the staff [they] have to process calls from customers."  In 2013, Plaintiffs' representatives again asked Cox to increase the limit, this time more modestly from 400 to 500 or 600 per day, to which Cox finally agreed.  Thus, while Cox received 200,000 infringement notices from 2013 to 2015 from Plaintiffs' representatives, the actual number of infringements identified through Cox's network in those years was vastly

more.  In other words, Cox willfully blinded itself to scores of infringements by refusing to accept notices beyond its arbitrary cap.

88.    The infringement notices provided to Cox the unique IP address assigned to each user of Cox's network and the date and time the infringing activity was detected.  By reviewing its subscriber activity logs, Cox alone had the ability to match an IP address in an infringement notice to a particular subscriber.  Importantly, only Cox, as the provider of the technology and system used to infringe, had the information required to match the IP address to a particular subscriber, and to contact that subscriber or terminate that subscriber's service.

89.    Plaintiffs' infringement notices concerned clear and unambiguous infringing activity by Cox's subscribers—that is, unauthorized downloading and distribution of copyrighted music.  There was no legal justification for Cox's subscribers to download or distribute digital copies of Plaintiffs' sound recordings and musical compositions to thousands or millions of strangers on the Internet.

90.    Apart from attesting to the sheer volume of the infringing activity on its network, the infringement notices sent to Cox pointed to specific subscribers who were flagrant and serial infringers.  The infringement notices identified *almost 20,000* Cox subscribers engaged in blatant and repeated infringement.  To cite just a few specific examples:

- During a 601-day period, Cox's subscriber with IP address 174.78.143.156 was identified in 142 infringement notices, which were sent on at least 116 separate days.

- During a 539-day period, Cox's subscriber with IP address 70.167.91.154 was identified in 104 infringement notices, which were sent on at least 96 separate days.

- During a 426-day period, Cox's subscriber with IP address 72.198.185.108 was identified in 96 infringement notices, which were sent on at least 80 separate days.

- During a 326-day period, Cox's subscriber with IP address 184.191.182.8 was identified in 84 infringement notices, which were sent on at least 71 separate

days.

- During a 248-day period, Cox's subscriber with IP address 184.177.171.108 was identified in 64 infringement notices, which were sent on at least 52 separate days.

These examples and countless others amply illustrate that, rather than terminating repeat infringers—and losing subscription revenues—Cox simply looked the other way.

91.     During all pertinent times, Cox had the full legal right, obligation, and technical ability to prevent or limit the infringements occurring on its network.  Under Cox's "Acceptable Use Policy," which its subscribers agreed to as a condition of using its Internet service, Cox was empowered to exercise its right and ability to suspend or terminate a customer's Internet access.  Cox could do so for a variety of reasons, including a subscriber's "use [of] the Service to post, copy, transmit, or disseminate any content that infringes the patents, copyrights, trade secrets, trademark, moral rights, or propriety rights of any party." With respect to infringement, Cox is the gatekeeper of the network over which data—including infringing works—is transferred.

92.     Although Cox purported to create a repeat infringer policy, as this Court already found, it never implemented it, and thus it is ineligible for the DMCA's safe harbor.  Cox's Copyright Policy provides that upon receipt of copyright infringement complaints regarding subscribers, "Cox uses a graduated approach of increasing severity to notify subscribers, from in-browser and email notifications, to the suspension of Internet service for repeated or severe cases."

93.     But, in denying Cox's motion for judgment as a matter of law after trial, this Court explained:

> The graduated response system is essentially a thirteen-strike policy.  No action is taken on receipt of a subscriber's first notice.  The second, third, fourth, fifth, sixth, and seventh notices generate an email to the subscriber,

warning that if Cox "continues to receive infringement claims such as this one concerning your use of our service, we will suspend your account and disable your connection until you confirm you have removed the infringing material."   On the eighth and ninth notices, Cox limits a subscriber's internet access to a single webpage containing a warning. The customer can self-reactivate by clicking an acknowledgment.  On the tenth and eleventh notices, Cox suspends service and requires the subscriber to call a support technician. The technician explains the reason for the suspension, advises removal of the allegedly infringing file, and then reactivates service.   On the twelfth notice, the subscriber is suspended and directed to specialized technicians.   On the thirteenth notice, the subscriber is again suspended and this time considered for termination.

94.     Regardless of whether a thirteen-strike policy could ever be reasonable, this Court previously found that Cox did not reasonably implement that policy.  For example, in addition to its arbitrary cap on—and, in some instances, outright refusal to accept—Plaintiffs' infringement notices, any notice Cox did receive beyond its self-imposed limit was not counted in the graduated response.  Cox also counted only one notice per subscriber per day.  Thus, if a subscriber generated 10 or 50 or 100 notices in a day, they were "rolled up" into a single ticket. Cox also restarted the thirteen-strike count every six months, so an infringing subscriber with twelve notices would get a "free pass" back to zero strikes if six months had passed since his or her first notice.  When Cox did "soft terminate" subscribers for repeat copyright infringements, it enforced an unwritten policy of re-activating the subscribers shortly thereafter.  And with few exceptions, starting in September 2012, Cox simply stopped terminating repeat infringers altogether.

95.     Despite these alleged policies, and despite receiving hundreds of thousands of infringement notices, along with similar notices from other copyright owners, Cox knowingly permitted identified repeat infringer subscribers to continue to use Cox's network to infringe. Rather than disconnect the Internet access of blatant repeat infringers to curtail their infringement, Cox knowingly continued to provide these subscribers with the Internet access

that enabled them to continue to use BitTorrent or other P2P networks to illegally download or distribute Plaintiffs' copyrighted works unabated.  Cox's provision of high-speed Internet service materially contributed to these direct infringements.

96.     Cox's motivation for refusing to terminate or suspend the accounts of blatant infringing subscribers is simple:  it valued corporate profits over its legal responsibilities.  Cox did not want to lose subscriber revenue by terminating accounts.  Jason Zabek, the former head of Cox's Abuse Group, made this clear by urging a Cox customer service representative (in an internal email that he instructed should not be forwarded) to "start the warning cycle over" for terminated customers with cox.net email addresses:  "A clean slate if you will.  This way, we can collect a few extra weeks of payments for their account.  ;-)".

97.     Nor did Cox want the possibility of account terminations to make its service less attractive to other existing or prospective users.  Moreover, Cox was simply disinterested in devoting sufficient resources to tracking infringers, responding to infringement notices, and terminating accounts in appropriate circumstances.  Considering only its own pecuniary gain, Cox ignored and turned a blind eye to flagrant, repeat violations by known specific subscribers using its service to infringe, thus facilitating and multiplying the harm to Plaintiffs.  And Cox's failure to adequately police its infringing subscribers was a draw to subscribers to purchase Cox's services, so that the subscribers could then use those services to infringe Plaintiffs' (and others') copyrights.

98.     The consequences of Cox's infringing activity are obvious and stark.  When Cox's subscribers use Cox's network to obtain infringing copies of Plaintiffs' copyrighted works illegally, that activity undercuts the legitimate music market, depriving Plaintiffs and those recording artists and songwriters whose works they sell and license of the compensation to which they are entitled.  Without such compensation, Plaintiffs, and their recording artists

and songwriters, have fewer resources available to invest in the further creation and distribution of high-quality music.

## CLAIMS FOR RELIEF

### Count I – Contributory Copyright Infringement

99.    Plaintiffs repeat and re-allege each and every allegation contained in paragraphs 1 through 98 as if fully set forth herein.

100.    Cox and its subscribers do not have any authorization, permission, license, or consent to exploit the copyrighted recordings or musical compositions at issue.

101.    Cox's subscribers, using Internet access and services provided by Cox, have unlawfully reproduced and distributed via BitTorrent or other P2P networks thousands of sound recordings and musical compositions for which Plaintiffs are the legal or beneficial copyright owners or exclusive licensees.  The copyrighted works infringed by Cox's subscribers, which have been registered with the U.S. Copyright Office, include those listed on Exhibits A and B, and many others.  The foregoing activity constitutes direct infringement in violation of 17 U.S.C. §§ 106 and 501 *et seq.*

102.    Cox is liable as a contributory copyright infringer for the direct infringements described above.  Through Plaintiffs' infringement notices and other means, Cox had knowledge that its network was being used for copyright infringement on a massive scale, and also knew of specific subscribers engaged in such repeated and flagrant infringement.  Nevertheless, Cox facilitated, encouraged and materially contributed to such infringement by continuing to provide its network and the facilities necessary for its subscribers to commit repeated infringements.  At the same time, Cox had the means to withhold that assistance upon learning of specific infringing activity by specific users but failed to do so.

103.    By purposefully ignoring and turning a blind eye to the flagrant and repeated

infringement by its subscribers, Cox knowingly caused and materially contributed to the unlawful reproduction and distribution of Plaintiffs' copyrighted works, including but not limited to those listed on Exhibits A and B hereto, in violation of Plaintiffs' exclusive rights under the copyright laws of the United States.

104.   Each infringement of Plaintiffs' copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement.  Plaintiffs' claims of infringement against Cox are timely pursuant to tolling agreements.

105.   The foregoing acts of infringement by Cox have been willful, intentional, and purposeful, in disregard of Plaintiffs' rights.  Indeed, the sound recordings on Exhibit A and the musical compositions on Exhibit B represent works infringed by Cox's subscribers *after* those particular subscribers were identified to Cox in multiple infringement notices.

106.   As a direct and proximate result of Cox's willful infringement of Plaintiffs' copyrights, Plaintiffs are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).  Alternatively, at Plaintiffs' election, pursuant to 17 U.S.C. § 504(b), Plaintiffs shall be entitled to their actual damages, including Cox's profits from the infringements, as will be proven at trial.

107.   Plaintiffs also are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

## Count II – Vicarious Copyright Infringement

108.   Plaintiffs repeat and re-allege each and every allegation contained in paragraphs 1 through 98 as if fully set forth herein.

109.   Cox and its subscribers have no authorization, license, or other consent to exploit the copyrighted sound recordings or musical compositions at issue.

110.    Cox's subscribers, using Internet access and services provided by Cox, have unlawfully reproduced and distributed via BitTorrent or other P2P services thousands of sound recordings and musical compositions for which Plaintiffs are the legal or beneficial copyright owners or exclusive licensees.  The copyrighted works infringed by Cox's subscribers, which have been registered with the U.S. Copyright Office, include those listed on Exhibits A and B, and many others.  The foregoing activity constitutes direct infringement in violation of 17 U.S.C. §§ 106 and 501 *et seq.*

111.    Cox is liable as a vicarious copyright infringer for the direct infringements described above.  Cox has the legal and practical right and ability to supervise and control the infringing activities that occur through the use of its network, and at all relevant times has had a financial interest in, and derived direct financial benefit from, the infringing use of its network.  Cox has derived an obvious and direct financial benefit from its customers' infringement.  The ability to use Cox's high-speed Internet facilities to illegally download Plaintiffs' copyrighted works has served to draw, maintain, and generate higher fees from paying subscribers to Cox's service.  Among other financial benefits, by failing to terminate the accounts of specific repeat infringers known to Cox, Cox has profited from illicit revenue that it would not have otherwise received.

112.    Cox is vicariously liable for the unlawful reproduction and distribution of Plaintiffs' copyrighted works, including but not limited to those listed on Exhibits A and B hereto, in violation of Plaintiffs' exclusive rights under the copyright laws of the United States.

113.    Each infringement of Plaintiffs' copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement.  Plaintiffs' claims of infringement against Cox are timely pursuant to tolling agreements.

114.    The foregoing acts of infringement by Cox have been willful, intentional, and

purposeful, in disregard of Plaintiffs' rights.  Indeed, the sound recordings on Exhibit A and the musical compositions on Exhibit B are works infringed by Cox's subscribers *after* those particular subscribers were identified to Cox in multiple prior infringement notices.

115.    As a direct and proximate result of Cox's willful infringement of Plaintiffs' copyrights, Plaintiffs are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).  Alternatively, at Plaintiffs' election, pursuant to 17 U.S.C. § 504(b), Plaintiffs shall be entitled to their actual damages, including Cox's profits from the infringements, as will be proven at trial.

116.    Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment from this Court against Cox as follows:

a.  For a declaration that Defendants willfully infringed Plaintiffs' copyrights;

b.  For statutory damages pursuant to 17 U.S.C. § 504(c), in an amount up to the maximum provided by law, arising from Defendants' willful violations of Plaintiffs' rights under the Copyright Act or, in the alternative, at Plaintiffs' election pursuant to 17 U.S.C. § 504(b), Plaintiffs' actual damages, including Cox's profits from the infringements, in an amount to be proven at trial;

c.  Pursuant to 17 U.S.C. § 505, awarding Plaintiffs their costs in this action, including their reasonable attorneys' fees;

d.  For pre-judgment and post-judgment interest at the applicable rate on any monetary award made part of the judgment against Defendants; and

e.  For such other and further relief as the Court deems proper.

**JURY TRIAL DEMAND**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury of all issues that are so triable.

Dated:  April 8, 2019

Respectfully submitted,

*Scott A. Zebrak*

Matthew J. Oppenheim (*pro hac pending*)
Scott A. Zebrak (38729)
Jeffrey M. Gould (*pro hac pending*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel:  202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

# Exhibit 22

| From: | Carothers, Matt (CCI-Atlanta) |
| Sent: | Tuesday, January 12, 2010 5:44 PM |
| To: | CCI - DAB-Abuse Team |
| Subject: | DAB Abuse call meeting minutes 1/12/10 |

Attendees: Joe Sikes, Hans Batra, James Kissinger, Brent Beck, Chris Burns, Missy Mitchell, Jason Zabek, David Deliman

DMCA – We are getting crushed. Suspension limits being hit early in the day. The TOC is dropping calls. We had 92 abandoned calls in one day last week. Annual DMCA complaint volume:

```
+-------+-------------------+
| Year  | Complaint Count   |
+-------+-------------------+
| 2009  |           672132  |
| 2008  |           496517  |
| 2007  |           205319  |
| 2006  |           124247  |
| 2005  |            73759  |
| 2004  |            68742  |
| 2003  |            32380  |
| 2002  |            16582  |
+-------+-------------------+
```

We are on track for **1.16 million** notices for 2010 based on the first two weeks' volume.

We are taking some steps to try and stem the flow:

        - Allow 2 self reactivations in the walled garden before requiring a call in
        - Ignore auto close the first complaint against each customer, even if they have a cox.net email address. We currently only do this for customers without cox.net email who would otherwise go into the walled garden.
        - Hard limits for all senders. We currently only have hard limits on specific high volume senders. Moving forward, all senders will be subjected to a daily volume limit. Any notices over that limit will be automatically closed with a response back to the sender.

DMCA warnings in Spanish for Spanish customers. Bent has the CATS hooks in place. Now we just need translated warnings. Matt to follow up with Randy C.

Alternate contact addresses in CATS – **Redacted for Privilege**
Redacted for Privilege This will help most with CB, where we'll be able to auto warn on DMCA in some cases. Brent to investigate where this data might be. Coding might be simple if it's stored in a database CATS already queries.

Security suite – 695k customers installed! New version releasing 2nd quarter.

--
Matt Carothers
Cox Communications
(404) 269-7220 (office)
(404) 933-1125 (mobile)

EXHIBIT
7 - CAROTHERS

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    COX_BMG00213162
JA218

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                   COX_SONY_00001408

# Gould Exhibit 39 (PX-19) List of Ticket Data History Produced in Digital Media Volume No. VI

# Exhibit 55

| From: | Thompson, Andrew (CCI-Atlanta) |
|---|---|
| Sent: | Thursday, June 12, 2014 7:40 AM |
| To: | HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate |
| Subject: | RE: Termination Review - 19029047 |

I believe you mean be ticket 20356017 but you appeared to update that ticket and previous ticket of 19029047 with the final suspension you just did on 06/11/14

This customer will likely fail again, but let's give him one more change. he pays 317.63 a month.

Please tell the customer we are giving them one more chance and be sure to cover all bases to help the customer prevent further complaints, as you always do.

We will terminate on the next complaint


Thank you

COX
-----------------------------------------------------------------------
Andrew Thompson
Senior Engineer, Customer Safety and Abuse Operations
404-269-8414 tel
6305-B Peachtree Dunwoody Rd, Atlanta GA 30328
CTECH B07-159C


-----------------------------------------------------------------------
From: Mathews, Martin (CCI-Virginia) On Behalf Of HRD-TOC (CCI-Hampton Roads)
Sent: Wednesday, June 11, 2014 9:10 PM
To: HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
Subject: RE: Termination Review - 19029047


Wrong ticket number should be 20236129

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
**JA221**

Vredenburg 10
EXHIBIT
DATE: 7/28/15
SUSAN ASHE

COX_BMG00181440

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_SONY_00008318

From: Mathews, Martin (CCI-Virginia) On Behalf Of HRD-TOC (CCI-Hampton Roads)
Sent: Wednesday, June 11, 2014 9:09 PM
To: CCI - Abuse Corporate
Cc: HRD-TOC (CCI-Hampton Roads)
Subject: Termination Review - 19029047

3rd suspension to 404 number, has been advised to remove all PTP programs.

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
COX_BMG00181441

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
COX_SONY_00008319

# Exhibit 62

| | |
|---|---|
| **From:** | Zabek, Jason (CCI-Atlanta) |
| **Sent:** | Saturday, March 05, 2011 6:58 PM |
| **To:** | HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate |
| **Cc:** | CCI - TOC |
| **Subject:** | RE: CATS 7442149 |

It is fine.  We need the customers.

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Vredenburg, Roger (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Saturday, March 05, 2011 9:29 AM
**To:** CCI - Abuse Corporate
**Cc:** CCI - TOC
**Subject:** CATS 7442149

Hello

7442149

Here is another example of a customer that I consider an habitual abuser.

In a year was terminated twice and turned back on.

I suspended him again since no e-mail address and according to procedure he start over in the process.

Thanks

**Roger Vredenburg**
**Hampton Roads Technical Operation Center (TOC)**
**TOC (866)269-8627 Opt.2**
**Supervisor: Chris Burns**
**Wed-Sat 5:30 AM - 4:00 PM**
**roger.vredenburg@cox.com**

How am I doing?  Click on the link below to fill out the survey.
http://teams.atl.cox.com/toc/lists/toc_feedback/newform.aspx

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al., )<br><br>*Plaintiffs,* )<br><br>v. )<br><br>COX COMMUNICATIONS, INC., et al., )<br><br>*Defendants.* ) | Case No. 1:18-cv-950 |

## ORDER

This matter comes before the Court on Plaintiff's Motions to Strike Portions of the Declarations of Thomas Kearney and the Declaration of Thomas Patrick Lane (Dkts. 388, 420). The matter is fully briefed on a consolidated briefing schedule, and the Court finds that oral argument will not aid in the resolution of the motions.

Defendant Cox attached a Declaration from Mr. Kearney, Of Counsel at Winston & Strawn LLP, to its Motion for Summary Judgment (Dkt. 328). Similarly, it attached a Declaration from Mr. Lane, Partner at Winston & Strawn LLP, as well as another Declaration from Mr. Kearney to its Opposition to Plaintiff's Motion for Summary Judgment (Dkt. 393).

While an attorney affidavit or declaration is permissible at summary judgment, that is so "only if the facts stated are matters of which the attorney has knowledge." *Clark v. Cty. of Tulare*, 755 F.Supp.2d 1075, 1084 (E.D. Cal. 2010) (citing *Rountree v. Fairfax County Sch. Bd.*, 933 F.2d 219, 223 (4th Cir. 1991)). Regarding all potential declarants, "statements made on belief or 'on information and belief,' cannot be utilized on a summary judgment motion. Similarly, the mere reargument of a party's case or the denial of an opponent's allegations will

be disregarded." 10B CHARLES ALAN WRIGHT, ET AL., FEDERAL PRACTICE & PROCEDURE § 2738 (4th ed. 2019).  The Fourth Circuit holds that "[t]he absence of an affirmative showing of personal knowledge of specific facts vitiates the sufficiency of the affidavits" when considering summary disposition. *Antonio v. Barnes*, 464 F.2d 584, 585 (4th Cir. 1972).

Defendants offer these attorney declarations in direct conflict with governing law, regardless of how the parties characterize the proffered testimony and incorporated exhibits under the Federal Rules of Evidence.  Indeed, the Lane Declaration and the arguments and summaries identified by Plaintiffs in Mr. Kearney's Declarations are barred in large part under Federal Rule of Civil Procedure 56(c).  They are also inadmissible for several other reasons stated in Plaintiffs' filings, including improper attorney argument and lack of personal knowledge as required by the Fourth Circuit.

The pending motions request that the Court strike the Lane Declaration in its entirety, as well as portions of Mr. Kearney's first and second declarations as delineated in list form at the conclusion of Plaintiff's Consolidated Reply Brief (Dkt. 506 at 14-15).  Based on the above reasoning, Plaintiffs' motions are hereby **GRANTED** as requested.

While the Court will not consider them with respect to summary judgment, the exhibits named in this dispute may be reconsidered for admissibility at trial if the parties deem it appropriate.

It is **SO ORDERED.**

October 23, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge

2

JA226

# APPENDIX A

## COX'S PROPOSED JURY INSTRUCTIONS

Defendants Cox Communications, Inc. and CoxCom, LLC ("Cox"), submit these pro-posed jury instructions. Cox reserves the right and requests the opportunity to supplement these proposed jury instructions with additional instructions in the event that issues arise in pretrial rul-ings or during trial and for all other purposes contemplated by the Local Rules and Federal Rules of Civil Procedure.

**Cox's Proposed Jury Instruction No. 32**

**32.      Statutory Damages—Generally**

Plaintiffs seek an award of statutory damages under the United States Copyright Act. "Statutory damages" are damages that are established by Congress in the Copyright Act because actual damages in copyright cases are often difficult to establish with precision. The purposes are to compensate the copyright owner, penalize the infringer, and deter future copyright-law violations.

If you find that Cox contributorily or vicariously infringed any of Plaintiffs' copyrighted works, then Plaintiffs are entitled to an award of between $750 and $30,000 for each copyrighted work that you found to be infringed.

However, if Cox proves by a preponderance of evidence that it acted innocently in contributorily or vicariously infringing Plaintiffs' copyrights you may, but are not required to, decrease the statutory damage award to a sum as low as $200 per copyrighted work. In a moment, I will explain what the term "innocent" means in this context.

If Plaintiffs prove by a preponderance of evidence that Cox acted willfully in contributorily or vicariously infringing Plaintiffs' copyrights you may, but are not required to, increase the statutory damage award to a sum as high as $150,000 per copyrighted work.[1] In a moment, I will explain what the term "willful" means in this context.

You should award as statutory damages an amount that you find to be fair under the circumstances. In determining the appropriate amount to award, you may consider the following factors:

---

[1] By stating in this instruction the statutory maximums for copyright infringement and willful copyright infringement, Cox does not waive its right to challenge any statutory damages award as excessive under the Due Process Clause or otherwise.

-38-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-950-LO-IDD |
| | ) | Hon. Liam O'Grady |
| COX COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## AMENDED MEMORANDUM OPINION AND ORDER

Before the Court are the Parties' Cross Motions for Summary Judgment. Dkt. 312 (Pls.' Mot.), Dkt. 328 (Defs.' Mot.). In a hearing before the Court on November 26, 2019, Defendants directed the Court's attention to an issue regarding the knowledge element for contributory infringement, and its treatment at summary judgment. Specifically, there is confusion regarding the treatment of musical compositions within a *prima facie* case for contributory liability. The Court agrees with the Parties that clarification is appropriate, and takes this opportunity to clarify its ruling. As to knowledge of musical compositions in suit, Section II.B.2 is replaced, and this opinion supersedes the Memorandum Opinion and Order of November 15, 2019 (Dkt. 586).

Fifty-three members of the recording industry ("Plaintiffs" or "Sony") bring this action for copyright infringement. They seek relief from Cox Communications, Inc. and CoxCom, LLC ("Defendants" or "Cox") for infringement of Plaintiffs' works that allegedly occurred by unauthorized download and distribution of files using Cox's network. Plaintiffs allege both contributory infringement and vicarious liability for infringement by Cox's internet subscribers. Specifically, Plaintiffs claim that Defendants are liable for infringement of 7,068 copyrighted

sound recordings and 3,452 copyrighted musical compositions from February 1, 2013 until November 26, 2014 ("Claim Period"). Dkts. 172-1, 172-2.[1]

## I.    BACKGROUND

The undisputed facts in this case are few, but certain of them will provide a framework for discussion. Plaintiffs are record companies that generally produce, manage, acquire, sell, and license sound recordings and musical compositions and their copyrights. Plaintiffs are part of a trade association, the Recording Industry Association of America ("RIAA"). As Plaintiffs' agent, RIAA hired an anti-piracy company, MarkMonitor, to scan the internet for potentially infringing file-sharing on peer-to-peer ("P2P") networks. MarkMonitor acted as a participant in the P2P networks to engage with potentially infringing users, gather data from those users, and use that data to generate infringement notices. These are the notices that MarkMonitor sent to Cox on behalf of Plaintiffs.

Defendants operate a broadband communications network and act as an internet service provider ("ISP") to residential and commercial customers throughout the United States. To monitor and address internet security issues, including copyright infringement, Cox has a department aimed at abuse of its services and has adopted a policy to respond to alleged abuse of its network. During the Claim Period, Cox offered a tiered pricing plan, charging different flat fees for different download speeds. Also during the Claim Period, Cox received and processed notices of infringement from MarkMonitor using the Cox Abuse Tracking System ("CATS"). Cox programmed CATS to automate tickets to send to the subscribers identified in the notices. The CATS system responded in different ways to different numbers of infringement notices,

---

[1] This refers to the Amended Exhibits to First Amended Complaint which are considered, collectively, as the 10,478 works in suit.

essentially resulting in a thirteen-strike policy. Cox's conduct throughout the thirteen strikes and the management of these accounts is not a subject for summary judgment.

Plaintiffs identified individual Cox accounts that received three or more infringement notices, and have established those subscribers as the basis for Defendants' liability here. This parameter helped determine the 10,478 works in suit, and the four P2P networks involved: BitTorrent, Gnutella, eDonkey, and Ares. This set of subscriber activity is the subject of the suit, and Cox's alleged contributory infringement and vicarious liability.

The Parties filed cross Motions for Summary Judgment on August 30, 2019. In addition, the Parties have filed, collectively, nine *Daubert* motions and 21 motions *in limine* that bear on many of the issues raised in the instant summary judgment motions. As such, the Court only addresses the following, and will resolve the remaining issues either in pending pre-trial motions or at trial as necessary. The two main issues the Court addresses here are (1) ownership of the copyrights, and (2) the knowledge element of contributory infringement.

## II.   SUMMARY JUDGMENT

Federal Rule of Civil Procedure 56 states that "[t]he court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. The court should state on the record the reasons for granting or denying the motion." Fed. R. Civ. P. 56(a). The trial judge is not required to make findings of fact at the summary judgment stage. "The inquiry performed is the threshold inquiry of determining whether there is the need for a trial—whether, in other words, there are any genuine factual issues that properly can be resolved only by a finder of fact." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 (1986). While the burden is on the moving party to demonstrate entitlement as a matter of law, the opposing party "must 'set forth specific facts

3

showing that there is a genuine issue for trial.'" *Dash v. Mayweather*, 731 F.3d 303, 311 (4th

Cir. 2013) (quoting *Bouchat v. Balt. Ravens Football Club, Inc.*, 346 F.3d 514, 522 (4th Cir.

2003)).

## A.     Ownership of Copyrights in Suit

Before the Court is Plaintiffs' Motion for Summary Judgment (Dkt. 312) as it pertains to

Plaintiffs' claim that they "Own or Control Exclusive Rights Under Copyright for Each of

Plaintiffs' Works." Pls.' Br. 17-19. The matter is fully briefed, and the Court heard oral

argument on October 24, 2019.

The Court granted Plaintiffs' Motion to Strike (Mot. Dkt. 420, Order Dkt. 521) on

October 23, 2019, which removed from consideration the Declaration of Thomas Patrick Lane

on the issue of copyright validity and ownership. As the Court struck it from the record, the

Lane Declaration cannot support Defendants' claims on the ownership issue. Many of

Defendants' arguments are thus precluded, and, accordingly, the Court addresses the remaining

issues here.

Plaintiffs assert exclusive control of the copyrights to all works in suit, offering

ownership evidence including certificates of registration, registration entries from the online

Copyright Catalog,[2] declarations from executives representing all six plaintiff groups, merger

and acquisition agreements, and other business agreements bearing on ownership. These are

discussed more specifically below in relation to Defendants' arguments.

### 1. Legal Standard

To establish a claim for copyright infringement, a plaintiff must show two things: "(1)

ownership of a valid copyright, and (2) copying of constituent elements of the work that are

---

[2] UNITED STATES COPYRIGHT OFFICE, Public Catalog, cocatalog.loc.gov (last visited November 13, 2019).

original." *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., Inc.*, 499 U.S. 340, 361 (1991) (citing *Harper & Row, Publ'rs, Inc. v. Nation Enters.*, 471 U.S. 539, 548 (1985)). The matters in dispute concern the first element, determining if Plaintiffs have standing to bring these claims as owners of the claimed copyrights.

A copyright owner controls the exclusive rights enumerated in Section 106 of Title 17 of the United States Code, including "(1) to reproduce the copyrighted work in copies or phonorecords; . . . [and] (3) to distribute copies or phonorecords of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending." 17 U.S.C. § 106. Ownership "initially vests in the author of a copyrighted work," then the author "may transfer all or a subset of these rights 'by any means of conveyance or by operation of law.'" *John Wiley & Sons, Inc. v. DRK Photo*, 882 F.3d 394, 410 (2d Cir. 2018) (quoting 17 U.S.C. § 201)). While ownership naturally lies with the author of an original work, "the presumption of authorial ownership fails . . . if the work is made 'for hire,' such as 'one prepared by an employee within the scope of his or her employment.'" *Avtec Sys. v. Peiffer*, 21 F.3d 568, 571 (4th Cir. 1994) (quoting *Cmty. for Creative Non-Violence v. Reid*, 490 U.S. 730, 737-38 (1989)).

Although a copyright "owner's rights exist apart from registration, *see* § 408(a), a registration is akin to an administrative exhaustion requirement that the owner must satisfy before suing to enforce ownership rights." *Fourth Estate Pub. Benefit Corp. v. Wall-Street.com, LLC*, 139 S.Ct. 881, 887 (2019) (internal citation omitted). Once a copyright is registered, "[a] certificate of registration issued by the Copyright Office is 'prima facie evidence of the validity of the copyright and of the facts stated in the certificate, such as ownership.'" *Univers. Furniture*

*Intn'l, Inc. v. Collezione Europa USA, Inc.*, 618 F.3d 417, 428 (4th Cir. 2010) (quoting 17 U.S.C. § 410(c)).[3]

In addition to evidence of the copyright registrations, courts consider other indicia of ownership. These other indicia include "the parties' intent and the terms of transfer agreements and other documents establishing a chain of title." *Univers. Furniture*, 618 F.3d at 428 (citing *SCO Grp., Inc. v. Novell, Inc.*, 578 F.3d 1201, 1209 (10th Cir. 2009); *AccuSoft Corp. v. Palo*, 237 F.3d 31, 58 (1st Cir. 2001)). Such "chain[s] of title" include acquisitions of ownership as well as exclusive licenses to exercise ownership rights. *See Simmons v. Stanberry*, 810 F.3d 114, 116 (2d Cir. 2016) ("The Copyright Act recognizes that an exclusive license is effectively a transfer of ownership over the rights licensed . . . and exclusive licensees stand in the shoes of creators for enforcement purposes, 17 U.S.C. § 201(d).). Thus, demonstrating either actual ownership or exclusive license rights is sufficient to bring an infringement claim.

While the burden is on the Plaintiff to establish ownership as a matter of law, "mere denial of these facts is not sufficient to rebut the presumption of ownership or to create a genuine issue of material fact." *BMG Rights Mgmt. (US) v. Cox Commc'ns* ("*BMG I*"), 149 F. Supp. 3d 634, 648 (E.D. Va. 2015) (citing *Arista Records LLC v. Lime Grp. LLC*, No. 06 CV 5936, 2011 WL 1641978, at \*4 (S.D.N.Y. Apr. 29, 2011) ("A non-movant may not rely simply on conclusory statements or on contentions that the affidavits supporting the motion are not credible, or upon mere allegations or denials of the nonmoving party's pleading.") (citing *Ying Jing Gan v. City of New York*, 996 F.2d 522, 532-33 (2d Cir. 1993)). A reasonable jury must be able to find in favor of the nonmoving party based on the facts in the record at summary

---

[3] On October 18, 2019, the Court issued an Order (Dkt. 467) granting Plaintiff's Motion for Judicial Notice (Dkt. 283) of copyright ownership information from the United States Copyright Office Database online as valid ownership evidence.

6

judgment. *See Dash v. Mayweather*, 731 F.3d at 311 ("If the adverse party fails to provide evidence establishing that the factfinder could reasonably decide in his favor, the summary judgment shall be entered 'regardless of any proof or evidentiary requirements imposed by law.'") (quoting *Bouchat v. Balt. Ravens*, 346 F.3d at 522)).

### 2. Discussion

Defendants faced similar infringement allegations in *BMG I*. In that case, the Court recognized four categories of ownership evidence with varying combinations of copyright certificates of registration showing the plaintiffs and predecessors, and business agreements showing purchase or exclusive licensing rights. *BMG*, 149 F. Supp. 3d at 643-44. The Court finds no reason to alter its positions on its various findings in *BMG* — as ownership was not a discrete issue on appeal in *BMG*, the Fourth Circuit did not disturb these findings.[4] The parties in this case aptly present new arguments.

#### a) Plaintiffs' Assertion of Ownership, and Evidence in Support

There are fifty-three plaintiffs remaining in this case, broken into six sub-groups. Plaintiffs present ownership evidence through declarations for each of those six sub-groups.[5] As a general matter, Plaintiffs assert that they "protect their copyrights, including through registration with the U.S. Copyright Office and by entering into written agreements through which they own or control exclusive rights under copyright." Pls.' Br. 4 (citing Blietz Decl. ¶ 51

---

[4] Some findings related to ownership evidence include: (1) merger and acquisition agreements are admissible to show ownership; (2) the chain of title need not trace back to the author instead of the original claimant; and (3) the agreements are not required to list the specific copyrights acquired if the agreement otherwise conveys ownership rights by operation of law. *See BMG*, 149 F. Supp. 3d at 645-46.

[5] The Sony Music Plaintiffs account for 3,231 sound recordings through the Leak Declaration, Pls.' Br. Ex. 3; the SATV-EMI Plaintiffs account for 1,139 musical compositions through the Patel Declaration, Pls.' Br. Ex. 4; the Warner Music Plaintiffs account for 1,307 sound recordings through the Poltorak Declaration, Pls.' Br. Ex. 5; the Warner Chappell Plaintiffs account for 1,330 musical compositions through the Blietz Declaration, Pls.' Br. Ex. 10; UMPG Plaintiffs account for 1,087 musical compositions through the Kolkakis Declaration, Pls.' Br. Ex. 8; and the UMG Plaintiffs account for 2,230 sound recordings through the McMullan Declaration, Pls.' Br. Ex. 9.

Kokakis Decl. ¶ 5; Leak Decl. ¶ 4; McMullan Decl. ¶ 4; Patel Decl. ¶ 4; Poltorak Decl. ¶ 4).
Specifically, the declarations are supported by certificates of registration, excerpts from the U.S.
Copyright Catalog showing registration, merger and acquisition agreements and related contracts
that bear on copyright ownership.[6]

As such, Plaintiffs claim to have demonstrated enough ownership evidence to shift the
burden to Defendants to produce evidence to the contrary. For the vast majority of the works in
dispute, discussed below, the Court agrees that Plaintiffs have established a presumption of
ownership. The main question at bar is thus whether Defendants have shown genuine issues of
material fact to survive summary judgment. *See Matsushita Elec. Indus. Co., Ltd. v. Zenith
Radio Corp.*, 475 U.S. 574, 585-86 (1986) (noting that to survive summary judgment, "the issue
of fact must be genuine.") (internal citation omitted).

*b) Analysis of Defendants' Challenges*

Defendants do not object to the evidence as broadly as they did in *BMG I*. Rather,
though Plaintiffs moved for summary judgment on 10,100 works,[7] the ownership evidence in
dispute is limited to the following:[8]

1. 1,715 works where the evidence is limited to the online Copyright Catalog;
2. 129 works registered more than five years after the first publication;
3. "Hundreds" of works where Plaintiffs rely on declarations and are missing documentary proof of an ownership transaction;
4. 238 individual sound recordings ("singles") registered as works made for hire;
5. 78 works registered after the Claim Period, precluding statutory damage recovery.

---

[6] Plaintiff has submitted by hard drive 15,313 files in 1,620 folders in support of the ownership claim. Due to this volume, it is unreasonable for the Court to review each one. The Court will focus on those that the parties have identified in their briefs as in dispute.
[7] Defendants' say Plaintiffs claim 10,478 works in the case, but that they move for Summary Judgment on hundreds fewer (Defs.' Opp'n 23 n.14), citing the Amended Exhibits to First Amended Complaint (Dkts. 136, 172-1, 172-2). Plaintiffs' Reply then refers to 10,100 works in suit. Pls.' Reply 8. The Court adopts the 10,100 total.
[8] Some of the works in suit are subject to multiple of Defendants' objections such that the categories of works listed in Plaintiffs' Reply brief exceed the total number of works in dispute: 129 noted as registered more than five years after publication; 1,209 works with missing chain of title documents; 122 agreements with potentially invalid terms; 54 supporting documents produced to Cox after discovery period closed; 238 works registered as "made for hire;" 78 works registered after the claim period.

8

JA237

Defs.' Opp'n at 24-26.

The Court will address each of Defendants' objections in turn.

### (1)   Copyright Catalog Alleged to be the Only Ownership Evidence

To begin, the Court granted Plaintiffs' Motion for Judicial Notice, which moots most of this first argument.[9] The registration information from the Copyright Catalog shores up well over one thousand of Plaintiffs' ownership claims. Further, while Defendants claim that the online Copyright Catalog print-outs are the *"only* evidence of ownership" for approximately 1,715 works, this is based on the allegation that the print-outs are the only documentary evidence. Whether or not that is true, this assertion necessarily assumes that the Plaintiffs' declarations are inadmissible as ownership evidence. The Court finds this assumption to be mistaken.

Written documentation is not the only acceptable form of ownership evidence. *Armento v. Laser Image, Inc.*, 950 F. Supp. 719, 734 (W.D.N.C. 1996) (considering parties' actions to support ownership claim, and citing the plaintiff's affidavit in so doing). Uncontroverted testimony is valid ownership evidence, and can supplement the registration information to establish a presumption of ownership. *See X-It Prods., L.L.C. v. Walter Kidde Portable Equip., Inc.*, 155 F. Supp. 2d 577, 604 (E.D. Va. 2001) (regarding oral assignment of copyrights, finding standing according to "unchallenged affidavits" and associated assignment agreements); *Donald A. Gardner Architects, Inc. v. Cambridge Builders, Inc.*, 803 F. Supp. 2d 373, 378 (E.D.N.C. 2011) ("Plaintiffs have also submitted deposition testimony and sworn declarations of the

---

[9] *See supra* note 3.

**JA238**

architects who created the home designs, averring that the designs are their original creations.").[10]

Cox points to a lack of supplemental evidence, but, as stated before, "mere denial of these facts" is not enough at this point in the litigation. *BMG*, 149 F. Supp. 3d at 648. Accordingly, the registration print-outs are not the "*only* evidence of ownership" before the Court, and Defendants' arguments targeting the sufficiency of Copyright Catalog registrations are effectively moot.[11]

(2)    Registrations Dated More than Five Years After Publication.

Second, the fact that there are copyrights for which the registration is dated more than five years after publication of the work does not preclude Plaintiffs from supplementing that ownership evidence with "other relevant indicia of ownership." *Univers. Furniture*, 618 F.3d at 428. Indeed, regarding judicial proceedings, "the certificate of a registration made before or within five years after first publication of the work shall constitute prima facie evidence of the validity of the copyright and of the facts stated in the certificate." 17 U.S.C. § 410(c). But the statutory provision allowing Courts to recognize certain evidence does not, *ipso facto*, preclude later registrations as irrelevant. The registrations are relevant. The six plaintiff groups also submit uncontroverted testimony in support of these copyrights. Defendants' claim that

---

[10] The Court recognizes that case law here may be referring to certificates of registration rather than the Copyright Catalog, but does not find that there is a material difference given the evidence at issue.

[11] Plaintiffs' Reply responds to Defendants' contention that there are 54 documents that were produced after the discovery period closed, 52 of which seem to be registrations. Pls.' Reply 14. Defendants do not raise these documents in their Opposition, and they likely originate from the Lane Declaration now stricken from the record. Furthermore, a discovery dispute of this nature is properly brought to Magistrate Judge Anderson. The parties fully briefed and argued before Judge Anderson a Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence (Dkt. 237) while this ownership argument was relevant. As far as the Court is aware, Defendant did not raise it. The Court will not at this time disturb ownership discovery that has been included in the record thus far on the basis of late production.

Plaintiffs failed to further substantiate ownership for 129 works thus fails for the same reasons stated above.

> (3)     Allegedly Insufficient Chain of Title Evidence.

Third, Cox argues that there are missing chain of title documents for what Plaintiff characterizes as 1,209 works.  The Parties break these down into several categories, including those with alleged facial deficiencies and lack of documentation for certain name changes, mergers, and acquisitions.[12]

The writing requirement to execute a transfer of copyright ownership is not absolute.  *See* 17 U.S.C. § 204(a) ("A transfer of copyright ownership, *other than by operation of law*, is not valid unless an instrument of conveyance . . . is in writing and signed.") (emphasis added).  As Plaintiffs state, "[n]ot every fact needs a document."  Pls.' Reply 11.  To hold otherwise when considering thousands of copyrights subject to corporate agreements would be unreasonable and contrary to governing law.  *See Univers. Furniture*, 618 F.3d at 429 (citing § 204(a)); *BMG*, 149 F. Supp. 3d at 646 (collecting cases).  Furthermore, "when there is no dispute between the original copyright owner and his licensee or assignee, 'it would be anomalous to permit a third-party infringer to invoke this [writing] provision against the licensee.'"  *X-It Prods.*, 155 F. Supp. 2d at 604 (quoting *Eden Toys, Inc. v. Florelee Undergarment Co.*, 697 F.2d 27, 37 (2d Cir. 1982)).

Once again, Cox demands documentation and ignores fact testimony from business representatives with extensive personal knowledge of the relevant business agreements and

---

[12] Cox's also points to 49 instances where Plaintiffs erroneously cited to the wrong certificate for the works in its briefing.  Similar to the 54 documents allegedly produced after discovery, discussed *supra* note 11, the Court notes that Defendants did not argue this in Opposition.  To the extent that these copyrights are in dispute because of the now stricken Lane Declaration, the Court need not address an objection.  Even if the works were under scrutiny, the Court understands Defendants' arguments to be that the claimed copyrights are improperly supported, not that they are unregistered or otherwise invalid.

11

JA240

associated copyright ownership status. Further, any disputes related to the quality of reproduced documents are insignificant at this stage, and that evidence will be admitted.

Cox has not shown, affirmatively, a likelihood that the substance of proffered ownership evidence is incorrect, or that it cannot plausibly connect Plaintiffs to the works. The Court believes that Cox has had ample opportunity to do so.

(4)     Sound Recordings Registered as "Works for Hire"

Cox contends there are 238 individual sound recordings in suit improperly registered as "works for hire." Cox summarily states that "these registrations must be deemed invalid and insufficient to sustain Plaintiffs' burden of proof." Defs.' Opp'n 25. Plaintiffs counter that the "work for hire" notation does not render the registration evidence invalid. Rather, Plaintiffs note once more that a certificate of registration is prima facie evidence of the validity of the facts therein, and that Cox "has not offered evidence that any alleged error was made knowingly or with an intent to defraud the Copyright Office." Pls.' Reply 16.

As the nonmovant in this instance, Cox does not offer the evidence required to rebut the presumption of validity of the registration certificate. Regardless of whether Plaintiffs offer evidence that the works were created by employees of the record company, the Court cannot ignore that Cox fails to offer any evidence to combat the substance of the certificates. *Cf. MOB Music Publ'g v. Zanzibar on the Waterfront, LLC*, 698 F. Supp. 2d 197, 204 (D.D.C. 2010) ("Defendants' idle assertions regarding the possibility that these Bob Marley songs were improperly registered as 'works for hire' – as well as defendants other unsupported evidentiary complaints – are simply insufficient to create a genuine issue of material fact as to plaintiffs' ownership of the songs.").

Further, settled law across circuits states that inaccurate registrations are not invalidated without evidence that the inaccuracy was both material and made in bad faith. In other words,

12

JA241

"the inaccurate information must have been included in the application . . . 'with knowledge that it was inaccurate' and 'the inaccuracy of the information, if known, would have caused the Register of copyrights to refuse registration.'" *Gold Value Int'l Textile, Inc. v. Sanctuary Clothing, LLC*, 925 F.3d 1140, 1146 (9th Cir. 2019) (quoting 17 U.S.C. § 411(b)(1)); *see also Jedson Eng'g, Inc. v. Spirit Const. Svs., Inc.*, 720 F. Supp. 2d 904, 914 (S.D. Oh. 2010) ("Neither innocent misstatements, nor deliberate, but nonmaterial misstatements, will overcome the presumption of validity.") (quoting *Tacori Enters. v. Rego Mfg*, No. 1:05cv2241, 2008 WL 4426343, at *14 (N.D. Oh. Sept. 25, 2008) and *Shady Records, Inc. v. Source Enters., Inc.*, No. 03 Civ. 9944(GEL), 2005 WL 14920, at *8 (S.D.N.Y. Jan. 3, 2005)).

Defendants in their Opposition maintain that "Plaintiffs' misrepresentations were knowing and intentional." Defs.' Opp'n 25 n.19. To shore up this claim, Defendants submit just one argument, in a footnote: that the "work made for hire" notations on the registrations must invalidate the registrations because of certain knowledge of legislative history. [13] In short, Defendants claim that a legislative controversy twenty years ago is automatically and comprehensively imputed to Plaintiffs' state of mind, and that it is dispositive here.

The Court disagrees. When the record can only support a finding that technical errors in registrations are inadvertent and immaterial, they are "of the type that does not render a registration invalid for the purpose of § 411(a)." *Huthwaite, Inc. v. Sunrise Assisted Living, Inc.*, 261 F. Supp. 2d 502, 510 (E.D. Va. 2003) (citing *Bouchat*, 241 F.3d at 357). A reference to past legislation and repeal, without facts specific to Plaintiffs, falls well short of raising a genuine issue of material fact.

---

[13] Specifically, the repeal of "sound recording" as it relates to "work made for hire" in § 101 of the Copyright Act. Work Made for Hire and Copyright Corrections Act of 2000, Pub. L. No. 106–379, § 1, 114 Stat. 1444 (2000). The Court does not hesitate to consider the importance of legislative changes when they are material to the litigation and fully briefed; here we have neither.

13

(5)      Registrations Dated After Alleged Infringement

Finally, Defendants claim there are 78 works in suit that were registered after the alleged

infringement, precluding Plaintiffs from recovery pursuant to Section 412 of the Copyright Act.

Section 412 reads:

> In any action under this title . . . an action for the infringement of
> the copyright of a work that has been preregistered under section
> 408(f) before the commencement of the infringement and that has
> an effective date of registration not later than the earlier of 3
> months after the first publication of the work or 1 month after the
> copyright owner has learned of the infringement . . . no award of
> statutory damages or attorney's fees . . . shall be made.

17 U.S.C. § 412.  It is true that "[u]pon registration of a copyright . . . a copyright owner can

recover for infringement that occurred both before and after registration," but infringement

before registration can only support a claim for statutory damages if the owner has preregistered

the copyright and the registration takes effect within three months of the first publication.[14]

*Fourth Estate*, 139 S.Ct. at 886-87.

Plaintiffs do not dispute that these 78 registrations were issued outside of the statutory

time frame and they make no legal argument for statutory damages related to these works.

Therefore, these 78 works are improper as a basis for statutory damages, and Plaintiffs will not

be permitted to present evidence at trial that is unique to these works.

Plaintiff has shown sufficient ownership evidence, and Defendants have failed, in most

instances, to rebut Plaintiffs' claims with evidence to create a genuine issue of material fact.  The

Court intends for this holding to apply to 10,022 works; specifically, the Court grants summary

judgment on all 10,100 works referenced in Plaintiffs' Reply brief, except for the 78 works

discussed above as ineligible for suit because of late registration.  For the reasons stated herein,

---

[14] Or, per Section 412, registration may have to take effect sooner if the owner learns of the infringement.

Plaintiffs' motion for summary judgment on copyright ownership is hereby **GRANTED** with the exclusion of those works registered late. Copyright ownership for the works in suit is not an issue for trial.[15]

## B.   Knowledge, as Applied to Contributory Infringement

Plaintiffs also submit their Motion for Summary Judgment (Dkt. 312) to establish, in part, that Defendant Cox is liable for contributory infringement because Cox had knowledge of infringement. Pls.' Br. IV.A. Defendants, in their cross Motion for Summary Judgment (Dkt. 328), ask the Court to find (1) there can be no liability for claims where Plaintiffs' notices failed to identify certain works in suit, and (2) there can be no liability arising from Cox Business subscribers due to insufficient notice. Defs.' Br. II., III.

The question to address is what constitutes knowledge of infringement in the context of contributory infringement of a copyright, and whether the infringement notices Cox received from RIAA, through its agent MarkMonitor, were sufficient in conveying that requisite knowledge.

### 1. Legal Standard

A claim for contributory infringement can be summarized as follows: "[o]ne contributorily infringes when he (1) has knowledge of another's infringement and (2) either (a) materially contributes to or (b) induces that infringement." *Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 795 (9th Cir. 2007); *see also Gershwin Publ'g Corp. v. Columbia Artists Mgmt., Inc.*, 443 F.2d 1159, 1162 (2d Cir. 1971) ("[O]ne who, with knowledge of the infringing

---

[15] It is unclear from the record which 378 works are excluded from Plaintiffs' motion. Should this discrepancy become material at trial, specifically for purposes of statutory damages, Plaintiffs will be required to provide evidence to support each work that does not fall into a category discussed above.

activity, induces, causes or materially contributes to the infringing conduct of another, may be held liable as a contributory infringer.") (internal quotations omitted).

Within this claim, the Fourth Circuit held that "contributory liability can be based on willful blindness but not on recklessness or negligence," as this standard "appropriately targets culpable conduct without unduly burdening technological development." *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, 881 F.3d 293, 309 (4th Cir. 2018) ("*BMG II*"). The *BMG II* case clarified:

> Selling a product with both lawful and unlawful uses suggests an intent to cause infringement only if the seller know of specific instances of infringement, but not if the seller only generally knows of infringement. *See* [*Ludvarts, LLC v. AT&T Mobility, LLC*, 710 F.3d 1068, 1072 (9th Cir. 2013)] (holding that contributory copyright infringement "requires more than a generalized knowledge ... of the possibility of infringement"; it requires "specific knowledge of infringement.").

*Id.* at 311. In essence, "generalized knowledge" of infringement somewhere on an ISP's network is insufficient to establish contributory infringement liability, and "the proper standard requires a defendant to have specific enough knowledge of infringement that the defendant could *do* something about it." *Id.* at 311-12 (emphasis original). Similarly, the Ninth Circuit in *Perfect 10 v. Amazon.com, Inc.*, 508 F.3d 1146, 1172 (9th Cir. 2007) ("*Amazon.com*") held that "a computer system operator can be held contributorily liable if it has *actual* knowledge that *specific* infringing material is available using its system . . . and can take simple measures to prevent further damage to copyrighted works . . . yet continues to provide access to infringing works." (emphasis original, internal citations omitted).[16]

---

[16] In *Amazon.com*, "[t]he district court did not resolve the factual disputes over the adequacy of Perfect 10's notices to Google and Google's responses to these notices." 508 F.3d at 1172.

## 2. Discussion

### a) *Specificity of the RIAA Notices*

Knowledge of infringement is not often adjudicated, but the case law agrees that "a service provider's knowing failure to prevent infringing actions could be the basis for imposing contributory liability." *Amazon.com*, 508 F.3d at 1172 (citing *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004 (9th Cir. 2001); *Religious Tech. Ctr. v. Netcom On-Line Commc'n Servs., Inc.*, 907 F. Supp. 1361 (N.D. Cal. 1995); *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005)). The question is whether the notices that Cox received during the Claim Period amount to the requisite knowledge for Plaintiffs' contributory infringement claim.

The Fourth Circuit in *BMG II* cites to *Ludvarts*, where the plaintiffs held copyrights in multi-media messaging content that was allegedly infringed upon when recipients of that content forwarded it to additional consumers in violation of a single-use restriction. The *Ludvarts* plaintiffs sued AT&T and other mobile wireless carriers, alleging, *inter alia*, that the defendants had knowledge of the infringement because of notices sent to the carriers. The Ninth Circuit held that these notices were insufficient to establish the specific knowledge of infringement because they "failed to notify the Carriers of any meaningful fact." *Ludvarts*, 710 F.3d at 1072. The notices at issue were "150-page-long lists of titles, apparently just a transcription of every title copyrighted by Ludvarts . . . These notices do not identify which of these titles were infringed, who infringed them, or when the infringement occurred." *Id.* at 1073.

Furthermore, ongoing litigation in the United States District Court for the District of Colorado, *Warner Bros. Records, Inc. v. Charter Commc'ns, Inc.*,[17] deals with issues—and infringement notices—very similar to those before the Court. In that case, Magistrate Judge

---

[17] No. 19-cv-874, 2019 WL 5387099 (D. Co. Oct. 21, 2019).

17

JA246

Hegarty recommends the District Court deny the defendant's motion to dismiss for vicarious liability in part because Defendant failed to stop or limit infringement after receiving "hundreds of thousands of notices of infringement . . . identifying the infringing users and the Defendant's policy." *Id.* at *7. While applied to vicarious liability rather than contributory liability, Judge Hegarty's relevant finding is that the notices in question, very similar to RIAA's in this case, provided actionable information. Per the Fourth Circuit's standard, the provider could *do* something in response.

In the instant case, MarkMonitor gathered data and generated infringement notices to send to Cox on behalf of RIAA; the notices included the information required under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(c). Bahun Decl. ¶ 18. This included "variables such as the timestamp of the infringement detection, the date the notice was sent, the NoticeID, the Cox user (identified by IP address and Port), and a hash value pertaining to the file." *Id.* ¶ 22. To evidence the level of detail, proposed exhibit PX 14 (Bates Plaintiffs_00286280) is an excel file of notice data showing the data extracted from MarkMonitor's internal database contemporaneously with the detection of the infringement, and proposed exhibit PX 538 (Bates Plaintiffs_00100723) is a representative infringement notice sent to Cox. *Id.* ¶¶ 21-22. Further, the notices drew attention to the data enclosed by informing subscribers, "[i]f you disagree with the claims in the notice, you should contact the sender, and not Cox, to resolve the matter." Pls.' Br., Gould Decl. ¶ 7, Ex. 14 (COX_SONY_00717187).

Based on the level of detail included in the notices directed at Cox and its subscribers, there is no doubt that Defendants had more than just "generalized knowledge" of infringement. A far cry from the comprehensive list of copyrighted works at issue in *Ludvarts* with no indication of specific activity, the notices in this case are specific to the time, subscriber, work, and all additional data as dictated by § 512(c)(3) of the DMCA. Further, because Cox

18

maintained the ability to suspend or terminate these infringing accounts, this was "specific enough knowledge of infringement that the defendant could *do* something about it." *BMG II*, 881 F.3d at 311-12 (emphasis original).

Cox argues that because each notice "specified only one particular work (Artist/Title pair), the opaque reference to an info hash in the notice did not on its face disclose that other works might have been on the subscriber's computer." Defs.' Br. 23-24. But Cox's argument is misplaced. To be clear, the governing law is focused on the infringing conduct, not the specifics of the content of the notice. The Fourth Circuit established a floor for a *prima facie* showing of knowledge in *BMG II*. The RIAA notices lie well above that floor, given the complex and detailed information just described. On the other hand, a defendant may be able to address instances of infringement if a notice just included a specific IP address at a specific time, perhaps at a specific site. However you define this floor, the DMCA safe harbor does not apply in this litigation, and Plaintiffs should not be held to provisions that are more demanding than the underlying applicable law.

Thus, the Court finds as a matter of law that there is no genuine issue of fact regarding the sufficiency of the RIAA notices in this case, and that they can support the knowledge element of a contributory infringement claim. Defendants' motion therefore fails as to this issue.

*b) Establishing Knowledge with RIAA Notices*

Plaintiffs' motion seeks a ruling that the notices are not only able to support the knowledge element, but also dispositive of said knowledge on these facts.

Generalized knowledge is clearly established. Plaintiffs have shown that the parties are supremely aware of the infringement problem at issue and have each implemented large-scale policies and programs in anti-piracy to address it. The Parties produced thorough evidence of Cox's role as the middle man between Plaintiffs and the internet subscribers, processing the

19

JA248

RIAA notices and forwarding certain information to its customers.  It would be farcical to argue

that Cox had no knowledge of the hundreds of thousands of notices it received indicating

infringement for the works in suit.  The notices were sent to an email address Cox created for the

very purpose of receiving this information, and were processed by a corporate department

dedicated to abuse and security for Cox.

The more specified knowledge required to satisfy this element in the Fourth Circuit is

also established.  *BMG II* offers the most applicable standard for knowledge in this case,

especially considering its proximity both in time and substance.  The Fourth Circuit said:

> Put another way, the proper standard requires a defendant to have
> specific enough knowledge of infringement that the defendant
> could *do* something about it.  On remand, therefore, the
> contributory infringement instruction should require that Cox knew
> of specific instances of infringement or was willfully blind to such
> instances.

*BMG II*, 881 F.3d at 311-312 (emphasis original).  Beyond general conduct, the Fourth Circuit

requires knowledge of a "specific instance" of infringement.  Rather than a particular work or

type of work, it is the infringing conduct itself—the act of downloading or distributing a file—

that is the specific instance of infringement.  Here, MarkMonitor found an individual user on a

P2P site, took specific data from that user, and then generated a detailed and time-stamped

notice.  The resulting notice both documented a specific instance of infringement and notified

Cox of that instance.

Further, where a file contains both a copyrighted sound recording and a copyrighted

musical composition, any infringing conduct provides both copyright holders with a potential

infringement claim.  *See Newton v. Diamond*, 204 F. Supp. 2d 1244, 1248-49 ("Sound recordings

and their underlying musical compositions are separate works with their own distinct

copyrights.") (citing 17 U.S.C. § 102(a)(2), (7)).  To be sure, the underlying infringing conduct can have more than one consequence when it comes to copyright holders.[18]

Ultimately, only one word is emphasized in the Fourth Circuit's *BMG II* standard: *do*. Indeed, the standard focuses on a defendant's ability to act upon the information provided.  After receiving a notice from RIAA, Cox could have acted in several capacities—for instance, it could have further evaluated the subscriber's overall activity or terminated that subscriber.  If Cox had done something about the specific instances of infringement at issue, it could have addressed the infringement of a *both* sound recording *and* a musical composition for over 3,000 of the works in suit.  Plus, these potential actions are aimed at individual accounts.  When the Fourth Circuit describes knowledge of insufficient, generalized information, it gives the following example: "data showing that *some number* of its subscribers were infringing BMG's copyrights, even if the data did not show *which ones* were infringing."  *BMG II*, 881 F.3d at 311.  In this case, the notices accomplished far more than telling Cox that *some number* of subscribers were infringing. They told Cox *which ones*.  The standard is focused on the subscriber, not the particular works infringed, and the specific instance of infringement guides service providers to the source.

In sum, Plaintiffs have established the knowledge element of contributory liability by showing knowledge of specific conduct which allegedly infringed all sound recordings and musical compositions identified in suit.  No genuine issue of material fact remains.

*c) Cox Business Subscribers*

Defendants also move the Court to find as a matter of law that Defendants cannot be liable for potential infringement by any end users of Cox Business accounts.  This is because there was allegedly insufficient information to notify Cox of the infringing activity.  "Plaintiffs'

---

[18] This analysis applies for purposes of a defendant's knowledge in a contributory infringement claim.  Statutory damages are a separate issue.

evidence only identifies alleged infringers by the IP address of the Cox Business subscriber," Defendants explain, and the IP address alone cannot support a finding of secondary liability for the underlying conduct. Defs.' Br. 29. As discussed above, the Court disagrees.

Defendants also claim that the holding in *Cobbler Nevada, LLC v. Gonzalez*, 901 F.3d 1142 (9th Cir. 2018) dictates that business subscribers cannot be the basis of infringement liability, and thus they should be excluded from this litigation.

    (1)      The Parties' Arguments

In *Cobbler Nevada*, copyright holders traced infringing activity to an IP address and named Jon Doe—at that IP address—as the defendant in its copyright suit alleging direct and contributory infringement. The plaintiffs in *Cobbler* went to great lengths to locate the subscriber on the account, Thomas Gonzales. Gonzales owned and ran an adult foster care home in Portland, Oregon, and the court allowed the plaintiffs to depose Gonzales about the allegedly infringing activity. *Id.* at 1145. The plaintiffs then doubted that he was the actual infringer. The Ninth Circuit held that there was not enough evidence to allege a secondary infringement claim against Gonzales, noting, "this situation hardly seems to be one of 'the circumstances in which it is just to hold one individual accountable for the actions of another.'" *Id.* at 1149 (quoting *Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S. 417, 435 (1984)).

Defendants note that *Cobbler* is "the only decision to have considered the issue," and go on to argue that its reasoning is dispositive here. Defs.' Br. 30. Specifically, Defendants contend that "Plaintiffs' inability to prove *which* user of a particular Cox Business subscriber's IP address purportedly infringed a particular copyright is fatal to their direct infringement claims." *Id.* (emphasis original). Ever anthropomorphizing its argument, Cox insists on identification of end users, and "proof of direct infringement by *someone*." *Id.* (emphasis original). Defendants further argue that an IP address alone is what the Fourth Circuit would call

22

"generalized knowledge" that falls short of the knowledge needed to establish secondary liability.

Plaintiffs counter that (1) Cox is collaterally estopped from making this argument, (2) Cox's application of *Cobbler* is incorrect, and (3) Cox misapplies the Fourth Circuit's *BMG II* decision. Pls.' Opp'n 29-31. Collateral estoppel applies here, Plaintiffs argue, because this Court held that "[w]hile identity [of the infringer] is a key issue in many individual infringement suits, it has little relevance in a large-scale secondary liability suit." *BMG I*, 149 F. Supp. 3d at 664. Since this is a large-scale suit against the ISP, Plaintiffs claim that Defendants cannot revive this argument regarding the identity of the infringer.

Second, the identity and position of the defendant in *Cobbler* is a point of contention between the parties when compared to Cox. Defendants maintain that without a particular person to name for direct infringement, *Cobbler* says there can be no secondary infringement. Plaintiffs find no such requirement; the only requirement should be a reasonable basis to allege infringement. Further, Plaintiffs argue, the *Cobbler* opinion demonstrated concerns about imposing duties and liability upon private internet subscribers. Plaintiffs maintain that Defendants represent a major ISP, not a private account holder, thus *Cobbler* does not lend Defendants any help.

Finally, Plaintiffs criticize Defendants' claim that the infringement notices in this case only amounted to "generalized knowledge" insufficient to show infringement was happening on its network. This is again because the notices, Plaintiffs say, provided plenty of information for Cox to take action in response to specific infringement activity. Pls.' Opp'n 31.

(2)  Analysis

As an initial—and important—distinction between the instant case and *Cobbler*, the fundamental conundrum in *Cobbler* was finding and naming the right defendant; here, there is no

23

JA252

dispute or hesitation in naming Cox as the intended defendant. Additionally, contrary to Defendants' claims, the fact that Cox is an ISP is material when using *Cobbler* for legal comparison. The law recognizes and treats service providers differently from end users, and *Cobbler's* holdings and dicta are relevant to individual account holders, not the provider of said account. [19] Cox's argument is largely inapposite to an ISP defendant. [20]

The reason there is no doubt as to the intended defendant in this suit is because it is a large-scale attempt to impose indirect liability where enforcement against direct infringers is both impractical and improbable. *See Grokster*, 545 U.S. at 929-930 ("[I]t may be impossible to enforce rights in the protected work effectively against all direct infringers, the only practical alternative being to go against the distributor . . . for secondary liability.")). As the Supreme Court said in *Grokster*, "[t]he argument for imposing indirect liability in this case is, however, a powerful one, given the number of infringing downloads that occur every day" using the defendant's software. *Id.* at 929.

*Cobbler* involved an investigation into the subscriber connected to the infringing IP address, and a subsequent deposition of the account holder with permission from the court. Indeed, the search for the infringer's identity in *Cobbler* illustrates exactly the type of litigation that is unreasonable for Plaintiffs to pursue. Enforcement against direct infringers in the instant case is impractical because of the sheer volume of alleged infringers and infringed works, and the frequency of infringement notices and tickets. The *Cobbler* case was about one movie; this case is about more than 10,000 works.

---

[19] The DMCA addresses this distinction in great detail, providing various limitations on liability for service providers that are not otherwise applicable to business subscribers.
[20] The Court notes here that the Ninth Circuit's holding in *Cobbler* is not binding; even if it were, it would not control the way Cox insists it does.

Further, enforcement against individual infringers is improbable. For one thing, individual subscribers can easily evade identification by third parties by editing and manipulating accounts and contact information. Plus, ISPs tend to refuse—and in some Circuits do legally refuse—to provide the contact information to target specific subscribers. *See, e.g.*, *Recording Industry Ass'n of Am., Inc. v. Verizon Internet Servs., Inc.*, 351 F.3d 1229, 1236 (D.C. Cir. 2003) ("*RIAA v. Verizon*") (holding there is no obligation under the DMCA to provide individual subscriber information, granting Verizon's motion to quash subpoena to do so); *but cf. Cobbler*, 901 F.3d at 1145 (involving records successfully subpoenaed from Comcast). Mr. Gonzales in *Cobbler* stood in the shoes of the subscriber whose identity the plaintiffs sought in cases like *RIAA v. Verizon*.

The natural analogy is that Cox has the information to identify its subscribers in this case, just as Comcast had the information to identify Mr. Gonzales in *Cobbler*. The fact that there was also a contributory liability claim against Mr. Gonzales does not transform him from the account holder into the service provider. Cox has the access and ability to use individual account information associated with the IP addresses at issue, not Plaintiffs. Yet Cox has not produced evidence of any organized endeavor to identify direct infringers beyond the Cox Business IP addresses.

Ultimately, the characterization of an IP address as a residence or a business does not affect either the level of specificity in the notice or Cox's ability to take action in response. There is no indication from the Fourth Circuit that specific IP addresses and account numbers are insufficient to identify "particular subscribers," and consequently, the knowledge standard discussed herein applies to all subscribers that were the subject of a notice from Plaintiffs. As such, Defendants' motion to exclude business subscribers as a potential basis for liability cannot survive.

25

JA254

The idea that Cox is collaterally estopped from making this argument, or any argument, about the identification of end users is too restrictive, and the Court cannot say with certainty that there is no evidence to support a defense against it. The Court will wait until the evidence is concluded and consider this argument again.

To conclude, neither the existing body of law in the Fourth Circuit nor *Cobbler* in the Ninth Circuit preclude a jury from finding that Cox had actual knowledge of or was willfully blind to infringement by residential and business subscribers alike. As outlined above, relative to the stated issues of the knowledge element of contributory infringement, Plaintiffs' motion is **GRANTED**, and Defendants' motion is **DENIED**. This ruling is limited to the knowledge element and thus not dispositive of a contributory infringement claim.

## C.    Issues of Material Fact

Accordingly, the remaining claims in the Parties' motions not specifically addressed here are denied, to be resolved at trial. In sum, Defendants' Motion for Summary Judgment (Dkt. 328) is hereby **DENIED** in its entirety for the reasons stated herein or because issues of material fact remain, and Plaintiff's Motion for Summary Judgment (Dkt. 312) is hereby **GRANTED IN PART AND DENIED IN PART**. Plaintiffs' motion is granted as to ownership or control of exclusive rights, as qualified above, and as to knowledge of specific instances of copyright infringement. In all other instances, except for Cox's affirmative defenses which will be the subject of further order of the Court, genuine issues of material fact preclude summary judgment.

It is **SO ORDERED**.

November 27, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

SONY MUSIC ENTERTAINMENT, *et al.*,
*Plaintiffs*,

v.

COX COMMUNICATIONS, INC, *et al.*,

*Defendants*.

Civil No. 1:18-cv-950 (LO / JFA)

**COX'S PROPOSED VERDICT FORM**

Defendants Cox Communications, Inc. and Coxcom, LLC ("Cox"), submit this proposed jury verdict form. Cox reserves the right and requests the opportunity to supplement or revise this proposed form in the event that issues arise in pretrial rulings or during trial and for all other purposes contemplated by the Local Rules and Federal Rules of Civil Procedure.

1

## VERDICT FORM

We, the jury in the above-captioned action, answer the questions submitted to us as follows:

## DIRECT INFRINGEMENT

1. Did Plaintiffs prove by a preponderance of the evidence that subscribers to Cox's Internet service used that service to directly infringe Plaintiffs' copyrighted works?

   Answer:  Yes_____ No_____

2. If you answered "YES" to Question 1, how many work(s) do you find were directly infringed by Cox subscribers?

   *Answer*:_____ works

*If you answered "NO" to Question 1, DO NOT answer any more questions.  If you answered "YES" to Question 1 and filled in the blank in Question 2, proceed to Question 3.*

## LIABILITY: CONTRIBUTORY AND VICARIOUS INFRINGEMENT

3. Did Plaintiffs prove by a preponderance of the evidence that Cox was contributorily liable for the direct infringement of its subscribers?

   *Answer*: Yes_____ No_____

4. Did Plaintiffs prove by a preponderance of the evidence that Cox was vicariously liable for the direct infringement of its subscribers?

   *Answer*: Yes_____ No_____

5. If you answered "YES" to Question 3 or Question 4, how many of the works  that you identified in response to Question 2 did Cox vicariously or contributorily infringe?

   *Answer*: _____ works

*If you answered "NO" to both Question 3 and Question 4, DO NOT answer any more questions.*

*If you answered "YES" to either Question 3 or Question 4 and filled in the blank in Question 5, proceed to Question 6.*

2

**JA257**

## MITIGATION OF DAMAGES

6. If you found either contributory or vicarious infringement, do you find by a preponderance of the evidence that by failing to pursue direct infringers, Plaintiffs failed to take reasonable steps to mitigate their damages?

   *Answer*: Yes __ No __

*If you answered "YES" to Question 6, DO NOT answer any more questions. If you answered "NO" to Question 6, proceed to Question 7.*

## WILLFUL INFRINGEMENT DAMAGES ADJUSTMENT

*Answer Question 7 only if you answered "YES" to Question 3 or Question 4 and "NO" to Question 6.*

7. Do you find by a preponderance of the evidence that Cox's contributory or vicarious infringement was willful?

   *Answer*: Yes _____ No _____

## AMOUNT OF DAMAGES

*Answer Questions 8 and 9 only if you answered "YES" to Question 3 or Question 4 and "NO" to Question 6.*

8. What amount of statutory damages do you award for each work contributorily or vicariously infringed?

   *Answer*: $_____ per work

9. What is the total amount of damages you award to Plaintiffs in this case?

   a. Calculate the total damages, if any, by multiplying the number of infringed works in your answer to Question 5 times the damages per work in Question 10:

   Number of works infringed  _____ works

   X  <u>Damages per work     </u>  $_____
   TOTAL DAMAGES  = $_____

3

**JA258**

Please sign and return this verdict form to the Court.

4