No. 21-1168

IN THE
# United States Court of Appeals for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,
*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Eastern District of Virginia
No. 1:18-cv-950 (LO/JFA)
Hon. Liam O'Grady

## JOINT APPENDIX VOLUME V OF VII
### JA1409-JA1751

Catherine E. Stetson
Jo-Ann Tamila Sagar
Patrick C. Valencia
HOGAN LOVELLS US LLP
555 13th St. NW
Washington, DC 20004
(202) 637-5491
cate.stetson@hoganlovells.com

*Counsel for Plaintiffs-Appellees*

E. Joshua Rosenkranz
Christopher J. Cariello
Rachel G. Shalev
Alexandra Bursak
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
jrosenkranz@orrick.com

*Counsel for Defendants-Appellants*

## Additional Counsel

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., N.W., 5th fl.
Washington, D.C. 20016
(202) 480-2999
matt@oandzlaw.com

*Counsel for Plaintiffs-
Appellees*

Michael S. Elkin
Jennifer A. Golinveaux
Geoffrey P. Eaton
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166

Mark S. Davies
Sheila A. Baynes
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

*Counsel for Defendants-
Appellants*

# JOINT APPENDIX INDEX

**VOLUME I**

Docket, Eastern District of Virginia, No. 1:18-cv-00950-LO-JFA....... JA1

Complaint and Jury Demand, July 31, 2018, Dkt. No. 1 ................ JA159

First Amended Complaint and Jury Demand, April 23, 2019,
Dkt. No. 136.................................................................................... JA189

Declaration of Jeffrey M. Gould in Support of Plaintiffs' Motion for
Summary Judgment, August 30, 2019, Dkt. No. 325-1

> Exhibit 22 (PX-240), Email to CCI – DAB Abuse Team
> from Matt Carothers re DAB Abuse Call Meeting
> Minutes, January 12, 2010 ............................................ JA217

> Exhibit 39 (PX-19) List of Ticket Data History
> (**Digital Media Volume**)................................................ JA219

> Exhibit 55 (PX-347), Email to HRD-TOC and
> CCI – Abuse Corporate from Andrew Thompson re
> Termination Review – 19029047, June 12, 2014 .......... JA220

> Exhibit 62 (PX-277), Email to HRD-TOC and
> CCI – Abuse Corporate from Jason Zabek re
> CATS 7442149, March 5, 2011 ..................................... JA223

Order Granting Motions to Strike Declarations, dated
October 23, 2019 Dkt. No. 521 ........................................................ JA225

Appendix A, Cox's Proposed Jury Instructions, dated
October 25, 2019 Dkt. No. 606-1, *excerpted* .................................... JA227

Amended Memorandum Opinion and Order, November 27, 2019,
Dkt. No. 610.................................................................................... JA230

Cox's Proposed Verdict Form, December 2, 2019,
Dkt. No. 617, *excerpted*.................................................................... JA256

## VOLUME II

**Excerpts from Trial Transcript, December 2, 2019, Dkt. No. 628** ................................................................... JA260

    Opening Statement by Plaintiffs' Counsel ............................ JA263

    Direct Examination of Dennis Kooker ................................... JA273

    Cross Examination of Dennis Kooker .................................... JA289

**Excerpts from Trial Transcript AM, December 3, 2019, Dkt. No. 629** ................................................................... JA293

    Direct Examination of David Kokakis ................................... JA296

    Cross-Examination of David Kokakis ................................... JA299

    Redirect Examination of David Kokakis ............................... JA312

    Direct Examination of Alasdair McMullan ........................... JA314

    Cross-Examination of Alasdair McMullan ............................ JA321

    Direct Examination of Steven Marks .................................... JA324

**Excerpts from Trial Transcript PM, December 3, 2019, Dkt. No. 630** ................................................................... JA336

    Direct Examination of Steven Marks .................................... JA338

    Cross-Examination of Steven Marks ..................................... JA349

**Excerpts from Trial Transcript AM, December 4, 2019, Dkt. No. 637** ................................................................... JA352

    Direct Examination of Barbara A. Frederiksen-Cross ........... JA355

**Excerpts from Trial Transcript PM, December 4, 2019, Dkt. No. 638** ................................................................ JA379

    Direct Examination of Samuel Bahun ................................ JA382

**Excerpts from Trial Transcript PM, December 5, 2019, Dkt. No. 640** ................................................................ JA391

    Direct Examination of Linda Trickey ................................ JA394

**Excerpts from Trial Transcript AM, December 6, 2019, Dkt. No. 641** ................................................................ JA403

    Direct Examination of Linda Trickey ................................ JA406

**Excerpts from Trial Transcript PM, December 6, 2019, Dkt. No. 642** ................................................................ JA417

    Cross-Examination of Linda Trickey ................................ JA420

    Direct Examination of Roger L. Vredenburg ...................... JA440

**Excerpts from Trial Transcript AM, December 9, 2019, Dkt. No. 649** ................................................................ JA450

    Direct Examination of Matthew J. Flott ............................ JA453

    Cross-Examination of Matthew J. Flott ............................ JA460

    Direct Examination of Jason Zabek (via deposition) ............. JA463

**Excerpts from Trial Transcript PM, December 9, 2019, Dkt. No. 650** ................................................................ JA471

    Direct Examination of Jason Zabek (via deposition) ............. JA474

    Direct Examination of Brent Beck ..................................... JA484

**Excerpts from Trial Transcript AM, December 10, 2019, Dkt. No. 653** ................................................................ JA502

    Cross-Examination of Brent Beck ..................................... JA505

Redirect Examination of Brent Beck ..................................... JA515

Direct Examination of Carothers .......................................... JA517

**Excerpts from Trial Transcript PM, December 10, 2019, Dkt. No. 654** ..................................................................... JA526

Cross-Examination of Matt Carothers .................................. JA529

Redirect Examination of Matt Carothers .............................. JA540

Direct Examination of Joseph Sikes (via deposition) ............. JA547

Direct Examination of Jorge C. Fuenzalida (via deposition) . JA568

**Excerpts from Trial Transcript AM, December 11, 2019, Dkt. No. 655** ..................................................................... JA574

Direct Examination of William H. Lehr ................................ JA577

Cross-Examination of William H. Lehr ................................ JA616

**Excerpts from Trial Transcript PM, December 11, 2019, Dkt. No. 656** ..................................................................... JA626

Direct Examination of Siddhartha Negretti .......................... JA629

Cross-Examination of Siddhartha Negretti .......................... JA647

Direct Examination of Lynne Janet Weber, Ph.D ................. JA655

**Excerpts from Trial Transcript AM, December 12, 2019, Dkt. No. 657** ..................................................................... JA670

Direct Examination of Randy Cadenhead (via deposition) .... JA673

**Excerpts from Trial Transcript PM, December 12, 2019, Dkt. No. 658** ..................................................................... JA687

Direct Examination of Nick Feamster .................................. JA690

Jury Instruction Conference ................................................ JA703

iv

**Excerpts from Trial Transcript AM, December 16, 2019, Dkt. No. 659** ................................................................. JA712

    Cross-Examination of William Christopher Bakewell ........... JA715

**Excerpts from Trial Transcript PM, December 16, 2019, Dkt. No. 660** ................................................................. JA724

    Direct Examination Kevin Christopher Almeroth ................ JA727

    Cross Examination of Kevin Christopher Almeroth .............. JA739

    Jury Instruction Conference .................................................. JA740

**Excerpts from Trial Transcript AM, December 17, 2019, Dkt. No. 672** ................................................................. JA747

    Preliminary Matters Outside Jury's Presence ...................... JA750

    Cross-Examination of Sanford Mencher ................................ JA756

    Direct Examination of Christian D. Tregillis ........................ JA763

**Excerpts from Trial Transcript PM, December 17, 2019, Dkt. No. 673** ................................................................. JA771

    Cross-Examination of Christian D. Tregillis ......................... JA774

    Discussion outside Presence of Jury ..................................... JA781

    Court's Jury Instructions ...................................................... JA787

**Excerpts from Trial Transcript, December 18, 2019, Dkt. No. 674** ................................................................. JA805

    Closing Argument by Mr. Oppenheim ................................... JA808

    Rebuttal Argument by Mr. Oppenheim ................................. JA812

# VOLUME III

Cox's Initial Motion for Judgment as a Matter of Law Under Federal Rule of Civil Procedure 50(A), December 17, 2019, Dkt. No. 651, *excerpted* .................................................................. JA815

Verdict Form, December 19, 2019, Dkt. No. 669 ............................ JA822

Cox's Memorandum of Law in Support of its Renewed Motion for Judgement as a Matter of Law or, in the Alternative, a New Trial Under Federal Rules of Civil Law Procedure 50(B) and 59(A), January 31, 2020, Dkt. No. 682, *excerpted* ...................................... JA824

Memorandum in Opposition to Cox's Renewed Motion for Judgment as a Matter of Law or New Trial, dated February 28, 2020, Dkt. No. 699, *excerpted* .................................................................. JA855

Memorandum Opinion & Order, June 2, 2020, Dkt. No. 707 ......... JA862

Cox's Post-Trial Response Brief Regarding Derivative and Dropped Works, August 3, 2020, Dkt. No. 711, *excerpted* ............................. JA937

 Schedule 1, Derivative Works With Unique Track Names, August 3, 2020 Undated Dkt. No. 711-3 ................................ JA946

 Schedule 2, Non-Derivative Works With Unique Track Names, August 3, 2020, Dkt. No. 711-4 ............................... JA1027

 Schedule 3, Derivative Works With Non-Unique Track Names, August 3, 2020 Dkt. No. 711-5 ................................ JA1032

Plaintiff's Post-Trial Brief Pursuant to This Courts' June 2 Order, October 2, 2020, Dkt. No. 718, *excerpted* ...................................... JA1039

Order, Jury Determination of Number of Works Infringed Stands, January 12, 2021, Dkt. No. 721 .................................................... JA1047

Judgment, January 12, 2021, Dkt. No. 723 .................................. JA1053

Cox's Notice of Appeal, February 10, 2021, Dkt. No.732 .............. JA1054

**VOLUME IV**

**Trial Exhibits**

DX-63, Memorandum of Understanding, July 6, 2011, *excerpted*  JA1058

DX-114, Cox Communications Policies,
updated October 18, 2011, *excerpted* ............................................. JA1060

DX-210 Cox Customer Safety and Abuse Operation, Residential
Abuse Ticket Handling Procedures, *excerpted* .............................. JA1063

DX-239, Opportunities to Maximize Demand for Residential
Internet Service – Non-Conjoint Report, Draft Report,
August 19, 2014.............................................................................. JA1066

DX-337, Cox rate card, 2013 and 2014 List Prices........................ JA1123

DX-496 Email to Cox Customer Safety re Notice of Copyright
Infringement, February 4, 2013...................................................... JA1126

PX-1, List of Record Company Plaintiffs' Copyrighted Sound
Recordings, undated........................................................................ JA1131

PX-2, List of Music Publisher Plaintiffs' Copyrighted
Compositions, undated.................................................................... JA1270

PX-14, Produced in Native Format Slip Sheet, Excel Spreadsheet,
List of Infringement Detected, undated
(**Digital Media Volume**)............................................................. JA1352

PX-19, Produced in Native Format Slip Sheet, Excel Spreadsheet,
List of Ticket Data History, undated (**Digital Media Volume**).. JA1353

PX-32A, Email from Cox Customer Safety re Notice of Copyright
Infringement, undated .................................................................... JA1354

PX-164, Cox Communications, Abuse Department CBS Ticket
Handling Procedures Release 1.0, January 17, 2007, *excerpted* ... JA1359

PX-165, Cox Communications, Abuse Department Ticket Handling
Procedures Release 1.6, September 18, 2008, *excerpted* ............... JA1365

PX-172, Cox Communications, Abuse Department CBS Ticket Handling Procedures Release 1.0, November 1, 2010, *excerpted*.. JA1370

PX-174, Cox Communications, Abuse Department Ticket Handling Procedures Release 3.4, August 24, 2011, *excerpted* ..................... JA1376

PX-175, Cox Communications Policies, Cox High Speed Internet Acceptable Use Policy, November 18, 2011 ................................. JA1389

## VOLUME V

PX-179, Cox Communications, Customer Safety and Abuse Operations, Residential Abuse Ticket Handling Procedures, October 18, 2012, *excerpted* ............................................. JA1409

PX-181, Cox Communications, Customer Safety & Abuse Operations Cox Business Abuse Ticket Handling Procedures Release 3.0, November 1, 2012, *excerpted* .................................... JA1420

PX-197, State of Customer Safety 2011, Residential Customer Safety, undated, *excerpted* ............................................. JA1428

PX-203, CATS, What is Abuse?, undated, *excerpted* ..................... JA1431

PX-213, Cox High Speed Internet Data Usage Assessment Appendix, April 19, 2011, *excerpted* ............................................. JA1437

PX-214, Cox High Speed Internet Data Usage Assessment Final Readout, April 19, 2011 ................................................. JA1448

PX-235, Email to Jason Zabek from Christopher Burns re Abuse Suspensions, January 6, 2010 ........................................ JA1475

PX-237, Email to Jason Zabek from Andrea Dameri re Suspensions, January 7, 2010 ........................................ JA1477

PX-240, Email to CCI – DAB Abuse Team from Matt Carothers re DAB Abuse Call Meeting Minutes, January 12, 2010 .............. JA1478

PX-242, Email to CCI- Abuse Toc from Jason Zabek re Changes to Abuse Handling – CATS – Walled Garden, dated January 13, 2010 ............................................................... JA1479

PX-245, Email to Andrea Dameri and CCI – Abuse Corporate from Jason Zabek re Account, dated January 17, 2010, *excerpted* ........ JA1480

PX-251, Email to Brent Beck from Joseph Sikes re DMCA Blast from Fox on Monday, March 10, 2010 .................................................... JA1482

PX-253, Email to Michael Moy from Roger Vredenburg re DMCA Terminations, April 10, 2010 ......................................................... JA1484

PX-266, Email to Andrea Dameri and CCI – Abuse Corporate from Jason Zabek re Customers Terminated for DMCA, August 11, 2010 .............................................................................. JA1485

PX-303, Document, Conversation with JoeSikesAtl at Fri 27 Jan 2012 06:46:44 PM EST on G Chaos L2 (aim), dated January 27, 2012, *excerpted* ...................................................................................... JA1487

PX-305, Document, Conversation with JoeSikesAtl at Fri 27 Jan 2012 05:54:13 PM EST on G Chaos L2 (aim), January 27, 2012 .............................................................................. JA1488

PX-318, Email to Steven Wimmer from Jason Zabek re Archer Incident IR-155: Possible BitTorrent Use on Internal Network – Closed, October 16, 2012 .............................................. JA1490

PX-322, Email to Andrea Dameri from Joseph Sikes re Termination Review CATS Ticket 12056367, December 12, 2012 ....................................................................... JA1492

PX-335, Email to Joseph Sikes from Brent Beck re DMCA Complaint Spike?, February 19, 2014, *excerpted* .......................... JA1494

PX-342, Email to Joseph Sikes, HRD-TOC and CCI – Abuse Corporate from Martin Mathews re Request for Termination – CATS Ticket 18640554, March 27, 2014, *excerpted* ................................. JA1496

PX-347, Email to HRD-TOC and CCI – Abuse Corporate from Andrew Thompson re Termination Review – 19029047, dated June 12, 2014, *excerpted* ...................................................................................... JA1499

PX-351, Defendant Cox Communications, Inc.'s First Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated March 25, 2015, *excerpted* ............................................................ JA1500

PX-353, Defendant Cox Communications, Inc.'s Third Supplemental Responses to Plaintiffs' First Set of Interrogatories, July 24, 2015, *excerpted* ............................................................ JA1504

PX-365, Cox's Second Supplemental Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-12) to Defendants, March 29, 2019, *excerpted* ............................................................ JA1510

PX-439, David Price, Dir. Of Piracy Analysis, NetNames, *Sizing the Piracy Universe*, September 2013 ................................................ JA1513

PX-451, Cox Communications Fact Sheet, April 4, 2019 ............. JA1613

PX-486, Chart of U.S. Recorded Music Revenues by Format, 2000-2014 ....................................................................... JA1614

PX3305 - Certificate of Registration for Bruno Mars "Unorthodox Jukebox" ................................................................ JA1615

PX3651 - Certificate of Registration for Bruno Mars Unorthodox Jukebox.................................................................. JA1617

Dr. Kevin C. Almeroth Demonstrative ........................................ JA1619

Dr. Nick Feamster Demonstrative................................................ JA1646

William Lehr Demonstrative ....................................................... JA1696

Dr. Lynne Weber Demonstrative................................................. JA1723

## DIGITAL MEDIA VOLUME VI

Gould Exhibit 39 (PX-19) List of Ticket Data History, produced in native form .................................................... JA219

PX-14, List of Infringements Detected, undated, produced in native form ............................................... JA1352

PX-19, List of Ticket Data History, undated,
produced in native form ................................................................. JA1353

**VOLUME VII (SEALED)**

Memorandum in Support of Plaintiffs' Motion for Summary
Judgment, August 30, 2019, Dkt. No. 325 .................................... JA1752

Declaration of Jeffrey M. Gould in Support of Plaintiffs' Motion
for Summary Judgment, August 30, 2019, Dkt. No. 325-1 ........... JA1800

      Exhibit 40 (PX-23), List of Copyright Infringement – Notice
      ID Numbers, undated, *excerpted* ................................. JA1808

Declaration of George P. McCabe, August 26, 2019,
Dkt. No. 325-2 ............................................................................... JA1819

Defendant's Memorandum of Law in Support of Their Motion for
Summary Judgment, August 30, 2019, Dkt. No. 330, *excerpted*... JA1860

      Declaration of Thomas Kearney in Support of Defendants'
      Motion for Summary Judgment, August 30, 2019,
      Dkt. No. 330-1, *excerpted* ..................................................... JA1907

Plaintiffs' Memorandum in Opposition to Defendants' Motion for
Summary Judgement, September 24, 2019, Dkt. No. 392,
*excerpted* ....................................................................................... JA1918

Declaration of Jeffrey M. Gould, September 24, 2019,
Dkt. No. 392-8

      Exhibit 11 Declaration of Barbara Frederiksen-Cross,
      dated September 24, 2019, Dkt. No. 392-19 ........................ JA1930

Defendants' Memorandum in Opposition to Plaintiffs' Motion for
Summary Judgment, September 24, 2019, Dkt. No. 394 .............. JA1964

Declaration of Thomas Kearney in Support of Cox's Opposition to Plaintiffs' Motion for Summary Judgment, September 24, 2019, Dkt. No. 400

    Exhibit K25, Rebuttal Expert Report of Lynne J. Weber, Ph.D., May 15, 2019, Dkt. No. 403-4, *excerpted* .............................. JA2012

Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment, October 11, 2019, Dkt. No. 454................... JA2022

    Declaration of Dr. Nick Feamster in Support of Cox's Reply in Support of its Motion for Summary Judgment, October 11, 2019, Dkt. No. 454-1 ...................................................................... JA2060

Customer Safety - Proprietary and Confidential



# Customer Safety and Abuse Operations

## *Residential Abuse Ticket Handling Procedures*

## Revision History

| Author | Revision | Date | Notes |
|---|---|---|---|
| Corporate Customer Safety | 4.0 | 10/18/12 | |
| | | | |
| | | | |
| | | | |

## Stakeholders

| Department | Represented By |
|---|---|
| Corporate Customer Safety | CCI-AbuseCorporate@cox.com |
| Tier 2 NetSec | HRD-.TOC@cox.com |
| | |

EXHIBIT CAROTHERS-3

Cox Communications

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000455

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  JA1409

COX_SONY_00001240
PX-0179.0001

Customer Safety - Proprietary and Confidential



# TABLE OF CONTENTS

### Note:

For most Abuse Types (SPAM TROJAN, MALWARE COMP, WEBMAIL COMP, PS MAL-unintentional), the **"Abuse Cycle"** for Cox.net Residential Customers is a **6 month period**. Within this 6 month period, we perform our graduated response procedures (1st Complaint, 2nd, 3rd, WARN/SUSPEND, etc.) upon receiving complaints (Tickets), per each HSI Account. If no complaints related to the previous Abuse Type are received within 6 months from the last complaint, the Abuse Cycle **STARTS OVER**.

When the document states **"Final Suspension"** this means the customer will be talking to the Tier 2 NetSec.
When you speak to a customer on a "Final Suspension" you <u>MUST</u> speak with the account holder, not just any person with the PIN.

When you reactivate a subscriber (or help in general), make sure you are talking to the account holder, an authorized user (ICOMS DE Screen) and they must verify the PIN or Social Security number.
It is prudent to note the CATS Ticket worklog and ICOMS CC notes with the name, contact information and the relation to the Subscriber of the person you are speaking with about the abuse issue.

TABLE OF CONTENTS .................................................................................................................. 2
AUTO CLOSE ............................................................................................................................. 3
BANDWIDTH .............................................................................................................................. 5
BLACKLIST ................................................................................................................................ 7
COPYOTHER .............................................................................................................................. 9
DENIAL OF SERVICE ................................................................................................................ 13
EMAIL PASSWORD COMPROMISE ........................................................................................... 16
FRAUD ..................................................................................................................................... 20
HACKING/UNAUTH .................................................................................................................. 22
MALWARE COMPROMISE ......................................................................................................... 24
NOT ABUSE ............................................................................................................................. 27
OFFER ..................................................................................................................................... 29
OPEN PROXY ........................................................................................................................... 32
OPEN RELAY ........................................................................................................................... 35
PHISH TO CUST ....................................................................................................................... 39
PHISHING HOST ....................................................................................................................... 41
PORT SCANNING MALICIOUS ................................................................................................... 44

Cox Communications

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000456

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1410**

COX_SONY_00001241
PX-0179.0002



SPAM OTHER.................................................................................................................................47

SPAM TO ABUSE..........................................................................................................................49

SPAM TO CUST.............................................................................................................................50

SPAM TROJAN..............................................................................................................................52

SPAM UCE .....................................................................................................................................55

SPAM USENET..............................................................................................................................57

STATIC IP.......................................................................................................................................59

THEFT (CLONED OR HACKED MODEMS)...............................................................................62

UNKNOWN .....................................................................................................................................64

REMEDIATION AND PREVENTION...........................................................................................66

CUSTOMER IDENTIFICATION PROCESS FROM CM-MAC ..................................................69

MODEM IDENTIFICATION PROCESS.......................................................................................70

<u>AUTO CLOSE</u>

Cox Communications

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

COX_BMG00000457

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1411**

COX_SONY_00001242

PX-0179.0003

Customer Safety - Proprietary and Confidential



## 1.0 **Purpose**

This is the automated procedure followed by CATS to automatically close tickets.

## 2.0 **Scope**

This procedure applies to CATS.

## 3.0 **Process Description**

A ticket is automatically assigned the abuse type, AUTO CLOSE, when no criteria for investigation are found in the complaint, such as a Cox IP Address.

## 4.0 **Investigation**

| Action Items |
| --- |
| 1. No investigation by a human is necessary |

## 5.0 **Resolution**

| Action Items |
| --- |
| 1. Auto-closed tickets are handled by CATS and no action by human is necessary |
| 2. Auto-closed tickets are infrequently seen by those working in CATS |
| 3. Occasionally, you might come across a child ticket in which the complainant has responded to the "NO COX IP" auto-reply sent via the auto-closed parent ticket |
| 4. Auto-reply states that the complainant has not provided enough information for abuse@cox.net to conduct an investigation or the matter which they are reporting did not originate from Cox.net |
| 5. This form letter offers suggestions on how to report Internet abuse to the proper authorities |
| 6. If the complainant believes they received the auto-reply in error, they can simply reply to the auto-reply |

## 6.0 **References**

| Document Name | Location |
| --- | --- |
| Headers Document | Cox_Communications_Header_Primer.pdf |
| Manual Suspension Guide | Manual_Suspension_Procedure.pdf |

- 4 -

Cox Communications

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000458

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    JA1412

COX_SONY_00001243
PX-0179.0004



## 7.0 Definitions, Acronyms, and Abbreviation

**Auto Close** – Automatically close tickets that do not have a valid Cox IP address

**IP Address** – Internet Protocol address is a unique address that devices use in order to identify and communicate with each other on a computer network

## BANDWIDTH
**Data Usage Allowance Education (DUAE)
& Excessive User**

Cox Communications

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000459

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1413**

COX_SONY_00001244
PX-0179.0005



## 1.0 Purpose

This document defines our role in processing reports from DUAE and our responsibility in advising Customers who are considered "Excessive Users".

## 2.0 Scope

These Procedures apply to Tier 2 NetSec and Corporate Abuse.

## 3.0 Process Description - DUAE

For DUAE, Abuse/Customer Safety will not be processing these tickets or speaking with the Customers. This initiative is "more of a marketing function", rather than an Abuse process. It will be fully automated. Subscribers will be advised via email only. There will be no suspensions.

## 4.0 Process Description – Excessive User

Excessive User will be a mostly automated, hard 3-strikes process. It will be automated up to termination. CATS will automatically suspend the Subscriber, for the first two strikes. The 3rd complaint within a 180 day period will result in a 6 month termination.

## 5.0 Investigation & Resolution

| Action Items |
| --- |
| *You've encountered an open CATS Ticket for Abuse Type* **BANDWIDTH…** |
| 1. If the complaint is for **DUAE,** promptly notify CCIATL-DataOps-CATS@cox.com & CC: CCI-AbuseCorporate@cox.com |
| 2. If the complaint is for **Excessive User,** this should be the "3rd Strike" and the ticket for which the Subscriber's termination will be performed & documented. |

## 6.0 General Guidelines

| |
| --- |
| 1. DUAE tickets should be fully automated. Any BANDWIDTH – DUAE tickets left open by CATS should be brought to the attention of the CATS Administrator - CCIATL-DataOps-CATS@cox.com |
| 2. Subscribers terminated for BANDWIDTH – Excessive User will have a termination period of no less than 6 months. |

Cox Communications

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000460

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1414**

COX_SONY_00001245
PX-0179.0006



## 7.0 References

| Document Name | Location |
| --- | --- |
| KIQ Article? | ? |
| BANDWIDTH / Excessive User Walled Garden page? | ? |

## 8.0 Definitions, Acronyms, and Abbreviation

**DUAE – Data Usage Allowance Education;** a process for educating Customers about the amount of bandwidth they are using.

**Excessive User –** a Subscriber who is grossly abusing their bandwidth limitations, using 2X or more than their allotted bandwidth, within a single billing cycle.

## <u>BLACKLIST</u>

## 1.0 Purpose

This section defines steps for handling complaints from Customers or 3rd parties who believe that their emails are being blacklisted by Cox or a 3rd party, such as SORBS, Spamhaus, CBL, etc.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000461

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA1415**

COX_SONY_00001246
PX-0179.0007



## 2.0 Scope

These Procedures apply to Tier 2 NetSec and Corporate Abuse.

## 3.0 Process Description

Abuse@Cox.net may occasionally receive complaints from non-Cox.net Subscribers that their emails are being blocked by Cox. We may also receive complaints from Cox.net Subscribers about our mail servers being blacklisted by a 3rd party and they are unable to send emails to a particular contact at another ISP or organization. For these complaints, we should set the Abuse Type to BLACKLIST.

## 4.0 Investigation

| Action Items |
| --- |
| 1. Read the complaint and determine whether the party blacklisted is a Cox.net Subscriber or a 3rd party. |
| 2. Examine the complainant's headers above the complaint. |

## 5.0 Resolution – 3rd Party Complainant

| Action Items | |
| --- | --- |
| 1. If it is a non-Cox Customer reporting the issue: | Reply and send the "Blacklist (Reply to External Party)" Form Letter. |

## 6.0 Resolution – 3rd Party Complainant

| Action Items | |
| --- | --- |
| 1. If it is a Cox.net Customer reporting the issue: | 1. Reply and send the "Blacklist Reply to CUST 2" Form Letter. |
| | 2. Notify Corporate Abuse -- cci-abusecorporate@cox.com – of the complaint and provide the details. |
| | 3. Await any response from the Subscriber and share any additional information with Corporate Abuse – cci-abusecorporate@cox.com |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    COX_BMG00000462

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA1416**                    COX_SONY_00001247
PX-0179.0008



## 7.0 General Guidelines

| Action Items |
| --- |
| 1. If the request is not clear, you can send a response to the complainant requesting additional information. |
| 2. If you are unsure of the appropriate course of action, reach out to Corporate Abuse – cci-abusecorporate@cox.com |
| 3. The Postmaster Page has helpful information - http://postmaster.cox.net |

## 8.0 References

| Document Name | Location |
| --- | --- |
| Headers Document | Cox_Communications_Header_Primer.pdf |
| Cox.net Postmaster Page | http://postmaster.cox.net |
| MX Toolbox Blacklist Check | http://www.mxtoolbox.com/blacklists.aspx |

## 9.0 Definitions, Acronyms, and Abbreviation

**Email Blacklist** – An email blacklist blocks email considered spam. unsolicited emails sent via an automatic system from entering recipients' email inboxes.

**Email Filter** – Most often this refers to the automatic processing of incoming messages, but the term also applies to the intervention of human intelligence in addition to anti-spam techniques, and to outgoing emails as well as those being received.

## COPYOTHER

### 1.0 Purpose

These procedures define the steps in responding to Copyright Infringement Take-down Notices

### 2.0 Scope

These procedures apply to Tier 2 NetSec and Corporate Abuse.

Cox Communications

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000463

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1417**

COX_SONY_00001248
PX-0179.0009



## 3.0 Process Description

Subscribers may not use their Cox Internet Services to post, copy, transmit, or disseminate any content that infringes the patents, copyrights, trade secrets, trademarks, or propriety rights of any party.

Our policy states that each case will be reviewed individually before termination. Please convey to our Subscribers that, depending upon the circumstances, if we continue to receive notices of their infringement, their service may be suspended and/or terminated.

**Action Items**

## 4.0 Investigation

**Action Items**

| | |
|---|---|
| 1. Verify that the notice(s) in the ticket is/are valid. A valid DMCA Notice should contain the following:<br>  A. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br>    1. PGP signatures are required for automation<br>    2. "signed…" & "/s/" are accepted as signatures<br>  B. Identification of the copyrighted content claimed to have been infringed.<br>  C. The location (IP Address, Port, URL, etc) of the infringing content.<br>  D. The complainant's contact information.<br>  E. Statement of "good faith belief"<br>  F. Statement of "under penalty of perjury" | |
| 2. If the notice is missing any of the above requirements or if there is an error for the PGP signature | Notify CCI – Abuse Corporate, providing Ticket # |
| 3. Verify that the correct Subscriber was identified by checking the infringement date & time and compare it with CATS DHCP Records. Update the ticket with the correct Subscriber or Abuse Date, if required. | |

## 5.0 Resolution – First Offense

**Action Items**

| | |
|---|---|
| 1. For the First Offense, within a 6 month period. | "Hold for further complaints." |

## 6.0 Resolution – Repeated Offenses *with* Preferred or Cox.net Email Contact Available

- 10 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000464

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1418**

COX_SONY_00001249
PX-0179.0010



| | | |
|---|---|---|
| *2nd Offense* | Send Email Warning | **7.0 Resolution – Repeated Offenses – *without* Preferred or Cox.net Email Contact Available** |
| *3rd* | Send Email Warning | |
| *4th* | Send Email Warning | |
| *5th* | Send Email Warning | |
| *6th* | Send Email Warning | |
| *7th* | Send Email Warning | |
| *8th* | Suspend<br>Customer has option to self-reactivate | |
| *9th* | Suspend<br>Customer has option to self-reactivate | |
| *10th* | Suspend to Tier 2 800#.<br>Provide Tier 2 Worklog Notes | |
| *11th* | Suspend to Tier 2 800#.<br>Provide Tier 2 Worklog Notes | |
| *12th* | Suspend to Atlanta 404#<br>Advise Subscriber that if we continue to receive complaints, after this suspension, their account will be under review for termination. | |
| *13th* | Suspend to Atlanta 404#<br><br>Advise the Subscriber that their account is under review for termination by and it may take up to several business days to complete the review. | |
| *Continued Offenses* | Suspend to Atlanta 404#<br><br>Account will be reviewed and considered for termination. | |

**Action Items**

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000465

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1419**

COX_SONY_00001250
PX-0179.0011




## CUSTOMER SAFETY & ABUSE OPERATIONS

**COX BUSINESS ABUSE TICKET**

**HANDLING PROCEDURES**

**Release 3.0**

**November 01, 2012**

This is a reference guide on working abuse tickets for Cox Business IP Space via CATS. Always use your best judgment and do the right thing for our Customers, our Network and The Internet community. Always feel free to contact the Corporate Customer Safety/Abuse Team for additional guidance. Our distro is CCI-AbuseCorporate@Cox.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JA1420

COX_SONY_00507777
PX-0181.0001

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY JA1421

# TABLE OF CONTENTS

*AUTO CLOSE* ................................................................................................................................ *3*

*COPY OTHER* ............................................................................................................................... *5*

*DENIAL OF SERVICE* ................................................................................................................... *8*

*FRAUD* ........................................................................................................................................ *10*

*HACKING/UNAUTH* ..................................................................................................................... *12*

*MALWARE COMPROMISE* ......................................................................................................... *15*

*NOT ABUSE* ................................................................................................................................ *18*

*OPEN PROXY* ............................................................................................................................. *21*

*OPEN RELAY* .............................................................................................................................. *24*

*OPEN WIFI* ................................................................................................................................. *27*

*PHISHING* ................................................................................................................................... *29*

*PHISH TO CUSTOMER* ............................................................................................................... *29*

*PHISHING HOST* ......................................................................................................................... *31*

*PRIVACY / THREATS AND HARASSMENT* ................................................................................. *33*

*PORT SCANNING MALICIOUS* ................................................................................................... *35*

*SPAM OTHER* .............................................................................................................................. *38*

*SPAM TO ABUSE* ........................................................................................................................ *40*

*SPAM TO CUST* .......................................................................................................................... *42*

*SPAM TROJAN* ........................................................................................................................... *44*

*SPAM UCE* .................................................................................................................................. *47*

*SPAM USENET* ............................................................................................................................ *50*

*SPAM FP* ..................................................................................................................................... *52*

*UNKNOWN* .................................................................................................................................. *54*

*VIRUS EMAIL* ............................................................................................................................. *56*

*VULNERABILITY* ........................................................................................................................ *59*

*GENERAL GUIDELINES* ............................................................................................................. *61*

*REMEDIATION AND PREVENTION* ............................................................................................ *62*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA1422**    COX_SONY_00507779
PX-0181.0003

# <u>AUTO CLOSE</u>

## 1.0 Purpose

This document defines procedures followed by CATS to automatically close tickets.

## 2.0 Scope

These Procedures apply to CB Customer Safety & Abuse Representatives.

## 3.0 Process Description

A ticket is automatically assigned the abuse type, AUTO CLOSE, when no criteria for investigation are found in the complaint, such as a Cox IP Address.

## 4.0 Investigation

| Action Items |
| --- |
| 1.  No investigation by a human is necessary |

## 5.0 Resolution

| Action Items |
| --- |
| 1.  Auto-closed tickets are handled by CATS and no action by human is necessary |
| 2.  Auto-closed tickets are infrequently seen by those working in CATS |
| 3.  Occasionally, you might come across a child ticket in which the complainant has responded to the "NO COX IP" auto-reply sent via the auto-closed parent ticket |
| 4.  Auto-reply states that the complainant has not provided enough information for abuse@cox.net to conduct an investigation or the matter which they are reporting did not originate from Cox.net |
| 5.  This form letter offers suggestions on how to report Internet abuse to the proper authorities |
| 6.  If the complainant believes they received the auto-reply in error, they can simply reply to the auto-reply |

## 6.0 References

| Document Name | Location |
| --- | --- |
| Headers Document | https://abuse.corp.cox.com/docs/Cox_Communications_Header_Primer.pdf |
| Manual Suspension Guide | http://everything.coxbusiness.com/library/quarantine_procedures.pdf |
| Helpful Links | http://everything.coxbusiness.com/index.pl?node=Library |
| Compliance Letter | http://everything.coxbusiness.com/library/AUP_Compliance_letter_form.pdf |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    JA1423

COX_SONY_00507780
PX-0181.0004

## 7.0 Definitions, Acronyms, and Abbreviation

**Auto Close** – Automatically close tickets that do not have a valid Cox IP address

**IP Address** – Internet Protocol address is a unique address that devices use in order to identify and communicate with each other on a computer network

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JA1424

COX_SONY_00507781
PX-0181.0005

# COPYOTHER

## 1.0 Purpose

This document defines steps to respond to complaints regarding Copyright Infringement.

## 2.0 Scope

These Procedures apply to CB Customer Safety & Abuse Representatives.

## 3.0 Process Description

Subscribers may not use the Cox HIS Service to post, copy, transmit, or disseminate any content that infringes the patents, copyrights, trade secrets, trademarks, or propriety rights of any party.

## 4.0 Investigation

| Action Items | |
|---|---|
| 1. Verify that the complaint is a valid DMCA complaint by checking that it has a valid digital signature | |
| 2. If there is no valid digital signature | Send Form Letter 'Invalid DMCA Digital Signature' |
| 3. If some of the prerequisites are missing in the complaint e.g. good faith belief statement | Send Form Letter 'Invalid DMCA General' |
| 4. If the complaint is missing the location and filename of infringed material | Send Form Letter 'Invalid DMCA Material/ID Loc' |
| 5. Verify that the correct subscriber was identified by checking the infringement date and time and comparing it with the DHCP records in CATS or static IP in SOAK | |
| 6. Update the ticket with correct information if required | |

## 5.0 Resolution

| Action Items | |
|---|---|
| 1. For the First Offense (within a 6 month period) | NOTE TICKET "Hold for more." & CLOSE |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    JA1425    COX_SONY_00507782
PX-0181.0006

**Action Items**

2nd Complaint and up

| |
|---|
| **2nd Complaint and up** |
| CALL / WARN |
| The best way for these complaints to be handled is to get an email address to forward the DMCA complaints to. Like for the owner, GM or an appropriate contact. |
| |
| The second best way to handle these is to call and speak to the owner or GM of the company. |
| |
| If there is no contact made by phone, or email to send a warning, you may quarantine based on your discretion. |
| |
| There may be excessive violations that you may decide to quarantine. |
| |
| It is not likely that we would terminate a CB customer for DMCA violations. If you believe this is necessary, or you ever have a question on what action to take, please contact Corp Abuse. |

| | |
|---|---|
| 1. | Call the customer contact listed in ICOMS and make sure that you are speaking to the business owner or the person responsible for handling computer issues |
| 2. | Inform them that Cox has received a report from " insert the reporting party's name e.g. Paramount pictures" that file sharing of copyright material has occurred on " Date" using their IP address |
| 3. | You may disclose any and all information listed in the complaint |
| 4. | If necessary or requested by customer, forward the complaint to customer |

| | | |
|---|---|---|
| 5. | Advise them to remove all infringing files and also turn off sharing on the file sharing programs or delete the file sharing programs to prevent future violations | |
| 6. | Check all computers/ laptops in the organization, for P2P programs installed on them | |
| 7. | If the customer states that they do not have P2P program on their computer | Check if they have a wireless network |
| 8. | If the customer has a wireless network, it is possible that it is not secure and is being misused | |
| 9. | Remind customer to secure their wireless network | |
| 10. | If the customer does not have P2P program and has a secure wireless network or no wireless network | They are most likely compromised |
| 11. | Check firewall logs for traffic being sent/received on common P2P ports. | |

COX_SONY_00507783
PX-0181.0007

## 6.0 General Guidelines

**Action Items**

1. If DMCA complaints continue after QUARANTINE, the account can be terminated. This is up to the discretion of the Abuse Engineer. We do not want to Terminate anyone.

2. Many helpful hints for the customer at http://support.coxbusiness.com, check under the Data Support - Security section

3. Hardware Firewall on and logging traffic – if customer does not have a firewall, have them get one. Install software firewalls on each of the computers also.
http://support.coxbusiness.com/sdcxuser/cbs/default.asp?theArticleView=9bad8980-f61c-43e4-8165-c26dd40f1bf0

4. If customer has a wireless network, they must secure it from unauthorized entry.
http://support.coxbusiness.com/sdcxuser/cbs/default.asp?theArticleView=4d1d94e9-8381-4c83-833e-

5. Make sure customer has disabled unnecessary services on their router and/or computer, such as FTP or Web server

6. Avoid running files from un-trusted sources such as Kazza, Usenet groups, etc. Files obtained from an un-trusted source can contain Trojans and viruses

7. Enable auto updates if you are using Microsoft based products

8. Update the virus definitions for your anti-virus product at least twice a week and run a full system scan at least once a week. If auto updates are available for the product, have the customer turn it on

9. Disable auto saving of attachments in Outlook. This can be done in the 'options' section

10. Run anti spyware tools such as ad-aware and spybot twice a week

11. Disable HTML and Java in email

## 7.0 References

| Document Name | Location |
|---|---|
| Headers Document | https://abuse.corp.cox.com/docs/Cox_Communications_Header_Primer.pdf |
| Manual Suspension Guide | http://everything.coxbusiness.com/library/quarantine_procedures.pdf |
| Helpful Links | http://everything.coxbusiness.com/index.pl?node=Library |
| Compliance Letter | http://everything.coxbusiness.com/library/AUP_Compliance_letter_form.pdf |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
JA1427
COX_SONY_00507784
PX-0181.0008

# State of Customer Safety 2011

## Residential Customer Safety

### Overview

Customer Safety (Formally known as Abuse) is the department that collects complaints and acts upon violations of the Cox Acceptable Use Policy. By resolving issues quickly we do our best to keep the Cox IP space unblocked from other mail servers and networks across the Internet so our customer's data continues to flow without interruption. Whether it be email, legal file transfers or access to a web site, Customer Safety's goal is to ensure that all Cox customers have an enjoyable experience with our products and without interruption.

Customer Safety has had rocky road over the past few years. For several years, violations of our Acceptable Use Policy were not a priority until an issue actually affected the customer experience. Inbound calls from our customers have always been the top priority for our teams in the markets and we can not fault this type of thinking. It has taken several years to convince most markets that resolving these issues quickly can actually reduce the number of support calls. We continue to push this philosophy as not all markets are on board.
The reorganization across Cox has also impacted our ability to quickly and correctly assist the customer.

### Past Status:

Prior to April 1st 2011, the TOC had 9 people working customer safety tickets along with their other duties. The Hampton Roads office had 5 and the San Diego office had 4 working tickets. This gave us 24/7 coverage with weekends and holidays. If a customer needed assistance with a question or quarantine, someone was available. These technicians were tasked not only with customer safety responsibilities but normal job duties of a Tier 2 representative.
During this time the percentage of tickets that were out of SLA was .5%. All tickets were handled in accordance with our M&P's and we received no complaints, only escalations of challenging customers, removal assistance of difficult infections and email or bulk mailings issues.

### Current Status:

On April 1st 2011, the TOC realigned its work force and replaced the 9 team members with 4. All reside in the Hampton Roads office. These 4 remaining technicians are not dedicated to abuse as they do assist with other issues that come into the TOC. Other team members in the Hampton Roads office are supposed to step in when one of the 4



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00000992

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1428**

COX_SONY_00005203
PX-0197.0001

team members is not available. This represents a 45% reduction in work force for residential abuse.

Here is the current schedule for the TOC abuse agents:

Andrea Dameri  W-Sa 10 am to 9pm
Michael Moy  M-Th 1pm to Midnight
Harry Spriggs  Su-W 10 am to 9pm
Roger Vredenburg Tu-F 1pm to Midnight

As you can see, there are large gaps in coverage overnight and weekends. This impacts customers who work odd hours and need assistance during these gap hours. These customers are usually left to wait till the next day for help.

Corporate did not have a voice in this redistribution however we did chose the best 4 people, taking in to consideration the work done and NOT the amount of tickets, compliments and complaints from customers and technical knowledge. This info was sent to the supervisor of the TOC for review and they did place two of our recommendations into this new group.

**Stats:**

We expected the 'time to resolution' would increase, raising the SLA past the 48 mark. However, this did not happen as the average completion for tickets stayed within acceptable boundaries. This is due to 4 team members putting abuse tickets at the front of their priorities each day. However, there has been in increase in the numbers for tickets that did not meet the 48 SLA. Since the reorganization the SLA increased to an average of 7% during the following months.

What this means is that 'normal' tickets such as DMCA are handled more quickly then in the past however tougher tickets such as Dos, hacking, etc. are taking more time to correct and close. The fact that only one person is on duty each Saturday and Sunday has left a small gap in the time to complete some tickets depending on normal tech support issues these reps work also.

Below is the chart showing the average time to completion over the past 12 months. A large spike occurred in April just after the TOC's reorganization, yet we are still within SLA.



**Residential tickets for 2010:**
These numbers are for manually processed tickets. Any tickets automatically handled
by the Cox Abuse Tracking System have been removed. As you can see, the number of
tickets out of SLA grew after the TOC's reorganization in April.

| MONTH | TICKETS IN SLA | TICKETS OUT OF SLA |
|---|---|---|
| January | 9144 | 47 |
| February | 9459 | 39 |
| March | 10282 | 42 |
| April | 15499 | 459 |
| May | 14140 | 1595 |
| June | 15214 | 1764 |
| July | 13514 | 1693 |
| August | 12088 | 1229 |
| September | 10850 | 1350 |
| | | |
| Year Total | 110190 | 8218 |

Percent out of SLA = 7%
This is acceptable for the personnel we have.

**Conclusion:**

To deal with the decrease in personnel, Corp Abuse has placed more automation on
DMCA complaints (Our number one issue). We increased the number of times a
customer can 'self re-activate' for a DMCA complaint and forced all large and medium
copyright holders to place a digital signature in their reports so our system can
automate the process. This has helped to keep the average SLA within guidelines and
we continue to look for other ways to automate alerts.

Corporate Abuse has only received 2 complaints during 2011 regarding the support
hours of the TOC. Each time the complainant was upset that had to wait for someone to
call them back. There is a possibility that other complaints never reached us and were
handled by the local supervisor.

Our biggest concern is when one of the technicians who works on weekend's takes time
off, they are not replaced with a dedicated abuse person for that day. The normal
working of tickets halts until the next day when one of the 4 Hampton Roads technicians

# What is "Abuse?"

The term "Abuse", as it applies to the CHSI service, refers to the misuse or mistreatment of CHSI services, equipment and customers. This misuse can occur in a variety of ways, both intentionally and unintentionally. Let's look at two common abuse situations:

• A CHSI customer is **using file-sharing software** to allow other Internet users to download MP3 files of copyrighted music from his computer. This is clearly a case of abuse since he is allowing copyright-protected materials to be shared, which is a violation of federal law.

• A CHSI customer's **computer has been infected with a virus that secretly uses his PC to "attack" other servers** on the Internet. The customer is directly involved in a serious abuse of the CHSI service, but innocently does not know it.

Both scenarios are examples of abuse of the CHSI service since someone, or something, is being harmed in the process. In both cases, the customers will be warned or have their services suspended or even their disconnected, in order to protect the CHSI network, Cox customers and other Internet users.

Types of abuse:
• **Copyright violations**

• **Hacking**

• **Email or newsgroup spam**

• **Inappropriate content posted on WebSpace**

• *Offered Services* **such as mail and web servers**

• **Virus or Trojan infectio**ns

# CHSI Abuse Process



**Abuse Issue Identified**
- Complaint of abuse is received via email
- Abuse ticket created in CATS



**Customer Contact**
- 1st offense customer receives email warning
- 2nd offense customer has serivce suspended
- 3rd offense customer has service terminated



**Tier 2 Handles the Abuse Call**
- 1st offense customer educated about abuse issue
- 2nd offense customer reactivated after verifying abuse is resolved
- 3rd offense customer directed to Abuse team for reconnection

## Step 1: Identifying Abuse Issues

The CHSI abuse process begins when the Atlanta-based Abuse Team identifies an abuse issue. Most often issues are identified when someone emails a complaint to *abuse@cox.net*. However, the Abuse Team also proactively monitors the CHSI network for common abuse indicators, such as scanning network ports.

When an email arrives, the **Cox Abuse Tracking System** (CATS) tool automatically extracts the email from the inbox and creates an *abuse ticket*. The Abuse Team, Tier 2, and Tier 2.5 (TOC) all use the webbased CATS tool to track and diagnose abuse issues. The features and procedures of CATS will be covered in **Lesson 3 – The CATS Tool**.

COX_SONY_00525119
PX-0203.0002

## Step 2: Customer Contact

The Abuse Team regularly checks for newly created abuse tickets in the CATS tool. Abuse Team members review each ticket and research any prior complaints about the suspected abuser. Depending on the abuser's prior history and the seriousness of the new complaint, the Abuse Team takes one of three actions:

• **1st Offense**: Email a warning to the customer
• **2nd Offense:** Suspend the customer's CHSI service
• **3rd Offense**: Terminate the customer's CHSI service

**Not always this simple**


## Step 3: Handling Abuse Issues at Tier 2

You can expect to receive calls from customers in response to any of the three actions taken by the Abuse Team. Depending on the action taken, your responsibility will be:

• **1st Offense:** Educate the customer on the type of abuse for which they are being warned
• **2nd Offense:** Reactivate the service after verifying the customer has resolved the abuse issue
• **3rd Offense:** Instruct the customer to speak directly with the Abuse Team

**First Warning: Customer Education**
Many customers who receive an abuse warning will likely send an email reply to the initial email warning. However, some may call to have the warning clarified or learn what they must do to resolve the issue.
When speaking with a customer regarding abuse, remember that the customer may not have intended to cause any harm. Some abuse customers, like the one described at the start of this lesson, are not even aware that they are involved in an abuse issue. As a Tier 2 representative, you will be able to view the customer's abuse ticket so as to fully understand the issue and direct the customer to possible solutions.
Be certain to clearly explain to a customer that unless steps are taken to resolve the issue, the service may be suspended.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_SONY_00525120
PX-0203.0003

**Suspension of Service: Advise, Verify and Activate**

Customers who repeat the same type of abuse may have their CHSI services *suspended* by the Abuse Team. In these situations, the modem is de-provisioned through ICOMS, but email accounts and WebSpace are untouched. The Abuse Team adds notes regarding the suspension to the CC screen in ICOMS and the CATS ticket is updated. Usually a customer discovers that service has been suspended when Internet connectivity has been lost. If the customer calls for technical support, the Tier 1 representative will read the CC notes in ICOMS, identify that the customer has been suspended for abuse and then escalate the call to Tier 2. When you speak with a customer who has been suspended for abuse, handle the call using the following three guidelines:

• **Advise** the customer of the reason for suspension

• **Verify** that the customer has corrected the issue

• **Activate** the service again by re-provisioning the cable modem

The specific procedures for verifying that an abuse issue has been corrected are detailed in **Lesson 4-**

**Types of Abuse.** In all situations, clearly explain that another incident of the same abuse issue could result in the *termination* of the CHSI service.

**Termination of Service: The "3-Strike" Rule**

It is important to understand that suspensions and terminations occur when a customer repeats the same *type* of abuse. Cox has established a "3-Strike Rule" for routine abusers. After a customer has received an initial warning and suspended for the second offense, the third offense for the same abuse issue is considered the "third-strike." Consequently, the customer's CHSI service could be terminated. For example:

**Strike 1! -** Mr. Hutchins has been identified for committing three different types of abuse: copyright violation, inappropriate content on his webspace

COX_SONY_00525121
PX-0203.0004

account, and sending spam email. He receives three separate email warnings; one for each of the offenses.

**Strike 2!** - About a month later, another ticket has been opened against Mr. Hutchins for sending spam email. Since this is the second offense for sending spam, the Abuse Team suspends his service. Mr. Hutchins speaks with a Tier 2 representative and has his service reactivated after he promises to stop sending spam.

**Strike 3!** - Two months later more complaints of copyright violation and spamming are brought against Mr. Hutchins. This is Mr. Hutchins third incident of spam abuse and the Abuse Team decides to shut off his CHSI service.

The "3-Strike Rule" acts as a guideline for dealing with repeat abusers. However, the Abuse Team manages suspension and termination decisions on a case-by-case basis. As a Tier 2 representative, you *cannot* reestablish service on the account. Instead, clearly explain to the customer the reason that the service was terminated. Customers who wish to reestablish CHSI service or discuss any matter of the abuse and termination can speak with the Atlanta Abuse Team via a toll-free number. See Infonet (**Tech Support>HSI>Abuse**) for the Abuse Team phone number.

COX_SONY_00525122
PX-0203.0005

**Instructions:** Read the description of each event below. Then determine under which step in the CHSI Abuse Process the event occurs.

**Situation Step in the Abuse Process**

1.
A customer has learned that his service has been terminated and is demanding that it be reactivated. You provide him with the phone number for the Abuse Team.

2. The Abuse Team deprovisions the modem of a customer who has had numerous spam complaints made against her over the past two months.

3. A customer receives an email warning him of a possible Trojan on his computer.

4. A MSN customer forwards a harassing email she received from a customer with a Cox.net email address.

5. A suspended customer calls to tell you that she has removed copyrighted movies from her hard drive.



# Cox High Speed Internet Data Usage Assessment

## *Appendix*

**April 19, 2011**

**Presented by: Rob Schuler, Nicole Dinion**
**Emails: rschuler@incodetel.com, ndinion@incodetel.com**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON 000542

JA1437

# Agenda

I. **ISP Benchmarking**

    I.     Overview Slides

    II.     ISP Summaries

II. **Data Usage Analysis**

    I.     Overview Slides

    II.     Online Activity Summaries

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

inCode
Telecom

PX-0213.0002

# Agenda

I. **ISP Benchmarking**

    I. Overview Slides

    II. ISP Summaries

II. **Data Usage Analysis**

    I. Overview Slides

    II. Online Activity Summaries

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0213.0016

# ATT



## Data Policies

### Overage Policy

- Policy began in May 2011
- Enforcement not commonly seen until early 2012
- Begins fees on the 3rd incident
- Charges $10 for an additional 50GB
- Will not charge if usage meter is broken / not in place

| Tier Name | Downlink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|-----------|----------------------|------------------|------------------|
| Pro (DSL) | 3 | 20 | 150 |
| Elite (DSL) | 6 | 25 | 150 |
| Pro | 3 | 38 | 250 |
| Elite | 6 | 43 | 250 |
| Max | 12 | 48 | 250 |
| Max Plus | 18 | 53 | 250 |
| Max Turbo | 24 | 63 | 250 |

## Education Tools

| Tool | Yes / No | Notes |
|------|----------|-------|
| Usage Meter | ☑ | Technical difficulties, not available in all markets. |
| Notification System | ☑ | 65%, 90% and over. Multiple notices. Method unknown. |
| Activity Comparison Table | ☑ | 7 activities for both 150GB and 250GB. In FAQ |
| Videos | ☑ | 4 Videos on data usage |
| Data Calculator | ☑ | 6 activities, select service |

### Data Calculator



### Activity Table

### FAQ Notes

- Coverage: Thorough coverage of information
  - What is data usage
  - Why allowances
  - What are allowances
  - What counts
  - How to monitor own data usage
  - Trouble Shooting
- Ease: Extremely easy, linked to main page
- Clarity: Succinct, easy to understand

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0213.0017

# Rogers



## Data Policies

### Overage Policy

- All rates are up to $50
- Ultra Lite – $5.00/GB
- Lite – $4.00/GB
- Express – $2.00/GB
- Extreme – $1.50/GB
- Extreme Plus
- Ultimate – $0.50/GB
- Less than 1 MB not recorded

| Tier Name | Downlink Speed (Mbps) | Uplink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|---|---|---|---|---|
| Lite | 3 | 256 kbps | 35 | 15 |
| Express | 18 | 512 kbps | 49 | 70 |
| Extreme | 28 | 1 | 62 | 120 |
| Extreme Plus | 32 | 1 | 72 | 200 |
| Ultimate | 75 | 2 | 100 | 250 |

## Education Tools

| Tool | Yes / No | Notes |
|---|---|---|
| Usage Meter | ☑ | Daily usage visible. Historical for 6 mo |
| Notification System | ☑ | Notification via email and pop-up at 75% and 100% |
| Activity Comparison Table | ☑ | 3 activities on main page. No table. |
| Videos | ☒ | N/A |
| Data Calculator | ☒ | Have for wireless |

### Main Page

*Top: Speed advisor
Tier: speeds, data
allotment, cost &
activity comparison
for speed & data*



### FAQ Notes

- Coverage: Thorough coverage of information
  - Usage Meter
  - Notification
  - Billing procedure & usage period
  - Spam
  - Allotments & what counts
  - Calculation for overage
- Ease: Not challenging, via website
- Clarity: Succinct, easy to understand. No introduction.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

inCode
Telecom

PX-0213.0018



# CableOne



## Data Policies

### Overage Policy

- No charge in the first 3 months $0.50 / GB
- For daily plans, overages apply if hit more than 15 days / mo
- Only counts during 8am to 12am
- Began overages in May 2011
- Throttles heavy user during peak

| Tier Name | Downlink Speed (Mbps) | Uplink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|-----------|----------------------|---------------------|------------------|------------------|
| Economy | 1.5 | 150 kbps | 20 | 1 GB / mo |
| Standard | 5 | 500 kbps | 50 | 5 GB / day |
| Basic | 10 | 1 | 60 | 10 GB / day |
| Preferred | 50 | 2 | 50 | 50 GB |
| Elite | 50 | 2 | unknown | 100 GB |

## Education Tools

| Tool | Yes / No | Notes |
|------|----------|-------|
| Usage Meter | ☑ | Not visible. No FAQ detail. |
| Notification System | ☑ | Occur at 75%, 95%, 100%. Scrolls along top of browser |
| Activity Comparison Table | ☒ | Has embedded table in data calculator |
| Videos | ☒ | N/A |
| Data Calculator | ☑ | Best in class data calculator. |

### Data Calculator



### FAQ Notes

- Coverage: Good coverage of information
  - What is data usage
  - Why allowances
  - What are allowances
  - What counts
  - How to monitor own data usage
  - Trouble Shooting
- Ease: Challenging to find
- Clarity: Confusing policy. Not clearly explained.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

in Code
Telecom

PX-0213.0019

# Suddenlink



## Data Policies

### Overage Policy

- First instance → temporary suspension, 4th instance overage fees begin
- Charges $10 / 50 GB
- Implemented in October 2011
- Began in Texas

| Tier Name (first 4 unnamed) | Downlink Speed (Mbps) | Uplink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|---|---|---|---|---|
| Lite | 1.5 | | 24 | 150 |
| Standard | 10 | | 48 | 150 |
| Basic | 15 | | 73 | 250 |
| Preferred | 20 | | 85 | 250 |
| Max 50 | 50 | 3 | ~110 | 350 |
| Max 70 | 107 | 5 | 120 | 350 |

## Education Tools

| Tool | Yes / No | Notes |
|---|---|---|
| Usage Meter | ☑ | In many markets, began in 2009 |
| Notification System | ☑ | At 80% browser pop-up to set email for notifications. |
| Activity Comparison Table | ☑ | 7 activities. In FAQ |
| Videos | ☒ | N/A |
| Data Calculator | ☒ | N/A |

### Usage Meter



### Activity Table

### FAQ Notes

- Coverage: Good coverage of information
  - What is data usage
  - Why allowances, what are they
  - What counts
  - How to monitor own data usage
  - Trouble Shooting
  - Outside tool comparison
- Ease: Challenging to find. Had to do search.
- Clarity: Succinct, easy to understand

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0213.0020

# Cox



## Data Policies

### Overage Policy

- No fee, but notifies, and may require plan upgrades and retains the right to terminate if excessive usage.
- Considering a "3 strikes and your out" policy – trialing in FL and GA

| Tier Name | Downlink Speed (Mbps) | Uplink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|---|---|---|---|---|
| **Starter** | 1 | 384 kbps | 29 | 30 |
| **Essential** | 3 | 768 kbps | 39 | 50 |
| **Preferred** | 18-22 | 2.5 | 54 | 200 |
| **Premier** | 25-31 | 3 | 64 | 250 |
| **Ultimate** | 50-55 | 5.5 | 100 | 400 |

## Education Tools

| Tool | Yes / No | Notes |
|---|---|---|
| Usage Meter | ☑ | Hard to locate. Very detailed: historical and forecasted. |
| Notification System | ☑ | Not pre-emptive. Email, notification, and pop-up. |
| Activity Comparison Table | ☑ | 5 activities. In FAQ |
| Videos | ☒ | N/A |
| Data Calculator | ☒ | N/A |

### Usage Meter



### Activity Table

### FAQ Notes

- Coverage: Thorough coverage of information
  - What is data usage
  - Why allowances
  - What are allowances
  - What counts
  - How to monitor own data usage
  - Trouble Shooting
- Ease: Somewhat difficult to find, was found via website
- Clarity: Succinct, easy to understand

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0213.0021

# Comcast



## Data Policies

### Overage Policy

- 250GB allotment across all tiers
- NO overage fee
- Excessive use policy: on the 3rd time exceeding 250GB terminate account for 12 months
- Link to a 3rd party that has validated data meter accuracy

| Tier Name | Downlink Speed (Mbps) | Uplink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|---|---|---|---|---|
| **Starter** | 3 or less | unknown | 30 | 250 |
| **Performance** | 6 | 1 | 50 | 250 |
| **Performance Starter** | 20 | 4 | 45 | 250 |
| **Blast!** | 30 | 6 | 73 | 250 |
| **Extreme 50** | 50 | 10 | 114 | 250 |
| **Extreme 105** | 105 | unknown | 200 | 250 |

## Education Tools

| Tool | Yes / No | Notes |
|---|---|---|
| Usage Meter | ☑ | Has historical. Confusing b/c by month but billing is not. |
| Notification System | ☑ | Not pre-emptive. Only once when over. |
| Activity Comparison Table | ✖ | Lists 5 activities in the FAQ |
| Videos | ✖ | N/A |
| Data Calculator | ✖ | N/A |

### Usage Meter



### FAQ Notes

- Coverage: Thorough coverage of information
  - Why data allowances
  - What are allowances
  - Repercussions of exceeding
  - What counts
  - How can I keep track
  - Troubleshooting
  - What customer input do you seek?
- Ease: Somewhat difficult to find, was found via website
- Clarity: Succinct, easy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

inCode
Telecom

PX-0213.0022

# TWC


## Data Policies

### Overage Policy

- Any plan can have unlimited
- Offers an "Essentials" Plan which gives a $5 discount for a 5GB cap.
- $1/GB overages up to $25
- "Essentials" launched in March of 2012
- Available in Southern Texas

| Tier Name | Downlink Speed (Mbps) | Uplink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|---|---|---|---|---|
| Lite | 768 | 128 kbps | 30 | 5 or unlim |
| Basic | 3 | 265 kbps | 40 | 5 or unlim |
| Standard | 10 | 512 kbps | 55 | 5 or unlim |
| Turbo | 20 | 2 | 65 | unlim |
| Extreme | 30 | 5 | 75 | unlim |
| Ultimate | 50 | 5 | 100 | unlim |

## Education Tools

| Tool | Yes / No | Notes |
|---|---|---|
| Usage Meter | ☑ | Have but only for those trialing essentials |
| Notification System | ☑ | Only via email. Has pre-emptive at 80%. |
| Activity Comparison Table | ☑ | 11 activities. Hard to locate. Only single size. |
| Videos | ☒ | N/A |
| Data Calculator | ☒ | N/A |

### Activity Table

| Activity | Usage Estimate |
|---|---|
| Email | 10 KB/email |
| Photo | 3 MB/photo |
| Web Page | 320 KB/page |
| Internet Calling | 0.47 MB/min |
| Video Calling | 2.82 MB/min |
| Online Gaming | 0.83 MB/min |
| Song | 4.0 MB/song |
| Internet Radio | 0.45 MB/min |
| SD Video Streaming | 1.07 MB/min |
| HD Video Streaming | 28.6 MB/min |
| IM Chat | 0.01 MB/min |

### FAQ Notes

- Coverage: Has detail, not all questions answered.
  - Details on "Essentials"
  - What counts
  - How to monitor own data usage
  - Trouble Shooting
- Ease: Cannot find a link on website. Each question must be selected individually.
- Clarity: Provides incorrect information.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

inCode
Telecom

# Century Link



## Data Policies

### Overage Policy

- No fee, but notifies
- Retains the right to terminate if excessive usage.
- Upload usage doesn't count
- Has business class available for upgrades

| Tier (unnamed) | Downlink Speed (Mbps) | Tier Price ($US) | Data Cap (GB/mo) |
|---|---|---|---|
| Lowest | 1.5 | 40 | 150 |
| Basic | 7 | 44 | 250 |
| Preferred | 12 | 50 | 250 |
| Premier | 25 | 60 | 250 |
| Ultimate | 40 | 70 | 250 |

## Education Tools

| Tool | Yes / No | Notes |
|---|---|---|
| Usage Meter | ✗ | N/A |
| Notification System | ✓ | Not pre-emptive. Email, notification, and pop-up. |
| Activity Comparison Table | ✗ | N/A |
| Videos | ✗ | N/A |
| Data Calculator | ✗ | N/A |

### FAQ Notes

- Coverage: Had all of the information necessary
  - What is data usage
  - Why allowances
  - What are allowances
  - What counts
  - Notification system
  - Trouble Shooting
- Ease: Challenging, required search
- Clarity: Succinct, easy to understand

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0213.0024



# Cox High Speed Internet Data Usage Assessment

## *Final Readout*

**April 19, 2011**

**Presented by: Rob Schuler, Nicole Dinion**
**Emails: rschuler@incodetel.com, ndinion@incodetel.com**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON 000825

JA1448

PX-0214.0001

# Agenda

I. **Executive Summary**

II. ISP Benchmarking

III. Data Usage Analysis

IV. Appendix

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0002

# Project Objective and Scope

**Key Objectives**
- To benchmark consumer education tools and data usage policies of Cox and other ISPs
- To create broadband data usage based on online activity type

**Detailed Scope**

**ISP Benchmarking**
- Create profiles for top 9 NA ISPs on consumer education tools
- Categorize and rank players based on information provided
- Perform a gap analysis to determine relative Cox positioning

**Data Usage Calculation**
- Define online activities and calculate data usage, did not include device or tier speed
- Create low, medium, high user profiles and forecast through 2015

**Project Deliverables**

**Data Usage Presentation**
- Data usage benchmarking summary & comparison including FAQ profiles and data caps
- Summary of category research, calculations, and overall usage projections

**Data Usage Calculation**
- High level excel data set summarizing data usage analysis
- Includes key assumptions and usage calculations for each online activity

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON
in-Code
Telecom

PX-0214.0003

# Executive Summary

## ISP Usage Benchmarking

- AT&T ranked as best in class ISP for usage policies and education tools when compared to 9 industry providers in North America. They offer a complete array of education tools and have had little customer backlash to their "delayed overage" policy.

- Cox offers relatively high data allowances and currently does not enforce overage nationwide, though trials for a "3 strikes" policy have begun in GA and FL. In comparison, 66% of ISPs researched are actively advertising some form of overage policy.

- Compared to ISPs with enforcement, Cox is missing some key education features including a data calculator, pre-notification system, and an easy-to-use website.

## Data Usage Trends

- 24 online activities were profiled, and it was found that streaming video accounts for 61% of all data usage. Total data usage is expected to grow at a CAGR of 25% through 2015. In 2015, streaming video will account for 76% of all data usage.

- The average household in 2011 used 37.3 GB / mo of traffic. This is expected to grow to 83 GB / mo in 2015 driven primarily by improvements in video quality (more HD).

- The data set is sensitive to video quality. Slower HD adoption brings the 2015 average usage down to 72 GB / HH / mo and extremely rapid adoption drives 135GB / HH / mo

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON 0023

PX-0214.0004

# Agenda

I.   Executive Summary

II.  ISP Benchmarking

III. Data Usage Analysis

IV.  Appendix

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0005

# ISP Benchmarking Approach

The analysis covered 9 Internet Service Providers' data usage policies and educational tools

        

### Educational Tools

| Usage Tools |
| --- |
| FAQ |
| Additional Education Tools |

### Data Usage Policies

| Data Allowances |
| --- |
| Overages |
| Data Usage Definition |

**Education tools and data usage policies were used to drive a comparison of overall network management between Cox and the rest of the industry**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON Code
Telecom

PX-0214.0006

# ATT Has Best Overall Management of Its Network

ISPs with strict usage policies tend to offer the best education tools. ATT has established its education tools and is well positioned to enforce more strict policies. Rogers follows in a close second.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0007

# ATT Education Tools

ATT's support homepage exemplifies why they ranked so highly on nearly all of the criteria used to evaluate ISP consumer education tools:



**Simple and Easy to Find**

**Visual and Intuitive**

**Everything accessible from home page**

**Comprehensive set of tools**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0008

# AT&T Data Usage Policy

**Current Policy**
- Flat-rate data allowance: 150GB for DSL and 250GB for U-Verse
- Overage fees begin on the 3rd instance of abuse
- Overage fees are $10 per 50 GB



**Trial**

**Current Policy**

**April 2010**
Trials end. Result: negative customer feedback & issues with usage meter

**Aug 2011**
Enforcement not present due to challenges with usage meter.

2008    2009    2010    2011    2012

**November 2008**
ATT begins data cap trials in Reno, NV and Beaumont, TX. Caps range from 20GB to 150GB depending on speed tier. Overages $1/GB

**May 2011**
ATT announces current data usage policy – applies to all subscribers

**Jan 2012**
Subscribers begin to see enforcement

**ATT has slowly adopted data caps, allowing users time to adjust and to make sure they offer fair policies to consumers**

Source: dslreports, stopthecap, pcworld,, neowin, cnet

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

9

JA1456

PX-0214.0009

# Comparison: AT&T versus Cox

| | at&t | COX |
|---|---|---|
| **EDUCATION TOOLS** | | |
| **Usage Tools** | Detailed notification system, offers metering. Technical challenges. | ✅ Solid metering system, no early notification. Hard to access. |
| **FAQ** | ✅ Easily linked, clear, explicit | Clear, explicit, relatively easy to find |
| **Additional Education Tools** | ✅ Offers easy-to-locate data calculator, tables, and videos on data usage. | Offers detailed table in the FAQ |
| **DATA USAGE POLICIES** | | |
| **Data Allowances** | ✅ Clear to consumers that it is targeting only heavy users (150/250 GB caps) | Allowances not enforced. |
| **Overages** | ✅ $10 per 50 GB after 3rd offense | No overage fees |
| **Data Usage Definition** | ✅ Clear, explicit, visible | ✅ Clear, explicit, visible |

**Once Cox offers equivalent or better education tools to ATT, Cox will be well positioned to implement a more strict overage policy.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

inCode
Telecom

PX-0214.0010

# Education Tools Overview

The analysis looked at the tools in two key areas: general information on data usage and account specific education on data usage across multiple criteria



**EVALUATION CRTIERIA**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0011



# Overall Ranking Places ATT Highest on Educational Tools

| | General Information | | Notification Tools | | Overall |
|---|---|---|---|---|---|
| | "FAQ" Content | Online Tools | Notification System | Usage Meters | |
| at&t | ● | ● | ● | ◕ | ● |
| ROGERS | ● | ◐ | ● | ● | ◕ |
| CABLE ONE | ◑ | ● | ◕ | ● | ◕ |
| suddenlink | ◕ | ◐ | ● | ◕ | ● |
| COX | ● | ◐ | ◐ | ● | ● |
| comcast | ● | ◕ | ◕ | ◐ | ◑ |
| TIME WARNER CABLE | ◕ | ● | ● | ◐ | ◐ |
| CenturyLink | ◕ | ○ | ◐ | ○ | ◕ |
| verizon | ○ | ○ | ○ | ○ | ○ |

Best in Class ⟵——————⟶ No Offering

● ◕ ◐ ○ ○

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON 0

inCode
Telecom

12

JA1459

PX-0214.0012

# Education Tools Gap Analysis: Cox Needs a Data Calculator

Relative to the competition, Cox lacks the consumer interactivity offered by other players.

| Improvement Areas | Considerations | Best in Class |
|---|---|---|
| **Data Calculator** | ▪ Variety of online activities<br>▪ Timescale (day/week/mo)<br>▪ Customer entered bitrate<br>▪ Device capability |  |
| **Website Ease** | ▪ Visible links on main page<br>▪ Presentation – enjoyable, easy to use, "modern feel" |  |
| **Notification System** | ▪ Method of notification<br>▪ Frequency of notification<br>▪ % of usage when notifying |  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0013

# Data Allowance Comparison

The follow table relates the data allowances based on speed tiers. Allowances can be grouped into 4 major categories:

Complexity for the Consumer

| | | Download Speed Tiers | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 3 or less | 5-9 | 10-19 | 20-29 | 30-49 | 50-75 | 100+ |
| Unlimited Data | Verizon FiOS | | | Unlim | Unlim | | Unlim | Unlim |
| | TIME WARNER CABLE | Unlim | Unlim | Unlim | Unlim | Unlim | Unlim | |
| One Monthly Allowance All Tiers | at&t DSL | 150 | 150 | | | | | |
| | at&t U-verse | 250 | 250 | 250 | 250 | | | |
| | CenturyLink | 150 | 250 | 250 | 250 | 250 | | |
| | Comcast | 250 | 250 | | 250 | | 250 | 250 |
| | TIME WARNER CABLE Essentials | 5 | 5 | 5 | | | | |
| Increasing Allowances By Tier | COX | 50 | | 200 | 250 | | 400 | |
| | ROGERS | 15 | | 70 | 120 | 150 | 250 | |
| | suddenlink | 150 | | 250 | 250 | | 350 | 350 |
| Daily Cap | CABLE ONE * | 1 | 3GB / day | 5GB / day | | | 50 or 100 | |

**The most common cap is a flat rate as this is easy for consumers to understand and serves as a disincentive for network abuse.**

* Cable One only counts usage during peak time toward data allotment.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

inCode
Telecom

14
JA1461

PX-0214.0014

# Overage Policies Fall Into 5 Buckets

Excessive usage is fairly consistently defined across companies as the top 1% of consumers. Multiple approaches exist for addressing over use behavior:

| | | |
|---|---|---|
| **Delayed Overage** | ▪ First overage is a notification. Begins fees on the 3rd incident at $10 for an additional 50GB (ATT & Suddenlink)<br>▪ No charge for first 3 months, then $.50 / GB (Cable One) |  |
| **"Up to" Overage** | ▪ Fee per GB up to some pre-determined amount<br>  ▪ $1/GB up to $25 (TWC Essentials)<br>  ▪ $0.50 to $5 / GB depending on plan, up to $50 (Rogers) |  |
| **3 Strikes & Your Out** | ▪ 3 incidents in 6mos → 12mo termination (Comcast)<br>▪ Many others retain right to terminate service, or require upgrade, if unwilling to modify behavior after consultation |  |
| **Throttling** | ▪ Using "extraordinary amounts" of data for a given plan and service AND being in top 5% of all users → throttling during peak hours through current, and next, billing cycle |  |
| **No fee** | ▪ No fee, but notifies, and may require plan upgrades or terminate service in extreme cases (Cox, Century Link)<br>▪ Doesn't track and doesn't charge – Verizon, TWC unlimited |  |

**Cox can start moving up into a bucket that has some overage enforcement**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0015

# Agenda

I.    Executive Summary

II.   ISP Benchmarking

III.  Data Usage Analysis

IV.  Appendix

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0016

# Data Usage Calculation – Summary

**SUMMARY**

**Total US usage in 2011 was 33,000 petabytes of internet traffic per year, which equates to an average household usage of 37.3 GB per month**

- 31.8 GB/mo of average household usage is downstream driven by streaming and live video. Upstream traffic is 5.4 GB

- Of all streaming video 33% is HD and 67% is SD

- Short form streaming (< 45 minutes in length) is the largest category of data usage at 39% of total usage.

**FORECAST**

**Total Usage is forecasted to grow to 81,000 petabytes by 2015, which equates to an average usage of 82.9 GB/mo**

- 73.6 GB is downstream traffic driven primarily by increasing HD video, which has a 2011-2015 CAGR of 34%. Upstream is 9.1GB.

- Of all streaming video 48% HD and 52% SD

- Short form is still the largest category of data usage at 45% of all data usage (36K PB/yr)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0017

# inCode Data Usage Forecast by Activity Type

## US Fixed Residential Broadband Data Usage By Activity Type



Average HH Data Usage (GB/mo)

|  | 2011 | 2015 |
|---|---|---|
| Downstream | 85% | 89% |
| Upstream | 15% | 11% |

CAGR 22%

37.3    45.5    55.5    68.0    82.9

17%   2%   5%   32%   15%

■ SD Streaming    ■ HD Streaming    ■ P2P    ■ Social Networking    ■ Other

**Primary driver of exponential growth is the explosion of Video – particularly the increasing demand for HD**

Source: inCode

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0018

# Total US Internet Traffic - Source Comparison

For inCode's analysis we compared our forecast vs. Cisco and Analysis Mason. However, our results are rooted in a bottoms-up analysis examining closely the household penetration and data usage of each application. inCode forecasts a compound annual growth of 23%.



US Consumer Internet Traffic Totals (PB / yr) – Forecast Comparison

Note: Cisco figures are 2010 prediction for US residential fixed

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

PX-0214.0019

# Data Usage Analysis Approach

The data usage calculation used a bottoms up approach:

## Social Networking Example

**1** **Define a typical session for each online activity**
- Inputs: Length of session, bitrate (speed), upstream & downstream

> Average Session = 102 minutes
> 36 MB/hr downstream viewing
> 15 MB/hr upstream posting

**2** **Calculate average data per household per month**
- For each consumptive category, based on average data per user

> Average traffic per house hold per month: 4.0 GB

**3** **Create profiles for high, medium, low HH monthly usage**
- Based on averages and additional inputs

> Low 0.2 GB | Med 1 GB | High 16 GB

**4** **Identify penetration of online activity into the market**
- Inputs: Total users, household penetration, total events / sessions

> 212M US Users or 100% BBHH Penetration

**5** **Aggregate into total usage per online activity**
- Comparison with external reports

> US Yearly Social Network Traffic 3.9K PB / year

Source: inCode

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON
inCode
Telecom

PX-0214.0020

# Household Profiles Overview

| Low Household Profile | Medium Household Profile | High Household Profile |
|---|---|---|
|  |  |  |

**Video Activities**
(stream, live, SD, HD, chat, DL, UL)

- Minimal SD streaming – 23 minutes per month
- No full length streaming or DL

- 18mins of video household per day, 75% in SD
- 2 streamed movies / mo and occasional media chat

- Heavy video user with 3hrs+ of live and streaming
- Higher quality videos (HD, faster bitrates)

**Static Activities**
(email, photo and audio UL and DL)

- 3 emails / day / person
- Low levels of photo and audio UL and DL

- Average amounts of email – 14 per day per person
- Average photo and audio UL and DL

- Media junky with automatic sync: engages in in large quantities of regular photo, audio, and video transfers

**Lifestyle Activities**
(browsing, SN, gaming, P2P, etc)

- 2-3 mins of light gaming per day
- 50 mins of browsing
- 5 mins social networking

- About 2 hrs of web browsing, light gaming, social networking , audio streaming / person / day

- Engages in 36hrs / wk heavy gaming
- P2P – 30 days / mo
- Multiple hours online

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON

inCode
Telecom

PX-0214.0021

# Monthly Household Usage Compared to Cox Tiers Allowances

High Usage Households consist of multiple heavy internet users with large amounts of TV streaming. These households will continue to watch higher quality video on more devices pushing the current Preferred and Premier data allowances.



**Question: What % of the Cox base falls into a current heavy user (100GB+) ?**

Source; inCode

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON CON...

PX-0214.0022

# inCode Forecast versus Cox Actuals

The inCode analysis was research driven and completed independent of CHSI. The data set was validated against CHSI Procera data. When compared, it agrees with Cox real user data within 1% for many key statistics.

| | COX | inCode Telecom | Error % |
|---|---|---|---|
| Average Traffic per Household | 37 GB | 37.3 GB | 1% |
| Downstream as % of Traffic | 84% | 85% | 1% |
| Video as a Portion of Downstream Traffic | 65% | 66% | 1.5% |
| P2P as a Portion of Downstream Traffic | 6% | 6% | 0% |
| P2P as a Portion of Upstream Traffic | 47% | 57% | 21% |
| Heavy Gaming as a Portion of all Gaming Traffic | 97% | 96.7% | 0.3% |

**The close agreement between inCode estimates and Cox actuals is primarily the result of careful attention to video inputs, the main component of internet traffic.**

1) Median of all households

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON CONF

inCode Telecom

PX-0214.0023

# Data Set is Particularly Sensitive to Video Quality

The biggest sensitivity factor is video quality demanded by consumers. inCode Base Case assumes current quality gradually increases but consumers may demand higher qualities more quickly:

| inCode Base Case | | |
|---|---|---|
| **Key Variables** | **2011** | **2015** |
| % streaming video HD | 25% | 37% |
| % of live video in HD | 75% | 78% |
| SD bitrate growth | 1.3 Mbps | 1.5 Mbps |
| HD bitrate growth | 2.3 Mbps | 2.5 – 4.4 Mbps |

| Highest Quality | |
|---|---|
| **Altered Variables** | **2015** |
| % of all streaming video in HD | 75% |
| % of live video in HD | 100% |
| HD bitrate growth | 4.4 – 6.0 Mbps |

| No Quality Improvement |
|---|
| **2011 figures remain constant through 2015** |

### Video Quality Influence on Data Usage



Average Household Data Usage (GB / HH / mo)

— inCode Base Case

— Highest Quality

Source: inCode

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON inCode

PX-0214.0024



# Online Activities Profiled

## Data Usage per activity will be used as direct inputs for a data calculator

### Video: Key Driver

| Video Type | Data per session[1] |
|---|---|
| YouTube SD | 39 MB |
| HD Average | 70MB |
| HD Big Screen | 133 MB |
| TV show SD | 293 MB |
| HD Average | 517MB |
| HD Big Screen | 990 MB |
| Movie SD | 1024 MB |
| HD Average | 1811 MB |
| HD Big Screen | 3465 MB |
| Live video SD | 585 MB |
| HD Average | 855 MB |
| HD Big Screen | 1980 MB |
| Video Upload | 31MB |
| Video Download | 1723 MB |
| Video Chat | 87MB |

### Static Activities

| Activity - Instances | Data per Event |
|---|---|
| Email | 0.023 MB |
| Email w/ Attachment | 0.6 MB |
| Audio Upload | 4.8 MB |
| Audio Download | 6.5 MB |
| Photo Upload or Download | 4.5 MB |

### Life Style Activities

| Activity - Sessions | Data per hour |
|---|---|
| Social Networking | 51 MB |
| Web Surfing | 18 MB |
| Light Gaming | 10 MB |
| MMO Gaming | 30 MB |
| P2P (Bit Torrent) | 1840 MB |
| Streaming Audio | 5.5 MB |
| Cox Connect | 675 MB |
| Home Security Streaming | 450MB (10 min session) |

1) For session length, instance definition, see supporting material

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON



PX-0214.0025

# Potential Next Steps

**A complete evaluation of consumers data usage takes into account 5 factors, 3 of which were considered in this analysis:**

| | |
|---|---|
| Location | ☑ |
| Time of Day | ☑ |
| Bandwidth Requirement | ☑ |
| Device | ✖ |
| Network Speed | ✖ |

1. **Perform Data Usage per Device Breakout**
   - Consider array of devices applied to each usage category. Correlate to H/M/L profiles.

2. **Perform Speed Tier Analysis**
   - Consider Usage for each online activity by Cox Speed Tiers (Starter, Essential, Preferred, Premier, Ultimate). Correlate to H/M/L profiles.

3. **Perform Benchmarking Analysis for Speed Recommendation and Policies**
   - Speed recommendation tools
   - Speed testing tools
   - Speed education
   - Speed policies – congestion, throttling, etc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON CONF

inCode
Telecom

PX-0214.0026



**Business Insight, Technology Foresight**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
ERICSSON 000851

PX-0214.0027

| From: | Burns, Christopher (CCI-Hampton Roads) |
|-------|------------------------------------------|
| Sent: | Wednesday, January 06, 2010 10:47 AM |
| To: | Zabek, Jason (CCI-Atlanta) |
| Subject: | RE: abuse suspensions |

If we haven't gone back to 300 we might as well go ahead and do it now. We had some challenges with getting everyone at both TOC sites on the same page over the holidays. Some SD agents continued to process past 250 :/ I do have some questions about what looks to be a substantial increase in dmca complaints. Can you give me a call when you get a chance?

Thanks

**Chris Burns – Supervisor**
**H.S.I. Tier 2 – TOC \ OLS**
**Sunday-Thursday 10a-7p**
**757-222-8659**

---

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Monday, January 04, 2010 10:35 AM
**To:** Burns, Christopher (CCI-Hampton Roads)
**Cc:** CCI - Abuse Corporate; Beck, Brent (CCI-Atlanta)
**Subject:** RE: abuse suspensions

Chris,

Happy New Year! If it could just warm up a little, this year would start out great...

ETA when we can go back to 300?

Jason Zabek
Manager - Customer Security / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Beck, Brent (CCI-Atlanta)
**Sent:** Wednesday, December 23, 2009 7:55 PM
**To:** Zabek, Jason (CCI-Atlanta); Burns, Christopher (CCI-Hampton Roads)
**Cc:** CCI - Abuse Corporate; CCI ATL - Data Ops - CATS
**Subject:** RE : abuse suspensions

$SUSPEND_LIMIT = 250;

---

**De :** Zabek, Jason (CCI-Atlanta)
**Date d'envoi :** mercredi 23 décembre 2009 17:59
**À :** Beck, Brent (CCI-Atlanta); Burns, Christopher (CCI-Hampton Roads)
**Cc :** CCI - Abuse Corporate; CCI ATL - Data Ops - CATS
**Objet :** RE: abuse suspensions

1

I do.

Brent, let's drop it to 250 for the next week or so. Once out of the holidays we will need to play catch up.

Chris, I want to talk to you in Jan about volume.

Jason Zabek
Manager - Abuse Operations
Cox Communications
(404) 269-8129
http://www.coxbusiness.com/
http://www.cox.net
(*Insert benign saying here*)

---

**From:** Beck, Brent (CCI-Atlanta)
**Sent:** Wednesday, December 23, 2009 5:52 PM
**To:** Burns, Christopher (CCI-Hampton Roads); Zabek, Jason (CCI-Atlanta)
**Cc:** CCI - Abuse Corporate; CCI ATL - Data Ops - CATS
**Subject:** RE : abuse suspensions

I can only say that it is *technically* possible, and not complicated to adjust.
I don't personally have authority to make the decision to adjust it though.

---

**De :** Burns, Christopher (CCI-Hampton Roads)
**Date d'envoi :** mercredi 23 décembre 2009 15:45
**À :** Beck, Brent (CCI-Atlanta); Zabek, Jason (CCI-Atlanta)
**Objet :** abuse suspensions

Not sure if either of you are still keeping up with email…

We've been hitting the 300 suspension limit fairly regularly now..with the decrease in staffing over the next several days we're already starting to hurt from the volume. Network security calls are account for 20-30 % of our volume in to Tier 2 the past few days…and sadly we're abandoning a lot of calls. Would there be any chance of throttling the 300 limit back to something like 250 for a matter of days?

It's something we're looking at in hopes of making our volume more manageable through xmas.

**Chris Burns – Supervisor**
**H.S.I. Tier 2 – TOC \ OLS**
**Sunday-Thursday 10a-7p**
**757-222-8659**

2

COX_SONY_00973788
PX-0235.0002

| From: | Dameri, Andrea (CCI-Hampton Roads) on behalf of HRD-TOC (CCI-Hampton Roads) |
| Sent: | Thursday, January 07, 2010 2:47 PM |
| To: | Zabek, Jason (CCI-Atlanta) |
| Subject: | RE: Suspensions |

Hi, just a personal observation – We have been hitting the limit for the last two or three weeks. Its rare when the limit is not reached by 9 or 10 am....

Andrea Dameri
CHSI Tier 2.5
Technical Operation Center Analyst
Cox Network Security Team
866-269-8627, option 2
Supervisor: Christopher Burns
Wed - Saturday 1pm - 12am Eastern

How am I doing?  Click on the link below to fill out the survey.
http://teams.atl.cox.com/toc/Lists/TOC_Feedback/NewForm.aspx

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Thursday, January 07, 2010 2:32 PM
**To:** CCI – Abuse Toc
**Cc:** CCI - Abuse Corporate; CCI ATL - Data Ops - CATS
**Subject:** Suspensions

Well, we have hit the 300 auto suspend limit... In fact, as you saw, I believe it was hit about 9 am this morning and tickets are beginning to fill up as the screen shot shows.

You may still suspend if the issue is network impacting (Dos attack, etc).

CATS is dropping tickets for DMCA with the note of:
"Suspend limit 300 has been reached.  CATS DMCA autoprocessor skipping automated suspension."

These customers really should be suspended however at the rate the cue is filling up we are going to get really backed up.  So if you working in CATS, go ahead and send a warning letter unless you feel the letter will create more inbound calls.
You may also focus on other issues then DMCA as these may just need a reply or a manually sent warning letter.

Just do the best you can.

Jason Zabek
Manager - Customer Security / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

1



EXHIBIT
DATE: 7/29/15
SUSAN ASHE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00188090

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   **JA1477**

COX_SONY_00006759
PX-0237.0001

| From: | Carothers, Matt (CCI-Atlanta) |
| Sent: | Tuesday, January 12, 2010 5:44 PM |
| To: | CCI - DAB-Abuse Team |
| Subject: | DAB Abuse call meeting minutes 1/12/10 |

Attendees: Joe Sikes, Hans Batra, James Kissinger, Brent Beck, Chris Burns, Missy Mitchell, Jason Zabek, David Deliman

DMCA – We are getting crushed. Suspension limits being hit early in the day. The TOC is dropping calls. We had 92 abandoned calls in one day last week. Annual DMCA complaint volume:

```
+-------+-------------------+
| Year  | Complaint Count   |
+-------+-------------------+
| 2009  |           672132  |
| 2008  |           496517  |
| 2007  |           205319  |
| 2006  |           124247  |
| 2005  |            73759  |
| 2004  |            68742  |
| 2003  |            32380  |
| 2002  |            16582  |
+-------+-------------------+
```

We are on track for **1.16 million** notices for 2010 based on the first two weeks' volume.

We are taking some steps to try and stem the flow:

       - Allow 2 self reactivations in the walled garden before requiring a call in

       - Ignore auto close the first complaint against each customer, even if they have a cox.net email address. We currently only do this for customers without cox.net email who would otherwise go into the walled garden.

       - Hard limits for all senders. We currently only have hard limits on specific high volume senders. Moving forward, all senders will be subjected to a daily volume limit. Any notices over that limit will be automatically closed with a response back to the sender.

DMCA warnings in Spanish for Spanish customers. Bent has the CATS hooks in place. Now we just need translated warnings. Matt to follow up with Randy C.

Alternate contact addresses in CATS –[ **Redacted for Privilege** ]
[ Redacted for Privilege ] This will help most with CB, where we'll be able to auto warn on DMCA in some cases. Brent to investigate where this data might be. Coding might be simple if it's stored in a database CATS already queries.

Security suite – 695k customers installed! New version releasing 2nd quarter.

--
Matt Carothers
Cox Communications
(404) 269-7220 (office)
(404) 933-1125 (mobile)

EXHIBIT
7-CAROTHERS

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00213162

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1478**

COX_SONY_00001408
PX-0240.0001

| From: | Zabek, Jason (CCI-Atlanta) [Jason.Zabek@cox.com] |
|---|---|
| Sent: | Wednesday, January 13, 2010 1:12 PM |
| To: | CCI – Abuse Toc |
| Cc: | CCI - Abuse Corporate; CCI ATL - Data Ops - CATS |
| Subject: | RE: Changes to abuse handling - CATS - Walled Garden |

I guess this is all a big confusion now and I think we didn't help anyone with this action (expect the law breaking customers)

We will get a clarification out shortly.

Jason Zabek
Manager - Customer Security / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Wednesday, January 13, 2010 11:50 AM
**To:** CCI – Abuse Toc
**Cc:** CCI - Abuse Corporate; CCI ATL - Data Ops - CATS
**Subject:** Changes to abuse handling - CATS - Walled Garden

Hello all!

We have made some changes to how CATS and the Walled Garden function in hope that it will reduce some of the inbound calls.

Customers who are placed in the walled garden will now be able to reactive themselves twice before they are forced to call in and speak with a rep.

CATS will now ignore all first DMCA complaints and auto-close the ticket and use 'Auto-close' as the abuse type.

Our hope is that this will alleviate some of the calls coming into the TOC's and call centers.

Also, using an email that is not a cox.net address to send warning too is a goal. This will require some coordination between some departments and a bit of a change to the way CATS gets the email addresses.
This follows our idea of using an external email address to warn CB customers via a preferred address of abuse issues and hopefully will reduce the calls that CB reps must make on a daily basis. So, it will help both sides of abuse.

**Redacted for Privilege**

Jason Zabek
Manager - Customer Security / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*



EXHIBIT 13
DEP. ZABEK
DATE _____ RPTR. _____
VERBATIM REPORTING, LLC

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00218388

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1479**

COX_SONY_00005516
PX-0242.0001

# Merged Email - Non-Responsive Material

From: Zabek, Jason (CCI-Atlanta)
Sent: Sunday, January 17, 2010 11:25 AM
To: Dameri, Andrea (CCI-Hampton Roads); CCI - Abuse Corporate
Subject: RE: Account Redacted for Confidentiality

This is fine. If asked, I would have allowed them back on.
We have been turning customers back on who have been terminated for DMCA complaints.
As long as our process of warnings, suspendtion, then termination is followed, we can turn
the customer back on and start the DMCA count over.

Redacted for Privilege

During this time, as we try to keep customers and gain more RGU's it is important to try and
balance the needs of the company with the protection of the network. DMCA does not hurt
the network like DOS attack, spam or hacking.
It is not something we advertise however.


Jason Zabek
Senior Abuse Engineer
Cox Communications
(404) 269-8129
http://www.coxbusiness.com/ <http://www.coxbusiness.com/>
http://support.coxbusiness.com/ <http://support.coxbusiness.com/>
(Insert benign saying here)

_____

From: Dameri, Andrea (CCI-Hampton Roads)
Sent: Saturday, January 16, 2010 10:52 PM
To: CCI - Abuse Corporate
Subject: Account Redacted for Confidentiality



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00209134

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    **JA1480**

COX_SONY_00005517
PX-0245.0001

Good Evening,

Please review during normal business hours.

Customer had several email warnings, followed by suspensions up to TOC and was terminated December 8th. Voicemail call back on January 7th shows I explained to the account holder Redacted for Confidentiality they could request review in 6 months for possible reactivation. ICOMS notes shows Redacted for Confidentiality called about the bill January 11th and got reinstated. We already have a DMCA complaint on ticket 4642223

| 2010-01-11 | DISPOSITION: PHONE/ACCOUNT SERVICES/BILL | JESJACKS |
| 2010-01-11 | :GENERAL/BAL/DUE DATE INQUIRY ACTION: | JESJACKS |
| 2010-01-11 | CUSTOMER EDUCATION AU: Redacted for Confidentiality | JESJACKS |
| 2010-01-11 | Redacted for Confidentiality AM: SSN/ JESJACKS/ JESJACKS | JESJACKS |
| 2010-01-11 | CLLD TO INQ ABT WHEN HSI WAS | JESJACKS |
| 2010-01-11 | DISCONNECETD// | JESJACKS |
| 2010-01-11 | EDU CUST HSI WAS DISCO 12/8 | JESJACKS |
| 2010-01-11 | CUST SAID THAT SHE ALREADY IS SCHEDULED | JESJACKS |
| 2010-01-11 | TO GET HSI WITH ANOTHER CARRIER EDU | JESJACKS |
| 2010-01-11 | CUST WE DO NOT WANNA LOSE HER AS A CUST | JESJACKS |
| 2010-01-11 | AND WE CAN GET HSI BACK FOR HER SO SHE | JESJACKS |
| 2010-01-11 | CAN GET BUNDLE DISOUNT// | JESJACKS |
| 2010-01-11 | XRFD LEADGEN | JESJACKS |
| 2010-01-11 | SENT OUT KEYSTONE TO REINSTATE MAX// | JESJACKS |
| 2010-01-07 | AU: Redacted for Confidentiality AM: SSN/ | VNDLIARE |
| 2010-01-07 | VNDLIARE/ Redacted for Confidentiality HAS NO HSI WITH US | VNDLIARE |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1481**

COX_BMG00209135

COX_SONY_00005518
PX-0245.0002

| From: | Sikes, Joseph (CCI-Atlanta) |
|---|---|
| Sent: | Wednesday, March 10, 2010 1:18 PM |
| To: | Beck, Brent (CCI-Atlanta) |
| Cc: | Zabek, Jason (CCI-Atlanta) |
| Subject: | RE: DMCA blast from Fox on Monday |

We'll see what Jason says, after his meeting.  Although, I'm sure he will agree – WE NEED TO CAP THESE SUCKERS!

-> Joe Sikes

---

**From:** Brent Beck [mailto:brent.beck@cox.com]
**Sent:** Wednesday, March 10, 2010 1:16 PM
**To:** Sikes, Joseph (CCI-Atlanta)
**Subject:** RE: DMCA blast from Fox on Monday

Okay.  We can add a hard limit for fox, if desirable.

Le mercredi 10 mars 2010 à 12:44 -0500, Sikes, Joseph (CCI-Atlanta) a écrit :
Unbelievable!  Thanks for sharing this.  Jason might want to have another call with BayTSP.

-> Joe Sikes

---

**From:** Brent Beck [mailto:brent.beck@cox.com]
**Sent:** Wednesday, March 10, 2010 12:05 PM
**To:** CCI - Abuse Corporate
**Cc:** CCI ATL - Data Ops - CATS
**Subject:** DMCA blast from Fox on Monday

I noticed our daily suspensions hit the 300 limit the last two days.  I believe this is because fox_eve_p2p-no-reply@copyright-compliance.com hit us with a large amount of DMCA on Monday (of which we process up to 500 complaints/day, queuing anything over for the following day).

CATS is fine, I just wanted you guys to be aware.

```
SELECT DATE(cmerge.date) as Day,
    COUNT(*) as Count
  FROM cmerge
  WHERE complainant REGEXP 'fox.eve'
    AND cmerge.date BETWEEN
      DATE(NOW()) - INTERVAL 28 DAY
      AND DATE(NOW())
  GROUP BY Day
```

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1482** COX_SONY_00520018
PX-0251.0001

```
  ORDER BY Day
;
+------------+-------+
| Day        | Count |
+------------+-------+
| 2010-02-10 |    74 |
| 2010-02-11 |   123 |
| 2010-02-12 |    87 |
| 2010-02-13 |    11 |
| 2010-02-14 |   188 |
| 2010-02-15 |    98 |
| 2010-02-16 |   115 |
| 2010-02-17 |    77 |
| 2010-02-18 |    71 |
| 2010-02-20 |    98 |
| 2010-02-21 |   207 |
| 2010-02-22 |   131 |
| 2010-02-23 |   137 |
| 2010-02-24 |   151 |
| 2010-02-25 |   162 |
| 2010-02-26 |   143 |
| 2010-02-27 |   165 |
| 2010-03-01 |   260 |
| 2010-03-02 |   123 |
| 2010-03-03 |   165 |
| 2010-03-08 |   877 |
| 2010-03-09 |   121 |
+------------+-------+
22 rows in set (16.09 sec)
```

-------- Message transféré --------
**De:** cciatl-dataops-cats@cox.com <cciatl-dataops-cats@cox.com>
**À:** CCI - Abuse Customer Care <CCI-AbuseCustomerCare@cox.com>
**Cc:** CCI ATL - Data Ops - CATS <CCIATL-DataOps-CATS@cox.com>
**Sujet:** Suspensions 2010-03-09
**Date:** Tue, 9 Mar 2010 23:59:03 -0500

```
2010-03-09    303    CHSI Corp
2010-03-09      3    CBS
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1483** COX_SONY_00520019
PX-0251.0002

| From: | Vredenburg, Roger (CCI-Hampton Roads) |
| --- | --- |
| Sent: | Saturday, April 10, 2010 7:03 AM |
| To: | Moy, Michael (CCI-Hampton Roads) |
| Subject: | FW: DMCA Terminations |
| | |
| Importance: | High |

**From:** Vredenburg, Roger (CCI-Hampton Roads) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Wednesday, August 12, 2009 2:34 PM
**To:** Vredenburg, Roger (CCI-Hampton Roads)
**Subject:** FW: DMCA Terminations
**Importance:** High

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Wednesday, August 12, 2009 2:21 PM
**To:** CCI – Abuse Toc
**Subject:** DMCA Terminations
**Importance:** High

**Proprietary info! This is not to be shared about outside of Cox or abuse reps.
It is not to be passed to Tier 1 or 2. This info stays with Tier 2.5 only.**

As we move forward in this challenging time we want to hold on to every subscriber we can.

With this in mind if a customer is terminated for DMCA, you are able to reactivate them after you give them a stern warning about violating our AUP and the DMCA.
We still must terminate in order for us to be in compliance with safe harbor but once the termination is complete, we have fulfilled our obligation.

After you reactivate them the DMCA 'counter' restarts; The procedure restarts with the sending of warning letters, just like a first offense.

This is to be an unwritten semi-policy... We do not talk about it or give the subscriber any indication that reactivating them is normal. Use your best judgment and remember to do what is right for our company and subscribers.

Please remember that when you talk to a customer, check for a Cox.net email address. If they do not have one, encourage them to create one. They can always forward this address to any other email address such as Gmail or a work address if necessary.

This only pertains to DMCA violations. It does not pertain to spammers, hackers, etc.

Jason Zabek
Senior Abuse Engineer
Cox Communications
404-269-8129
Http://www.coxbusiness.com
Http://support.coxbusiness.com
(Insert benign saying here)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00151444

COX_SONY_00005514
PX-0253.0001

| From: | **Zabek, Jason (CCI-Atlanta)** |
| Sent: | Wednesday, August 11, 2010 4:30 PM |
| To: | Dameri, Andrea (CCI-Hampton Roads); CCI - Abuse Corporate |
| Cc: | Burns, Christopher (CCI-Hampton Roads) |
| Subject: | RE: Customers Terminated for DMCA.. |

There is no issue here. You made a call and it was NOT wrong. You are empowered. ☺

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Dameri, Andrea (CCI-Hampton Roads)
**Sent:** Wednesday, August 11, 2010 4:21 PM
**To:** Zabek, Jason (CCI-Atlanta); CCI - Abuse Corporate
**Cc:** Burns, Christopher (CCI-Hampton Roads)
**Subject:** RE: Customers Terminated for DMCA..

Hello,

Casey is referring to ticket 5694819. I did chat with Joe about it as well. At this point I can neither prove or disprove the email address was viable at the time of the suspension. ICOMS provisioning shows no update transactions. Vision tools shows the last modification as April 14th. When HSI is removed the email's go into a reserve state and must be reactivated in order to work correctly. Unfortunately I did not mark the ticket in either direction (active email or not).

Andrea Dameri
CHSI Tier 2.5
Technical Operation Center Analyst
Cox Network Security Team
866-269-8627, option 2
Supervisor: Christopher Burns
Wed - Saturday 9am - 8pm Eastern

How am I doing? Click on the link below to fill out the survey.
<http://teams.atl.cox.com/toc/Lists/TOC_Feedback/NewForm.aspx>

---

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Wednesday, August 11, 2010 4:06 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Customers Terminated for DMCA..

Hey all... Internal info only. Do not forward.

After termination of DMCA, if you do suspend someone for another DMCA violation, you are not wrong. However, if the customer has a cox.net email we would like to start the warning cycle over, hold for more, etc. A clean slate if you will. This way, we can collect a few extra weeks of payments for their account. ;-)

EXHIBIT 18 ZABEL
DEP.
DATE _____ RPTR. _____
VERBATIM REPORTING, LLC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00007962

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   **JA1485**

COX_SONY_00005528
PX-0266.0001

Once the customer has been terminated for DMCA, we have fulfilled the obligation of the DMCA safe harbor and can start over.

But again, no real right or wrong. We have some leeway here. But know that once a termination happens, we have fulfilled 'safe harbor'

These are not in our procedures as we do not make this information publicly known.

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Fraysier, Casey (CCI-Hampton Roads) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Wednesday, August 11, 2010 3:59 PM
**To:** CCI - Abuse Corporate
**Subject:** Customers Terminated for DMCA..

There seems to be some confusion.. so I want to make sure we're all on the same page.

If you have a customer who has been terminated for DMCA, and we have subsequently reactivated their CHSI service, the next complaint for DMCA that they receive is to be treated as a brand new complaint. Once terminated the customer is given a clean slate, so that next complaint after termination should be a "hold for more complaints"

The next one after that would start their warnings 1-6, then the suspensions..

I hope this clears up some confusion amongst the group.. if you have any questions feel free to ask me or The ATL group directly.

## Casey Fraysier
Technical Operation Center (CHSI - Tier 2.5)
Hampton Roads Office
1-866-269-8627, option 2
Supervisor: Christopher Burns
Sun - Wed, 5am - 4pm Eastern
How am I doing? Click on the link below to fill out the survey.
<http://teams.atl.cox.com/toc/Lists/TOC_Feedback/NewForm.aspx>

**Conversation with joesikesatl at Fri 27 Jan 2012 06:46:44 PM EST on G Chaos L2 (aim)**

(01/27/2012 06:23:39 PM) **joesikesatl:** on the....
(06:46:45 PM) **joesikesatl has signed on.**
(06:47:08 PM) **G Chaos L2:** back
(06:47:11 PM) **G Chaos L2:** vpn timed out
(06:48:26 PM) **joesikesatl:** no, prob I sent you an email w/the info I currently have
(06:48:33 PM) **G Chaos L2:** got it
(06:48:40 PM) **joesikesatl:** cool
(06:48:45 PM) **G Chaos L2:** selfreg is where they sign up for new service
(06:48:51 PM) **joesikesatl:** right
(06:48:51 PM) **G Chaos L2:** unprovisioned modem
(06:48:58 PM) **G Chaos L2:** same as buying one at best buy and plugging in
(06:49:28 PM) **joesikesatl:** yep, so would they see any sort of walled garden?
(06:50:30 PM) **G Chaos L2:** yes, the self activation one
(06:50:36 PM) **G Chaos L2:** (not mine)
(06:50:48 PM) **joesikesatl:** ah ok
(06:51:17 PM) **G Chaos L2:** looks like this
(06:51:18 PM) **G Chaos L2:** http://activation.cox.net/
(06:51:40 PM) **joesikesatl:** if we did a "soft terminate" in which they would get an AUP cfg, the risk is that a rep with the proper access privileges could reactivate them
(06:51:56 PM) **joesikesatl:** ah sweet, im gonna sign up for service!
(06:52:06 PM) **G Chaos L2:** what is soft term ?
(06:52:53 PM) **joesikesatl:** basically, a suspension that is called a termination with the likelihood of reactivation
(06:53:14 PM) **joesikesatl:** for DMCA - we don't want to loose the revenue
(06:53:32 PM) **G Chaos L2:** but does it list in cats history as suspended or terminated ?
(06:56:21 PM) **joesikesatl:** Terminated
(06:57:37 PM) **G Chaos L2:** so maybe cats terminate button actually suspends
(06:58:28 PM) **joesikesatl:** no, i don't believe so. They just click terminate (after suspending) and then click update ticket
(06:58:43 PM) **G Chaos L2:** so ticket shows both suspended and terminated in the current history ?
(06:59:18 PM) **joesikesatl:** um, if it CATS automatically updates the suspension, then yes, probably. But the rep doesn't click the update for the suspension
(06:59:32 PM) **G Chaos L2:** ah
(07:00:04 PM) **G Chaos L2:** that would mean the user goes to walled garden, but won't see info specific to their abuse type
(07:00:13 PM) **joesikesatl:** this is a relatively new process that we've been doing for the past year, again, to retain revenue
(07:00:14 PM) **joesikesatl:** oh
(07:00:16 PM) **joesikesatl:** ok
(07:00:22 PM) **G Chaos L2:** pretty sure
(07:02:54 PM) **G Chaos L2:** confirmed
(07:03:04 PM) **G Chaos L2:** have to update ticket to get history and sandbox entry to be inserted
(07:03:43 PM) **G Chaos L2:** no sandbox entry means user gets the generic template instead of abuse_type specific
(07:03:44 PM) **joesikesatl:** ok. Well on these "terminated" customers, they are well aware of why their service has been shut off
(07:03:49 PM) **G Chaos L2:** ok
(07:03:52 PM) **G Chaos L2:** that's fine then

DEPOSITION
EXHIBIT
PENGAD 800-631-6989
Ces 20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00006385

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1487**
COX_SONY_00003736
PX-0303.0001

**Conversation with joesikesatl at Fri 27 Jan 2012 05:54:13 PM EST on G Chaos L2 (aim)**

(05:54:32 PM) **G Chaos L2:** when a customer is terminated, does someone manually suspend them to force a call in ?
(05:54:44 PM) **G Chaos L2:** or do they direct-call the customer ?
(05:55:13 PM) **joesikesatl:** no, the Customer discovers that their internet svc has been disabled and they call in to learn that they have been terminated
(05:55:33 PM) **joesikesatl:** unless it's CB. CB we send a letter prior to termination
(05:55:39 PM) **joesikesatl:** via mail
(05:55:51 PM) **joesikesatl:** certified
(05:56:45 PM) **G Chaos L2:** so resi customers are terminated first and don't know anything about it until they call in due to total lack of service ?
(05:58:02 PM) **joesikesatl:** as far as I know, yes. However, they might be sent to the walled garden and see the termination notes.
(05:58:41 PM) **G Chaos L2:** we have no termination type templates in walled garden
(05:59:29 PM) **joesikesatl:** well, I suspect they are suspended for the repeated Abuse Type, but the acct notes say TERMINATED, vs SUSPENDED
(06:00:08 PM) **joesikesatl:** lemme ask Andrea Dameri about her process of termination (we rarely terminate, these days)
(06:00:16 PM) **G Chaos L2:** you will for bandwidth ;)
(06:00:36 PM) **G Chaos L2:** they're working on more aggressive policies
(06:00:56 PM) **joesikesatl:** oh, good, so there will be a set number of suspensions before permanent terminations
(06:00:56 PM) **joesikesatl:** ?
(06:01:10 PM) **G Chaos L2:** for "excessive" abuse
(06:01:17 PM) **G Chaos L2:** excessive bandwidth that is
(06:01:22 PM) **joesikesatl:** did I miss a meeting on this or something? because I have not heard anything definite about this yet.
(06:01:23 PM) **joesikesatl:** gotcha
(06:01:31 PM) **G Chaos L2:** CR24
(06:01:45 PM) **joesikesatl:** CR24 que es esto?
(06:01:52 PM) **G Chaos L2:** is proposing changes to DUAE bandwidth (and CBB bandwidth)
(06:01:58 PM) **joesikesatl:** ah
(06:02:07 PM) **G Chaos L2:** still being discussed
(06:02:11 PM) **G Chaos L2:** hence my questions on term
(06:02:23 PM) **G Chaos L2:** i don't think they fully understand what that process looks like
(06:02:33 PM) **G Chaos L2:** beyond me telling them it is manual
(06:02:50 PM) **joesikesatl:** ok, let me get some definite details
(06:03:03 PM) **G Chaos L2:** i think jason was looking at that too
(06:03:11 PM) **G Chaos L2:** not sure if he is now actively or not
(06:03:22 PM) **G Chaos L2:** don't want u to waste time if he is
(06:04:11 PM) **joesikesatl:** ok cool. Yeah, I've become somewhat disconnected w/the Termination part of the Resi side
(06:04:35 PM) **joesikesatl:** we have been "soft terminating" for DMCA because we didn't want to loose the revenue.
(06:05:13 PM) **joesikesatl:** but if the gross bandwidth abusers are costing us way more than we are making from them, it makes sense to terminate
(06:05:43 PM) **G Chaos L2:** that's "supposed" to be the driver, that they cost more than we make from them
(06:20:17 PM) **G Chaos L2:** opening an email with you guys and andrea, so we are all in the same

COX_SONY_00512421
PX-0305.0001

conversation :)
(06:20:32 PM) **joesikesatl:** im talking to roger now
(06:20:36 PM) **joesikesatl:** he knows a bit more about this
(06:20:39 PM) **G Chaos L2:** ok
(06:20:48 PM) **G Chaos L2:** feel free to add him to email if u think that is the way to go
(06:22:58 PM) **joesikesatl:** So, here's the gist of what the TOC does for "HARD
TERMINATIONS" (permanent term.)
(06:23:00 PM) **joesikesatl:** HARD Termination:

Take the D 1 out of ICOMS & De-provision the modem

Pull all 3 service codes, remove the modem from the acct

The modem will get a Self-Reg config

(06:23:14 PM) **G Chaos L2:** what is a D 1 ?
(06:23:20 PM) **G Chaos L2:** (i don't use icoms)
(06:23:35 PM) **joesikesatl:** really, they remove the '1' next to the D
(06:23:46 PM) **G Chaos L2:** ok
(06:23:49 PM) **G Chaos L2:** i guess that's irrelevant to me though :)
(06:23:55 PM) **G Chaos L2:** so
(06:24:04 PM) **G Chaos L2:** hard term is basically remove modem and hsi related service codes
(06:24:11 PM) **G Chaos L2:** is that communicated to the customer though
(06:24:16 PM) **G Chaos L2:** if so, before or after doing it

COX_SONY_00512422
PX-0305.0002

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Tuesday, October 16, 2012 6:12 PM
**To:** Wimmer, Steven (CCI-Atlanta-CON)
**Subject:** RE: Archer Incident IR-155: Possible BitTorrent Use on Internal Network - Closed

Better fire that person!! Bittorrent is used for one thing only... and I would know. ;-)


## COX
-----------------------------------------------------------------------
**Jason Zabek**
**Manager, Customer Safety**
404-269-8129 **tel**
6305-A Peachtree Dunwoody Road, Atlanta GA 30328

Visit the MyAxis page: TechOps
*(Insert benign saying here)*

_____

**From:** Wimmer, Steven (CCI-Atlanta-CON)
**Sent:** Tuesday, October 16, 2012 4:40 PM
**To:** CCI - Security Incident Response Team
**Subject:** Archer Incident IR-155: Possible BitTorrent Use on Internal Network - Closed


<div align="center">

**Internal Use Only**
**CLOSED**
</div>

<< OLE Object: Picture (Device Independent Bitmap) >>

| | |
|---|---|
| **Title** | Possible BitTorrent Use on Internal Network |
| **Incident ID** | IR-155 |
| **Criticality** | << OLE Object: Picture (Device Independent Bitmap) >> |
| **Incident Type** | Misuse |
| **Incident Commander** | |
| **Summary** | On 10/16/2012 at approx. 10:26am EST, IP address 10.24.92.201 (Hampton Roads, VA IP space) was detected steadily communicating from source port 6890 to destination port 51413 to many unique external IPs. Ports 6890 and 51413 are both commonly used in bitTorrent applications. No machine name or user name have been identified associated with this IP. Virginia IT personnel identified the 10.24.92.XXX address space as their wifi network.<br><br>Given CCI's business relationships, bitTorrent use from the CORP network could result in damage to corporate reputation, with possible legal implications. |
| **Current Actions** | Local IT tracked the user down; the SITH requested that they remove the mobile device that was using bit torrent from the Cox network. |

1

<div align="center">

**JA1490**
</div>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00188943
PX-0318.0001

*This email and its contents are for internal use only. Please ensure that you handle this message in accordance with required policies and procedures.*

Thanks,

**Steven Wimmer**
Security Intelligence and Threat Handlers (SITH)
Cox Security Assurance and Intelligence
W: (404) 269-5195
E: steven.wimmer@cox.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Sikes, Joseph (CCI-Atlanta) |
| **Sent:** | Wednesday, December 12, 2012 7:58 PM |
| **To:** | Dameri, Andrea (CCI-Virginia) |
| **Subject:** | RE: Termination review CATS ticket 12056367 |

Aw, dang, I'm sorry. He might not have been aware that we now terminate, for real. He's been out of the loop, for a while. We'll get him on the same page.

**From:** Dameri, Andrea (CCI-Virginia)
**Sent:** Wednesday, December 12, 2012 7:55 PM
**To:** Sikes, Joseph (CCI-Atlanta)
**Subject:** RE: Termination review CATS ticket 12056367

Just between you me and the fencepost. I was a bit irritated yes. Martin only marked the cats ticket and icoms cc as terminate. Left the services in billing. He did not call and notify the customer and so when I was doing so I miscalculated and said hmmm 5 months is may and 1 for December that's six so may 10th. Oh well I had to do the hard work so he can get over being mad at me for doing bad math when he comes back next week lol.

**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Wednesday, December 12, 2012 7:33 PM
**To:** HRD-TOC (CCI-Hampton Roads)
**Cc:** Zabek, Jason (CCI-Atlanta); CCI - Abuse Corporate
**Subject:** RE: Termination review CATS ticket 12056367

Yep, good point, Andrea. Now, when we terminate Customers, we REALLY terminate the Customer (for 6 months).

COX

------------------------------------------------------------------------
Joseph Sikes, Senior Engineer
Customer Safety & Abuse Operations
404-847-6486 tel ⌈Redacted for Confidentiality⌉cell
6305-A Peachtree Dunwoody Road, Atlanta, GA 30328
CTECH A10-153J

Visit our MyAxis page: TechOps

Please don't print this e-mail unless you really need to do so.

**From:** Dameri, Andrea (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Wednesday, December 12, 2012 6:59 PM
**To:** HRD-TOC (CCI-Hampton Roads)
**Cc:** Zabek, Jason (CCI-Atlanta); CCI - Abuse Corporate
**Subject:** RE: Termination review CATS ticket 12056367

Please ensure when terminating a customer for real that we remove the chsi charges.

Andrea Dameri
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172

1

COX_SONY_00513220
PX-0322.0001

Supervisor: Christopher Burns
Wed - Saturday 10am - 9pm Eastern

---

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Monday, December 10, 2012 10:08 AM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Termination review CATS ticket 12056367


Do it.  They have had plenty of chances to stop.

## COX
--------------------------------------------------
**Jason Zabek**
**Manager, Customer Safety**
404-269-8129 **tel**
6305-A Peachtree Dunwoody Road, Atlanta GA 30328
CTECH A10-154

Visit the MyAxis page: TechOps
*(Insert benign saying here)*

---

**From:** Mathews, Martin (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Sunday, December 09, 2012 3:10 PM
**To:** CCI - Abuse Corporate
**Cc:** HRD-TOC (CCI-Hampton Roads)
**Subject:** Termination review CATS ticket 12056367


Customer was warned that next infraction could result in termination of service (Ticket 12002263), please advise.


Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Christopher Burns
Sunday - Wednesday 10:00 am – 9:00 pm Eastern

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1493**

COX_SONY_00513221
PX-0322.0002

| From: | Beck, Brent (CCI-Atlanta) <Brent.Beck@cox.com> |
| Sent: | Wednesday, February 19, 2014 5:10 PM |
| To: | Sikes, Joseph (CCI-Atlanta) |
| Cc: | Carothers, Matt (CCI-Atlanta); Zabek, Jason (CCI-Atlanta); sara.roper@centurylink.com; david.dee@centurylink.com |
| Subject: | RE: DMCA complaint spike? |

Also, to be clear for our CenturyLink folks here, our 200/day limiting is entirely different from our blacklisting.

Sources like DigitalRightsCorp are blacklisted with us, so we silently -delete- the email messages without any parsing/ticketing/etc. As soon as our POP3 client recognizes the From: address in the headers as blacklisted, we delete the message without retrieving it's msg body.

Normal non-blacklisted complaint sources that exceed the 200/day (rolling 24H, not calendar day) hard limit are sent an auto-response email form for each additional complaint (which we still parse & ticket, but auto-close with no customer-facing actions taken). The limit is only applied to abuse tickets that have resulted in action (customer facing notification/suspension/etc) or that are still open at the time of the query. Otherwise, a flood of inbound complaints could keep a given complainant over the limit for an extended time period if we counted them all.

On Wed, 2014-02-19 at 16:28 -0500, Sikes, Joseph (CCI-Atlanta) wrote:
So, we actually do not accept ANY complaints from dmca@digitalrightscorp.com  and have blacklisted them from sending to abuse@cox.net . Our Legal Dept deemed their "blackmail-styled" complaints as "not being in the spirit of the DMCA". And because of this, they no longer send to us. So, yeah, F the DRC!

> COX
> ------------------------------------------------------------------
> Joseph Sikes, Senior Lead Engineer
> Customer Safety / Security Assurance & Intelligence
> 404-847-6486 tel 404-964-6006 cell
> 6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328


**From:** Carothers, Matt (CCI-Atlanta)
**Sent:** Wednesday, February 19, 2014 4:13 PM
**To:** Zabek, Jason (CCI-Atlanta); Sara.Roper@CenturyLink.com; Sikes, Joseph (CCI-Atlanta); David.Dee@CenturyLink.com; Beck, Brent (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?


IIRC complainants get one auto response after they cross the limit and then all subsequent mail during the next 24 hour rolling window is silently deleted. Brent is that accurate?

--

1

**EXHIBIT**
14-Beck

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00199556

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1494**

COX_SONY_00000586
PX-0335.0001

Matt Carothers
Cox Communications
(404) 933-1125

-----Original Message-----
**From:** Dee, David [David.Dee@CenturyLink.com]
**Received:** Wednesday, 19 Feb 2014, 12:08PM
**To:** Zabek, Jason (CCI-Atlanta) [Jason.Zabek@cox.com]; Roper, Sara
[Sara.Roper@CenturyLink.com]; Sikes, Joseph (CCI-Atlanta) [Joseph.Sikes@cox.com]
**CC:** Carothers, Matt (CCI-Atlanta) [Matt.Carothers@cox.com]
**Subject:** RE: DMCA complaint spike?

Nice!  I will defer the political response to Sara!


Thanks!



**From:** Zabek, Jason (CCI-Atlanta) [mailto:Jason.Zabek@cox.com]
**Sent:** Wednesday, February 19, 2014 13:05
**To:** Dee, David; Roper, Sara; Sikes, Joseph (CCI-Atlanta)
**Cc:** Carothers, Matt (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?



F the dmca!!!  Ya, we told each copyright holder to limit them or give us money to hire
people.  J


**COX**
--------------------------------------------------

**Jason Zabek**
**Manager, Customer Safety**
404-269-8129 **tel**
6305-B Peachtree Dunwoody Road

Atlanta GA 30328
*(Insert benign saying here)*



**From:** Dee, David [mailto:David.Dee@CenturyLink.com]
**Sent:** Wednesday, February 19, 2014 2:48 PM

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    COX_BMG00199557


HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1495**                    COX_SONY_00000587
PX-0335.0002

Just out of curiosity, when we talk to them if they state that their wireless is still not secure do we proceed with a termination?

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

---

**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Thursday, March 27, 2014 5:24 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

Roger, Roger! And no problem. Thanks for the background info on your interactions with this Customer.

Martin,

Please suspend this Customer, one LAST time. When you speak to them, please point out that securing their wifi did not stop this and the Bittorrent client is obviously on one of their computers or perhaps a guest's computer (someone who comes to visit them once a month, because that seems to be the frequency of their complaints).

Advise them to change their wifi network's password and only give it to friends/family who are not running a version of BitTorrent on their computer.

Advise him to check his own systems for a BitTorrent client and uninstall them.

And let Marion know that this is absolutely the end of the line, last complaint, last suspension, last chance.

Make sure to include detailed notes about your discussion with him and reactivate.

Thanks for handling this!

COX
--------------------------------------------------------------------------
Joseph Sikes, Senior Lead Engineer
Customer Safety / Security Assurance & Intelligence

1

COX_SONY_00512138
PX-0342.0001

404-847-6486 tel 404-964-6006 cell
6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328

---

**From:** Vredenburg, Roger (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Thursday, March 27, 2014 5:12 PM
**To:** Sikes, Joseph (CCI-Atlanta); HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

On each suspension and reactivation notes are put in so that we can see what was previously covered with the customer.

Ticket # 17279725 shows we had spoken to him about file sharing programs and how to find them (notes indicated he even asked)

Ticket # 17613991 stated he knew he had an open router and would secure it

Ticket 18198022 he advised me the router was now secured

It is my normal procedure to cover with the customer the program being used (torrents , ARES, etc) and the basics of how they work/what they do and where to look to remove ...and I put that info into my notes

In this case with the sequence of the information provided to him then no I probably did not cover all that material again.

---

**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Thursday, March 27, 2014 4:49 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

That was back in October 2013.

We can't expect our Customers to know and remember as much as we do about this stuff, especially if the account holder is not the one using BitTorrent.

Roger,

On this Customer's last suspension (Ticket # 18198022), at the beginning of this month (March 5th), did you also explain that they should still check all of the computers in their household for BitTorrent clients and to speak to other members of their household (particularly their children, roommates, etc) about running/installing BitTorrent and downloading/sharing files? You only mentioned their wireless network in your work log notes.

On final suspensions, we need to be as detailed as possible on the work log notes, show that we have covered EVERYTHING with the Customer. On 404 suspensions for DMCA, this is our last ditch effort to save the Customer. Obviously, if they don't care and don't want to help us help them, there's not much more we can do, but this should also be noted in the work log notes.

Sorry for all my questions and rants! Welcome to "Termination Review!" ;)

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1497**            COX_SONY_00512139
PX-0342.0002

COX

-------------------------------------------------------------------------

Joseph Sikes, Senior Lead Engineer
Customer Safety / Security Assurance & Intelligence
404-847-6486 tel 404-964-6006 cell
6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328


**From:** Mathews, Martin (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Thursday, March 27, 2014 4:35 PM
**To:** Sikes, Joseph (CCI-Atlanta); HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545


Looks like PTP programs were discussed back on ticket 15711339 (Which also was a final suspension as well).

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern


**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Thursday, March 27, 2014 4:24 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545


Per Roger's last conversation, it looks like the Customer suspected that their wireless network was the culprit.

I assume you also covered the likely possibility that it could also be a BitTorrent client running on one of their computers?

If this was not covered thoroughly on the last call with them, please advise them that securing their wireless network obviously did not work.  So, the BitTorrent client is running on one of their computers (their child's, etc) and they need to uninstall it.

This Customer pays us over $400/month and if we terminate their internet service, they will likely cancel the rest of their services.

Every terminated Customer becomes lost revenue and a potential Detractor to our Net Promoter Score.  We should make absolutely certain that we have covered each and every possibility with them ("to the bitter end") before we terminate them.

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY **JA1498** COX_SONY_00512140
PX-0342.0003

| From: | Thompson, Andrew (CCI-Atlanta) |
|---|---|
| Sent: | Thursday, June 12, 2014 7:40 AM |
| To: | HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate |
| Subject: | RE: Termination Review - 19029047 |

I believe you mean be ticket 20356017 but you appeared to update that ticket and previous ticket of 19029047 with the final suspension you just did on 06/11/14

This customer will likely fail again, but let's give him one more change. he pays 317.63 a month.

Please tell the customer we are giving them one more chance and be sure to cover all bases to help the customer prevent further complaints, as you always do.

We will terminate on the next complaint

Thank you

COX

---------------------------------------------------------------------------------

Andrew Thompson
Senior Engineer, Customer Safety and Abuse Operations
404-269-8414 tel
6305-B Peachtree Dunwoody Rd, Atlanta GA 30328
CTECH B07-159C

---------------------------------------------------------------------------------

From: Mathews, Martin (CCI-Virginia) On Behalf Of HRD-TOC (CCI-Hampton Roads)
Sent: Wednesday, June 11, 2014 9:10 PM
To: HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
Subject: RE: Termination Review - 19029047

Wrong ticket number should be 20236129

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00181440

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  **JA1499**

COX_SONY_00008318
PX-0347.0001

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, <br><br> Plaintiff, <br><br> v. <br><br> COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 1:14-cv-1611 (LOG/JFA)

**HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY –**
**SUBJECT TO PROTECTIVE ORDER**

**DEFENDANT COX COMMUNICATIONS, INC.'S**
**FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST**
**SET OF INTERROGATORIES**

PROPOUNDING PARTY:     PLAINTIFFS BMG RIGHTS MANAGEMENT (US) LLC AND
                                              ROUND HILL MUSIC LP

RESPONDING PARTY:     DEFENDANT COX COMMUNICATIONS, INC.

SET NUMBER:     ONE (NOS. 1-11)

In accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure and Civil

Local Rule 26(b) and (c), Defendant Cox Communications, Inc. ("Cox Communications")

hereby responds and objects to Plaintiffs BMG Rights Management (US) LLC and Round

Hill Music LP's (collectively "Plaintiffs") First Set of Interrogatories to Defendant

Cox Communications, Inc. as follows. As Cox Communications' investigation in this matter is

ongoing, Cox Communications reserves the right to supplement or amend its responses and

objections to the extent allowed by the Federal Rules of Civil Procedure, the Local Rules, and

the orders of this Court.

1

Without waiving any of the foregoing objections, Cox Communications responds as follows:

| Year/Month | Warnings | Suspensions | Terminations |
|---|---|---|---|
| 2010-01 | 38,109 | 7,507 | 18 |
| 2010-02 | 20,138 | 5,962 | 16 |
| 2010-03 | 19,804 | 5,523 | 22 |
| 2010-04 | 20,415 | 5,645 | 25 |
| 2010-05 | 21,732 | 3,802 | 19 |
| 2010-06 | 22,559 | 3,785 | 28 |
| 2010-07 | 24,227 | 3,622 | 33 |
| 2010-08 | 25,215 | 4,055 | 24 |
| 2010-09 | 26,271 | 4,189 | 19 |
| 2010-10 | 25,809 | 3,307 | 30 |
| 2010-11 | 23,974 | 3,083 | 20 |
| 2010-12 | 26,815 | 3,407 | 21 |
| 2011-01 | 28,896 | 3,518 | 21 |
| 2011-02 | 29,379 | 3,794 | 13 |
| 2011-03 | 32,260 | 4,052 | 26 |
| 2011-04 | 34,437 | 4,134 | 24 |
| 2011-05 | 33,441 | 4,787 | 16 |

25

**JA1501**

| | | | |
|---|---|---|---|
| 2011-06 | 25,463 | 4,542 | 24 |
| 2011-07 | 24,580 | 4,246 | 6 |
| 2011-08 | 26,156 | 4,188 | 8 |
| 2011-09 | 19,273 | 3,143 | 7 |
| 2011-10 | 23,629 | 3,545 | 6 |
| 2011-11 | 29,835 | 4,315 | 7 |
| 2011-12 | 25,052 | 3,553 | 11 |
| 2012-01 | 23,709 | 3,397 | 7 |
| 2012-02 | 19,352 | 2,777 | 6 |
| 2012-03 | 24,016 | 3,571 | 6 |
| 2012-04 | 22,322 | 3,291 | 7 |
| 2012-05 | 15,776 | 2,422 | 6 |
| 2012-06 | 22,560 | 3,079 | 6 |
| 2012-07 | 21,456 | 3,040 | 5 |
| 2012-08 | 22,409 | 3,320 | 12 |
| 2012-09 | 18,595 | 2,600 | 0 |
| 2012-10 | 19,091 | 2,581 | 0 |
| 2012-11 | 16,410 | 2,335 | 1 |
| 2012-12 | 17,116 | 2,300 | 1 |
| 2013-01 | 18,820 | 2,419 | 0 |
| 2013-02 | 16,552 | 2,113 | 0 |
| 2013-03 | 17,466 | 2,329 | 0 |
| 2013-04 | 19,187 | 2,741 | 0 |
| 2013-05 | 27,466 | 3,351 | 3 |
| 2013-06 | 21,119 | 3,027 | 1 |

26

| 2013-07 | 24,585 | 3,762 | 1 |
|---------|--------|-------|-----|
| 2013-08 | 23,836 | 3,674 | 0 |
| 2013-09 | 23,670 | 3,683 | 0 |
| 2013-10 | 22,071 | 3,541 | 0 |
| 2013-11 | 22,669 | 3,158 | 0 |
| 2013-12 | 22,581 | 3,188 | 0 |
| 2014-01 | 27,139 | 3,466 | 0 |
| 2014-02 | 27,382 | 3,533 | 1 |
| 2014-03 | 28,985 | 3,365 | 3 |
| 2014-04 | 26,163 | 2,913 | 2 |
| 2014-05 | 26,713 | 2,914 | 0 |
| 2014-06 | 23,689 | 2,638 | 3 |
| 2014-07 | 24,404 | 2,801 | 1 |
| 2014-08 | 25,317 | 2,716 | 1 |
| 2014-09 | 23,660 | 2,650 | 1 |
| 2014-10 | 25,484 | 2,594 | 2 |
| 2014-11 | 41,640 | 3,734 | 1 |
| 2014-12 | 39,516 | 4,502 | 13 |
| 2015-01 | 43,555 | 5,362 | 11 |
| 2015-02 | 41,456 | 5,097 | 11 |

This information is drawn from Cox Communications' CATS database. The person most knowledgeable about that database is Brent Beck. The persons most knowledgeable about the penalty process are Jason Zabek and Brent Beck.

PX-1610.0027

**JA1503**

PX-0351.0027

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP, <br><br> Plaintiff, <br><br> v. <br><br> COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:14-cv-1611 (LOG/JFA)

**HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY –**
**SUBJECT TO PROTECTIVE ORDER**

**DEFENDANT COX COMMUNICATIONS, INC.'S**
**THIRD SUPPLEMENTAL RESPONSES TO**
**PLAINTIFFS' FIRST SET OF INTERROGATORIES**

PROPOUNDING PARTY:   PLAINTIFFS BMG RIGHTS MANAGEMENT (US) LLC AND
ROUND HILL MUSIC LP

RESPONDING PARTY:   DEFENDANT COX COMMUNICATIONS, INC.

SET NUMBER:   ONE (NOS. 3, 5)

In accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure and Civil

Local Rule 26(b) and (c), Defendant Cox Communications, Inc. ("Cox Communications")

hereby further responds and objects to Plaintiffs BMG Rights Management (US) LLC and

Round Hill Music LP's (collectively "Plaintiffs") First Set of Interrogatories to Defendant

Cox Communications, Inc. as follows. As Cox Communications' investigation in this matter is

ongoing, Cox Communications reserves the right to supplement or amend its responses and

objections to the extent allowed by the Federal Rules of Civil Procedure, the Local Rules, and

the orders of this Court.

PX-0353.0001



Without waiving any of the foregoing objections, Cox Communications responds as follows: This response by Cox Communications supplements Cox Communications' Initial Response to Interrogatory No. 5, served March 9, 2015. Email notices received at abuse@cox.net that relate to alleged copyright infringement are handled in one of two ways. If the sender is not blacklisted, the notice is entered into Cox's CATS system; the second column in the table below reflects those notices. If the sender is blacklisted, the email notice is

12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

automatically deleted and not entered into the CATS system (with an exception explained below); the third column in the table below reflects those notices. Cox only has data for those automatically deleted notices beginning in mid-May 2010. The figures in the third column in the table below do not reflect email notices that were not received at abuse@cox.net because those notices were blocked by the Cox mail server. A small number of email notices from blacklisted senders, most in 2010, were stored in CATS but automatically closed without further action; the fourth column in the table below reflects those notices. For a particular month, the sum of the second, third, and fourth columns in the table below reflects all email notices received at abuse@cox.net in that month that related to alleged copyright infringement.

| Month | Notices in CATS | Deleted Notices Not Stored in CATS | Auto-Closed Notices Stored in CATS |
|---|---|---|---|
| 2010-01 | 92,285 | n/a | n/a |
| 2010-02 | 76,183 | n/a | n/a |
| 2010-03 | 66,251 | n/a | n/a |
| 2010-04 | 77,731 | n/a | n/a |
| 2010-05 | 83,913 | 0 | 1,141 |
| 2010-06 | 84,930 | 23,273 | 1,660 |
| 2010-07 | 105,541 | 6,751 | 1,501 |
| 2010-08 | 101,357 | 3,866 | 1,956 |
| 2010-09 | 117,257 | 14,127 | 6,661 |
| 2010-10 | 126,855 | 27,873 | 970 |
| 2010-11 | 135,427 | 30,987 | 0 |

13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| Month | Notices in CATS | Deleted Notices Not Stored in CATS | Auto-Closed Notices Stored in CATS |
|---|---|---|---|
| 2010-12 | 160,970 | 28,353 | 0 |
| 2011-01 | 143,267 | 35,177 | 0 |
| 2011-02 | 105,645 | 29,775 | 0 |
| 2011-03 | 132,774 | 33,342 | 0 |
| 2011-04 | 131,630 | 38,648 | 1 |
| 2011-05 | 131,728 | 48,235 | 0 |
| 2011-06 | 114,255 | 38,827 | 1 |
| 2011-07 | 115,543 | 32,432 | 1 |
| 2011-08 | 126,000 | 35,453 | 0 |
| 2011-09 | 75,414 | 35,457 | 250 |
| 2011-10 | 94,825 | 142,741 | 130 |
| 2011-11 | 111,130 | 56,957 | 279 |
| 2011-12 | 110,811 | 46,679 | 32 |
| 2012-01 | 116,480 | 65,271 | 0 |
| 2012-02 | 89,095 | 95,908 | 0 |
| 2012-03 | 116,792 | 64,562 | 1 |
| 2012-04 | 98,671 | 70,137 | 0 |
| 2012-05 | 59,135 | 76,242 | 0 |
| 2012-06 | 92,198 | 79,370 | 0 |
| 2012-07 | 95,198 | 75,622 | 0 |
| 2012-08 | 96,676 | 70,306 | 0 |

14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

JA1507

| Month | Notices in CATS | Deleted Notices Not Stored in CATS | Auto-Closed Notices Stored in CATS |
|-------|-----------------|------------------------------------|-------------------------------------|
| 2012-09 | 83,068 | 71,058 | 0 |
| 2012-10 | 86,265 | 69,283 | 0 |
| 2012-11 | 67,467 | 88,113 | 0 |
| 2012-12 | 64,616 | 94,004 | 0 |
| 2013-01 | 73,739 | 112,109 | 0 |
| 2013-02 | 71,726 | 86,606 | 0 |
| 2013-03 | 71,487 | 114,622 | 0 |
| 2013-04 | 78,076 | 123,601 | 0 |
| 2013-05 | 120,111 | 109,988 | 0 |
| 2013-06 | 75,986 | 152,931 | 0 |
| 2013-07 | 94,517 | 145,846 | 0 |
| 2013-08 | 85,603 | 209,282 | 1 |
| 2013-09 | 72,568 | 166,362 | 0 |
| 2013-10 | 66,126 | 131,986 | 1 |
| 2013-11 | 65,703 | 121,671 | 0 |
| 2013-12 | 63,987 | 134,494 | 2 |
| 2014-01 | 90,238 | 186,397 | 0 |
| 2014-02 | 101,390 | 188,992 | 1 |
| 2014-03 | 119,793 | 235,198 | 0 |
| 2014-04 | 109,441 | 264,329 | 1 |
| 2014-05 | 105,534 | 285,881 | 0 |

15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| Month | Notices in CATS | Deleted Notices Not Stored in CATS | Auto-Closed Notices Stored in CATS |
|---|---|---|---|
| 2014-06 | 122,549 | 266,570 | 0 |
| 2014-07 | 91,482 | 260,750 | 0 |
| 2014-08 | 112,187 | 286,078 | 0 |
| 2014-09 | 88,415 | 198,069 | 0 |
| 2014-10 | 101,738 | 11,357 | 2 |
| 2014-11 | 187,320 | 0 | 0 |
| 2014-12 | 154,593 | 0 | 0 |
| 2015-01 | 232,811 | 0 | 0 |
| 2015-02 | 172,573 | 0 | 0 |
| 2015-03 | 187,778 | 0 | 0 |
| 2015-04 | 174,063 | 0 | 0 |
| 2015-05 | 199,155 | 0 | 0 |
| 2015-06 | 201,141 | 0 | 1 |

The person most knowledgeable about the CATS database and these issues is Brent Beck.

Dated: July 24, 2015

s// Andrew Bridges
Andrew P. Bridges (pro hac vice)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:    415-875-2300
Fax:    415-281-1350
Email: abridges@fenwick.com

16

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

                    Case No. 1:18-cv-00950-LO-JFA

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

<span style="background-color: yellow">**\* \* \* CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY \* \* \***</span>

### COX'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS'

### FIRST SET OF INTERROGATORIES (NOS. 1-12) TO DEFENDANTS

In accordance with Federal Rules of Civil Procedure 26 and 33 and Civil Local Rule 26(b)

and (c), Defendants Cox Communications, Inc. and CoxCom LLC (collectively, "Cox")

supplement their response to Plaintiffs' First Set of Interrogatories as follows. This supplemental

response is made solely for the purposes of this litigation. Cox's investigation into the facts of

this case is ongoing and is not yet completed, and Cox therefore reserves the right to supplement

or amend its responses and objections to the extent allowed by the Federal Rules of Civil

Procedure, the Local Rules, and the orders of this Court. The responses are based solely on the

information that is presently available and specifically known to Cox.

### OBJECTIONS TO PLAINTIFFS' DEFINITIONS AND INSTRUCTIONS

Cox objects as follows to Plaintiffs' Definitions and Instructions. To the extent the

Definitions or Instructions are incorporated into the requests in Plaintiffs' First Set of

1

**JA1510**

PX-0365.0001

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6**

\* \* \* HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY \* \* \*

Pursuant to the Court's order requiring Cox to provide the number of subscribers terminated for violation of the Acceptable Use Policy, by quarter, for 2013 and 2014, Cox responds as follows:

|      | Q1 | Q2 | Q3 | Q4 |
|------|----|----|----|----|
| 2013 | 0  | 4  | 1  | 0  |
| 2014 | 3  | 5  | 3  | 16 |

\* \* \* **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** \* \* \*

**JA1511**

PX-0365.0012

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11**

* * * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY * * *

Pursuant to the Court's order requiring Cox to provide the number of subscribers terminated for failure to pay, by quarter, for 2013 and 2014, Cox responds that the number of residential accounts whose data service was disconnected for non-payment was as follows:

|      | Q1     | Q2     | Q3     | Q4     |
|------|--------|--------|--------|--------|
| 2013 | 64,616 | 73,572 | 83,384 | 70,398 |
| 2014 | 63,694 | 72,900 | 89,487 | 79,745 |

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11**

* * * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY * * *

Pursuant to the Court's order requiring Cox to provide the number of subscribers terminated for failure to pay, by quarter, for 2013 and 2014, Cox responds that the number of Cox Business subscribers whose data service was disconnected for non-payment was as follows:

|      | Q1    | Q2    | Q3    | Q4    |
|------|-------|-------|-------|-------|
| 2013 | 2,695 | 2,334 | 2,651 | 2,752 |
| 2014 | 2,693 | 2,708 | 3,222 | 2,860 |

* * * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY * * *

PX-0365.0017

# Sizing the piracy universe

David Price

Director of Piracy Analysis, NetNames

September 2013




# 1 Executive Summary

## 1.1 Introduction

This report draws data from a wide range of reliable sources to provide an estimate of the shape and size of the piracy universe. It is based upon an in-depth study of a range of ecosystems commonly used for the distribution of infringing content. Analysis demonstrates the number of unique internet users who employ each infringement method to obtain material as well as the overall proportion of internet bandwidth used by each ecosystem. In addition to original data collection by NetNames, the report draws on supplemental data from leading companies including Sandvine and Cisco.

The report, which has been commissioned by NBCUniversal, was prepared by the Piracy Analysis team at NetNames, formerly known as Envisional. In January 2011, Envisional published the report *An Estimate of Infringing Use of the Internet*, an analysis focused on the use of internet bandwidth for the distribution of infringing content such as pirated



films, television, music, and software.[1] This new report includes an extended examination of bandwidth data that updates some of the findings from the 2011 publication. However, it takes a look at a broader range of considerations, including:

- a detailed examination of the number of users involved in a range of major internet ecosystems
- an evaluation of the level of infringement within each ecosystem
- an analysis of trends over time
- a look at business models and revenue generation used by sites that facilitate infringement
- a discussion of the rise of mobile
- and an analysis of the impact of enforcement efforts on infringement.

## 1.2 Main Findings

### 1.2.1 The continued growth of infringement

- Internet usage continues to **grow at a rapid pace**; and with it, so does internet-based infringement.
- **The practise of infringement is tenacious and persistent.** Despite some discrete instances of success in limiting infringement, the piracy universe not only persists in attracting more users year on year but hungrily consumes increasing amounts of bandwidth.
- The free and simple availability of copyrighted content through piracy ecosystems continues to drive the popularity of hundreds of web sites, the actions of hundreds of millions of internet users worldwide, and the consumption of thousands of petabytes of internet bandwidth. **Users of piracy ecosystems, the number of internet users who regularly obtain infringing content, and the amount of bandwidth consumed by infringing uses of content all increased significantly between 2010 and 2013.**[2]
- Even in regions where the legitimate distribution of content is advanced, the number of those involved in infringement has increased, the number of page views devoted to infringement has grown, and the absolute amount

---

[1] *An Estimate of Infringing Use of the Internet*, 2011, Envisional. Available at: http://bit.ly/bandwidth-report

[2] In this report, the infringing status of pornography is not examined. Any mention of infringement refers only to the infringement of non-pornographic content. As such, 'non-infringing' consumption also includes consumption of pornography.

Copyright © 2013 Netnames Piracy Analysis – v2.5

of bandwidth linked to infringement has risen. This suggests that in addition to encouraging the growth of legitimate sources, additional tools may be required to help content owners prevent infringement.

- Each web site included in this analysis was verified by a NetNames analyst as one that is focused on providing infringing content or providing links to infringing content. 'Focused' means that the infringing material comprised more than half of all links or all files posted on the site in January 2013.

- Almost every piracy-focused site included in this analysis is owned and run for profit.

- **Worldwide, 432.0m unique internet users explicitly sought infringing content during January 2013**.

- Three key regions – **North America, Europe**, and **Asia-Pacific** – make up a majority of the internet world, comprising 82.6% of all internet users and 95.1% of all bandwidth consumed. **Focusing on these regions**, an analysis of all ecosystems of the internet commonly used to obtain infringing material (such as bittorrent, video streaming, cyberlockers, and other file sharing networks) found that:



Infringing internet bandwidth, 2012
(North America, Europe, Asia-Pacific)



  - Absolute **infringing bandwidth use increased by 159.3%** between 2010 and 2012, from 3,690 petabytes to 9,567 petabytes. This figure represents **23.8%** of the total bandwidth used by all internet users, residential and commercial, in these three regions.



Infringing internet users, January 2013
(North America, Europe, Asia-Pacific)

  - **327.0m unique internet users explicitly sought infringing content** during January 2013 in the three regions. This figure **increased by 9.9%** in the fifteen months from November 2011 and represents **25.9% of the total internet user population** in these three regions (i.e., 1.26 billion internet users).[3]

  - **13.9 billion page views** were recorded on web sites focused on piracy in January 2013. This figure **increased by 9.8%** in the fifteen months from November 2011.



Growth in infringement, November 2011 - January 2013
(North America, Europe, and Asia-Pacific regions)

Up by 9.9%  Up by 9.8%

Users seeking infringing content   Page views from piracy sites



Growth in infringement bandwidth, 2010 - 2012
(North America, Europe, and Asia-Pacific regions)

9,567 Petabytes

3,690 Petabytes   Up by 159.3%

Bandwidth

[3] comScore derived total internet population includes persons aged 15+ accessing the internet from a home-owned or work-owned computer and excludes mobile devices, internet cafes, libraries, etc.

Copyright © 2013 Netnames Piracy Analysis – v2.5

### 1.2.2 Infringement ecosystems

**BitTorrent**

- Bittorrent is the most popular peer-to-peer file distribution system worldwide. The protocol is one of the highest consumers of internet bandwidth. BitTorrent users search dedicated web portals for torrent files for particular content. Torrent files open in a bittorrent client which then connects users to swarms of other downloaders.

- In three key regions (**North America**, **Europe**, and **Asia-Pacific**), the absolute amount of bandwidth consumed by the infringing use of bittorrent comprised 6,692 petabytes of data in 2013, an increase of 244.9% from 2011.

- In the same three regions, infringing use of bittorrent in January 2013 accounted for:
  - 178.7 million unique internet users, an increase of 23.6% from November 2011
  - 7.4 billion page views, an increase of 30.6% from November 2011





Copyright © 2013 Netnames Piracy Analysis – v2.5

### Video streaming

- Infringement through video streaming generally combines video streaming link sites with video hosting sites that are often called video streaming cyberlockers. Users search a link site for the content they desire, then click through the link to a streaming cyberlocker to watch the title.

- In three key regions (**North America**, **Europe**, and **Asia-Pacific**), the absolute amount of bandwidth consumed by the infringing use of video streaming comprised 1,527 petabytes of data in 2013, an increase of 471.9% from 2011.

- In the same three regions, infringing use of video streaming in January 2013 accounted for:
    - 96.3 million unique internet users, an increase of 27.7% from November 2011
    - 4.2 billion page views, an increase of 34.3% from November 2011





Copyright © 2013 Netnames Piracy Analysis – v2.5

### Direct download cyberlockers

- The user experience of infringement via direct download cyberlockers usually involves visiting a direct download cyberlocker link site to locate links for a piece of content that are followed to a direct download cyberlocker from which files can be downloaded. The direct download cyberlocker ecosystem was affected by the seizure of the MegaUpload site in January 2012 and the subsequent closure of other popular direct download cyberlockers. In three key regions (North America, Europe, and Asia-Pacific), the absolute amount of bandwidth consumed by the infringing use of direct download cyberlockers comprised 338 petabytes of data in 2013, a decrease of 54.7% from 2011.

- In the same three regions (**North America**, **Europe**, and **Asia-Pacific**), infringing use of direct download cyberlockers in January 2013 accounted for:
  - 148.6 million unique internet users, a decrease of 7.7% from November 2011
  - 2.3 billion page views, a decrease of 40.6% from November 2011





### 1.2.3   Ecosystem business models

- Almost every piracy-focused site included in this analysis is **owned and run for profit**. Business models differ slightly within the different ecosystems discussed, but the majority of these sites draw revenue from advertising, with others supplementing this income by offering users premium subscription accounts designed to offer faster access to content.

- **BitTorrent portals** exist almost exclusively on advertising revenue, frequently displaying banner advertisements and pop-up windows for casinos, dating sites, and download services.

- **Video streaming link sites** also tend to display numerous advertisements, some of which are designed to confuse users into believing they lead to legitimate or free video content in an effort to gain advertising traffic or to push malware onto users' devices. Link sites may also gather revenue by uploading content to video streaming host or video streaming cyberlocker sites. These host sites pay uploaders of popular material and those who persuade others to sign up for premium accounts.

- In addition to generating revenue through advertisements, **video streaming host sites or cyberlockers** often promote paid 'premium' accounts that offer users faster, advertisement-free access to content, as well as the ability to download video.

- **Direct download cyberlocker link sites** generate revenue through advertisements. They also enter into income-generating affiliate agreements with cyberlockers: the affiliate is paid when users purchase premium accounts or when users generate significant numbers of downloads from the cyberlocker.

- **Direct download cyberlockers** also feature many advertisements but place a greater focus on encouraging users to sign up for paid 'premium' accounts that offer a faster and simpler download experience for content.


## 1.3   Distribution and enforcement

Expanding efforts to distribute content legitimately through systems such as Netflix and BBC iPlayer for video, Steam and Origin for games, and Spotify and Pandora for music has helped draw millions of users into legitimate content arenas. At the same time, efforts to restrict infringement through legal action or other methods have been only intermittently successful, limited by the abilities of those involved to use available processes and techniques to adequately tackle the complexities of the internet world and the adaptive nature of infringement, driven by a voracious online appetite for pirated content.

In some regions, legitimate distribution services have significantly altered the online landscape. For instance, Netflix is now responsible for nearly one-third of all downstream peak-time bandwidth in the United States and has nearly 30m active subscribers in the country. Its growth and that of other legitimate streaming sites has helped drive overall levels of bandwidth consumption higher within the US. As a consequence, the relative proportion of bandwidth devoted to piracy has fallen: in North America, the percentage of total downstream bandwidth devoted to infringement fell from 15.7% in 2010 to 11.4% in 2012. Yet this should not be taken as demonstrating an overall drop in levels of infringement in the region. In fact, the actual amount of bandwidth consumed by infringement continued to grow at a rapid pace during this period, increasing by 48.2% in North America between 2010 and 2012. Further, the period from November 2011 to

CONFIDENTIAL      **JA1519**      SME_00008360<br>PX-0439.0007

January 2013 saw the number of users involved in infringement in North America grow by 40.5% from 45.4m to 63.8m. The overall proportion of internet users engaged in infringement rose by more than a third, from 21.6% in November 2011 to 29.6% in January 2013.

This overall increase in infringement in North America is matched by similar findings for other key regions such as Europe and Asia-Pacific. The rise in the number of users involved in infringement, the page views devoted to piracy, and the amount of bandwidth consumed by infringement comes despite the discrete success stemming from the law enforcement operation against MegaUpload which limited the attractiveness and use of direct download cyberlockers. In January 2012, the MegaUpload direct download cyberlocker was closed after an international law enforcement effort. The fallout led to other major direct download cyberlockers also closing or changing their mode of operation. Between November 2011 and January 2013, the number of visitors worldwide to direct download cyberlockers fell by 8.3%; the number of page views dropped by 41.0%; and the amount of bandwidth devoted to direct download cyberlockers fell by 54.7% between 2010 and 2012. Evidence clearly shows a sustained and likely permanent drop in the popularity of direct download cyberlockers following the MegaUpload operation.

The closure of MegaUpload also involved the closure of the streaming cyberlocker MegaVideo, an incident which in turn affected other popular streaming cyberlockers. Yet this disruption did not have a similar permanent impact on infringing use of video streaming as for the direct download cyberlocker ecosystem. Video streaming, both as a legitimate and illegitimate practice, is simple to engage with and deeply embedded in typical user routine. Video streaming bandwidth consumption of all kinds has exploded over the last few years, increasing by over 170% between 2010 and 2012 in North America, Europe, and Asia-Pacific. Infringement through video streaming has increased even more dramatically: the amount of bandwidth devoted to infringing video streaming has grown by more than 470% over the same period, despite the loss of well-known hosts such as MegaVideo.

This demonstrates clearly how quickly online piracy can react to system events such as site closures or seizures. User behaviour is modified, often in moments, shifting from locations or arenas impacted by events to others that offer a comparable spread of infringing content via a similar or different consumption model. The practise of piracy itself morphs to altered circumstances, with use of video streaming and bittorrent escalating as direct download cyberlockers fell away.

The value to content owners of the international law enforcement action against MegaUpload and the effect on the overall direct download cyberlocker ecosystem is undeniable. However, the recovery of video streaming cyberlockers from the same incident and the overall growth in infringing users, page views, and bandwidth consumption by infringing video streaming use demonstrates a need for content owners to have access to tools and methods that allow them to react no less quickly as users and site operators do to changes and transformations in the different piracy ecosystems.

CONFIDENTIAL                    **JA1520**                    SME_00008361
PX-0439.0008

## 1.4    Methodology

The research presented in this report draws on data from a number of sources. In all cases, data from external sources was used to strengthen and augment original research conducted by NetNames. The selection of sites which comprise the different ecosystems studied in this report are based on the company's experience, knowledge, and monitoring of digital piracy for more than fourteen years.

Information on unique and unduplicated **visitors** and **page views** for sites that fall into each infringement ecosystem are gathered from comScore. comScore figures on *unduplicated* visitors are one of the main sources of information which underpins this report: unduplicated data counts a visitor to, say, ten different bittorrent portals, or to a bittorrent portal and a direct download cyberlocker, once only, ensuring that a unique count of users within and across infringement ecosystems can be prepared.

In all ecosystems studied in this research, a careful account has been made of levels of **non-infringing use**. Discussion of piracy and infringement often provokes emotional and spirited debate. Within such an arena it is important to present a cautious and nuanced account of the different uses of successful and immensely popular technologies such as bittorrent, both for infringement and non-infringement. Using various techniques devised by NetNames, each explained in detail within the report, this research examines the types of content available within each ecosystem and the proportion of that content which is infringing. This information is then combined with data from comScore on the selected sites within each ecosystem to estimate the number of infringing and non-infringing users by employing probability to determine the frequency of infringing activity. These estimates enable this report to provide a figure for unique and unduplicated users who engaged in infringing activity in January 2013, both in each ecosystem separately and as part of the broader single piracy universe. Section 8 of the main report outlines this methodology in detail.

Data on **bandwidth use** was provided by Sandvine[4] who deploys network management solutions in many countries worldwide. Statistics from Cisco provided information on the growth of data consumption online.

The research provided in this report presents what is believed to be the first attempt to produce an accurate overall size estimate for the online piracy universe. Estimating any activity that comprises a range of user behaviours, motives, and actions can be problematic and is inevitably open to criticism and question. By carefully outlining in the body of the report the methodologies used to produce the conclusions, it is hoped that this research might prompt further study in one of the most fascinating and consistently changing areas of the internet.

---

[4] NetNames is very grateful to Sandvine for the company's openness and willingness to provide data for the study.

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 1.5    Report Structure

Following this summary of the main findings, Section 2 introduces the research in more detail and further outlines the methodologies employed to produce the primary conclusions, discussing issues which may affect the results. Sections 3, 4, 5, and 6 investigate the main internet ecosystems commonly used for infringement: specifically, bittorrent, other file sharing networks, video streaming, and direct download cyberlockers. Each ecosystem is discussed in depth and the approaches used to calculate unique users, proportion of infringement, and bandwidth use are outlined.

Section 7 considers infringement on mobile devices but concludes that further dedicated research is required in this area given the extremely rapid adoption of smartphones and tablets worldwide in recent years.

Section 8 concludes the report, drawing the research together and providing a repeatable framework to estimate the overall size of the piracy universe as it is used for infringement and the proportion of bandwidth consumed by infringing content.

Appendix A contains a list of the web sites used to calculate the data used in many areas of the report. Appendix B contains detailed data on a number of the overall findings on unique visitors, page views, and bandwidth use both on a worldwide and regional basis.

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 2    Introduction and methodology

### 2.1    Report goals

This report has two goals, simple to state but potentially difficult to achieve. The first is to accurately estimate the size of the worldwide piracy universe: how many unique internet users regularly engage in infringing activity through ecosystems typically used for piracy like bittorrent, cyberlockers, and video streaming. The second is to examine the amount of bandwidth used for infringement in different regions of the world. This second task broadly repeats but significantly extends research conducted by Envisional for a 2011 public report on infringing bandwidth use.

Each of these tasks is complex and difficult and each requires a range of methodologies if they are to be brought to a satisfactory conclusion. This section of the report introduces the main problems which arise from an attempt to tackle these goals and discusses the different research methodologies, data points, and techniques used to calculate and refine the final conclusions reached.

An introduction to each main infringement ecosystem is followed by a discussion of the main web-based analytics used for measurement. These include an outline of the types of sites chosen for inclusion and the different metrics used from providers such as comScore. The provision of internet bandwidth data from Sandvine and Cisco is also explained.

### 2.2    Infringement ecosystems

This report analyses piracy or infringing activity within a number of categories. These reflect different ecosystems commonly used to locate, distribute, and consume infringing material. The methodology used to describe the size of each ecosystem in January 2013 is outlined below and discussed in more detail in each section of the report. It is important to note that the figure produced for the total size of each ecosystem **does not represent** the total number of users who use the ecosystem for infringement as some users will not download infringing content or use that ecosystem to obtain pornography only (which is not examined for infringement in this report). The determination of the total number of infringing users in each ecosystem is performed in Section 8 of this report.

In this report, the ecosystems are categorised as follows:

*   **BitTorrent**, including analysis of the bittorrent network population, bittorrent client use, visitors to bittorrent portals, and the amount of bandwidth consumed by bittorrent online for infringing purposes. The most suitable metric for analysing the size of the overall bittorrent ecosystem was chosen to be **unduplicated visitors to bittorrent portals during a single month**. In January 2013, this figure was 212.8m for all bittorrent portals that received more than 50,000 unique visitors during the month.

Copyright © 2013 Netnames Piracy Analysis – v2.5

Discounting those visitors who only use bittorrent to obtain non-infringing or pornographic content (see Section 8) results in a final figure of **infringing bittorrent users** of **204.9m**.

- **Other file sharing networks**, including analysis of the eDonkey, Ares, and Usenet populations and the amount of infringing bandwidth consumed by each network online. For these file sharing networks, the most suitable metric for analysing the size of each universe was the number of **unique users of clients for each network during a single month**. In January 2013, this figure for eDonkey was 9.3m; for Ares, 66.6m; and for Usenet, 5.0m. Discounting those users who only employ each file sharing network for non-infringing or pornographic content makes a small change to these figures but does not affect the headline total (see Section 8).

- **Video streaming**, including analysis of both video streaming link sites frequently used to locate infringing content and video streaming cyberlocker sites used to host and stream the video content to users, and analysis of the amount of bandwidth consumed by infringing video streaming online. The most suitable metric for analysing the size of the infringing video streaming universe was chosen to be **unduplicated visitors to video streaming link sites during a single month**. In January 2013, this figure was 112.5 for all video streaming link sites which received more than 50,000 unique visitors during the month. Discounting those visitors who only use such sites to obtain non-infringing or pornographic content during the course of a month (see Section 8) results in a final figure of infringing video streaming users of **112.0m**.

- **Cyberlockers**, including analysis of both cyberlocker link sites frequently used to locate infringing content and cyberlocker hosting sites used to store the content ultimately downloaded by users, and analysis of the amount of bandwidth consumed by infringing cyberlocker use online. The most suitable metric for analysing the size of the infringing video streaming universe was chosen to be **unduplicated visitors to cyberlocker host sites during a single month**. In January 2013, this figure was 228.8m for all cyberlocker sites which received more than 50,000 unique visitors during the month. Discounting those visitors who only use such sites to obtain non-infringing or pornographic content (see Section 8) results in a final figure of infringing cyberlocker users of **210.6m**.

The report also briefly discusses activity on mobile devices such as smartphones and tablets. The main processes by which each ecosystem functions are briefly outlined at the start of each section.

## 2.3  Web site visitor analysis

### 2.3.1  Site selection

Appendix A lists over six hundred web sites which form the basis of the visitor measurement analytics used in some of the different sections of this report. The sites are taken from a larger database of web sites maintained by NetNames which offer, or have offered in the past, infringing material. Given the constantly

Copyright © 2013 Netnames Piracy Analysis – v2.5

growing and rapidly changing features and extent of the worldwide internet, it is possible – indeed, likely – that an occasional web site which should fall within the auspices of this research has been overlooked. However, NetNames is confident that the largest and most popular sites that facilitate and focus upon infringement are included and that omissions which might occur will do so in the long tail of less visited sites.

Each site included in Appendix A has been verified by a NetNames analyst as being focused on providing infringing content or providing links to infringing content. 'Focused' means that the infringing material comprises more than half of all links or all files posted on the site. For instance, previous analysis by NetNames shows that of all content held on ThePirateBay in December 2011, the majority was infringing (ranging from 78.1% for music to 92.9% for television).[5]

Sites are only included in analysis during months in which their operations were focused on offering infringing content. For instance, some of the sites included in Appendix A are no longer in operation or are no longer focused on offering infringing material – these range from the cyberlocker MegaUpload, shut down by US law enforcement in January 2012 to the bittorrent portal Mininova which removed all links to infringing content in November 2009. MegaUpload is therefore included in the analysis of cyberlockers up to and including January 2012; Mininova is included in the analysis of bittorrent portals up to and including November 2009.

In some charts, sites are only included when they comprise one of the twenty most popular sites in a particular category. This calculation is made on a monthly basis and as such, the composition of the top twenty sites may change from one month to the next. Appendix A highlights any site that was part of the top twenty during any month.

The main source of data on web site visitors used within this report comes from comScore. comScore is recognised as the industry leader in measurement of digital activity.

### 2.3.2    comScore

comScore's Media Metrix audience measurement service is drawn upon within this research to provide data on unique monthly visitors to a wide range of sites and users of applications of interest. This data is drawn from comScore's user panels of over 2m individuals in 44 countries, supplemented by census-based measurement systems in 172 countries. The company's methodology has passed audits from the Media Rating Council and the IAB.

comScore is believed to be accurate in its assessment of sites which have a substantial population but its panel-based approach may be less accurate when considering sites that have a small level of visitors. The company normalises its data according to demographics in each country but it is possible that, say, a small

---

[5] *Written report on matters related to the Pirate Bay web site*, December 2011, submitted to the UK High Court.

Copyright © 2013 Netnames Piracy Analysis – v2.5

piracy-focused site in a country where comScore does not have a dedicated panel might be missed. For this reason, only sites with a **minimum of 50,000 unique visitors each month** were included in this research.

While comScore provides a range of analytics on various aspects of the digital world, this project uses the company's data in two main ways, both of which draw on comScore figures for unique monthly visitors to web sites (or unique monthly users of particular software applications such as bittorrent clients).

- **aggregate unique visitors** to a web site or set of web sites. That is, the combined total number of visitors to a site such as thepiratebay.se[6] or the total number of visitors to thepiratebay.se, torrentz.eu, kat.ph[7], and other bittorrent portal sites. When calculating visitors to a set of sites, this figure is a simple sum of all the visitors to each web site.

- **unduplicated visitors** to a set of web sites. This extremely useful data point examines the unique universe of users who visit any number of a specific set of sites. For instance, the unduplicated audience for bittorrent portals counts the individual users who visit any bittorrent portal once in a month. Thus a user who visits thepiratebay.se, isohunt.com, kat.ph, and torrentino.com is counted only once in an unduplicated audience figure, not once for each web site they visit. This is in contrast to the aggregate figure which would count that user four times, once for each bittorrent site they visit. The unduplicated data provides a shape to the overall bittorrent universe; it gives a figure that enables understanding of the total number of individual users who turn to bittorrent sites at least once a month to seek content.

As an example of the difference between each of the two data points, comScore estimated that the *unduplicated* number of visitors worldwide to bittorrent portals in January 2013 was 212.8m. That is, 212.8m internet users visited at least one bittorrent portal during January 2013. This compares to an aggregate or combined figure of 555.0m.

The unduplicated figure for visitors to sites within each ecosystem is frequently used in this report as a way to size the boundaries of that ecosystem. Specifically, comScore data is used in short-term, long-term, and regional analysis of the web sites and applications selected by NetNames for inclusion in Sections 3 (bittorrent), 4 (other file sharing), 5 (video streaming), and 6 (cyberlockers) of this report.

*Short-term (fifteen month) analysis*

- On a monthly basis between **November 2011** and **January 2013**, the number of *aggregate* visitors were recorded to all sites which had **more than 50,000 unique visitors** in each ecosystem category. If a site had 100,000 visitors in December 2012 but 40,000 visitors in January 2013 then it would be included in the calculation for December 2012 but not for January 2013. Analysis also includes sites which may have gone offline during the monitoring period – for instance, bittorrent portal BTJunkie.org closed in January 2012 but visitors to the site are included in the analysis up until the point that it shut down.

---

[6] ThePirateBay changed domains to thepiratebay.sx in June 2013.

[7] KickassTorrents changed domains to kickass.to in June 2013.

Copyright © 2013 Netnames Piracy Analysis – v2.5

SME_00008367
PX-0439.0014

- On a monthly basis between **November 2011 and January 2013**, *unduplicated* visitors to all sites which had more than 50,000 unique visitors in each ecosystem category. The same methodology is applied to site selection as for aggregate visitors.

- Short-term analysis also examines the number of **total page views** across all sites from a category which had more than 50,000 unique visitors each month. For instance, there were 1,811,802,000 page views on thepiratebay.se in January 2013. This is compared to total page views from November 2011.

*Regional analysis*

- comScore data for the distribution of visitors by region of the world is employed to help define popularity for different types of web site.

- The methodology used in this report for the regional breakdown of visitors takes as a starting point the comScore unique monthly visitors to all web sites for a particular category in January 2013 with **more than 50,000 unique visitors** (for instance, thepiratebay.se received 58,962,934 visitors in January 2013 according to comScore). This provides the **same base of sites** as that for the short-term analysis discussed above.

- For each individual site, the number of total monthly unique visitors is then split between five major regions of the world (North America, Europe, Asia-Pacific, Latin America, and Middle East & Africa) according to comScore's World Metrix data for that site for the same month (for thepiratebay.se, this provides figures of 20,106,360 visitors from North America, 16,450,659 from Europe, 11,733,624 visitors from Asia-Pacific, 5,188,738 visitors from Middle East & Africa, and 5,483,553 from Latin America).

- Total aggregate visitors to all sites from each of the five regions are then summed, leading to an overall percentage breakdown of aggregate visitors to a category of sites from each region (so, all visitors from Asia-Pacific to all bittorrent sites). This percentage is then combined with the total *unduplicated* visitors to bittorrent portals to provide a final figure for total unique unduplicated visitors from each region. This provides an estimate for the total universe of e.g. bittorrent users from each region.

*Long-term analysis*

- On a monthly basis between **July 2009** and **January 2013**, aggregate visitors to the twenty sites with most unique monthly visitors in each category – for instance, bittorrent portals – were analysed. Total aggregate visitors were calculated (unduplicated visitor data is not available for this longer period of time). This analysis is limited to twenty sites as long-term data for more than twenty could not be accurately sourced for all ecosystems under analysis.

## 2.4    Bandwidth data

Data on the use of bandwidth by different services, protocols, and sites was supplied by network monitoring company Sandvine. The data provided by the company covered three major regions of the world: **North America**, **Europe**, and **Asia-Pacific**. Data was gathered from a range of ISPs in which Sandvine's equipment

Copyright © 2013 Netnames Piracy Analysis – v2.5

is installed. Detection monitored all traffic passing through the ISP over a sustained period of time and monitoring was performed during the first half of 2012 for Europe and Asia-Pacific and the second half of 2012 for North America. Bandwidth data from Sandvine for 2010 formed the focus of Envisional's 2011 technical report in this area, ensuring consistency in measurement across both pieces of research.

The overall bandwidth figures contained in this report are aggregate data reported by Sandvine for a combination of peak and off-peak use of both downstream and upstream bandwidth. Occasionally, use is made of a figure for downstream or upstream bandwidth only, but the report makes it clear when this occurs.

Sandvine does not have complete coverage of every ISP in a country or region. It is possible that the company's commercial focus means that gathered data will be biased to a particular country where the company has a larger installed base. As with comScore data, variations within countries where Sandvine may not have a commercial presence will not be included in their data collection. The omission of bandwidth data from Latin America and the Middle East and Africa is a regret given the believed differences in internet use between regions; as the Sandvine data used in this report demonstrates, there are significant variations between internet use in the regions covered in this report, for instance, and such difference is just as likely should data be located for bandwidth use in regions not covered in this report. The inability to obtain any complete bandwidth data representative of all regions of the world means that it was not possible to repeat the estimates made in Envisional's January 2011 report and produce a figure for infringing bandwidth use worldwide (estimated at 23.76% of all bandwidth in 2010). Instead, this report provides estimates for infringing bandwidth use in each of the three regions for which data was obtained from Sandvine (North America, Europe, and Asia-Pacific).

Additional data to support the bandwidth analysis contained in of this report was gathered from hardware manufacturer Cisco. Through its Visual Networking Index[8], Cisco provided an estimate of the overall growth of bandwidth use online between 2010, the point at which data was gathered for the earlier report, and 2012. The company records worldwide consumption of bandwidth growing by 109.0% during this two year period. In North America, overall bandwidth consumption grew by 105.0%; in Europe, 109.6%; and in Asia-Pacific, 111.2%. These are substantial increases over a relatively short period of time but the velocity of increase shows little sign of slowing: Cisco believe internet traffic will triple between 2012 and 2016. Bandwidth consumption also grew per individual internet user between 2010 and 2012.

According to Cisco, all main categories of bandwidth use showed an increase between 2010 and 2012, with video streaming increasing by 59.4% and file sharing by 21.2%. In North America, video streaming consumption rose by 59.3%; in Europe by 70.7%; and in Asia-Pacific by 50.0%. Clearly, the internet as a whole has consistently consumed a greater amount of bandwidth each year. The major categories of bandwidth consumption that are frequently used to obtain infringing content – such as file sharing and video streaming – also continued to grow.

---

[8] http://www.cisco.com/en/US/netsol/ns827/networking_solutions_sub_solution.html

Copyright © 2013 Netnames Piracy Analysis – v2.5

Cisco is a hardware manufacturer focused on providing companies with equipment to enable them to better control and utilize data flows through networks. It is, of course, in Cisco's commercial interest to encourage ISPs and hosting providers to believe that internet use and data consumption is increasing as this meets their commercial goals. However, data to support the contention that bandwidth consumption is growing rapidly is available from ISPs and other internet entities, reducing (though not removing) this concern. For instance, TeleGeography estimated that bandwidth growth tripled[9] between 2010 and 2012 while IDC predicted a growth[10] of 50% year on year from 2010 to 2015.

## 2.5   Ecosystem structures

The following four sections of this report discuss a range of internet ecosystems typically used by internet users to locate and obtain infringing content: bittorrent (Section 3), other file sharing networks (Section 4), video streaming (Section 5), and direct download cyberlockers (Section 6).

In each section, an introduction highlights the different types of data available to size the number of users within each ecosystem, and the particular metric chosen for that ecosystem is justified. Data from comScore is used to outline the unique population of internet users that inhabit the ecosystem and an outline of historical trends is provided. Analysis of the content typically found in each ecosystem is produced together with an assessment of the proportion of that content which is infringing. **Unless otherwise stated, all figures displayed in charts or quoted in each section relate to visitors who accessed *infringing* content through each ecosystem during January 2013**. That is, non-infringing use of each ecosystem is accounted for and removed from the figures discussed. Section 8 outlines the methodology used to discount users who only access non-infringing use within each ecosystem.

Bandwidth data from Sandvine and Cisco is then employed to demonstrate the overall amount of bandwidth devoted to infringement within that ecosystem. A discussion of business models and revenue generation methods in each web-based ecosystem is also provided.

---

[9] http://www.ispreview.co.uk/index.php/2012/09/international-internet-capacity-growth-falls-as-bandwidth-climbs-to-77tbps.html
[10] http://www.ispreview.co.uk/index.php/2012/03/idc-predicts-global-broadband-internet-traffic-to-grow-50-each-year.html

Copyright © 2013 Netnames Piracy Analysis – v2.5

# 3 BitTorrent

## 3.1 Introduction

BitTorrent was created in 2001, initially intended as an efficient method to share large non-infringing files such as distributions of Linux. Quickly co-opted for infringement, the protocol is now recognised as one of the fastest and simplest ways to transfer data between multiple users across the internet. Use of the protocol is heavy worldwide; for instance, data from Sandvine estimates that bittorrent comprised more than 21.7% of all internet traffic in Europe in the first half of 2012 (downstream and upstream), and more in Asia-Pacific.

The use of bittorrent by internet users tends to require two factors:

- a web site or portal such as ThePirateBay (see screenshot) or IsoHunt that offers links to content such as films or music that can be downloaded using a bittorrent client



- a 'swarm' of bittorrent users sharing a particular piece of content to which the bittorrent client can connect

The typical bittorrent download generally proceeds along the following lines: a user interested in an infringing copy of, say, the 2012 film *Les Miserables* visits a bittorrent portal site such as ThePirateBay. The user searches for the film title, and then chooses and clicks a link to download a version of the film. This link launches the user's bittorrent client which then enters the 'swarm' or network of bittorrent users actively sharing that film, and begins to download. As soon as the user's client has downloaded any part of the film, it can then share that part with others in the same swarm.

As the data in this section demonstrates, hundreds of millions of internet users employ bittorrent each month to share content and the vast majority of that usage is infringing, downloading pirated films, television episodes, games, software, books, and music. **Of all unique visitors to bittorrent portals in January 2013, it is estimated that 96.28% sought infringing content during the month, a total of 204.9m users.**

**Determining universe size**

There are four main pieces of data that can help provide an estimate of size for the overall bittorrent ecosystem (not the number of users who actively infringe using bittorrent):

1. Visitors to bittorrent portals in aggregate: internet users who visit a site such as ThePirateBay or KickassTorrents. Visitor analysis is performed over a month and focuses on unique monthly visitors to each site – in aggregate, the total visitors across all bittorent portals included in this research in January 2013 was 555.0m worldwide.

2. Unduplicated visitors to bittorrent portals: the total number of internet users who visit at least one bittorrent portal at least once during the course of a month. This ensures that a user who may visit

Copyright © 2013 Netnames Piracy Analysis – v2.5

numerous bittorrent portals during a month is counted as a single member of the bittorrent ecosystem. In January 2013, this figure was 212.8m worldwide.

3. The bittorrent user population: NetNames collects data for the number of simultaneous users of bittorrent. This is information which shows the number of active bittorrent users at any single point in time and does not show the number of unique bittorrent users over the course of a month. During the final week of 2012, this figure was 12.2m simultaneous users worldwide.

4. The unduplicated number of unique users of individual bittorrent clients such as uTorrent and Vuze over the course of a month. This data is provided by comScore and in January 2013 was 266.3m worldwide.

The figure for **aggregate portal visitors** (1) counts more than once any user that visits more than a single bittorrent portal during the course of a month. This cannot be an accurate way to provide a unique size for a discrete population. In contrast, data on the **simultaneous network population for bittorrent** (3) provides a snapshot of active users only during isolated points in the month and cannot account for total users across the entire period. This leaves the choice of unduplicated portal visitors or unique client users as the best way to size the overall bittorrent universe.

The figure for unique or **unduplicated bittorrent client users** (4) provides a measure of the number of users who have had a bittorrent client in operation on their computer at some point during the course of a month. As a user cannot upload or download content on bittorrent without a client, this might appear as a suitable candidate for assessing a minimum number of users of the bittorrent universe. However, some users may run a bittorrent client without their knowledge – for example, clients are sometimes installed which load on startup and operate in the background of a computer. It is possible that a portion of users, though likely only a few, are unaware that a bittorrent client is operating on their computer. As a result, it is possible that this figure may overcount active and deliberate bittorrent users. Last, the data for client use is gathered by comScore; while this company's data on web site use has been audited by numerous organisations, it is unknown whether a similar inspection has examined app users.

Using the figure for **unduplicated portal visitors** (2) provides a minimum estimate for bittorrent users who have sought content on bittorrent at some point during a month. This limits the calculation to users who have made a deliberate attempts to access a portal providing links to bittorrent. The use of unduplicated portal visitors also allows consistency with the figures for the video streaming and cyberlocker ecosystems.

Given the above, this report estimates the overall bittorrent universe during January 2013 at **212.8m unique internet users worldwide**. Note that this figure says nothing about whether those users are seeking infringing or non-infringing content on the portals which they visit. The proportion of the bittorrent population who use the ecosystem for infringing reasons is determined using a methodology that is explained in Section 8. **This method determines the total number of bittorrent users who accessed infringing content on bittorrent during January 2013 as 204.9m users worldwide.**

CONFIDENTIAL                                     **JA1531**                                     SME_00008372
PX-0439.0019

## 3.2    BitTorrent: portal visitors

### 3.2.1    Short-term analysis

Analysis for this report collected over two hundred bittorrent portals that were live in January 2013, as well as data on additional sites that have existed at earlier points. Data was collected for worldwide monthly unique visitors to these sites from comScore for a fifteen month period (November 2011 to January 2013), as well as for those sites that may have been live at some point during this period but were not in January 2013.[11] Sites with more than 50,000 unique users each month were used as the basis for this short-term analysis. A longer-term analysis with a smaller sample of sites is found in Section 3.2.3.

This data was in two forms:

- aggregate unique visitors to each portal (internet users who visit each portal in the course of a month)
- unduplicated visitors to *all* portals (all internet users who visit at least one bittorrent site in the course of a month)

The first type of data provides an idea of all visitors to individual sites and gives a sense of scale for the overall use of bittorrent worldwide. The second type of data (unduplicated visitors) better shapes the size of the bittorrent universe by unique users as the figure only counts each visitor to *any* bittorrent portal over the course of a month once (someone who visits ThePirateBay, KickassTorrents, Torrentz, TorrentLeech, and



---

[11] For instance, btjunkie.org closed in January 2012. The site will be included in the visitor analysis up to the point that it closed.

Copyright © 2013 Netnames Piracy Analysis – v2.5

IsoHunt in the same month will be noted as a single visitor only). Similar data is used for most other piracy ecosystems studied in this report. All visitor data gathered from comScore is then passed through a methodology which accounts for non-infringing use of the bittorrent ecosystem and is explained in detail in Section 8. **All figures displayed in charts or quoted in this section relate to visitors who accessed infringing content through bittorrent during January 2013.**

Chart 3.2.1.1 above shows both data points for each month from November 2011 to January 2013. Both figures increase over the period, reflecting the similar increase noted in the simultaneous network population seen in Section 3.3 below. The total aggregate infringing bittorrent visitor population increased from 452.8m visitors to 534.3m in January 2013, an increase of 18.0%. Unduplicated infringing bittorrent portal visitors, a more accurate measure of the total infringing bittorrent population, increased from 162.4m to 204.9m visitors in January 2013, an increase of 26.2%. The data means that each unique bittorrent visitor in January 2013 visited 2.6 different bittorrent sites on average during the month.

Data is also available from comScore on the total number of **page views** made across all bittorrent sites which related to infringing content. This also increased in the period shown, from 6.3 billion page views in November 2011 (an average of 40.0 bittorrent portal page views overall per visitor during the month) to 8.5 billion in January 2013 (an average of 41.3 page views per visitor). Page views peak in February 2012 as a consequence of the disruption seen in the cyberlocker ecosystem following the seizure and closure of MegaUpload and MegaVideo. Many cyberlocker users 'tasted' the bittorrent ecosystem during this period, testing new sites while seeking a new and reliable source of infringing material.



Chart 3.2.1.2: Total page views related to infringement at bittorrent portals November 2011-January 2013 (comScore / NetNames)

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL      **JA1533**      SME_00008374<br>PX-0439.0021

### 3.2.2    Regional breakdown

Chart 3.2.2.1 below shows the distribution and number of visitors to bittorrent portals on a regional basis. comScore data was used to analyse visitors according to five regions: North America; Europe[12]; Asia-Pacific; Latin and Central America; and Middle East and Africa. Analysis examined **unduplicated unique visitors** from January 2013, providing an illustration of those who have visited at least one bittorrent portal during the month from each region. In three key regions – North America, Europe, and Asia-Pacific – bittorrent portals had 178.7m unduplicated unique visitors in January 2013. This is an increase of 23.6% compared to 144.6m visitors in November 2011.

Chart 3.2.2.1: Regional breakdown of visitors to bittorrent portals (comScore / NetNames)



Analysis shows a clear concentration of bittorrent portal visitors in Europe – 47.1% or 96.4m visitors – with Asia-Pacific showing the next largest visitor population of 24.7% or 50.5m. In North America, there were 15.5% or 31.8m unduplicated visitors to bittorrent portals. Data on regional bandwidth use of bittorrent from Sandvine (see Section 3.4 below) broadly reinforces the distribution shown in the chart.

---

[12] Russia is regarded as part of Europe throughout this report.

Copyright © 2013 Netnames Piracy Analysis – v2.5

### 3.2.3   Long-term analysis

Chart 3.2.3.1 places visitors to bittorrent portals in a longer-term context and shows that the current position seen in January 2013 is a significant increase on levels of popularity of just a few years ago. In July 2009 (the earliest date for which comScore data is available), comScore recorded 174.8m aggregate and infringing visitors to the most popular twenty bittorrent portals worldwide. By January 2013, this figure stood at 384.4m visitors, an increase of 119.9%.



Chart 3.2.3.1: Aggregate infringing visitors to top twenty bittorrent portals, July 2009 - Jan 2013 (comScore / NetNames)

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL                                              **JA1535**                                              SME_00008376
PX-0439.0023

### 3.3    BitTorrent network population and client use

#### 3.3.1    Network population

Chart 3.3.1.1 below displays the number of simultaneous bittorrent users online at any one time since the beginning of 2007 to the end of 2012. The continued increase in the user population is clear: from 4.2m simultaneous users at the start of January 2007, the network had 12.2m simultaneous users at the end of December 2012, an increase of 191.3% over the six year period. BitTorrent also grew at a faster pace during 2012 than at any other point in its history. To grow from 6m to 9m simultaneous users took almost three and a half years, from the middle of 2008 to the end of 2011. To add a further 3m users to reach 12m simultaneous users took only twelve months, from December 2011 to December 2012.

This recent spurt in the growth of bittorrent users was aided by disruption to other piracy ecosystems (most notably cyberlockers – see Section 6). BitTorrent itself has proved resilient to anti-piracy action in the past. Attempts to degrade the bittorrent experience by uploading fake content to bittorrent portals, sending takedown notices, or issuing warning notices to downloaders (prior to the introduction of graduated response systems) generally had little overall impact. Closures of popular bittorrent sites such as Mininova and Demonoid may have had a short-term impact on regular users of such sites but replacements were quickly located. This was not the case for anti-piracy action aimed at centralised resources on other peer to peer networks such as eDonkey (see section 4 below).

Chart 3.3.1.1 below shows the active users of bittorrent who are downloading or uploading material or part



Copyright © 2013 Netnames Piracy Analysis – v2.5

of a bittorrent swarm of users at any one moment in time. It does not demonstrate the scale of bittorrent use overall which is better illustrated by examining usage data for bittorrent clients (the software tools used to download content via bittorrent) and bittorrent portals (the sites where links to content are located). Note that the figures shown in Chart 3.3.1.1 do not account for non-infringing use of bittorrent and represent a count of the total simultaneous bittorrent population.

### 3.3.2    BitTorrent client use

Chart 3.3.2.1 below examines use of the most popular bittorrent clients such as uTorrent and Vuze[13]. In January 2013, comScore recorded 277.8m aggregate users of bittorrent clients worldwide (an increase of 14% from 243.7m in November 2011) and 266.3m unduplicated users (an increase of 13.7% from 234.1m in November 2011). There is a much smaller difference between total aggregate users and unduplicated users for bittorrent clients than for bittorrent portals as users tend to employ only a single client. There is little point in having two bittorrent clients running at any one time, though some users may switch clients during a month. In contrast, users frequently visit more than one bittorrent portal to locate content during the course of a month.



[13] Data includes nine bittorrent clients: uTorrent, BitTorrent, BitComet, Vuze, FrostWire, BitLord, Shareaza, BitSpirit, and ABC. The figures do not include the popular Chinese download manager Xunlei which is not tracked by comScore. The developers of Xunlei, which includes a bittorrent client as well as using a proprietary protocol for downloads, state that the client has more than 200m unique users each month.

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 3.4    BitTorrent bandwidth use

The BitTorrent protocol is one of the largest consumers of bandwidth worldwide. In some regions, more internet traffic flows over bittorrent than over any other single protocol. For instance, in the first half of 2012 Sandvine found that bittorrent was responsible for 21.7% of aggregate internet traffic in Europe (both downstream and upstream) and 37.2% in Asia-Pacific – more than YouTube and more than HTTP.

Chart 3.4.1 below shows bittorrent's share of upstream, downstream, and aggregate (overall) bandwidth in each of the three major regions for which data could be obtained from Sandvine – North America, Europe, and Asia-Pacific[14].



Chart 3.4.1: Bandwidth used by bittorrent in three major regions (source: Sandvine)

As a file sharing application, bittorrent has no equal on the internet. It is this efficient sharing architecture, which lets users upload content to others as soon as they have downloaded even a small portion of an individual file, that is one of the reasons why it dominates the upstream bandwidth category. In all three regions, bittorrent consumes more upstream bandwidth than any other single protocol – and by some distance: in North America, bittorrent is responsible for 40.4% of upstream bandwidth compared to 9.2% for HTTP; in Europe, bittorrent is 32.8% of upstream bandwidth with eDonkey contributing the next largest

[14] Data for North America is from H2 2012; data for Europe and Asia-Pacific is from H1 2012.

Copyright © 2013 Netnames Piracy Analysis – v2.5

amount at 19.9%; and in Asia-Pacific the protocol accounts for more than half of all upstream bandwidth usage at 53.3% with the download manager Xunlei responsible for the next highest amount at 9.7%.

Downstream bandwidth might be considered a more important metric for rightsholders naturally concerned about the levels of infringement which take place over bittorrent as it is a better indicator of how frequently bittorrent is used to obtain infringing material. As the content analysis below demonstrates, bittorrent is overwhelmingly used to distribute infringing files, the largest portion of which is film and television content. In Europe (18.6% of downstream bandwidth) and Asia-Pacific (25.5%), bittorrent is the largest consumer of downstream bandwidth as it is for upstream bandwidth. However, in North America bittorrent's downstream consumption is dwarfed by other applications. Table 3.4.1 below shows the top five consumers of downstream bandwidth in each region.

Table 3.4.1: Top five downstream protocols (Sandvine)

| North America | | Europe | | Asia-Pacific | |
|---|---|---|---|---|---|
| Protocol | Percent | Protocol | Percent | Protocol | Percent |
| Netflix | 29.1% | BitTorrent | 18.6% | BitTorrent | 25.5% |
| YouTube | 14.5% | HTTP | 18.4% | YouTube | 20.1% |
| HTTP | 13.3% | YouTube | 16.5% | HTTP | 14.5% |
| BitTorrent | 6.7% | eDonkey | 7.7% | PPStream | 4.4% |
| iTunes | 3.3% | Flash Video | 5.1% | Thunder | 3.9% |
| Others | 33.1% | Others | 33.8% | Others | 31.7% |

The only real 'competitor' to bittorrent for the amount of downstream bandwidth consumed worldwide is YouTube which consumes more than twice as much downstream bandwidth as bittorrent in North America and a little less than bittorrent in Europe and Asia-Pacific. YouTube provides both user generated and (mostly) legitimate copyrighted content to users.

It is clear that the downstream landscape in North America is significantly different to the other two regions, dominated by the legitimate video streaming service Netflix which consumes 29.1% of downstream bandwidth in the region. It is also interesting to see that iTunes, another legitimate service, is the fifth placed individual protocol for downstream bandwidth consumption in North America.

No equivalent service to Netflix or iTunes appears in the top five protocols for either Europe or Asia-Pacific. This may be a consequence of the fragmentation of the media landscape within Europe and Asia-Pacific where services like the BBC iPlayer are popular within an individual country but often cannot be accessed by those outside the country. However, there is no indication from other published research that a service like

Copyright © 2013 Netnames Piracy Analysis – v2.5

iPlayer consumes a similar amount of bandwidth to either bittorrent or Netflix within the UK alone and the situation is believed to be similar in other countries. At present, the North American (particularly United States) experience of Netflix is a very successful exception in the legitimate content distribution landscape but one that shows just how popular a well-designed and well-supplied video subscription service can quickly become.

## 3.5    BitTorrent content analysis

This section of the report examines the particular type of content being shared by users via bittorrent. The aim is to discover what proportion of all bittorrent content is taken up by, for instance, films, music, and games, and how much of that content is unauthorized. Analysis examined 12,500 torrent files in January 2013.[15]

Much of the communication on bittorrent takes place with the aid of a central server called a *tracker*. A tracker helps users on bittorrent find those who are already downloading or uploading the file or files in which they are interested. The tracker records the IP addresses of those actively involved in obtaining or distributing a particular file and then shares them with other bittorrent users when requested.[16] Trackers also record data on each **torrent or file** which they track: this data includes the 'hash' of that file (a unique code that identifies that file alone) as well as the number of **seeds** (users holding an entire copy of the file), **leechers** (users in the act of downloading), and (in most cases) total completed **downloads**. Trackers do not tend to record file names.

The largest tracker worldwide is the PublicBT tracker. At the point that this analysis was conducted, it held information on over 3.5m individual torrents. Launched in 2009, the tracker became the most-used tracker for bittorrent swarms during 2010. PublicBT is simple to use, open to any bittorrent user, and free. It has also proved very reliable during its life to date. PublicBT does not cover *every* file available on bittorrent: bittorrent users are free to create torrents using any trackers of their choice and some niche content – such as sport broadcasts or technical ebooks – may be more often found at private trackers which require registration. It is also important to note that there are numerous uses of the bittorrent protocol which would not be recorded by a tracker such as PublicBT. For instance, Facebook, Twitter[17], and eBay[18] deploy bittorrent to update software across their servers and gaming company Valve relies on a custom version of

---

[15] Data was gathered on every file tracked by the largest public bittorrent tracker worldwide, PublicBT. This data was then used in an attempt to estimate the amount of legitimate against illegitimate and copyrighted content carried by the tracker. On the day of analysis (a weekday in January 2013), PublicBT held information on 3.5m individual torrent swarms.

[16] Trackers are not the only way to obtain IP addresses: bittorrent clients can also communicate through a decentralised network overlay. Additionally, some clients will swap IP addresses of known downloaders or uploaders of a specific file in a transaction known as 'peer exchange', though they must have already managed to locate the other client in the first place. However, trackers are used as the first port of call in almost all torrent downloads and are likely to be the source of a significant proportion of the IP addresses gathered by a client.

[17] http://engineering.twitter.com/2010/07/murder-fast-datacenter-code-deploys.html

[18] http://www.ebaytechblog.com/2012/01/31/bittorrent-for-package-distribution-in-the-enterprise/

Copyright © 2013 Netnames Piracy Analysis – v2.5

bittorrent to help distribute content through its Steam service[19]. Data on the amount of content which flows through bittorrent within these areas is unavailable. However, many of these uses are intranet distributions of data (updating internal servers, for instance) and hence would not contribute to bandwidth consumption on the wider internet.

A detailed study was made of the 10,000 torrents managed by PublicBT that had the most active downloaders in order to better understand the make-up of the most sought-after content on bittorrent. In addition, a further 2,500 torrents from the long-tail of less popular torrents were also analyzed in order to provide data on the spread of content available on the network. This additional data helps to prevent the analysis of the infringing status of bittorrent files from being overly biased towards those pieces of data most in favor on the network. Chart 3.5.1 illustrates the different types of content located on the tracker.

### Chart 3.5.1: Content type of 12,500 torrents, January 2013 (NetNames)



Pornography
3789
30.3%

Film
4181
33.4%

Unknown
31
0.2%

Books
188
1.5%

Anime
329
2.6%

Software
501
4.0%

Games
616
4.9%

Music
947
7.6%

Television
1918
15.3%

Analysis of these swarms found that three video-based content types – film, pornography, and television – were most popular with bittorrent downloaders. Also, with pornography excluded, **only two identified torrent files out of 12,500 torrents analyzed offered non-infringing content**. None of the most popular 10,000 torrent files were found to offer non-infringing content.

If this ratio of two non-infringing files in every 12,500 (excluding pornography) is extrapolated to all 3.5m files tracked by PublicBT, it means that only 560 files tracked by PublicBT represented non-infringing

---

[19] Though as the Steam service does not use the bittorrent protocol but a modified version of it, it can be ignored for the sake of this analysis.

Copyright © 2013 Netnames Piracy Analysis – v2.5

content, just 0.015%. Thus out of all non-pornographic files located, **99.97% of content was infringing**. If pornography is included within the calculation – and ignoring the fact that a majority of that pornographic content may be infringing – a total of 69.67% of files were infringing.

This overall figure for unauthorized use of bittorrent can then be combined with the figure provided by Sandvine for total bandwidth consumed by bittorrent in each region to produce statistics for **the amount of bandwidth that is used for the infringing (and non pornographic) transmission of content via bittorrent**. This is shown in Table 3.5.1.

Table 3.5.1: Infringing use of bittorrent bandwidth

| Region | BitTorrent as percent of bandwidth | Infringing (non-pornography) bandwidth |
|---|---|---|
| North America | 12.4% | 8.7% |
| Europe | 21.7% | 15.1% |
| Asia-Pacific | 37.2% | 25.9% |

In North America, **8.7% of all bandwidth** is consumed by unauthorized content on bittorrent (that is not pornography). In Europe, the figure is almost twice as high at 15.1% while Asia-Pacific has the highest figure of the three regions at 25.9%.

## 3.6    BitTorrent business models

Almost without exception, every bittorrent site analyzed within this research was supported primarily by advertising and operated on a for-profit basis. A few sites – particularly private trackers such as TorrentLeech – also relied on donations from members (though donations often function as payments for additional benefits) but advertising was the principal form of support for bittorrent portals. Typically, sites featured banner advertisements of various shapes and sizes as well as pop-ups and pop-unders which often launched when a search was made or a link on the site was clicked. The advertisements were often for adult sites, dating services, or online gambling. The screenshot to the right from the site TorrentHound is typical: an advert dressed up as a Facebook



friend request led to a site for "Russian dating beauties" while the banner advert on the right hand side led to adult dating site Xdating. A pop-up browser window for a gambling site launched when the user clicked any link on the homepage.

Some bittorrent sites also generate revenue through affiliate agreements which are often tied to the main function of the site. For instance, Torrentz.eu promoted 'BTGuard', a proxy and VPN service billed as "the only

CONFIDENTIAL

SME_00008383
PX-0439.0030

way to download torrents securely". TorrentReactor advertised its own TorrentPrivacy service, another VPN, and other sites such as Vertor linked to the same service through affiliate links.

Often, torrent sites promoted other sites which ostensibly offered ways to download content – most often films – for a fee, though often led to 'scam' download sites or malware-infested applications. Such links were frequently highlighted on the bittorrent site in an attempt to confuse users and obfuscate the real torrent link. For instance, the screenshot below shows a page from torrent site Vertor. There were three download links for a new television episode in the left-hand menu and one link in bold text in the main window. Those marked 'Download direct', 'Free direct download', and 'Download – Car SOS...' redirected the user to a site which automatically launched a software download that, if installed, was supposed to provide access to free television channels but was also bundled with a number of pieces of malware which infected the user's machine.[20] The only link on Vertor which actually led to the correct bittorrent download was marked 'Download via torrent client' in the left-hand menu.



-------------------------------------------------------------------------------

[20] See http://forums.anvisoft.com/viewtopic-45-2137-0.html, for instance.

-------------------------------------------------------------------------------

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL                                                    **JA1543**                                         SME_00008384<br/>PX-0439.0031

# 4    Other file sharing networks

## 4.1    Introduction

With the exception of bittorrent, most peer-to-peer networks have declined in use over recent years. The popularity of many peer-to-peer networks has been affected by a degraded user experience, due both to clients which have failed to innovate and, in some cases, to successful anti-piracy action. User numbers have dropped for almost all peer-to-peer networks as Chart 4.1.1 below demonstrates.



At the start of 2007, eDonkey vied with bittorrent as the most popular single peer-to-peer network. Since that date, the network has suffered from a series of anti-piracy operations aimed at important central servers on the network. The sudden dips in 2007 and 2008 reflect these points. More recently, a lack of development of the main client used on the network (eMule) and a much lower number of available servers has seen many users leave the network for a simpler and more user-friendly experience using bittorrent or web-based download ecosystems such as cyberlockers and video streaming. Between the start of 2007 and the end of 2012, the simultaneous eDonkey population declined by 81.4% from 4.5m users to 0.8m.

Kad, a sister network to eDonkey which operates through decentralised means, also suffered from the difficulties that faced the eDonkey network but has survived in slightly better health. Kad has also lost users

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL                                            **JA1544**                                        SME_00008385<br/>PX-0439.0032

during the five year period shown on Chart 4.1.1 but not as many as eDonkey, declining by 22.6% from 3.1m to 2.4m users.

The Gnutella network has recently been hit harder by anti-piracy action than any other network. Legal cases against the owners and developers of the main Gnutella client, LimeWire, eventually led to a ban on distribution of the client and the activation of a 'kill switch' that stopped many versions of LimeWire connecting to Gnutella. The sharp fall in Gnutella users that followed this point in time began midway through 2010 and by the start of 2013, the network was little used. Between the start of 2007 and the end of 2012, Gnutella lost 66.8% of users to fall from 2.1m to 0.7m.

The Ares network is the only one of the four peer-to-peer networks shown on Chart 4.1.1 to stand in a better position at the end of 2012 than it did at the start of 2007. Heavily used in Latin America, use of Ares declined through 2008 and most of 2009 as developer inattention meant users dealing with an increasingly buggy and difficult client. A new version of the client helped return some users to the network and the population stabilised during 2012 at a simultaneous population of around 2.2m users, an increase of 28.9% on the number of users at the start of 2007.

**Determining universe size**

As with similar data for bittorrent, the populations reported in this section are snapshots of user numbers at one point in time rather than figures demonstrating the total universe of users over the course of a month. Determining the overall size of each network's unique monthly userbase is a more difficult task for peer-to-peer applications which have little reliance on web site portals for content links. While some, but only a few, eDonkey portals still exist, the primary method for locating content on eDonkey, Gnutella, and Ares is by searching within one of the different clients available for each network. Combined with the lack of other relevant data, this means that this report takes estimates of the total eDonkey, Gnutella, and Ares populations from comScore's figures for unique and unduplicated client users for each networks in January 2013. These are shown in Table 4.1.1. A similar method to that employed for bittorrent is used to

Table 4.1.1: Unduplicated client users for each network, January 2013 (comScore)

| Network | Client users |
| --- | --- |
| eDonkey | 9.4m |
| Gnutella | 2.3m |
| Ares | 66.6m |

estimate the proportion of that population which used each network for infringing use at least once during January 2013. This is explained more fully in Section 8. The calculations found that almost every user of eDonkey and Ares is likely to have obtained infringing content through the networks during January 2013 and so the total infringing populations are almost identical to the unduplicated client users.

Copyright © 2013 Netnames Piracy Analysis – v2.5

Estimating worldwide use of **Usenet**, the final ecosystem considered in this section, is more complex. comScore records data for users of only one Usenet application, named UseNext. Other pieces of software known to be popular for Usenet access, such as NewsLeecher, Newsbin, and Unison, are not tracked by comScore and commercial providers of Usenet software do not release user figures for unique users or client downloads. Further, visitors to the web sites of Usenet access providers such as Giganews do not correspond to Usenet users as once a user has signed up to a Usenet account, there is usually little need for them to visit the web site of their access provider. comScore recorded 1.3m unique users of the Usenext application during January 2013. Conservatively comparing the popularity of the Usenext web site with those of others and the software's believed share of the Usenet market leads to a deliberately cautious estimate of 5.0m unique Usenet users worldwide. This is very likely an under-estimate but will be used. Any future reports examining this area will attempt to find more accurate and detailed sources for data on the Usenet population. Calculations to estimate the proportion of total users which use Usenet for infringement found that almost all users did so at least once during January 2013 (99.99%).

## 4.2    eDonkey

In addition to the fall in users of the eDonkey network noted in Section 4.1 above, a decline was also noted in use of two eDonkey clients monitored by comScore. Unique monthly users of eMule and eMule AdunanzA[21] fell from 17.9m in November 2011 to 9.4m in January 2013, a drop of 47.5%.

Sandvine found very low use of eDonkey in North America and Asia-Pacific, particularly when compared to bittorrent: eDonkey accounted for just 0.5% of bandwidth in Asia-Pacific and slightly under 0.4% in North America. However, the protocol still had a significant legacy use in Europe: 10.4% of all bandwidth was recorded as consumed by eDonkey in Europe, slightly less than half of that consumed by bittorrent (21.7%) but still a significant amount (apart from bittorrent, only HTTP and YouTube consumed more bandwidth within Europe).

Analysis of the level of infringing content on eDonkey and Kad used a similar methodology to that employed in earlier research. A series of searches were made for pieces of content which infringe on copyright (new and catalogue film and television titles, games for the PC and consoles, music, books, and so on) and a similar number of searches for content which is legitimately available on file sharing networks (content actively distributed under a Creative Commons license, for instance). The number of complete sources for each piece of named content were then analyzed. Obvious fake files were discounted. The amount of content shared legitimately was low at 0.8% of all files located. This is in line with real-world experience of how eDonkey and Kad are used online.

---

[21] An eDonkey client heavily used in Italy.

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL                                              **JA1546**                                              SME_00008387
PX-0439.0034

It is important to note that the methodology above does not include pornographic content of any kind in the searches and such content is widely available on eDonkey. It might be assumed that the level of pornographic files on eDonkey might be similar to that found on bittorrent (30.3%). If this assumption is made, 69.7% of all content on eDonkey is non-pornography and 0.8% of that is non-infringing. This leaves a total of **68.9%** of content on eDonkey and Kad that is infringing and not pornography.

A recent paper by Carra *et al.* found that video content was the most popular when analyzing files located when crawling the Kad network. Of the sixteen most popular keywords found during their research (such as 'avi', 'xvid', 'mp3'), 70.7% of located files related to video content; 17.7% to music content; 6.5% to images; and 5.1% could not be assigned to any particular category of content.[22]

The table below shows the amount of bandwidth used by eDonkey in the three different regions analyzed as reported by Sandvine. The overall amount of bandwidth then used for infringing and non-pornographic content in each region on eDonkey is shown, using the assumption that 68.9% of that bandwidth is used for the distribution of infringing content.

Table 4.2.1: Infringing bandwidth use on eDonkey (Sandvine / NetNames)

| Region | Overall internet bandwidth used by eDonkey / Kad (Sandvine) | Estimate of internet bandwidth for infringing content (NetNames) |
|---|---|---|
| North America | 0.4% | 0.28% |
| Europe | 10.4% | 7.17% |
| Asia-Pacific | 0.5% | 0.35% |

## 4.3   Gnutella

Despite the significant drop in Gnutella users over the last two years (comScore recorded a fall of 76.8% in users of the Limewire client between November 2011 and January 2013, from 10m monthly users to 2.3m), the network is still used to locate and download some infringing material. Older versions of Limewire remain able to connect to the Gnutella network and other Gnutella clients do exist. However, the network is now overrun with fake content and malware. Without Limewire's team of developers working to keep the network clean of 'bad' files, distributors of polluted content are now able to take advantage and ensure that their own files are pushed to users.

---

[22] Carra, D., Steiner, M., Michiardi, P., Biersack, E., Effelsberg, W., and Taofik, E., *Characterization and Management of Popular Content in KAD*, Submitted to IEEE Transactions on Parallel and Distributed Systems, 2012. See http://profs.sci.univr.it/~carra/.

Copyright © 2013 Netnames Piracy Analysis – v2.5

It is difficult to put a precise figure on the true amount of unauthorized content present on the Gnutella network given the prevalence of spam and malware but research indicates that it remains still non-trivial. However, bandwidth consumption by Gnutella is now extremely low: in Europe and Asia-Pacific, Sandvine measured just 0.01% of bandwidth as consumed by Gnutella and in North America only 0.02%. Given this, it may be safe to assume that the amount of unauthorized content held on Gnutella (that is not pornography) is similar to that found on bittorrent and eDonkey – just over two-thirds[23]. Such an assumption will have little influence on a figure for the overall amount of bandwidth used for infringing material even if the decision to equate Gnutella with eDonkey is incorrect.

Table 4.3.1: Infringing bandwidth use from Gnutella (Sandvine / NetNames)

| Region | Overall internet bandwidth used by Gnutella (Sandvine) | Overall bandwidth used for infringing content (NetNames) |
|---|---|---|
| North America | 0.02% | 0.014% |
| Europe | 0.01% | 0.007% |
| Asia-Pacific | 0.01% | 0.007% |

## 4.4  Ares

Ares is a peer-to-peer file sharing network that is primarily used in Latin America and Spain. Due to this specific regional focus, Ares did not appear as a named protocol in the data supplied by Sandvine for this report. The protocol is believed to take up to 8% of downstream traffic in Latin America but significantly less elsewhere in the world. Analysis indicates that the amount of infringing material present on Ares is close to that of other file sharing networks such as eDonkey. comScore data found 66.6m unique unduplicated users of an Ares client during January 2013.

## 4.5  Usenet

One of the oldest forms of communication on the internet, Usenet today is mainly used for the transmission of files (known as 'binaries') rather than text messages. While some ISPs still offer a modicum of Usenet service, this tends to be limited to text-based groups which consume little bandwidth. Users who wish to gain access to the binary groups and the wealth of content they carry – which is commonly unauthorized – must generally pay for a commercial service. According to Alltopia, the amount of content posted to Usenet each day comprised 9.3TB in January 2012. Giganews, one of the most respected Usenet access providers, currently stores over 12 petabytes of Usenet content.

---

[23] Analysis of search queries made across the Gnutella network by NetNames reinforces this belief.

Copyright © 2013 Netnames Piracy Analysis – v2.5

User figures are difficult to obtain for Usenet, but Sandvine found Usenet's bandwidth consumption to be 0.45% in North America and 0.47% in Europe but just 0.09% in Asia-Pacific – small overall compared to bittorrent and eDonkey but not inconsequential. comScore measure users of one Usenet client, Usenext, which had 1.35m unique monthly users in January 2013, all of which were from Europe. Usenext is believed to be one of the more popular clients used to access Usenet but it is difficult to make an estimate of what proportion of the Usenet population is captured by the Usenext client: it is possible that overall monthly users of Usenet for infringement might total anywhere between 5m and 25m.

Within the Usenet ecosystem, the web site NewsAdmin collects Usenet statistics[24] and these clearly demonstrate the popularity of groups which carry files as opposed to those which carry simple messages. For instance, analysis of unique visits over a week-long period in 2012 to the top 100 'binary' (file-carrying) newsgroups against the top 100 text-only newsgroups found that 96.9% of all visits were to the binary groups rather than the text-only groups. Further, the top 100 newsgroups in terms of the size of content posted each day are all binary groups which means that while visits are heavily skewed towards binary groups, the amount of content downloaded (and hence bandwidth consumed) leans even more heavily towards the binary groups.

For this report, analysis was made of the last 20 complete files or messages posted to 50 newsgroups from the most accessed according to NewsAdmin (25 binary, 25 text only), making 1,000 posts in all. Each post was examined for the category of the content posted (for instance, film, pornography, television, book, text, etc) as well as the copyrighted status of this content. The size of each file or post was also recorded and this was then combined with the number of unique accesses recorded by NewsAdmin to the newsgroup in which it was posted to produce an estimate of the amount of bandwidth consumed by that post overall.

Table 4.5.1 below shows the results of this analysis for each category of content. While the 'Other / text only message' category had by far the highest number of individual posts (just over half of all posts including all of those to the text-only newsgroups), this category takes up a tiny amount of overall bandwidth (0.19%) as the standard text post to Usenet is only 2-3kB in size, compared to a collection of posts that might comprise a full film at 740MB and often well over 1GB.

On this analysis, unauthorized copyrighted content consumes 71.8% of all Usenet bandwidth, excluding pornography. With most of the pornography content also likely copyrighted (as with bittorrent, this area was left uninvestigated), the overall figure could be much higher.

---

[24] http://www.newsadmin.com/usenet.asp

Copyright © 2013 Netnames Piracy Analysis – v2.5

Table 4.5.1: Content types on Usenet (NetNames)

| Content type | Posts found | | Copyrighted | | Amount of bandwidth | |
|---|---|---|---|---|---|---|
| | # | % | # | % | Total | Copyrighted |
| Films | 142 | 14.20% | 141 | 99.30% | 41.36% | 41.07% |
| Pornography | 101 | 10.10% | n/a | n/a | 30.35% | n/a |
| Television | 85 | 8.50% | 85 | 100.00% | 16.18% | 14.94% |
| Music | 64 | 6.40% | 59 | 92.19% | 2.01% | 5.79% |
| Games | 19 | 1.90% | 19 | 100.00% | 4.87% | 5.31% |
| Software | 31 | 3.10% | 22 | 70.97% | 3.12% | 2.90% |
| Books / Audio books | 49 | 4.90% | 41 | 83.67% | 1.92% | 1.74% |
| Other / text only post | 509 | 50.90% | 0 | 0.00% | 0.19% | 0.01% |
| Total | 1,000 | 100.0% | 720 | 72.0% | 100.00% | 71.76% (excluding pornography) |

Table 4.5.2 below shows the overall figures for amount of bandwidth consumed by the sharing of unauthorized content on Usenet across each of the three major regions studied in this report. This ranges from a low of 0.29% in Asia-Pacific to 1.68% in Europe.

Table 4.5.2: Infringing bandwidth on Usenet (NetNames)

| Region | Overall bandwidth used by Usenet (Sandvine) | Overall bandwidth for infringing content (NetNames) |
|---|---|---|
| North America | 0.42% | 0.30% |
| Europe | 0.47% | 0.34% |
| Asia-Pacific | 0.09% | 0.07% |

Copyright © 2013 Netnames Piracy Analysis – v2.5

# 5  Video streaming

## 5.1  Introduction

Streaming video has become one of the most popular online activities. Data from Sandvine shows that more internet bandwidth is used for video streaming in North America than for any other activity and much of this is from legitimate video streaming services such as Netflix, YouTube, and Amazon Instant Video.

However, an illicit video streaming ecosystem also exists. This ecosystem mainly consists of two types of site that jointly participate to present infringing video content to visitors. The first type of site provides **links** to content and is typically known as a video streaming link site; the second type of site **hosts** the streaming video, usually displaying it to the user in a Flash-based or HTML5 video player. Video streaming hosts are often called 'streaming cyberlockers' as they replicate some of the functions of direct download cyberlockers: a user can upload content but the sites themselves are rarely searchable – instead, a user is provided with a link which can then be shared and circulated online by the user.

For example, a video streaming link site like Movie4k (below) indexes a large range of film and television titles. For each piece of content, the site displays a choice of different video streaming hosts – in the screenshot below, well over forty different streaming hosts for *Despicable Me 2* are available in the left-hand menu. For some of the streams, as the screenshot shows, the video player from the streaming cyberlocker host is embedded in the page, though it can be made full-screen if required.



On other occasions, the links on sites like Movie4k direct the user straight to a video streaming cyberlocker such as StreamCloud (see below) where the video can be played and watched.



There are two advantages to video streaming against a peer to peer download method such as bittorrent. First, videos start to play almost immediately – unlike bittorrent, the user does not need to wait for their download to complete before the content can be viewed. Second, the video streaming process is simple and familiar to almost all internet users. Video players are present on thousands of sites, from YouTube to BBC

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL

SME_00008392
PX-0439.0039

News. There is no need to download a separate client or learn the basics of a new technology.

However, the quality of the video is not usually as high as it is typically when obtained through bittorrent. The user experience is also often degraded by the large number and type of advertisements that are common on many video streaming linking and video streaming sites (see Section 5.6 below).

### Determining universe size

Unlike bittorrent and the file sharing networks analysed in Section 4, video streaming is an entirely browser-based operation: link sites and video streaming cyberlocker sites are all web-based entities and there is no need for a user to leave their browser in order to access the streamed video. This fact means that the decision on how to most accurately size the infringing video streaming universe is focused on two choices: between aggregate and unduplicated data; and between choosing visitors to video streaming link sites or visitors to video streaming cyberlocker sites.

For the same reasons as for bittorrent, it is believed that the unduplicated visitors to sites provide the most accurate analysis of a unique universe as this data counts each single video streaming user once only each month rather than on multiple occasions. The choice between link sites and hosting sites is more complicated. Counting video streaming cyberlocker site views might be thought to be the most accurate option but this data is affected by the way in which streamed video is actually accessed by users. For instance, many linking sites embed video players within their own site – as shown with the screenshot for *Les Miserables* shown above. In this instance, the user has loaded a page from Movie4K into their browser and this page then embeds and loads the video from the hosting site. In this scenario, comScore tracks only the visit to the linking site. It does not count the embedded video as a 'visit' to the streaming cyberlocker site. This issue means that using visitors to streaming video cyberlocker sites that are focused on piracy may miss a portion of the total infringing video streaming audience.

For this reason, this report adopts total unduplicated visitors to video streaming link sites as the best estimate for the video streaming universe. In January 2013, this figure stood at **112.5m** unique and unduplicated internet users as the data below in Section 5.2 illustrates. The proportion of this population who used the video streaming ecosystem for infringement is determined using a methodology that is explained in Section 8 to discount users who *only* accessed non-infringing or pornographic content. **This method determines the total number of video streaming users who accessed infringing content through video streaming link sites during January 2013 to be 112.0m users.**

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 5.2    Video streaming link site visitors

### 5.2.1    Short-term analysis

Analysis collected over one hundred video streaming link sites that were live in January 2013 and which had over 50,000 monthly unique visitors each. The most popular site was Movie2k.to with 23.1m unique monthly users. (Movie2k subsequently closed at the end of May 2013). Chart 5.2.1.1 illustrates visitors to these sites from November 2011 to January 2013.

Aggregate infringing visitors to all video streaming link sites totalled 201.1m in January 2013, an increase of 30.4% from 154.2m since November 2011. The figures for unduplicated visitors indicate that this increase was at least partially from users visiting more sites each month: in November 2011, each unique video streaming link site user visited an average of 1.68 sites each month; in January 2013, this figure was 1.80 – a small absolute increase but enough to make a difference. This suggests that users may have found it more difficult to locate working versions of the streaming content in which they were interested and were visiting additional link sites to try and meet their needs.

Unduplicated visitors to the video streaming link sites were 112.0m in January 2013, an increase of 22.2% on 91.6m unduplicated visitors in November 2011. This was around 90m fewer unique users than visited bittorrent portals in January 2013: despite the ease of use of video streaming, the range and quality of content available on bittorrent attracts a significantly larger number of users.



Copyright © 2013 Netnames Piracy Analysis – v2.5

Total **page views** devoted to infringement (shown in Chart 5.2.1.2) across video streaming link sites also increased during this period, from 3.8 billion in November 2011 to 4.9 billion in January 2013, an increase of 28.6%. Page views per user also increased, from 41.8 page views per unduplicated user to 44.0 views.



Chart 5.2.1.2: Total page views related to infringement at video streaming link sites, November 2011-January 2013 (comScore / NetNames)

Copyright © 2013 Netnames Piracy Analysis – v2.5

### 5.2.2  Regional breakdown

As in the section for bittorrent, comScore data was used to analyse visitors according to the same five regions using unduplicated unique visitors from January 2013. Across the three largest regions – North America, Europe, and Asia-Pacific – there were 96.3m unduplicated unique users to video streaming link sites, an increase of 27.7% from 75.4m users in November 2011.

Europe again contributes the highest proportion of visitors to video streaming link sites at 42.9% or 48.0m visitors but there is significant interest in this method of infringement in North America (25.6% or 28.6m) and in Asia-Pacific (17.5% or 19.6m visitors).

Chart 5.2.2.1: Regional breakdown of visitors to video streaming link sites (comScore / NetNames)



Copyright © 2013 Netnames Piracy Analysis – v2.5

**JA1555**

### 5.2.3    Long-term analysis

Chart 5.2.3.1 looks at visitors to the most popular video streaming link sites over a longer time period. comScore data is used to track aggregate visitors to the twenty most popular video streaming link sites from July 2009 and NetNames analysis determined the proportion of these visitors which were infringing (see Section 8).

The chart displays 49.8m aggregate visitors to the most popular twenty video streaming link sites worldwide in July 2009. This had increased by 166.5% to 132.7m by January 2013.



Chart 5.2.3.1: Aggregate visitors to top twenty video streaming link sites, July 2009 - January 2013 (comScore)

CONFIDENTIAL                                        **JA1556**                                        SME_00008397
                                                                                              PX-0439.0044

## 5.3    Video streaming cyberlocker sites

### 5.3.1    Short-term analysis

Chart 5.3.1.1 below shows an overall decline in visitors to video streaming cyberlocker sites during the period between November 2011 and January 2013. Total infringing aggregate visitors fell by 19.5% from 204.5m users in November 2011 to 164.6m while unduplicated users across all sites fell by 33.8% from 100.7m to 66.7m.



Chart 5.3.1.1: Infringing video streaming cyberlocker visitors November 2011-January 2013 (comScore / NetNames)

The sharp drop in both aggregate and unduplicated visitors to video streaming cyberlocker sites after January 2012 followed the seizure by US law enforcement of the MegaVideo streaming cyberlocker site in the same operation that closed the MegaUpload direct download cyberlocker. In December 2011, comScore recorded 39.9m unique visitors to MegaVideo and it was the most popular video streaming cyberlocker commonly used for infringing content. The closure of MegaVideo led to further disruption in this ecosystem and other major video streaming cyberlockers such as VideoBB and Videozer also closed. Yet as 2012 progressed, video streaming use showed signs of recovery with visitors attracted to new video streaming cyberlockers such as PutLocker and StreamCloud which offered a good quality streaming experience and wide variety of content. While total visitors to streaming cyberlocker sites in January 2013 remained significantly lower than at the end of 2011, visitor numbers have increased since September 2012 and seem likely to continue to do so without further anti-piracy action against sites in this ecosystem.

Copyright © 2013 Netnames Piracy Analysis – v2.5

**Page views** to video streaming cyberlocker sites also fell during this period, from 2.5 billion in November 2011 to 1.6 billion in January 2013, a fall of 34.8%. The effect of the loss of MegaVideo and other similar sites in January and February 2012 is illustrated in Chart 5.3.1.2. Again, though, a recovery is noted from September 2012 onwards.



It is interesting to note that the number of unduplicated visitors to video streaming cyberlocker sites (Chart 5.3.1.1) is significantly lower than that for visitors to video streaming *linking* sites (Chart 5.2.1.1): 66.7m for video streaming sites against 112.5m for video streaming linking sites. It might be thought that these figures should be relatively similar as the two types of site often work in concert: a user visits a video streaming linking site to locate a stream for a particular site and is then directed on to a video streaming cyberlocker to watch the content. However, the figures show a much higher level of visitors at the first stage of this process (the link sites) than the second (the streaming).

There may be a number of reasons for this. First, users may simply be unable to find links for the film or television episode they are seeking. Research has shown that the piracy-free window between worldwide theatrical release and first pirated release on the internet has been gradually extended over the last few years to more than a week. It is possible then that some users visit a video streaming linking site anticipating links to a new film only to go away disappointed because a pirated version is not yet available.

Copyright © 2013 Netnames Piracy Analysis – v2.5

Second, the sometimes poor video streaming ecosystem user experience may dissuade some users from continuing – for instance, if they are bombarded with advertisements. Third, and perhaps most important, comScore's tracking in this area does not account for all streaming activity: for instance, some video streaming link sites directly embed streaming video players in their own pages so that a user does not actually visit the streaming cyberlocker site. In this case, comScore does not record a visit to the streaming site at all.

Last, some link sites employ popular video hosts such as YouTube and DailyMotion which are not included in the visitor analysis of streaming hosts above. The proportion of infringing content on major user generated content sites such as YouTube is far outweighed by the amount of benign and legitimate material they hold. Analysis shows that major streaming sites such as YouTube are sometimes used by link sites focused on anime or Indian content rather than Western content such as Hollywood films.

Visitors to video streaming cyberlocker sites tend to visit more such sites each month than visitors to video streaming link sites. On average, a user of piracy-facilitating video streaming cyberlockers visited 2.5 such sites in January 2013 compared to only 1.8 video streaming link sites. Given that visitors to video streaming link sites are highly likely to funnel through to video cyberlocker sites if they locate the video for which they are looking, this is unsurprising and demonstrates the smaller pool of video streaming cyberlocker sites compared to video streaming linking sites. A video streaming cyberlocker requires a more complex, expensive, and bandwidth-heavy hosting infrastructure than a site which simply aggregates links to content held on video streaming cyberlocker sites. Further, hosting infringing content is likely seen by site owners as a riskier operation from a legal standpoint.

Copyright © 2013 Netnames Piracy Analysis – v2.5

### 5.3.2 Regional breakdown

The regional analysis of video streaming cyberlocker visitors as seen in Chart 5.3.2.1 is broadly similar to that for video streaming link sites: in January 2013, Europe was again the main player at 42.8% or 28.6m visitors, while North America contributed 30.2% or 20.2m visitors.

Chart 5.3.2.1: Regional breakdown of visitors to video streaming sites (comScore / NetNames)

Europe: 28.6m / 42.8%
North America: 20.2m / 30.2%
Middle East / Africa: 4.5m / 6.8%
Asia-Pacific 6.4m / 9.6%
LatinAmerica: 7.1m / 10.6%

Copyright © 2013 Netnames Piracy Analysis – v2.5

### 5.3.3    Long-term analysis

comScore recorded 82.8m aggregate visitors to the most popular twenty video streaming cyberlockers worldwide in July 2009. This had increased by 56.5% to 130.2m by January 2013, though this represented a significant decrease on the historical high of 213.8m visitors in January 2012, the month that the very popular MegaVideo video streaming cyberlocker was closed.



Chart 5.3.3.1: Aggregate infringing visitors to top twenty video streaming cyberlockers, July 2009 - Jan 2013 (comScore / NetNames)

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 5.4   Video streaming infringing bandwidth use [24]

Analysing the overall bandwidth consumption of video streaming as a whole is relatively simple. In North America, Sandvine estimated that 62.3% of all downstream bandwidth was in the category 'real-time entertainment' which covers both streaming audio and video, with the latter making up by far the highest proportion. Real-time streaming of content is the fastest growing area of bandwidth use in many regions worldwide and by the end of 2012 had become the largest consumer of downstream bandwidth in North America and Asia-Pacific. However, analysing the *infringing* use of that bandwidth is more difficult.

Table 5.4.1 shows the percentage use of downstream bandwidth by different streaming video protocols which appeared in the top twenty downstream protocols for North America in the second half of 2012. Those marked with an asterisk (Netflix, Hulu, and Ooyala) only offered legitimate content and can be discounted for any attempt to determine infringing bandwidth use. The amount of infringing content consumed on YouTube is likely only very small relative to the amount of bandwidth consumed by the site overall.[25]

Table 5.4.1: Bandwidth used by streaming video in North America (Sandvine, 2012)

| Protocol | Percent |
|---|---|
| Netflix * | 29.1% |
| YouTube | 14.5% |
| Flash Video | 2.8% |
| MPEG | 2.6% |
| RTMP | 1.6% |
| Hulu * | 1.2% |
| Ooyala * | 0.5% |
| Shockwave Flash | 0.5% |
| HTTP Live Streaming | 0.5% |

The video streaming cyberlocker sites outlined in Section 5.3 which are commonly used for infringement – such as PutLocker or Streamcloud – use general video protocols such as Flash and RTMP that are listed in Table 5.4.1 but which are also utilised on many sites across the wider internet. Millions of internet locations use protocols to transmit video, most of them offering non-infringing material, from news web sites to small community organisations to commercial enterprises. Separating the non-infringing from the infringing in this environment is difficult and certainly much harder than it might be for bittorrent, for instance, where the type of material that crosses the network can be readily analysed by looking at major trackers and the largest portal sites. While the major video streaming link sites which offer infringing content and the major video streaming cyberlocker sites which tend to host infringing video can be located and the numbers of visitors to such sites analysed (as Sections 5.2 and 5.3 demonstrate), their total contribution to overall streaming video bandwidth is a fraction of that consumed by legitimate streaming.

---

[25] This is not to say that infringing material is not available on YouTube. While many full length movies, television episodes, and other copyrighted content are often detected by YouTube's ContentID protection system, some copies do slip past the detection methods involved. Also, some content owners may not employ the ContentID system and rely on other methods to detect or locate copyrighted material on the site. However, there are numerous indications that the overall proportion of infringing material on YouTube is a very small slice of a very large overall pie.

Copyright © 2013 Netnames Piracy Analysis – v2.5

*Methodology to determine infringing use*

In an attempt to determine infringing use of video streaming bandwidth, this report repeats and updates the methodology used in a previous report by Envisional.[26] The most accurate approach to the area was deemed to be one which compared the popularity of linking sites used to locate infringing video streaming content with portal sites used to locate infringing material available via bittorrent.

ComScore provides data on the average number of daily visitors to bittorrent portals such as ThePirateBay, IsoHunt, and Torrentz, the main sites from which the vast majority of bittorrent users find links to the pirated content that they ultimately download using the bittorrent protocol, and that then results in the large amount of bittorrent traffic seen in the usage studies. In the same way, users of video streaming sites use portals such as Movie2K and 1Channel to locate links to pirated content they wish to access, clicking through to the video streaming hosts where the content is hosted. By comparing the number of daily visitors to bittorrent portals with the same data for video streaming link sites, a rough estimate of pirated usage may be possible (assuming that the usage pattern of each ecosystem is similar).

For each of the three major regions for which Sandvine provided bandwidth data, the average number of monthly unique video streaming link site visitors between November – January 2013 was compared to the same figure for bittorrent portal visitors. In all three regions, there were more visitors to bittorrent portals than video streaming link sites, though the difference varied between region: in North America, total video streaming link site visitors were 72.2% of total bittorrent portal visitors while in Asia-Pacific the figure was 27.0% of bittorrent portal visitors.

Assuming that the end result of a visit to a bittorrent portal is the same as a visit to a video streaming link portal – that a user locates and downloads or streams the content in which they are interested – then the total data which is then transferred must also be considered in this analysis. The amount of data required to consume a file via a video streaming site is usually significantly less than when downloading a film or television episode from bittorrent. The file size is smaller and the final quality of what the user views is often poorer. This helps reduce the overall bandwidth footprint of each streaming site and thus lower their costs (many video streaming hosts place a limit on the maximum file size that can be uploaded – for example, PutLocker will not allow uploads above 1GB for most users).

Twenty links for recent films posted to a range of video streaming link sites were analysed and the streaming video file to which the link pointed was measured for file size. On average, the streamed video content was 441.3MB in size. The twenty most popular films currently listed on ThePirateBay bittorrent portal were also analysed, with the average file size of these films 1,187.2MB. On this estimate, each film streamed via a video streaming site results in 37.2% of the bandwidth for a film downloaded via bittorrent.

---

[26] *An Estimate of Infringing Use of the Internet*, January 2011.

Copyright © 2013 Netnames Piracy Analysis – v2.5

These figures can then be used to help provide a figure for infringing video streaming for each of the three regions included in this report. Table 5.4.2 below shows the final figure for each of the three regions: 1.8% of all bandwidth in North America is used for infringing video streaming; 2.9% of all bandwidth in Europe; and 2.6% of all bandwidth in Asia-Pacific.

Table 5.4.2: Video streaming bandwidth use calculations

| Methodology steps | North America | Europe | Asia-Pacific |
|---|---|---|---|
| **A.** Amount of all internet traffic measured as video streaming of any kind (less legitimate services such as Netflix – sourced from Sandvine) [27] | 14.71% | 13.63% | 18.02% |
| **B.** Amount of all internet traffic measured as bittorrent (sourced from Sandvine) | 6.71% | 18.58% | 25.45% |
| **C.** Video streaming link site visitors as a percentage of bittorrent portal visitors in each region (see above) | 72.21% | 41.53% | 26.95% |
| **D.** Average streamed file size from video streaming link sites (441.3MB) as a percentage of average film file size downloaded via bittorrent (1187.2MB) (see above) | 37.17% | 37.17% | 37.17% |
| **E.** Estimated infringing data usage of video streaming link sites as a percentage of all bittorrent internet traffic (C * D) | 26.84% | 15.44% | 10.02% |
| **F.** Estimated infringing data usage of video streaming link sites as a percentage of *all* internet bandwidth in each region (B * E) | 1.80% | 2.87% | 2.55% |
| **G.** Estimated infringing data as a percentage of all video streaming bandwidth (less legitimate services) (F / A) | 12.24% | 21.05% | 14.15% |

It is also important to mention the contribution of pornography to bandwidth consumption in this area. Streaming video distribution is one of the most popular ways in which users consume pornography online. For instance, figures supplied in April 2012 by the second largest pornography site worldwide, YouPorn, showed that the site served almost 1 petabyte of content each day to internet users with peak traffic of 100 gigabytes per second[28], an amount estimated by the site to be 1% of the total amount of data transferred across the internet each day.

With many adult studios extremely concerned about the level of unauthorised distribution of their content on such streaming sites – often in clips rather than full movies[29] – a measurement of the amount of unauthorised streaming that takes place via pornography streaming sites would likely put the total level of infringing video

---

[27] This data is taken from Sandvine figures for video streaming bandwidth. Sandvine is able to detect certain legitimate video services – such as NetFlix, Hulu, or BBC iPlayer – within the overall category of video streaming. As there is no content on these services which infringe copyright, the proportion of bandwidth consumed by each can be removed from the estimates of infringing video streaming bandwidth before any other calculations take place.

[28] http://www.extremetech.com/computing/123929-just-how-big-are-porn-sites/2

[29] http://www.lvrj.com/business/adult-industry-executives-fret-over-piracy-l-a-condom-ordinance-137635038.html

Copyright © 2013 Netnames Piracy Analysis – v2.5

streaming much higher. This is not an area where, like bittorrent, adding in pornography would take the amount of infringing content close to 100% of the total level of bandwidth use for that type of distribution – UGC sites like YouTube and DailyMotion and the wide use of video by news sites and others means that there is a significant amount of non-infringing use of streaming video – but there is certainly an amount of infringing video that would be accounted for were it to be included in the figures. However, doing so is beyond the scope of this study.

## 5.5   China

It is important to separately discuss the video streaming ecosystem in China compared to the rest of the world and to the rest of the Asia-Pacific region. China has a distinct online landscape which makes significant use of a wide range of video streaming protocols, ranging from direct streaming at major UGC sites such as Youku and Tudou to live video streaming apps such as PPS and PPLive to peer to peer based on-demand streaming such as QVOD.

A few years ago, the biggest Chinese UGC sites were frequently used to store and distribute infringing copies of titles belonging to rights holders, particularly from the West. However, state pressure and an increased number of partnerships with legitimate content owners have seen infringing material hugely reduced on sites like Youku and Ku6. The locus of video streaming infringement has shifted to peer to peer based technologies such as QVOD and Baidu Player as well as legacy use of live streaming services like PPS.

comScore recorded 65.9m unique monthly users of the PPS app in January 2013, the video streaming software developed by PPStream. The ppstream.com web site itself (also accessed at pps.tv) received 51.9m unique monthly visitors, the vast majority of which are from China. PPTV.com, the web site for the PPLive video streaming application, received 70.0m unique visitors in January 2013. While visitor numbers can be uncovered for such streaming sites, it is much more difficult to make an accurate estimate on the amount of consumption that is infringing, particularly for domestic Chinese material. Western content can be located on many of these services and despite some of the largest Hollywood studios establishing partnerships with video hosting web sites in China to provide legitimate access to popular films and television, research conducted by NetNames found that pirated material is available. However, the majority of content available through these different Chinese video streaming services such as PPS and PPLive is domestic and untangling the ownership status of this content and attempting to determine whether material has been uploaded legitimately or not is an area which any individual outside China and without an expert knowledge of the Chinese rights landscape would find difficult to accurately assess.

However, previous analysis of the Chinese video streaming landscape by NetNames indicated that the vast majority of use of the QVOD and Baidu Player clients was infringing. There are numerous portal sites in China such as tom365.com which offer links to a wide range of infringing content – both domestic and international

CONFIDENTIAL                                            **JA1565**                                            SME_00008406
PX-0439.0053

– that can be consumed using QVOD and/or Baidu Player (and many others such as Yyets.com which offer QVOD links amidst numerous other ways of downloading). Indeed, it is rare to find links to material for the two clients that are *not* illegitimate.

Sandvine record 3.9% of all Asia-Pacific bandwidth as consumed by QVOD (the company did not track Baidu Player). In addition, another Chinese streaming video client with a similar usage pattern, Funshion, consumes 1.2% of all bandwidth. Given this data, it would not be foolhardy to assume that between 4-5% of bandwidth in the region is infringing content consumed by users of QVOD and Funshion (with a further unspecified amount of infringing content also consumed by Baidu Player and smaller amounts by live streaming clients such as PPS and PPLive). Taking into account the 2.55% of infringement recorded for video streaming bandwidth for Asia-Pacific in Section 5.4 above, it is estimated that between about 6.55% - 7.55% of all Asia-Pacific bandwidth is taken up with infringing video streaming.

CONFIDENTIAL

**JA1566**

SME_00008407
PX-0439.0054

## 5.6    Business Models

Revenue generation for video streaming link sites and video streaming cyberlockers is based around three areas: online advertising (for both types of sites), affiliate programs (for video streaming link sites), and premium accounts (for video streaming cyberlockers).

Advertising was featured across all video streaming link sites. The screenshot below from Movie2k.to is an example. While Movie2k closed in May 2013, the advertising model used on the site is typical of many video streaming link sites.



The following adverts or affiliate links are found on this page:

* a banner across the top of the screen tells the user that an "HD video codec is missing", mimicking the style of a browser warning window[30]. The link leads to what pretends to be a video codec pack but is most likely a piece of malware.

---

[30] http://support.mozilla.org/en-US/questions/950060

Copyright © 2013 Netnames Piracy Analysis – v2.5

- a bold blue link tells the user to "Download 'Jack the Giant Slayer' in HD quality", leading to a site that requires a payment to access films and television. Online reports state that the site does not provide what it promises.

- a large blue square across the middle of the video window stating "PLAY NOW". This link leads to the same site as the previous link.

- below the video, large red and green buttons stating "WATCH NOW" and "DOWNLOAD" which again lead to the same site.

- to the left of the video window, advertisements for an online casino and a 'work from home' scheme.

- a dialogue window which states "Click here for direct download Jack-the-Giant-Slayer.avi" which is an affiliate link to a pay-to-download movie site.

Similar advertisements are found on video streaming cyberlocker sites. The screenshot from streaming cyberlocker MovShare shows an adult dating site, two advertisements promoting "Flash Player HD" which are designed to mimic Adobe's own Flash Player update messages, and a smaller "Download" and "Play now" advert which leads the user to a software download. Clicking on the video window to start the film player pushes a pop-up browser window advertising a gambling site.



Copyright © 2013 Netnames Piracy Analysis – v2.5

## Premium accounts

In addition to advertising, many video streaming cyberlocker sites – similar to direct download cyberlockers – also offer paid 'premium' or 'pro' accounts. These typically remove advertising on streaming cyberlockers and also allow uploaders to streaming sites to add larger files to the sites. Premium accounts commonly cost between $5 and $10 per month. The advantages of the PutLocker premium account are listed in the screenshot below for a cost of $5.99 per month.



Recently, payment processors such as Visa, Mastercard, and PayPal – under pressure from rightsholders and law enforcement – have become less willing to allow streaming cyberlocker hosts like PutLocker to use their payment facilities. Sites have been forced to locate other methods of payment. For instance, PutLocker does allow payment with Visa and Mastercard but through a small and little known payment processer named E-Merchants. The site also offers payment through the decentralised payment mechanism BitCoin and, for users in some countries, premium SMS payments and prepaid bank cards. Recent NetNames research found that each of the ten most popular streaming cyberlockers worldwide offered an average of 8.6 payment methods for premium accounts.[31]

## Affiliate schemes

One major difference between the bittorrent ecosystem and that of video streaming cyberlockers (and also direct download cyberlockers) is the use in some instances of affiliate schemes which reward uploaders for the content they add to the hosting site or the number of users which pay for a premium account after

---

[31] *And how would Sir care to pay for his cyberlocker membership?*, NetNames Scrutiny article, 7 August 2013.

Copyright © 2013 Netnames Piracy Analysis – v2.5

clicking on a link to an uploader's file. During 2011, direct download cyberlocker sites such as FileSonic and FileServe offered uploaders in excess of $40 every time 1,000 users downloaded one of their files or up to 60% of the cost of a premium account. However, affiliate schemes were reduced in number and in generosity following the seizure by law enforcement of MegaUpload and its sister video streaming cyberlocker MegaVideo in January 2012. While MegaUpload did not operate an affiliate or rewards scheme at the time of the seizure, the allegation that such a process encouraged copyright infringement on the site in the past formed one of the main planks of evidence against the owners of the site. During 2012, many video streaming cyberlockers and direct download cyberlockers abandoned affiliate schemes or reduced payouts to uploaders.

Some sites still offer rewards and it is noticeable that sites that have launched since the seizure of the MegaUpload and MegaVideo sites are often more willing to promote a rewards program. In the video streaming ecosystem, for instance, streaming cyberlocker Streamcloud.eu operates a 'loyalty program' which pays up to $40 per 10,000 views of content (or $4 per 1,000 views) to streams. NowVideo.eu pays up to 60% for each premium account sold.



These programs are generally successful in their aims: by encouraging uploaders to provide content to their site, the video streaming host draws in visitors who will generate advertising revenue and perhaps pay for premium accounts. In turn, the uploaders receive monetary rewards – which further entices them to provide more content. Unsurprisingly, the most popular content is infringing copies of new films and television episodes and so uploaders turn to this type of material to draw in as much profit as possible.

CONFIDENTIAL

JA1570

SME_00008411
PX-0439.0058

# 6 Direct download cyberlockers

## 6.1 Introduction

Direct download cyberlockers offer online storage for user files, providing a link to each file which can be shared with others to facilitate downloads across a wider community (or the entire internet). As with video streaming, the direct download cyberlocker ecosystem typically operates in a two-stage process. First, a user locates a link to a file on a direct download cyberlocker link site. These range from metasearch sites such as FilesTube (see screenshot below) and FileCrop to dedicated forums such as Warez-BB or Peb.pl. Second, the user clicks through to download the file from the direct download cyberlocker hosting site.

As the data below demonstrates, the direct download cyberlocker ecosystem was significantly affected by the seizure of the MegaUpload direct download cyberlocker in January 2012 and the arrests of its main executives. A number of other popular direct download cyberlockers voluntarily closed following the enforcement action against MegaUpload (such as FileSonic and FileServe) and others have since changed their operating style. For instance, many direct download cyberlockers used to offer monetary rewards to the uploaders of the most popular content but after the closure of MegaUpload, the practice has become less common.



Copyright © 2013 Netnames Piracy Analysis – v2.5

## Determining universe size

In a similar fashion to video streaming, the direct download cyberlocker ecosystem is browser-based. Assuming that unduplicated visitors are preferred to aggregate users, the primary choice in attempting to determine the size of the direct download cyberlocker universe is between unduplicated users for link sites against those for cyberlocker hosting sites. In this instance, it seems sensible to rely on the figure for visitors to direct download cyberlocker hosting sites – that is, the sites from which users download any content which they seek. This allows the estimate for the direct download cyberlocker universe to incorporate users from the long tail of direct download cyberlocker link sites – for instance, the many blogs or smaller linking sites which do not feature in the list of direct download cyberlocker linking sites analysed in Section 6.2 below.

In January 2013, comScore recorded **228.8m** unique and unduplicated internet users of direct download cyberlocker hosting sites. The proportion of this population who used the direct download cyberlocker ecosystem for infringement is determined using a methodology that is explained in Section 8 to discount users who *only* accessed non-infringing or pornographic content. **This method determines the total number of direct download cyberlocker users who accessed infringing content through direct download cyberlocker sites during January 2013 to be 210.6m users.**

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 6.2    Direct download cyberlocker link sites

### 6.2.1    Short-term analysis

Chart 6.2.1.1 below shows the decline in the popularity of direct download cyberlocker link sites since November 2011. The drop is clear for both aggregate visitors and unduplicated visitors, particularly from January 2012 when MegaUpload was seized. Infringing aggregate visitors to direct download cyberlocker link sites dropped by 17.9% in the twelve months following the disappearance of MegaUpload from the internet, from 203.2m to 166.8m. Unduplicated visitors dropped by a slightly higher proportion, falling by 19.2% from 127.9m to 103.4m. In effect, one in five direct download cyberlocker link site users from January 2012 no longer visited any such site in January 2013. The analysis in section 6.3 below suggests an even larger decline in visitors to direct download cyberlockers themselves.



Chart 6.2.1.1: Infringing cyberlocker link site visitors
November 2011–January 2013 (comScore / NetNames)

Data from comScore on **total page views** also supports the view of a substantial decline in direct download cyberlocker popularity during this period, as Chart 6.2.1.2 shows. In January 2013, 1.2 billion pages devoted to infringement were viewed across direct download cyberlocker link sites, a large drop of 30.7% compared to 1.7 billion page views in November 2011.

CONFIDENTIAL            **JA1573**                        SME_00008414
PX-0439.0061



Chart 6.2.1.2: Total page views devoted to infringement at cyberlocker link sites, November 2011-January 2013 (comScore / NetNames)

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL

**JA1574**

SME_00008415
PX-0439.0062

## 6.2.2    Regional breakdown

The relative popularity of direct download cyberlocker link sites in both Latin America and Asia-Pacific is notable on Chart 6.2.2.1 below. Latin America contributes almost the same percentage of visitors to direct download cyberlocker link sites as Europe, at 30.4m or 29.4%, helped by the popularity of linking sites such as ArgentinaWarez and GratisPeliculas in the region. Anime linking sites like Anime-Sharing.com and JPddl.com contribute to the large share of visitors to link sites from Asia-Pacific.

Chart 6.2.2.1: Regional breakdown of visitors to cyberlocker link sites (comScore / NetNames)



CONFIDENTIAL

**JA1575**

SME_00008416
PX-0439.0063

### 6.2.3    Long-term analysis

A longer-term view of visitors to direct download cyberlocker link sites (Chart 6.2.3.1) also shows the popularity of such sites declined during 2012 in light of the degradation of the direct download cyberlocker ecosystem caused by the seizure of MegaUpload and the subsequent voluntary closure of other direct download cyberlockers. Until this point, comScore believed that direct download cyberlocker link sites were gradually increasing in popularity.



Chart 6.2.3.1: Aggregate infringing visitors to top twenty cyberlocker link sites, July 2009-Jan 2013 (comScore / NetNames)

Copyright © 2013 Netnames Piracy Analysis – v2.5

### 6.3    Cyberlocker visitors

#### 6.3.1    Short-term analysis

The events of January 2012 had an even larger effect on direct download cyberlockers than on linking sites. The sudden fall in infringing aggregate visitors – and to a smaller extent, in unduplicated visitors – following the MegaUpload seizure in January 2012 is clear in the chart. In the twelve months since January 2012, aggregate unique monthly visitors to direct download cyberlockers fell by 34.1% from 796.0m aggregate unique visitors to 524.2m in January 2013.

Unduplicated visitors, a better measure of the total cyberlocker universe, also fell. In January 2012 there were 271.2m infringing unduplicated visitors to direct download cyberlockers with this total dropping by 22.4% to 210.6m in January 2013.



Data for **total page views** devoted to infringement across direct download cyberlockers is also available and is shown in Chart 6.3.1.2. A clear and sustained fall is obvious. In January 2013, a total of 3.2 billion pages devoted to infringement were viewed across all direct download cyberlockers, an average of 15.4 per cyberlocker user (unduplicated users). However, this is a large decrease compared to November 2011 when 5.5 billion pages were viewed across direct download cyberlockers, an average of 24.8 per direct download cyberlocker user. In the opposite situation to bittorrent (see Section 3), there are both fewer infringing direct download cyberlocker users overall and each one of those infringing direct download cyberlocker users is

Copyright © 2013 Netnames Piracy Analysis – v2.5

viewing fewer pages each month, again illustrating the overall decline in direct download cyberlocker use worldwide.



Chart 6.3.1.2: Total page views devoted to infringement on cyberlocker sites, November 2011-January 2013 (comScore / NetNames)

It is also instructive to examine the decline in infringing visitors to direct download cyberlockers shown above against the increase in infringing visitors to bittorrent portals during the same period. The narrowing gap between both aggregate visitors and unduplicated visitors is plain on Chart 6.3.1.2. Analysis indicates that the direct download cyberlocker ecosystem is on a continued decline in use worldwide. Many of



those who regularly used direct download cyberlockers appear to have moved to bittorrent since January 2012, making the peer to peer protocol increasingly important in discussions of infringement.

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL

JA1578

SME_00008419
PX-0439.0066

### 6.3.2 Regional breakdown

In three major regions – North America, Europe, and Asia-Pacific – visitors to direct download cyberlocker sites comprised 148.6m users in January 2013, a fall of 7.7% from 161.0m in November 2011. The individual regional analysis of direct download cyberlocker sites again shows Europe to be the dominant user of such sites with Asia-Pacific reporting a similar percentage of users as for direct download cyberlocker link sites. However, there is a slightly higher percentage use of direct download cyberlockers compared to direct download cyberlocker link sites from North America and Middle East / Africa and slightly lower for Latin America.

Chart 6.3.2.1: Regional breakdown of visitors to direct download cyberlocker sites (comScore / NetNames)



CONFIDENTIAL

**JA1579**

SME_00008420
PX-0439.0067

### 6.3.3    Long-term analysis

Chart 6.3.3.1 shows unique aggregate visitors to the top twenty direct download cyberlockers according to comScore. The long-term increase in visitors to the peak visible in January 2012 is very clear in this chart. The publicity that surrounded the seizure of the MegaUpload direct download cyberlocker and the need for many users to locate alternatives produced a sharp increase in visitors to direct download cyberlockers during that month. The decline in popularity of direct download cyberlockers in the months following these dramatic events is also illustrated.



Chart 6.3.3.1: Infringing visitors to top twenty cyberlockers, July 2008 - January 2013 (comScore)

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 6.4 Direct download cyberlocker bandwidth use

Despite the many millions of visitors to direct download cyberlockers and direct download cyberlocker link sites outlined above, bandwidth data indicates that the direct download cyberlocker ecosystem consumes a much smaller amount of overall internet bandwidth than a protocol such as bittorrent.

For instance, Sandvine categorises direct download cyberlocker sites on which infringing content is frequently located and accessed as 'Storage' (previously 'Storage and Backup') which includes online backup solutions such as Dropbox that are almost never used for the mass distribution of infringing material. This category as a whole – all sites and services, not only direct download cyberlockers – consumes only 1.8% of all bandwidth in North America, 2.9% in Europe, and 0.9% in Asia-Pacific (compared, for example, for 21.7% on aggregate for bittorrent in Europe).

Sandvine provides some limited data on the bandwidth consumed by individual direct download cyberlockers in the three regions where the individual site is responsible for more than 0.01% of overall bandwidth. These are shown in Table 6.4.1 below. This is not an exhaustive list as Sandvine only tracked visits to a select number of direct download cyberlockers. However, given that 4Shared, Rapidshare, and DepositFiles were three of the five most popular direct download cyberlockers during the monitoring period, the data strongly suggests that the total bandwidth consumption of direct download cyberlockers is far lower than bittorrent or video streaming.

Table 6.4.1: Bandwidth consumption of major direct download cyberlockers (Sandvine)

| North America | | Europe | | Asia-Pacific | |
|---|---|---|---|---|---|
| Protocol | Percent | Protocol | Percent | Protocol | Percent |
| 4Shared | 0.02% | Rapidshare | 0.27% | Rapidshare | 0.21% |
| Rapidshare | 0.07% | DepositFiles | 0.18% | Hotfile | 0.13% |
| Hulkshare | 0.01% | Hotfile | 0.04% | 4Shared | 0.09% |
| | | 4Shared | 0.03% | DepositFiles | 0.04% |
| **Estimated bandwidth across all cyberlockers** | **0.39%** | **Estimated bandwidth across all cyberlockers** | **1.90%** | **Estimated bandwidth across all cyberlockers** | **1.63%** |

The low percentages for each of the direct download cyberlockers make it difficult to confidently extrapolate total bandwidth consumption across all direct download cyberlockers in each region but an estimate can be

Copyright © 2013 Netnames Piracy Analysis – v2.5

**JA1581**

SME_00008422
PX-0439.0069

made based on visitors to each direct download cyberlocker. Using this methodology[32], direct download cyberlockers consume 0.39% of all bandwidth in North America, 1.9% in Europe, and 1.6% in Asia-Pacific. Assuming a level of infringing content of 66.6% on cyberlockers (see Section 6.5 below), this means an estimate of infringing direct download cyberlocker bandwidth consumption of 0.26% in North America, 1.27% in Europe, and 1.08% in Asia-Pacific.

## 6.5     Cyberlocker content analysis

### 6.5.1     Background

During 2012, NetNames' Discovery Engine technology – an automated internet search, retrieval, and categorisation system – was used to crawl the internet looking for links to files held on nine direct download cyberlockers.[33] Crawling began at major search engines such as Google and used all two letter or longer words from the Dale/Chall simple word list as initial 'seeds'[34]. Each of these words were sent to search engines in combination with the names of the direct download cyberlockers included in the research. For instance, some sample  search terms were 'afternoon 4shared', 'aunt depositfiles', and 'ache mediafire'. This helped ensure that the searches performed were agnostic and unbiased towards any particular type of content.

Each page returned to the Discovery Engine was automatically examined for any links that may be available for any of the nine direct download cyberlockers. Each direct download cyberlocker link was then automatically followed to the direct download cyberlocker and the filenames of the content located on the direct download cyberlocker was recorded. Classification of each file located was then made on the basis of the filename. Files were not downloaded or further analysed. The files were placed into generic categories such as 'film', 'music', 'software', and so on (see table below).

For each direct download cyberlocker, a sample of each category of file was then analysed for its likely copyrighted status (except for those files which could not be identified)[35].

---

[32] The methodology takes the figures for bandwidth consumption from Sandvine for the cyberlockers listed in each region and extrapolates total bandwidth consumption based on a comparison of unique visitors to each cyberlocker for January 2013. For instance, the four cyberlockers listed for Europe consumed 0.52% of all bandwidth according to Sandvine. Total unique visitors to these cyberlockers were 27.3% of all cyberlocker visits in Europe. From this, the assumption is made that if 27.3% of cyberlocker visits  are responsible for 0.52% of all bandwidth, then 100% of cyberlocker visits will be responsible for (0.52%/27.3)*100 = 1.90% of all bandwidth.

[33] The Discovery Engine collected and analysed links between 24th March 2012 and 24th April 2012. Additional analysis of content type and copyrighted status was then performed during May and June 2012.

[34] See: http://rfptemplates.technologyevaluation.com/dale-chall-list-of-3000-simple-words.html. The list was used in an attempt to provide a neutral starting point for search.

[35] At least fifty files from each category were analysed for each cyberlocker for copyrighted status. If the sample of 50 was less than 10% of the total number of files in that category, then 100 files were sampled. If less than 50 files were found for a particular category, all the files would be analysed.

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 6.5.2   Content analysis results

Table 6.5.2.1 below shows the overall results. The number of files located for each category of content is shown together with the number sampled and, of those, the number which were available commercially and believed to be infringing. In total, 13,614 files were located across the nine direct download cyberlockers. Of these, 2,785 or 20.5% were further analysed and 1,854 or 66.6% were found to be commercially available and therefore likely to be infringing.

The content analysis finds that music is more popular on direct download cyberlockers than on bittorrent. On direct download cyberlockers, 35.2% of all files located were music against a figure of 7.6% amongst the most popular bittorrent files. A large proportion of the music located was single tracks rather than albums which may be one reason for the higher number of music files found as it is typical to find music albums shared on bittorrent rather than single tracks. Film (15.6%) and television episodes (9.7%) were the next most popular content types. There was significantly less pornography located on direct download cyberlockers than on bittorrent.

These results may be affected by the data collection methods involved: for instance, direct download cyberlocker links held on sites which require registration (forums such as Warez-BB, for instance) will not have been uncovered. Further, the word list used for initial seeding will bias the results towards English-language content.

Table 6.5.2.1: Analysis of content held on nine direct download cyberlockers (NetNames)

| Type | Number of files | Percent | Sampled | Commercially available | Percentage | Extrapolated commercially available |
|------|----------------|---------|---------|------------------------|------------|-------------------------------------|
| Book | 809 | 5.9% | 263 | 104 | 39.4% | 319 |
| Film | 2,121 | 15.6% | 334 | 320 | 95.8% | 2,032 |
| Games | 558 | 4.1% | 263 | 188 | 71.4% | 398 |
| Image | 651 | 4.8% | 170 | 0 | 0.0% | 0 |
| Mobile | 346 | 2.5% | 238 | 136 | 57.3% | 198 |
| Music | 4,792 | 35.2% | 508 | 446 | 87.9% | 4,211 |
| Music Video | 283 | 2.1% | 195 | 157 | 80.7% | 228 |
| Unknown / Other | 1,074 | 7.9% | 100 | 0 | 0.0% | 0 |
| Software | 825 | 6.1% | 241 | 139 | 57.5% | 474 |
| TV | 1,316 | 9.7% | 276 | 271 | 98.0% | 1,289 |
| Pornography | 842 | 6.2% | 200 | 95 | 47.3% | 398 |
| | 13,614 | 100.0% | 2,785 | 1,854 | 66.6% | 9,547 |

Copyright © 2013 Netnames Piracy Analysis – v2.5

In February 2012, Dr Richard Waterman completed research into the content held on the Hotfile direct download cyberlocker as part of a legal case by the MPAA against the owner of the site.[36] The study analysed downloads recorded by the direct download cyberlocker for a number of randomly chosen days in January 2011. While this study did not explicitly break down the type of content located, it found that:

> *approximately 90.2% of all daily downloads of files on Hotfile were downloads of infringing or highly likely infringing content; approximately 5.3% of the downloads of files per day on Hotfile were downloads of non-infringing files; and the remaining approximately 4.5% of the downloads of files per day on Hotfile were downloads of files whose copyright status could not be reliably determined in the time allowed.*

The Waterman study analysed downloads of files while the research discussed above focused on availability. However, there is no contradiction between the fact that while the Envisional / NetNames research found that 66.6% of content held on direct download cyberlockers was infringing, the Waterman research found that 90.2% of *downloads* of files held on a typical direct download cyberlocker were of infringing material. Most infringing files are typically more popular than most non-infringing material, leading to higher rates of downloading.

## 6.6 Business models

The revenue generation models adopted by direct download cyberlockers are similar to those in the video streaming ecosystem: advertising on both linking and hosting sites; premium accounts; and affiliate or rewards schemes. All direct download cyberlockers operated on a for-profit basis.

For instance, the screenshot below shows a page from the French language direct download cyberlocker link site Zone-Telechargement which offers links for a download of the game *Bioshock: Infinite* from a number of direct download cyberlocker sites. A banner advert is shown at the top of the page and further advertisements appear further down the page (not shown). When any link is clicked on the page, a pop-up browser window launches that advertises a gambling site. The vast majority of link sites



[36] A public version of the document entitled 'Declaration Of Dr. Richard Waterman In Support Of Plaintiffs' motion For Summary Judgment Against Defendants Hotfile Corp and Anton Titov' can be found at http://www.scribd.com/doc/84380009/90-Percent.

Copyright © 2013 Netnames Piracy Analysis – v2.5

are supported through advertising like this. Very few require any kind of payment before users can access links.

Clicking through to one of the direct download cyberlockers from the links provided on Zone-Telechargement demonstrates the typical advertising-heavy download process for free users. The screenshot below from RapidGator shows two options to the user: a "slow speed download" which is free but has a limited download speed and other restrictions or a "high speed download" available only to premium customers. However, some users will be distracted by the large orange "DOWNLOAD" button at the top of the screen (deliberately designed to mimic RapidGator's own design) which, when clicked, actually launched a new browser window advertising a dating site.



Choosing the 'slow speed' free download link launches another advertisement (for a pornography site) before showing a screen requiring a captcha with an advertisement for an online game.



Copyright © 2013 Netnames Piracy Analysis – v2.5

When the answer to the captcha is submitted, another pop-up advertisement is launched (for another pornography site) before the download of the actual file can be started. When this is clicked, a final pop-up advertisement is shown (for a betting site).



It is possible for users to bypass all of these screens and avoid all of the advertisements by committing to a RapidGator premium account. This is typical operating procedure for direct download cyberlockers: users that purchase a premium account can download multiple files instantly from that site at a higher speed in comparison to non-premium users who have to go through the advertising-supported process. The screenshot below shows the benefits to the user of the RapidGator premium account at a cost of $12.99 per month.



CONFIDENTIAL                                    **JA1586**                                    SME_00008427
PX-0439.0074

RapidGator also offers an affiliate program which, similar to that for Streamcloud in the video streaming ecosystem, pays those who upload popular content to the direct download cyberlocker or who persuade other users to pay for premium accounts with the site. RapidGator currently offer $40 per 1,000 downloads of content (ten times more generous than the $40 per 10,000 downloads available from Streamcloud) and 50% of the cost of any premium accounts bought.

These offers encourage uploaders to add content that will be attractive to downloaders to the direct download cyberlocker. As with video streaming sites, the most popular content is generally infringing, such as pirated copies of games, films, music, books, and so on. By providing a financial incentive to drive downloaders to their site, direct download cyberlockers can play a vital role in facilitating the distribution and circulation of infringing material.

As noted earlier in this report, the closure of MegaUpload and the arrest of its major executives led to some direct download cyberlockers cancelling any affiliate programs in place (and prompted others that had been amongst the most liberal in their rewards such as FileServe and FileSonic to cease operations completely as public-facing cyberlockers). The ability of uploaders to generate revenue from direct download cyberlockers in this manner was certainly degraded during 2012 but many of the most popular direct download cyberlockers and a significant number of new entrants to the field still offer affiliate schemes. These form a core part of the direct download cyberlocker ecosystem and help ensure that infringing content is distributed around the system as quickly as possible by those seeking to profit from the piracy of copyrighted material.

CONFIDENTIAL

JA1587

SME_00008428
PX-0439.0075

# 7  Mobile infringement

## 7.1  Introduction

The growth of internet-enabled mobile devices across the world in recent years has proceeded at an astonishing pace. Smartphones have been adopted at a faster rate than any other piece of technology in history. More than 50% of the population in the US, Canada, Spain, UK, France, Italy, and Germany owned smartphones at the end of 2012 and this proportion continues to rise. In China, more than 200m smartphones are already in operation and CNNIC predict that this figure will pass 700m in the next three years. A recent report from NPD[37] found that smartphones and tablets outnumbered PCs in the US for the first time during Q1 2013.

The availability of new devices changes online consumption habits. For example, 80% of mobile smartphone minutes are consumed by apps rather than the web. comScore has found that in maturing mobile economies, more than one-third (37%) of digital media consumption – films, television, books, and so on – takes place on mobile devices. Usage patterns for mobile devices peak during the morning commute and, particularly for tablet use, in the evening. Some types of device lean more towards one kind of activity than another: more than half of all tablet owners have watched a video or read a book on their device, for instance. Mobile habits also differ according to country. For example, Nielsen data finds mobile music, film, and television consumption high amongst smartphone owners in China and South Korea and YouTube viewing particularly popular in the US. Driven by apps such as Pandora and Spotify, US consumers now spend more time consuming music on mobile devices than on PCs or laptops. However, according to app monitoring company Flurry the majority of time spent on mobile devices is consumed playing games (43%) and using social networks (26%)[38].

The bandwidth and speeds available to mobile consumers are also increasing. The US recorded 57m 4G users[39] as of March 2013, an increase of 50% from 38m subscribers just five months earlier in December 2012. 4G availability is spreading throughout many other countries, encouraging the consumption of streaming video through services such as Netflix but also through infringing services. Strategy Analytics predict well over one billion 4G subscribers worldwide by 2018[40].

This is not to paint a picture of a world enamored with smartphones and the mobile internet. The more basic feature phone remains the most popular device in many countries such as India, Russia, and Brazil, where high operating costs and poor mobile infrastructure limit the attraction of sophisticated devices. Yet the

---

[37] *Connected Home Report*, NPD Group, March 2013 (http://www.connected-intelligence.com/).

[38] http://blog.flurry.com/bid/92105/Mobile-Apps-We-Interrupt-This-Broadcast

[39] http://www.4gamericas.org/index.cfm?fuseaction=pressreleasedisplay&pressreleaseid=4542

[40] http://www.strategyanalytics.com/default.aspx?mod=reportabstractviewer&a0=8091

Copyright © 2013 Netnames Piracy Analysis – v2.5

future is clearly one with increasingly advanced mobile devices using increasingly larger amounts of bandwidth worldwide.

## 7.2    Infringement on mobile

While methodologies of tracking and monitoring traditional computer-based infringements have developed and matured in the last decade, the mobile space remains an area of relative obscurity. Consumer surveys indicate that mobile devices are heavily used for the consumption of content but there is limited information available on what kinds of content are being consumed and using what methods.

It is possible to make certain assumptions. For instance, more limited storage space on mobile devices compared to traditional computing machines means that *downloading* content – for instance, through bittorrent or from cyberlockers – is less likely to be pursued on mobile devices than an activity which does not result in a completed download, such as streaming music or video. If downloads are sought, users are more likely to pursue smaller sized files and content suited for consumption on a mobile device such as music or books.

Analysis of the most popular apps available on various marketplaces show that streaming appears to be the most popular way to obtain infringing content online. For instance, a search on the Google Play store for "MP3" finds a large number of apps which help the user locate free and in the majority of cases infringing music files online. The app Mp3 Music Download Pro has recorded over 10m installations from Google Play, as has Music Download Paradise. In the UK, the live television streaming app TVCatchUp has recorded over 1m downloads on Android and is frequently listed as one of the most popular iOS apps in the country.

Different mobile operating systems such as iOS and Android can also restrict the ability of developers to produce versions of traditional download-based file sharing clients for mobile devices, while marketplace rules can prevent some apps from appearing at all. For example, while BitTorrent Inc has used its development resources to produce versions of the popular uTorrent and BitTorrent clients for Android, bittorrent clients have so far been banned from Apple's iOS App Store[41], though some clients are available for jailbroken iOS devices.

### 7.2.1    China

The suitability of mobile devices for video streaming and the high level of mobile ownership in China (the country is now the largest market for smartphones worldwide) mean that the country is a natural arena for

---

[41] Apps that allow the remote control of bittorrent clients running on desktop computers are available but not dedicated bittorrent clients which run on the iOS platform.

Copyright © 2013 Netnames Piracy Analysis – v2.5

PX-0439.0077

infringement using smartphones and tablets. Recent research from NetNames into the smartphone market in China – where the Android operating system dominates – found that rogue marketplace stores were common, offering pirated versions of legitimate apps as well as other apps which encouraged the consumption of infringing content.

For instance, the QVOD streaming video client is available for both Android and iOS devices and has recorded over thirty million downloads from different marketplace stores in China. It is used in a very similar way to the desktop client with portal sites offering links to a vast range of infringing material. A mobile version of the Funshion client is also available, as well as clients for PPS and PPLive (though infringement is less common on the latter two clients).

## 7.3   Bandwidth data

A limited set of bandwidth consumption data for mobile devices was obtained from Sandvine which focused on the North America region only. On average, mobile users consumed 317MB of data per month compared to 51.3GB per month through fixed line connections. The top traffic categories are shown in Table 7.3.1.

One point which immediately stands out from the table is the low proportions of bandwidth consumed by the Filesharing and Storage categories. The former includes applications such as bittorrent and eDonkey and the latter includes sites such as cyberlockers. Only 1.2% of mobile bandwidth is consumed by filesharing (on average, 3.7MB of data per month) including 0.8% of bittorrent use. This compares to 14.6% of all North American bandwidth consumed by file sharing on fixed lines, including 12.4% used by bittorrent. Even less bandwidth is taken up by storage applications (0.6% or an

Table 7.3.1: Mobile bandwidth consumption in North America (Sandvine)

| Traffic category | Percent bandwidth |
|---|---|
| Real-Time Entertainment | 51.2% |
| Web Browsing | 15.9% |
| Tunnelling | 9.7% |
| Social Networking | 9.2% |
| Marketplaces | 5.0% |
| Communications | 5.0% |
| Gaming | 1.2% |
| Administration | 1.2% |
| Filesharing | 1.2% |
| Storage | 0.6% |

average of 1.7MB per month), though it is unknown how much of this bandwidth is consumed by cyberlockers specifically.

The bulk of mobile bandwidth is consumed by real-time entertainment, just as it is for fixed line connections. However, the make-up of this category is different on mobile devices. On mobile, YouTube dominates in North America, responsible for 25.6% of aggregate bandwidth, compared to Netflix which consumes just 2.4% of all bandwidth (compared to 24.7% on aggregate for fixed line connections). Other specific applications or sites which consume a large proportion amount of mobile bandwidth are Facebook (6.8%) and Pandora streaming radio (5.8%). The two main mobile app stores are also responsible for significant

Copyright © 2013 Netnames Piracy Analysis – v2.5

bandwidth consumption: Google Play consumes 2.6% of mobile bandwidth in North America and iTunes a further 1.3%, reflecting the higher use of Android compared to iOS in the North American market[42].

## 7.4    Summary

Mobile infringement is an area where further and more detailed research is vital, though that research depends on data availability. This is sorely lacking beyond a general idea of use cases for broad categories of utilisation. The application-based operating systems of Android and iOS provide challenges in monitoring behavior while the large and rapidly growing mobile device installed base is already affecting digital life and will continue to do so. NetNames plans to focus on this area during 2013 and hopes to issue a dedicated report examining infringement on mobile devices in early 2014.

---

[42] comScore data records Android with a 53.4% market share amongst smartphones in the US in December 2012 and Apple's iOS with 36.3%.
http://www.comscore.com/Insights/Press_Releases/2013/2/comScore_Reports_December_2012_U.S._Smartphone_Subscriber_Market_Share

Copyright © 2013 Netnames Piracy Analysis – v2.5

# 8    Summary

## 8.1    Sizing the piracy universe

The first goal of this research was to provide an estimate for the number of internet users worldwide who access infringing content online. This section draws together some of the findings of earlier sections of the report to offer an overall figure for the piracy universe.

The introductory section for each ecosystem which was discussed in Sections 3 to 6 – bittorrent, other file sharing networks, video streaming, and direct download cyberlockers – examined the different sources of data available which might be used to size each ecosystem. The specific figure that will be the base of calculations used in this Section to determine the overall use of each ecosystem for infringement was outlined. For bittorrent, this figure was decided as best represented by the total number of unduplicated visitors to bittorrent portals during January 2013 (212.8m). For the video streaming ecosystem, this figure was taken to be best represented by the total number of unduplicated visitors to video streaming link sites during January 2013 (112.5m). For the direct download cyberlocker ecosystem, the number of unduplicated visitors to cyberlocker sites during January 2013 was decided to be the best representation (228.8m). For the eDonkey, Ares, Gnutella, and Usenet networks, this figure was best represented by unique client users during January 2013 (9.3m for eDonkey, 66.6m for Ares, 2.3m for Gnutella, and 5.0m for Usenet).

As outlined, it is essential to then **account for visitors who use each ecosystem exclusively for non-infringing use** (which in this research includes pornography). This section of the report details the methodology used to account for non-infringing use and to produce a final figure for total infringing users across all ecosystems; that is, the total number of internet users who downloaded or viewed at least one piece of infringing content using at least one of the ecosystems during January 2013. As outlined in the executive summary, this method provides an ultimate worldwide total for the piracy universe in January 2013 of **432.0m internet users**.

### 8.1.1    Accounting for non-infringing use

Any assessment of internet use that analyses activity within ecosystems that are typically used for piracy purposes must take account of the fact that all online methods for sharing content are also used for non-infringing purposes. For purposes of this report, the term 'non-infringing' includes pornography. The main reason for this is that it is significantly more difficult to account for the infringing nature of a pornography film located online than, for instance, a new Hollywood release. As such, all obviously pornographic content encountered during content analysis was placed in the 'non-infringing' category.

Copyright © 2013 Netnames Piracy Analysis – v2.5

This is not to suggest that infringement does not affect the adult industry: far from it, many adult studios and web sites which specialise in catering to those seeking pornography have been deeply affected by the online piracy of pornography. However, this research is focused on mainstream copyrighted content rather than adult material. Discounting pornography in this way will inevitably produce a smaller figure for the overall size of the piracy universe but it is believed that this figure will be more reliable as a result.

The content analyses conducted in Sections 3 to 6 of this report showed that on most of the ecosystems analysed, somewhere around two-thirds of all located content was infringing and not pornography – typically infringing versions of films, television, music, games, software, and books. This does not mean that two-thirds of all *downloads* from or two-thirds of all activity within each arena was infringing – or that two-thirds of all users only accessed non-infringing content. Some content is typically far more popular than others and this content is almost always infringing. For instance, the bittorrent content



analysis in Section 3 found that films newly released on DVD or Bluray and new television episodes were particularly popular, for example, all of which were found to be infringing. A quick scan of ThePirateBay's "Top 100" most popular torrents[43] at almost any point in time displays a dominance of infringing films and television episodes with tens of thousands of seeds and leechers each, as well as a smaller number of infringing games, music, and software applications. Similarly, Dr Richard Waterman's analysis of the Hotfile direct download cyberlocker found that 90.2% of downloads from the direct download cyberlocker were of infringing material even though infringing material did not represent that amount of content stored on Hotfile.

In addition, internet users frequently visit sites more than once during the course of a month to obtain content: each unique visitor to ThePirateBay visited the site 4.56 times in January 2013, for instance, while the Movie2k video streaming link site was visited 5.73 times by each unique user[44]. Given the large amount of infringing content that is widely available, extremely popular, and heavily promoted on such sites, it might be easy to simply assume that the typical visitor to a bittorrent portal sought some kind of infringing content at least once during January 2013 – but that would be inaccurate. Instead, this report applies probability theory to data collected during this research to quantify the likelihood that a user sought infringing content from a site at least once during January 2013 and hence should be included in the estimate of the total piracy universe.

---

[43] http://thepiratebay.se/top/all

[44] comScore defines 'visits' as the number of times a person "accesses content within a Web entity with breaks between access of at least 30 minutes". See http://www.comscore.com/Insights/Press_Releases/2007/03/comScore_Announces_Visits_Metric

Copyright © 2013 Netnames Piracy Analysis – v2.5

**Probability of a user accessing infringing content**

It is possible to use probability theory to work out the likelihood that a visitor to, say, a bittorrent portal will visit that site at least once to obtain infringing content over the course of a month – in this case, January 2013. This calculation uses data on the number of visits to a site made by a unique user during the month.

In order to estimate the number of, say, bittorrent users who accessed infringing content in that month and who should be included in a calculation of the total piracy universe for January 2013, it is necessary to rule out any users who did *not* do so – that is, users who *only* used bittorrent to access non-infringing or pornographic content. In January 2013, comScore recorded that each unique user of ThePirateBay visited the site **4.56 times** over the course of the month. Thus, for a user *not* to be counted in the calculation of the total bittorrent piracy universe, each one of the 4.56 visits made by the average user to ThePirateBay during January 2013 must have resulted in a user obtaining non-infringing or pornographic content. If a user accessed infringing content during any of those visits, then that user is included in the estimate of the total piracy universe.

It is assumed that the probability of each of those visits to the site resulting in the user downloading *non-infringing* content or pornography is 0.3033 – that is, as the percentage of non-infringing or pornographic content found on bittorrent overall is 30.33% (see Section 3.5), the assumption is made that the probability of a visit to ThePirateBay locating non-infringing or pornographic content is 0.3033. For this particular site, this probability actually seems quite high given the popularity of infringing material on the site (as shown in the screenshot above). However, this estimate is used as it provides a practical ceiling for the popularity of non-infringing content and pornography on bittorrent. It also minimises the chance that this report might exaggerate the infringing material available on each ecosystem.

The probability of a user only locating non-infringing or pornographic content is defined as:

$p = n \wedge v$, where:

$p$ = probability

$n$ = likelihood of obtaining non-infringing or pornographic content

$v$ = number of visits

As such, a single visit ($v$) to a bittorrent portal such as ThePirateBay has a likelihood ($n$) of 0.3033 of resulting in the access of non-infringing or pornographic content. In this case, the overall probability is $n^1$ which is, simply enough, 0.3033.[45]

However, two separate visits by the same user to a bittorrent portal (thus $v=2$) have a probability of $n^v$ or $n^2$ (0.3033 * 0.3033) of resulting in non-infringing or pornographic content, an overall probability of 0.092, a

---

[45] Another way of thinking about is to say that if 10,000 unique users visited ThePirateBay once each during the course of one month, one could expect that 3,033 of them would *only* access non-infringing or pornographic content.

Copyright © 2013 Netnames Piracy Analysis – v2.5

much lower probability than for one visit. Three visits have a probability of $n^3$ (0.3033 * 0.3033 * 0.3033 = 0.028) which is an even lower probability; and so on.

According to comScore, the average user visits ThePirateBay 4.56 times each month, so the calculation is as follows:

$p = n \wedge v$

$p = 0.3033 \wedge 4.56$

$p = 0.0043$

So, as each visitor to ThePirateBay accessed the site on 4.56 different occasions in January 2013, the probability that each one of those visits resulted in the user accessing non-infringing or pornographic content – and hence, that *none* of those visits resulted in the user accessing infringing content – is $n^{\wedge 4.56}$ (or 0.3033 ^ 4.56) = 0.0043.

According to this calculation, **the overall probability of an average user accessing non-infringing or pornographic content *only* on ThePirateBay during January 2013 is thus 0.0043**. To put it in a more easily understandable way, just under half of one percent (0.43%) of all unique visitors to ThePirateBay over the course of January 2013 accessed *only* non-infringing or pornographic content during the month.[46] The obvious corollary of this is that **99.57% of unique visitors accessed infringing content through ThePirateBay** at least once during January 2013.

The same calculation was then repeated for each bittorrent portal included in this analysis, using data provided by comScore for the number of visits to each portal by the average user during January 2013 (for instance, the average Isohunt.com user visited the site on 3.03 occasions during the month but the average Rutor.org user visited that site on 7.1 occasions). Across all bittorrent portals included in this analysis, the probability of a user visiting any one site and obtaining *only* non-infringing or pornographic content is 0.0372. This means that a maximum of 3.72% of unique visitors were found to visit portals only for non-infringing or pornographic content during January 2013. The obverse of this is that **96.28% of visitors to the bittorrent portals included in this analysis downloaded at least one piece of infringing content during the month of January 2013**.

The total number of unduplicated bittorrent users was 212.8m in January 2013 (see Section 3). Combining this with the percentage of users who accessed infringing content in the same month provides a final size for the bittorrent piracy universe of **204.9m users** (212.8 * 96.28%).

The same analysis was then performed for each of the other ecosystems commonly used to obtaining infringing content that are considered in this report. For the video streaming and direct download cyberlocker ecosystems, the average number of visits made by each user to each site was combined with the

---

[46] Or, to repeat the explanation in the previous footnote, if 10,000 unique users each visited ThePirateBay 4.56 times during the course of one month, one could expect that only 43 of them would *only* access non-infringing or pornographic content on the site during that month.

Copyright © 2013 Netnames Piracy Analysis – v2.5

probability that each visit resulted in the user obtaining non-infringing or pornographic content only. The results showed that in January 2013, 0.41% of users in the video streaming ecosystem and 7.95% of users in the direct download cyberlocker ecosystem visited sites *only* to obtain non-infringing or pornographic material. To put it another way, 99.57% of users in the video streaming ecosystem obtained at least one piece of infringing content during January 2013 and 92.05% of users in the direct download cyberlocker ecosystem obtained at least one piece of infringing content during the same month.

For the eDonkey, Ares, and Usenet ecosystems, the total number of days in which each client was used by a user during January 2013 was combined with the likelihood that each of those usage days would result in the user seeking only non-infringing or pornographic content.

### 8.1.2    Total piracy universe

Table 8.1.2 below displays the overall results of this analysis. The first column shows the total unduplicated users in each ecosystem before any attempt is made to account for the proportion of users accessing infringing content. The final row of this column shows a total aggregate user population of 635.0m users. However, this does not take account of users who may have used more than one ecosystem during January 2013 – obtained content through bittorrent and through a direct download cyberlocker, for instance. The total **unduplicated population** across all ecosystems – that is, the number of unique individual internet users who used one or more of these ecosystems during January 2012 – is **450.9m**.

Yet as noted above, there is a proportion of these users who used each ecosystem only to access non-infringing or pornographic content during January 2013. Section 8.1.1 was dedicated to showing how this portion of users were calculated. The second column outlines the percentage of infringing content found on each ecosystem. The third column shows the probability that a user of the ecosystem accessed infringing content within that ecosystem in January 2013. The final column shows the total number of users in each ecosystem who accessed infringing content at least once during January 2013 according to the probability calculations outlined above in Section 8.1.1.

Aggregating the total number of infringing users in each ecosystem provides a figure of 608.4m users. However, these users must be unduplicated to account for those involved with more than one ecosystem during January 2013. Assuming the same proportion of unduplicated to aggregate users as for the total users in the first column produces **an estimate of the current piracy universe of 432.0m users** who used at least one piracy method to access infringing content once or more during January 2013.

Copyright © 2013 Netnames Piracy Analysis – v2.5

Table 8.1.2: Total piracy universe (comScore / NetNames)

| Ecosystem | Unduplicated users in each ecosystem (m) | Percentage of infringing content found on each ecosystem | Probability of each unique user accessing infringing content at least once in January 2013 | Total number of unique users who accessed infringing content (m) |
|---|---|---|---|---|
| BitTorrent | 212.8 | 69.7% | 0.9628 | 204.9 |
| Video streaming | 112.5 | 90.0% | 0.9959 | 112.0 |
| Direct download cyberlockers | 228.8 | 66.6% | 0.9205 | 210.6 |
| eDonkey | 9.3 | 68.9% | 0.9999 | 9.3 |
| Ares | 66.6 | 68.9% | 0.9999 | 66.6 |
| Usenet | 5.0 | 72.0% | 0.9999 | 5.0 |
| Total | 635.0 | n/a | n/a | 608.4 |
| Unduplicated users * | 450.9 | n/a | n/a | 432.0 |

Numbers may not add up due to rounding.
* Unduplicated unique visitors / users of: bittorrent portals; eDonkey clients;
Ares clients; Usenet clients; video streaming link sites; and direct download cyberlockers.

*Notes on the table*

- **BitTorrent**: uses comScore data for unduplicated unique bittorrent portal users during January 2013.

- **Video streaming**: uses comScore data for unduplicated unique visitors to video streaming link sites deemed to focus on providing links to infringing content during January 2013. Visitors to video streaming cyberlocker sites (such as PutLocker) are not included as video views from such sites are not always counted by comScore (for instance, if a video hosted on PutLocker is embedded in a link site). The proportion of infringing non-pornographic content available on linking sites is extremely high and close to 100%. To continue with the conservative approach in this area, the figure for the availability of infringing content is discounted by 10% in the low estimate to 90% to more than account for any non-infringing or pornographic material which may be present on such sites.

- **Direct download cyberlockers**: uses comScore data for unduplicated unique visitors to direct download cyberlocker sites during January 2013.

- **eDonkey**: uses comScore data for unduplicated unique users of an eDonkey client during January 2013.

- **Ares**: uses comScore data for unduplicated unique users of an Ares client during January 2013. Formal content analysis was not performed on Ares for this report but previous analysis has found that the network holds infringing and non-pornographic material at a similar proportion to eDonkey.

- **Usenet**: with the Usenext app – one method of access to Usenet – reporting 1.3m unique users each month, a conservative estimate of 5.0m unique Usenet users is employed, though this figure may be as high as 25.0m.

CONFIDENTIAL

JA1597

SME_00008438
PX-0439.0085

### 8.1.3 Piracy universe in three major regions

Three regions make up the majority of the internet world: North America, Europe, and Asia-Pacific comprise 82.6% of all internet users according to comScore and 95.1% of all bandwidth consumed according to Cisco. It is possible to outline the distinct size of the piracy universe in each of these three regions.

Table 8.1.3 shows similar data to that portrayed in Table 8.1.2 above for each of these three regions, separately and combined. The left-hand side of the table shows the total unduplicated users in each ecosystem in each region in January 2013 (so for North America, there 33.0m unique and unduplicated bittorrent users compared to 100.1m in Europe).[47]

The right-hand side of the table shows the total number of these unduplicated users who employed each ecosystem to access infringing content. The right-hand side is determined in the same way as the far right-hand column in Table 8.1.2 but using visitor figures for the specific region rather than the worldwide visitor figures.

Table 8.1.3: Piracy universe in three regions (comScore / NetNames)

| Ecosystem | Total unduplicated users in each ecosystem (m) | | | | Total number of unique unduplicated users who accessed infringing content (m) | | | |
|---|---|---|---|---|---|---|---|---|
| | North America | Europe | Asia-Pacific | Combined | North America | Europe | Asia-Pacific | Combined |
| BitTorrent | 33.0 | 100.1 | 52.4 | 185.63 | 31.8 | 96.4 | 50.5 | 178.7 |
| Video streaming | 28.8 | 48.2 | 19.7 | 96.70 | 28.6 | 48.0 | 19.6 | 96.3 |
| Direct download cyberlockers | 22.2 | 75.6 | 63.8 | 161.46 | 20.4 | 69.5 | 58.7 | 148.6 |
| eDonkey | 0.3 | 5.5 | 2.5 | 8.24 | 0.3 | 5.5 | 2.5 | 8.3 |
| Ares | 7.8 | 15.7 | 0.7 | 24.24 | 7.8 | 15.7 | 0.7 | 24.3 |
| Usenet | 0.9 | 3.0 | 0.5 | 4.38 | 0.9 | 3.0 | 0.5 | 4.4 |
| **Total** | **92.9** | **248.1** | **139.6** | **480.7** | **89.8** | **238.2** | **132.5** | **460.6** |
| **Unduplicated users \*** | **66.0** | **176.2** | **99.1** | **341.2** | **63.7** | **169.1** | **94.1** | **327.0** |

Numbers may not add up due to rounding.
\* Unduplicated unique visitors / users of: bittorrent portals; eDonkey clients; Ares clients; Usenet clients; video streaming link sites; and direct download cyberlockers.

Across the three major regions (North America, Europe, and Asia-Pacific), **327.0m unique and unduplicated internet users were found to access infringing content in January 2013**. Europe provided 51.7% (169.1m) of those users; Asia-Pacific provided 28.8% (94.1m); and North America provided 19.5% (63.7m).

---

[47] Regional figures are calculated by examining the regional breakdown of users for each site within each ecosystem for January 2013 according to comScore data.

Copyright © 2013 Netnames Piracy Analysis – v2.5

## 8.2    Infringing bandwidth use

The second aim of this report was to repeat and enhance upon the ground-breaking research published by Envisional in 2011 into the amount of infringing bandwidth used by different infringement methods. This earlier report estimated that in 2010, 23.8% of worldwide bandwidth and 17.5% of bandwidth in North America was used for infringing purposes. As noted earlier in this report, data limitations meant that it was not possible to repeat the exact calculations that led to the production of a single figure for worldwide infringing consumption of bandwidth.

For this updated research, data was obtained from two main sources: Sandvine provided analysis of specific types of bandwidth consumption within three regions of the world (North America, Europe, and Asia-Pacific) and data was also drawn from Cisco on the overall growth in bandwidth use both worldwide and in different regions of the world.

The Cisco data demonstrated the extent to which the absolute amounts of bandwidth consumed increased between 2010 and 2012 and the extent to which bandwidth consumption increased per individual internet user. Overall bandwidth consumption roughly doubled in this period in all regions of the world as Table 8.2.1 shows. Cisco recorded worldwide consumption of bandwidth growing by 109.0% between 2010 and 2012. In North America, overall bandwidth consumption grew by 105.0%; in Europe, 109.6%; and in Asia-Pacific, 111.2%. These are substantial increases over a relatively short period of time but the velocity of increase shows little sign of slowing. Cisco believes internet traffic will triple between 2012 and 2016, for instance. Bandwidth consumption also grew per individual internet user between 2010 and 2012.

Table 8.2.1 calculates the estimated bandwidth consumption both on an absolute and per internet user basis in these three regions in 2010 and 2012, using data from Cisco on bandwidth use and from the ITU on the internet user population in the different regions.

Table 8.2.1: Bandwidth consumption, 2010-2012 (Cisco / ITU)

|  | 2010 | | | 2012 | | | Change 2010-2012 | |
|---|---|---|---|---|---|---|---|---|
|  | Monthly regional bandwidth consumption (petabytes) | Internet users (millions) | Monthly consumption per user (GB) | Monthly regional bandwidth consumption (petabytes) | Internet users (millions) | Monthly consumption per user (GB) | Overall | Per user |
| Worldwide | 20,181.6 | 1,966.00 | 10.3 | 42,188.9 | 2,497.00 | 19.5 | +109.0% | + 90.1% |
| North America | 6,987.2 | 267.65 | 26.1 | 14,320.5 | 273.67 | 54.9 | +105.0% | + 110.2% |
| Europe | 5,484.2 | 476.21 | 11.5 | 11,496.5 | 518.51 | 23.2 | +109.6% | + 101.9% |
| Asia-Pacific | 6,782.1 | 932.39 | 7.3 | 14,322.8 | 1,076.68 | 13.9 | +111.2% | + 91.8% |

As noted, bandwidth consumption data from Sandvine was used to outline overall bandwidth use in three regions of the world during 2012. Previous sections of this report calculated the level of infringing bandwidth use in each region for each infringement ecosystem. Table 8.2.2 below shows two sets of data. The left-hand side shows the change in the absolute levels of infringing bandwidth consumption for each category as well

Copyright © 2013 Netnames Piracy Analysis – v2.5

as on a per user basis. The right-hand side shows the total amount of infringing bandwidth use in each of the three regions. This ranges from 11.35% in North America to 34.96% in Asia-Pacific.

For North America, the figures shown for the change in infringing bandwidth use Sandvine data for bandwidth for the North American region in both 2010 and 2012. However, it was not possible to collect data from Sandvine for bandwidth use explicitly for Europe and Asia-Pacific in 2010, though it was available for 2012. As such, the figures for the change in bandwidth use between these dates for the Europe and Asia-Pacific regions use worldwide bandwidth figures for 2010 but dedicated figures for each region alone in 2012. As such, the results for bandwidth *change* for Europe and Asia-Pacific are not as reliable as those for North America. This factor does not affect at all the right-hand side of the table which shows total infringing bandwidth use in each region for 2012.

Table 8.2.2: Infringing bandwidth use summary (NetNames / Cisco / Sandvine)

| Category | Change in infringing bandwidth use, 2010-2012 | | | | | | Infringing bandwidth percent, 2012 (Sandvine) | | |
| | North America | | Europe | | Asia-Pacific | | North America | Europe | Asia-Pacific |
| | Absolute | Per user | Absolute | Per user | Absolute | Per user | | | |
| BitTorrent | 105.1% | 100.6% | 191.3% | 167.6% | 403.4% | 335.9% | 8.70% | 15.10% | 25.90% |
| Video streaming | 154.2% | 148.5% | 345.8% | 309.4% | 925.0% | 787.6% | 1.80% | 2.87% | 6.55% |
| Cyberlockers | -74.5% | -75.1% | -45.5% | -49.9% | -53.3% | -59.6% | 0.26% | 1.27% | 1.08% |
| eDonkey | -58.9% | -59.5% | 767.8% | 697.0% | -57.3% | -63.0% | 0.28% | 7.17% | 0.35% |
| Gnutella | -97.6% | -97.6% | -99.0% | -99.1% | -81.9% | -99.1% | 0.01% | 0.01% | 0.01% |
| Usenet | -31.0% | -32.5% | -12.9% | -20.0% | -81.9% | -84.4% | 0.30% | 0.34% | 0.07% |
| Total | 48.2% | 44.9% | 165.4% | 143.7% | 239.3% | 193.8% | 11.35% | 26.76% | 34.96% |

The table clearly shows **significant overall increase in the consumption of infringing bandwidth between 2010 and 2012 in all three regions**.

- In North America, the **absolute amount of content consumed via infringement increased by 48.2% overall and by 44.9% per user**. Despite the overall percentage of infringing bandwidth falling from 17.5% in 2010 to 11.35% in the two-year period, **the amount of infringement in North America has risen**.

- In Europe, the amount of infringing bandwidth increased by 165.4% overall and by 143.7% per user. **More than one-quarter of all bandwidth in Europe is consumed by infringing content**.

- In Asia-Pacific, the bandwidth consumed by infringement tripled overall and increased by 239.3%. It also increased by 193.8% per user. **More than one-third of all bandwidth in Asia-Pacific is taken up by the distribution of infringing content**.

Copyright © 2013 Netnames Piracy Analysis – v2.5

BitTorrent and video streaming are the main drivers of increased levels of infringement, with the amount of bandwidth that is consumed by infringing use of bittorrent more than doubling in all three regions of the world between 2010 and 2012, both in absolute terms and per user. This increase is particularly high in Asia-Pacific.

The contribution of video streaming to infringing bandwidth consumption has also increased – by more than a factor of four in Europe and by more than ten times in absolute terms in Asia-Pacific.

The consumption of infringing bandwidth by direct download cyberlockers has dropped across all three regions, likely affected by the closure of the MegaUpload direct download cyberlocker in January 2012 and the consequent disruption to the direct download cyberlocker ecosystem. Gnutella use has fallen to almost nothing while Usenet consumption has also decreased slightly in North America and Europe and significantly in Asia-Pacific.

The eDonkey file sharing network shows a decrease in bandwidth use in North America and Asia-Pacific but a substantial increase in Europe. This large change in eDonkey use in the region does not reflect other data shown in Section 4 which suggests declining popularity of the network worldwide. However, the result may be at least partly explained as an artefact from the previously mentioned use of worldwide data as a base for the comparison of bandwidth for Europe for 2010. Europe is known to be the region in which the heaviest use of eDonkey is conducted and comparing the relatively high use of eDonkey in that region alone for 2012 with overall bandwidth consumption from eDonkey worldwide two years before might obfuscate the true (lower) rate of change.

The decline in the use of the file sharing network Gnutella occurred after legal action against the owners of the LimeWire client was eventually successful in closing the company in 2010. The virtual disappearance of Gnutella as a significant consumer of internet bandwidth during the two year monitoring period demonstrates how abruptly user behaviour can change on the internet.

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL

JA1601

SME_00008442
PX-0439.0089

## 8.3    Conclusion

This piece of research had two major goals. First, to attempt to accurately size the overall piracy universe online: how many internet users regularly obtain infringing content using the different ecosystems available to them? Second, to repeat and extend previous analysis performed on the bandwidth consumption of infringing content: how much internet bandwidth is consumed by the distribution of infringing material and did that amount increase in the two years since the previous study on this subject?

There are two key conclusions:

- **The piracy universe comprises hundreds of millions of unique internet users. Three hundred and twenty seven million unique internet users worldwide** regularly turn to piracy ecosystems to obtain infringing content. Piracy is rampant across the internet, with free copies of films, television episodes, games, music, software, and books consumed through a variety of technical means.

- Second, **levels of infringement are increasing**. Analysis of bandwidth consumption using data from Sandvine and Cisco demonstrates that not only has the overall amount of bandwidth consumed by popular piracy ecosystems such as bittorrent and video streaming increased in the last two years, **but the amount of infringing content consumed by each internet user has risen substantially**.

The practise of infringement is tenacious and persistent. Even in the North American market, where legitimate distribution services such as Netflix and Pandora are in their most mature state, infringement has grown substantially since 2010 in both absolute and per user terms.

There have been some successful attempts to limit infringement. The legal action against the operators of LimeWire, for instance, effectively put an end to the use of Gnutella for widespread infringement, and the multi-national law enforcement operation against MegaUpload and MegaVideo caused significant amounts of disruption within the direct download cyberlocker ecosystem. Yet despite these discrete instances of success, and despite the wide availability in some regions of methods to consume material legitimately, the piracy universe not only persists in attracting more users but hungrily consumes increasing amounts of bandwidth.

Copyright © 2013 Netnames Piracy Analysis – v2.5

# 9    Appendix A: Selected sites

The sites featured in the following lists are those used to calculate the charts for web site popularity in Sections 3, 5, and 6. Each site featured at least once in the calculation of the aggregate or unduplicated visitor figure for site visitors for comScore data between July 2009 and January 2013. Those sites which featured at least once in the monthly top twenty list used for the long-term comScore analysis are coloured in **red**.

## 9.1    BitTorrent portals

| | | |
|---|---|---|
| 1337x.org | contorrent.com | gougou.com |
| 9bt.org | cpasbien.com | h33t.com |
| ahashare.com | cztorrent.net | hdbird.com |
| arenabg.com | d-addicts.com | hdvnbits.org |
| baixakifilmetorrent.com.br | demonoid.com (also .me) | iklangratiz.com |
| baixarfilmestorrentgratis.net | desibbrg.com | ilcorsaronero.info |
| baixartorrent.net | desitorrents.com | indytorrents.org |
| banglatorrents.com | divxtotal.com | iptorrents.com |
| bestxd.com | dmhy.org | isohunt.com |
| bigtorrent.org | dvdtorrent.ru | kat.ph (also kickasstorrents.com) |
| bigtorrento.ru | ebookshare.net | katushka.net |
| bigtorrents.org | elitetorrent.net | kinokopilka.tv |
| bitfish8.com | etorrent.ru | kinozal.tv |
| bitnova.info | exdesi.com | ktxp.com |
| bitreactor.to | extratorrent.com | lasttorrents.org |
| bitsnoop.com | eztv.it | lien-torrent.com |
| bitsoup.org | fapis.com | limetorrents.com |
| bittorrent.am | fast-torrent.org | linkomanija.net |
| bittrend.com | fast-torrent.ru | lokotorrents.com |
| bitturk.net | fenopy.eu (also .se, .com) | malaysiabay.org |
| bitvn.org | file.lu | maroctorrent.net |
| bt-chat.com | file.sh | mastitorrents.com |
| btchina.net | films-torrent.ru | megadown.eu |
| btloft.com | firebit.org | megashara.com |
| btnee.com | free-torrents.org | megatorrents.org |
| btmon.com | fulldls.com | mejortorrent.com |
| btwuji.com | gamestorrents.com | minnova.org |
| coda.fm | goldenshara.com | mixtapetorrent.com |

Copyright © 2013 Netnames Piracy Analysis – v2.5

| | | |
|---|---|---|
| mnova.eu | sumotorrent.com | torrentleech.org |
| monova.org | t411.me (also torrent411.com) | torrentman.com |
| moviesdvdr.com | take.fm | torrento.net |
| my-hit.ru | tamilcreation.com | torrent-oyun.com |
| newtorrents.info | tamiltorrents.net | torrentpond.com |
| nnm-club.ru | tfile.me | torrentportal.com |
| nowtorrents.com | thepiratebay.se (also .org) | torrentproject.com |
| nyaa.eu | theunblockedbay.info | torrentr.eu |
| nyaatorrents.org | tnttorrent.info | torrentreactor.net |
| omgtorrent.com | todotorrents.com | torrentresource.com |
| onebigtorrent.org | top-torrent.ws | torrentrg.com |
| onlytorrents.com | torcache.net | torrentroom.com |
| opentorrent.ru | torentilo.com | torrents.net |
| p2pbg.com | torlock.com | torrents.net.ua |
| picktorrent.com | torrent.cd | torrents.ru |
| piratbit.net | torrent.to | torrent-shara.net |
| piratebayuk.co.uk | torrentalot.com | torrentsland.com |
| pirateproxy.net | torrentbit.net | torrentsmd.com |
| piratereverse.info | torrentbox.com | torrentspy.com |
| pirateshit.com | torrentbutler.eu | torrentszona.com |
| pornal.biz | torrentcrazy.com | torrentz.eu (also .com) |
| psychocydd.co.uk | torrentdeluxe.com | torrentzap.com |
| qkshare.com | torrentdownloads.be | torrtilla.ru |
| queentorrent.com | torrentdownloads.me (also .net) | tvtorrents.com |
| rarbg.com | torrent-files.org | unblockedpiratebay.com |
| rus-torrents.ru | torrent-finder.info | vertor.com |
| rutor.org | torrentfrancais.com | viettorrent.vn |
| rutracker.org | torrent-francais.com | wahas.com |
| scrapetorrent.com | torrent-free.ru | x-torrents.org |
| seedoff.net | torrentfunk.com | yify-torrents.com |
| seedpeer.me | torrenthound.com | yourbittorrent.com |
| seventorrents.com | torrentino.com | yyets.net |
| smartorrent.com | torrentino.ru | zamunda.net |
| subtorrents.com | torrentino.tv | zoozle.net |

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL

**JA1604**

SME_00008445
PX-0439.0092

## 9.2    Video streaming link sites

0movies.com

123tamiltv.com

1channel.ch (also .com)

1kino.com

24kadra.com

alluc.org

awz.ru

bestkino.su

bharathcinemas.info

bharatmovies.com

blinkx.com

cine24.tv

cinebasti.com

cinemaxx.ru

cinetube.es

cinetux.org

cinevedika.net

cucirca.com

cuevana.tv

cuevana2.tv

delishows.com

desifun.co.uk

desirulez.net

desitvforum.net

djluv.in

dpstream.net

duoi.net

fastepisodes.net

fastpasstv.ms (also .com)

film4ik.ru

filmin.ru

filmlinks4u.net

film-online.su

free-tv-video-online.me

graboid.com

hindilinks4u.net

iitv.info

imovies4you.com

iwannawatch.ch (also .net)

joox.net

ketnooi.com

kinobomba.net

kinolimon.ru

kino-live.org

kinomaniak.tv

kinomatrix.com

kinox.to

letmewatchthis.com

linecinema.org

maniavid.com

moovyshoovy.com

movie25.com

movie2k.to

movieberry.com

moviesberg.net

moviesdatacenter.com

movie-stream.to

my-source.ru

new-kino.net

ninjavideo.net

oko-kino.ru

onlinemoviesfreee.com

onlinesfilms.com

onlinewatchmovies.net

peekvid.com

peepat.com

peliculasyonkis.com

phim1.biz

phim16.com

phim3s.net

phim4g.com

phim85.com

phimkfc.com

phimnhanh.net

playtube.pl

quicksilverscreen.ch (also .com)

rajtamil.com

rajubutt.com

series.ly

seriesdanko.com

serieslisting.com

seriespepito.com

seriesyonkis.com

sidereel.com

smotri-online.info

solarmovie.so (also .eu)

surfthechannel.com

taiphimonline.com

tamiltwist.com

teleplus.ru

telly-tv.com

thiruttuvcd.com

totalmovie.com

tubeplus.me

tv-links.co.uk

tv-links.eu

tvduck.com

tvmuze.com

tvshack.net (also .bz)

tvshow7.eu

video247.tv

videobull.com

videomasti.net

viooz.eu

vuaphim.net

watch-free-movie-online.net

watchfreemovies.ch

watch-freeseries.mu

watch-hindi-movies.com

watch-movies.net

watchseries.li (also .eu)

Copyright © 2013 Netnames Piracy Analysis – v2.5

watchseries-online.eu

watchseriesus.com

watchtvfree.co

watchtvshow.info

xemphimon.com

xemphimso.com

xemphimtot.com

yaske.net

zerx.ru

zmovie.co

zmovie.tv

## 9.3    Video streaming hosts

| | | |
|---|---|---|
| allmyvideos.net | nosvideo.com | vidbull.com |
| clicktoview.org | novamov.com | vidbux.com |
| daclips.in | nowvideo.eu | videobb.com |
| divxstage.eu | played.to | videopremium.net |
| duckload.com | potlocker.net | videoslasher.com |
| faststream.in | primeshare.tv | videoweed.es (also .com) |
| filebox.com | putlocker.com | videozed.net |
| filego.org | senseless.tv | videozer.com |
| flashstream.in | sharerepo.com | vidstream.in |
| flashx.tv | sixshare.com | vidxden.com |
| gorillavid.in | sockshare.com | vreer.com |
| loombo.com | stream2k.eu | vureel.com |
| megavideo.com | streamcloud.eu | watchfreeinhd.com |
| miloyski.com | tomwans.com | xtshare.com |
| moevideos.net | uploadc.com | xvidstage.com |
| movpod.in | veehd.com | zalaa.com |
| movreel.com | veervid.com | zooupload.com |
| movshare.net | veevr.com | zshare.ma (also .net) |

## 9.4    Direct download cyberlocker link sites

| | | |
|---|---|---|
| 123tamilforum.com | arabseed.com | baixeturbo.org |
| 300mblinks.com | argentinawarez.com | ba-k.com |
| acheidownload.biz | baguskurniawan.com | bartzmovie.com |
| amaderforum.com | baixae.com | blog-peliculas.com |
| anicole.net | baixarfilmescompletos.com | boerse.bz |
| anime-sharing.com | baixedetudobr.com | bollyrulez.net |
| apne.tv | baixemuito.com | bollyzone.ch |

Copyright © 2013 Netnames Piracy Analysis – v2.5

**JA1606**

| | | |
|---|---|---|
| bppaste.com | general-files.com | musicasparabaixar.org |
| brasildowns.com.br | getmediafire.net | mygully.com |
| butorrent.com | golden-ddl.com | nazuka.net |
| cinebasti.com | gratismusica.org | omelhordatelona.biz |
| cinetux.org | gratispeliculas.org | ourrelease.org |
| darkwarez.pl | hackstore.net | oxe7.com |
| ddlspot.com | hindiserials.tv | peb.pl |
| derinport.in | hitkino.org | peliculas4.com |
| descargarfull.com | hnmovies.com | peliculas-latino.net |
| descargarpelicula2.com | hotfilesearch.com | pobieramy24.pl |
| divxm.com | icefilms.info | pordescargadirecta.com |
| dl4all.com | iload.to | raidrush.ws |
| dl4v.com | irfree.com | rapidlibrary.com |
| downeu.net | israbox.com | redlist-ultimate.be |
| downparadise.ws | jpddl.com | rlsbb.com |
| downtwarez.com | kangwahyu.com | rlslog.net |
| dpelicula.net | katz.cd | rpds-download.net |
| dreamkino.net | kino.to | samouchka.net |
| egydown.com | kinokubik.com | sempregratis.org |
| esoft.ws | kino-reliz.com | serienjunkies.org |
| estamosrodando.com | kzshare.com | sharepirate.com |
| estrenosonline.org | lacuevana.org | skidrowcrack.com |
| exvagos.com | leecher.to | sos117.com |
| filecrop.com | leecher.to | taringa.net |
| filesabc.com | libertyland.tv | tehparadox.com |
| fileshut.com | lospirateros.net | telechargementz.org |
| filesonicsearch.com | mamega.com | telecharger-tout.com |
| filespart.com | marvincity.com.ar | terabit.biz |
| filestube.com | megadownload.net | tinydl.com |
| filetram.com | megarapid.net | tinymoviez.com |
| filmmediafire.com | megasearchupload.com | tipete.com |
| flmsdown.net | monsterdivx.com | torrentspain.com |
| forodirecto.com | moova.ru | trackvideo.ru |
| forumw.org | movie-blog.org | uyirvani.com |
| forumwizard.net | moviedetector.com | vagos.es |
| freshwap.me (also .com) | moviespack.com | verpeliculasonlines.com |
| fulldescargasdvd.com | moviespeliculas.net | warez-bb.org |
| fullpelis.com | moviz.net | waz-warez.org |
| ganool.com | multfilmchik.ru | yesfilmes.org |

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL                    **JA1607**                    SME_00008448
PX-0439.0095

| | | |
|---|---|---|
| zasca.com | zonadictoz.org | zone-telechargement.com |

## 9.5    Direct download cyberlockers

| | | |
|---|---|---|
| 180upload.com | filemates.com | muchshare.net |
| 1fichier.com | filenuke.com | multishare.cz |
| 1st-files.com | filepost.com | myupload.dk |
| 2shared.com | filerio.in | netload.in |
| 4shared.com | filesend.net | openfile.ru |
| albafile.com | filesmelt.com | oron.com |
| amonshare.com | filesmonster.com | partage-facile.com |
| asfile.com | filesonic.com | project-free-upload.com |
| badongo.com | filesserve.com | putshare.com |
| bayfiles.com | filestock.ru | queenshare.com |
| billionuploads.com | filestore.to | quickshare.cz |
| bitshare.com | fileswap.com | rapidgator.net |
| cramit.in | file-upload.net | rapidshare.com |
| crocko.com | freakshare.net | rapidshare.de |
| cyberlocker.ch | fshare.vn | rarefile.net |
| czshare.com | gigasize.com | rghost.net |
| datafilehost.com | hellshare.com | rusfolder.com |
| dataport.cz | hipfile.com | ryushare.com |
| dbank.com | hitfile.net | secureupload.eu |
| depositfiles.com | hostuje.net | sendspace.pl |
| edisk.cz | hotfile.com | sharecash.org |
| egofiles.com | hulkshare.com | shareflare.net |
| exoshare.com | ifile.it | share-online.biz |
| extabit.com | jandown.com | shareplace.com |
| fastshare.cz | jheberg.net | speedshare.org |
| fastshare.org | jumbofiles.com | tinyupload.com |
| faststream.in | leteckaposta.cz | turbobit.net |
| filebase.to | letitbit.net | ufox.com |
| filebox.com | limelinx.com | uloz.to |
| filedownloads.org | load.to | ultramegabit.com |
| filedropper.com | lumfile.com | ultrashare.net |
| filefactory.com | mediafire.com | unextfiles.com |
| fileflyer.com | megashares.com | upgrand.com |
| filegag.com | megaupload.com | upload.com.ua |
| filejungle.com | mlfat4arab.com | uploadc.com |

Copyright © 2013 Netnames Piracy Analysis – v2.5

CONFIDENTIAL                    **JA1608**                    SME_00008449
PX-0439.0096

| | | |
|---|---|---|
| uploadcore.com | uptobox.com | wupload.co.uk |
| uploaded.net | usaupload.net | wupload.com |
| uploadhero.co | venusfile.com | wyslijto.pl |
| uploadhero.com | verzend.be | x7.to |
| uploading.com | vidpe.com | ziddu.com |
| uploadstation.com | vip-file.com | zippyshare.com |
| upnito.sk | wrzuc.to | |

Copyright © 2013 Netnames Piracy Analysis – v2.5

# 10 Appendix B: Detailed data

## A: Infringing unique visitors: comparison between November 2011 and January 2013

| Unique Visitors (millions) | Worldwide | | Combined North America, Europe, and Asia-Pacific | | North America | | Europe | | Asia Pacific | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 |
| **Total infringing unique visitors** | 432.00 | 417.80 | 326.98 | 297.63 | 63.75 | 45.37 | 169.14 | 158.92 | 94.09 | 93.34 |
| % Change | 3.40% | | 9.86% | | 40.49% | | 6.43% | | 0.80% | |
| | | | | | | | | | | |
| **Total internet audience** | 1,530.90 | 1,438.88 | 1,264.04 | 1,183.50 | 215.69 | 210.48 | 409.31 | 378.47 | 639.04 | 594.54 |
| % Change | 6.40% | | 6.81% | | 2.47% | | 8.15% | | 7.48% | |
| | | | | | | | | | | |
| **Infringing visitors as percent of total internet audience** | 28.22% | 29.04% | 25.87% | 25.15% | 29.56% | 21.56% | 41.32% | 41.99% | 14.72% | 15.70% |
| % Change | -2.82% | | 2.86% | | 37.10% | | -1.59% | | -6.22% | |
| | | | | | | | | | | |
| **BitTorrent infringing unique visitors** | 204.88 | 161.76 | 178.73 | 144.58 | 31.81 | 22.96 | 96.42 | 71.78 | 50.49 | 49.84 |
| % Change | 26.66% | | 23.61% | | 38.54% | | 34.33% | | 1.31% | |
| | | | | | | | | | | |
| **Video streaming infringing unique visitors** | 112.00 | 91.65 | 96.29 | 75.40 | 28.65 | 18.94 | 48.03 | 43.82 | 19.61 | 12.64 |
| % Change | 22.21% | | 27.69% | | 51.28% | | 9.60% | | 55.07% | |
| | | | | | | | | | | |
| **Direct download cyberlocker infringing unique visitors** | 210.61 | 229.62 | 148.62 | 160.99 | 20.39 | 19.94 | 69.55 | 78.20 | 58.69 | 62.85 |
| % Change | -8.28% | | -7.68% | | 2.27% | | -11.07% | | -6.62% | |

Copyright © 2013 Netnames Piracy Analysis – v2.5

SME_00008451
PX-0439.0098

**B: Infringing page views: comparison between November 2011 and January 2013**

| Page views (billions) | Worldwide | | Combined North America, Europe, and Asia-Pacific | | North America | | Europe | | Asia Pacific | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 |
| **Total infringing page views** | 16.64 | 15.66 | 13.91 | 12.67 | 2.89 | 2.17 | 7.17 | 6.51 | 3.85 | 3.98 |
| % Change | 6.25% | | 9.84% | | 33.25% | | 10.07% | | -3.27% | |
| | | | | | | | | | | |
| **Total infringing page views - bittorrent** | 8.47 | 6.33 | 7.39 | 5.66 | 1.32 | 0.90 | 3.99 | 2.81 | 2.09 | 1.95 |
| % Change | 33.82% | | 30.60% | | 46.36% | | 41.92% | | 7.03% | |
| | | | | | | | | | | |
| **Total infringing page views – video streaming** | 4.93 | 3.83 | 4.23 | 3.15 | 1.26 | 0.79 | 2.11 | 1.83 | 0.86 | 0.53 |
| % Change | 28.56% | | 34.34% | | 59.16% | | 15.31% | | 63.14% | |
| | | | | | | | | | | |
| **Total infringing page views – direct download cyberlockers** | 3.24 | 5.50 | 2.29 | 3.86 | 0.31 | 0.48 | 1.07 | 1.87 | 0.90 | 1.51 |
| % Change | -41.03% | | -40.64% | | -34.31% | | -42.82% | | -39.95% | |

Copyright © 2013 Netnames Piracy Analysis – v2.5

**JA1611**

SME_00008452
PX-0439.0099

## C: Infringing bandwidth: comparison between 2011 and 2013

Note: regional bandwidth data was only available for North America, Europe, and Asia-Pacific and hence worldwide data could not be produced for many data points.

| Bandwidth (petabytes) | Worldwide | | Combined North America, Europe, and Asia-Pacific | | North America | | Europe | | Asia Pacific | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 | 2013 | 2011 |
| **Total Infringing Bandwidth** | | | 9,566.7 | 3,689.6 | 1626 | 1,097.1 | 3,075.8 | 1,158.7 | 4,863.6 | 1,433.2 |
| % Change | | | 159.29% | | 48.21% | | 165.45% | | 239.35% | |
| | | | | | | | | | | |
| **Total Internet Bandwidth** | 42,189 | 20,181 | 40,139.8 | 19,253.5 | 14,320.5 | 6,987.2 | 11,496.5 | 5,484.2 | 14,322.8 | 6782.1 |
| % Change | 109.05% | | 108.48% | | 104.95% | | 109.63% | | 111.19% | |
| | | | | | | | | | | |
| % Infringing of Total Bandwidth | | 23.70% | 23.83% | 19.16% | 11.35% | 15.70% | 26.75% | 21.13% | 33.96% | 21.13% |
| % Change | | | 24.37% | | -27.69% | | 26.63% | | 60.69% | |
| | | | | | | | | | | |
| **BitTorrent Infringing Bandwidth** | | | 6,691.5 | 1,940.2 | 1,245.9 | 607.4 | 1,735.9 | 595.9 | 3,709.6 | 736.9 |
| % Change | | | 244.89% | | 105.12% | | 191.31% | | 403.41% | |
| | | | | | | | | | | |
| **Video Streaming Infringing Bandwidth** | | | 1,526.9 | 267 | 257.8 | 101.4 | 329.9 | 74 | 938.1 | 91.5 |
| % Change | | | 471.87% | | 154.24% | | 345.81% | | 925.25% | |
| | | | | | | | | | | |
| **Direct Download Cyberlocker Infringing Bandwidth** | | | 337.9 | 745.2 | 37.2 | 146.2 | 146 | 267.8 | 154.7 | 331.1 |
| % Change | | | -54.66% | | -74.56% | | -45.48% | | -53.28% | |
| | | | | | | | | | | |
| Other (eDonkey, Gnutella, Usenet) | | | 1,010.4 | 737.2 | 85.1 | 242.1 | 864 | 221 | 61.2 | 273.7 |
| % Growth | | | 37.06% | | -64.85% | | 290.95% | | -77.64% | |

Copyright © 2013 Netnames Piracy Analysis – v2.5

SME_00008453
PX-0439.0100

Newsroom | About Us | Cox Communications



# Cox Communications Fact Sheet

Cox Communications is a broadband communications and entertainment company, providing advanced digital video, Internet, telephone and home security and automation services over its own nationwide IP network. The largest private telecom company in the U.S., Cox serves more than 6 million residences and businesses. Cox Business is a facilities-based provider of voice, video and data solutions for commercial customers, and Cox Media is a full-service provider of national and local cable spot and new media advertising.

Cox is known for its pioneering efforts in broadband and commercial services, industry-leading customer care and its outstanding workplaces. For nine years, Cox has been recognized as the top operator for women by Women in Cable Telecommunications; Cox has ranked among DiversityInc's Top 50 Companies for Diversity 12 times. More information about Cox Communications, a wholly owned subsidiary of Cox Enterprises, is available at www.cox.com and www.coxmedia.com.

### Company Stats:

- Cox has approximately 6 million total residential and commercial customers
- Total revenues of $11 billion in 2016
- Cox operates 6 clustered cable systems in 18 states: Arizona, Arkansas, California, Connecticut, Florida, Georgia, Idaho, Iowa, Kansas, Louisiana, Massachusetts, Nebraska, Nevada, North Carolina, Ohio, Oklahoma, Rhode Island, Virginia
- Cox has approximately 20,000 employees nationwide
- Approximately 2/3 of our customers are in a bundle, approximately 1/3 of customers are triple play
- 350,000 commercial customers with more than 1.5 million business phone lines
- In the last 10 years, Cox has invested more than $15 billion in its communities through infrastructure upgrades to deliver video, phone and high-speed Internet service to homes and businesses in the company's service area. Cox plans to invest $10 billion in the next five years.
- Cox's in-kind and direct cash contributions totaled $70 million dollars in 2016, with a community outreach focus on youth and education initiatives.
- Cox is a leader in customer satisfaction, earning a total of 34 awards from J.D. Power and Associates, including 10 consecutive wins for residential phone and 9 awards for business services.
- Cox Communications is 55 years old, and remains a wholly-owned subsidiary of Cox Enterprises, a privately-held, family-owned corporation with $20 billion in annual revenues (2016)
- Since 2012, Cox has connected more than 300,000 people to the Internet through the Connect2Compete program, most for the first time.

https://newsroom.cox.com/company-overview

PX-0451.0001

**Source: RIAA.** *Permission to cite or copy these statistics is hereby granted, as long as proper attribution is given to the Recording Industry Association of America*

## U.S. Recorded Music Revenues by Format
### 2000 to 2014, Format(s): All
### Source: RIAA



**Select Measure**
- ● Revenue
- ○ Revenue (Adjusted for Inflation)

**Select Date Range**
2000 to 2014
and Null values

**Select Format(s) - ESC to Hide**
All

**Format (Click to Highlight)**
- ■ LP/EP
- ■ Vinyl Single
- ■ Cassette
- ■ Cassette Single
- ■ CD
- ■ CD Single
- ■ SACD
- ■ DVD Audio
- ■ Music Video (Physical)
- ■ Download Album
- ■ Download Single
- ■ Ringtones & Ringbacks
- ■ Download Music Video
- ■ Kiosk
- ■ Paid Subscription
- ■ On-Demand Streaming (Ad-Support..
- ■ SoundExchange Distributions
- ■ Synchronization

- Values are at recommended or estimated list price. Formats with no retail value equivalent included at wholesale price
- SoundExchange Distributions are estimated payments in dollars to performers and copyright holders for digital radio services under statutory licenses
- Paid Subscription includes streaming, tethered, and other paid subscription services not operating under statutory licenses.
- Limited Tier Paid Subscription includes streaming services with interactivity limitations by availability, device restriction, catalog limitations, on demand access, or other factors
- On-Demand Streaming includes ad-supported audio and music video services not operating under statutory licenses
- Other Ad-supported Streaming includes revenues paid directly for statutory services that are not distributed by SoundExchange and not included in other streaming categories
- Kiosk includes Singles and Albums
- Synchronization Royalties include fees and royalties from synchronization of sound recordings with other media
- Ringtones & Ringbacks includes Master Ringtunes, Ringbacks, and prior to 2013 Music Videos, Full Length Downloads, and Other Mobile
- Other Tapes includes reel-to-reel and quadraphonic
- Other Digital includes other digital music licensing
- Updated accounting standards beginning in 2016



Click to view revenue for single year

PX-0486.0001

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 715-738**

**Effective date of registration:**

February 19, 2013

## Title

**Title of Work:** Bruno Mars"Unorthodox Jukebox"

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 11, 2012 **Nation of 1st Publication:** United States

**International Standard Number:** ISRC     531747

## Author

■ **Author:** Atlantic Recording Corp.

**Author Created:** sound recording, performance, production

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Atlantic Recording Corp.

1290 Ave of the Americas, New York

## Rights and Permissions

**Name:** Rogers

## Certification

**Name:** Beth Wrenn

**Date:** February 11, 2013

**JA1615**

WBR_00000797

Registration #:  SR0000715738

Service Request #:  1-879037845



Warner Music Group
Sherisse Rogers
619 W. 54th Street
Floor 9
New York, NY 10019

JA1616

WBR_00000798

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-869-823

**Effective date of
registration:**

October 24, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Locked Out of Heaven, et al. |
| **Title of Larger Work:** | Unorthodox Jukebox recorded by Bruno Mars |
| **Date on Copies** | 12/11/2012 |
| **Contents Titles:** | Locked Out of Heaven |
| | Gorilla |
| | If I Knew |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2012 | | |
| **Date of 1st Publication:** | December 11, 2012 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ▪ **Author:** | Philip Lawrence | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ▪ **Author:** | Peter Hernandez | | |
| **Pseudonym:** | Bruno Mars | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Pseudonymous:** | Yes | | |
| ▪ **Author:** | Ari Levine | | |
| **Author Created:** | music, lyrics | | |
| **Citizen of:** | United States | | |

**JA1617**

WCP_00000644

## Copyright claimant

**Copyright Claimant:** Thou Art The Hunger

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Northside Independent Music Publishing

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Roc Nation Music

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Music Famamanem

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Mars Force Music

street not known, city not known

**Transfer Statement:** By written agreement

**Copyright Claimant:** Music of Windswept

street not known, city not known

**Transfer Statement:** By written agreement

**Copyright Claimant:** Toy Plane Music

street not known, city not known

**Transfer Statement:** By written agreement

## Certification

**Name:** Christopher George

**Date:** October 17, 2013



JA1618

WCP_00000645

# Dr. Kevin C. Almeroth

# Qualifications

## Current Appointments



**Professor, Dept. of Computer Science**
UC Santa Barbara (1997-present)

**Vice Chair, Dept. of Computer Science**
UC Santa Barbara (2000-2005)

**Associate Dean, College of Engineering**
UC Santa Barbara (2007-2009)

## Education



**Georgia Institute of Technology**

▶ **Ph.D. (1997), Computer Science**

▶ **M.S. (1994), Computer Science**

▶ **B.S. (1992), Computer Science**

## Research Experience

 **25+ years of experience as a computer networking researcher**

 **Approximately 200 peer-reviewed publications**

 **19 released software systems**

# Qualifications

## Awards & Honors



**Numerous honors and awards for original research**

**Recognized as IEEE Fellow**

**UC Santa Barbara Academic Senate Distinguished Teaching Award**

**Outstanding Paper Award & Finalist for Outstanding Paper Award at multiple technology conferences**

**National Science Foundation CAREER Award**

**Appointed to Editorial Board of Ten Peer-Reviewed Publications**

JA1621

# Qualifications

## Relevant Experience



**Research themes include**

▶ **Internet architecture advancements**

▶ **Router/switch support for new network services**

▶ **Internet router monitoring & analysis**



**Active in Internet Engineering Task Force (IETF) for 20+yrs**

▶ **Developed standards to support network monitoring & management**

▶ **Developed standards to support multimedia data delivery**

## Industry Collaborations

  

   





 

 

# Scope of Work

Develop a technical background on Cox's role in the broader Internet ecosystem and the challenges of network monitoring.

Provide an opinion on the limitations of using network management tools to monitor BitTorrent traffic at the subscriber level.

Evaluate the evidence relating to CAS and CATS and respond to Ms. Frederiksen-Cross's opinions relating to that evidence.

JA1623

There are limitations on using network management tools to identify infringing traffic or manage peer-to-peer traffic.

Cox's graduated response was tougher than the industry standard, the Copyright Alert System, which was designed to educate subscribers and mitigate infringement, and I disagree with Ms. Frederiksen-Cross's testimony that CATS could have been rewritten to terminate subscribers after the three strikes.

JA1624



HOME NETWORK

JA1625

# The Internet is a Collection of Interconnected Networks



Content Providers

Tier 1 ISP COX

Tier 1 ISP verizon

Tier 1 ISP xfinity

IXP

IXP

IXP

Community Cablevision

Atlas Broadband

Pixius Communication

HOME NETWORKS

BUSINESS NETWORKS

JA1626

# Cox's Network

**Content Providers**



The Internet

Pixius Communication

**HOME NETWORKS**    **BUSINESS NETWORKS**

JA1627





JA1629



JA1630

# How Data Transits the Internet



Content Providers

The Internet

HOME NETWORKS

BUSINESS NETWORKS

Pixius Communication

JA1631



JA1632

# Using Procera for Traffic Monitoring



JA1634

Cox cannot determine the content of BitTorrent traffic.

Cox cannot determine whether BitTorrent traffic is infringing.

Cox understood that blocking peer-to-peer traffic was inconsistent with net neutrality.

L. Trickey Trial Tr. at 1058-60.

JA1635

# Peer-to-Peer and BitTorrent are Used for Legitimate Purposes



PC & MOBILE ·    LIFESTYLE ·

**BitTorrent: You'd Be Surprised**

By **Chris Hoffman** / August 16, ...

To many people, BitTorrent i...
after all, the technology that ...
**Popcorn Time** to thrive and us...

But that isn't completely true. ...
for piracy, but it's also used to ...
banned BitTorrent tomorrow a...
internet, many legitimate orga...
content creators would have t...

Like HTTP, which your browse...
websites, BitTorrent is just a p...
browser to download pirated c...
a BitTorrent client to download...
isn't the only possible use.

So while BitTorrent may prima...
unauthorized content, that's fi...
protocol still has a lot of value...

We notice you...
adblocker. Th...
writers and m...
serve 20 milli...
month — but w...
for free. We're ...
never allowing...

**Pixie: A Jukebox Architecture to Support Efficient Peer Content Exchange**

Sami Rollins
Department of Computer Science
University of California
Santa Barbara, CA 93106-5110
srollins@cs.ucsb.edu

Kevin C. Almeroth
Department of Computer Science
University of California
Santa Barbara, CA 93106-5110
almeroth@cs.ucsb.edu

179

DX 89-0004

---

**Q.** You know what BitTorrent is used for, correct?

**A.** Yes.

**Q.** It's used primarily for piracy, correct?

**A.** I would not agree that it's used for -- there's been many cases of legitimate -- NASA has released large photos using the BitTorrent network because it was the easiest way to get it sent. I believe there's several bands that have actually released their albums on it and then came back and said, pay us for it. So there's a -- there are definitely many legitimate uses for it out there.

**Q.** While you were at Cox working in the abuse team, did you understand that Bit Torrent was primarily used for piracy?

**A.** If we look at our complaints that we would get in, yeah, you could draw that conclusion, absolutely.

J. Zabek 1252:11-21

---

**Q.** Okay. Have you ever used peer-to-peer file sharing?

**A.** Yes.

**Q.** In what context?

**A.** Downloading Linux ISOs, for example, just images of operating systems.

**Q.** And in what context did you do that downloading of those files?

**A.** I still do it now actually. It's a faster way to get images to install on your machine.

C. Monson 2154:2-10

---

**Q.** What were you referring to when you saw popular content?

**A.** Content is a general term. We heard in the last testimony, for example, that BitTorrent could be used to distribute a variety of files. Some of those include, for example, ISOs for Linux, which turns out to be really popular, popular thing that people want. We just heard about that.

N. Feamster 2274:25-2275:5

18

**Q.** And who designed the Cox CATS system? And I'm not talking about the specific individual, but who decides how the CATS system operates?

**A.** Well, Cox does.

**Q.** I'm sorry, what's that?

**A.** Cox does.

**Q.** Cox does. So could Cox have programmed this, let's say, to have three strikes and then termination, for example?

* * *

**THE WITNESS:** But Cox could have programmed the system to do whatever they wanted to program the system to do. I mean, this is just -- the programmers wrote the code initially to apply these actions, and Cox chose the actions, and so whatever they chose, you know, one strike, two strikes, three strikes, ten strikes, that's up to what Cox decided to do.

B. Frederiksen-Cross Trial Tr. 496:22-497:4; 497:16-21

# CATS and CAS Evidence

**MEMORANDUM OF UNDERSTANDING**

CENTER FOR
**COPYRIGHT INFORMATION**

- The Copyright Alert System
- A Better Way to Find Movies, TV & Music
- About CCI
- News
- Resources & FAQ

**Copyright Alert System FAQs**

**Q. And what is or what was the Copyright Alert System?**
**A.** The Copyright Alert System was part of an agreement, a voluntary agreement between the record -- recorded music industry, the Motion Picture Industry on the one hand as copyright owners, and five internet service providers, and the purpose of it was to deter -- find a way to deter infringement and try to direct consumers or subscribers to lawful alternatives, in other words, to help promote or highlight places where you could buy music legally.

S. Marks (RIAA) Trial Tr. 322:21-323:4

**IMPLEMENTATION AGREEMENT**

**FAQ's**
on
**The Center for Copyright Information**
**And**
**Copyright Alert System**

**Q.** And do you recall how many steps there were within the CAS graduated response?
**A.** I think there were these sort of three areas of education, acknowledgement, mitigation. But I think it took you through -- it could be either five or six steps. The parameters were given, but each ISP could implement them in a slightly different way based upon what they were interested in, and that would give different learnings on how consumers might react to different methods of communications to them.

A. McMullan (Universal Music Group) Trial Tr. 237:14-22

PRIVILEGED & CONFIDENTIAL

***DRAFT ***

INDEPENDENT EXPERT ASSESSMENT OF
PARTICIPATING INTERNET SERVICE PROVIDER
COPYRIGHT ALERT PROGRAM
METHODOLOGIES:
INITIAL AT&T REPORT

PREPARED FOR THE
CENTER FOR COPYRIGHT INFORMATION

February 15, 2013



Customer Safety - Proprietary and Confidential

**COX**

Customer Safety and Abuse Operations

*Residential Abuse Ticket Handling Procedures*

**Q.** Now, have you ever heard of a system referred to as CATS, C-A-T-S?
**A.** I have.
**Q.** How did you hear about it?
**A.** I invented it.

M. Carothers (Cox) Trial Tr. at 1586:23-1587:2

S. Marks (RIAA) Trial Tr. 322:21-323:4; A. McMullan (Universal Music Group) Trial Tr. 237:14-22; M. Carothers (Cox) Trial Tr. at 1586:23-1587:2; DX 63; DX 65; DX 66; DX 75; DX 80; DX 105

# Methodology for Evaluating Testimony Relating to CAS and CATS

**Information regarding CATS and Cox's graduated response**

**Industry Standard (Copyright Alert System)**

## Opinion #2

Ms. Frederiksen-Cross's testimony that Cox could have designed the CATS system to do anything, including "three strikes and terminate," fails to consider:

Cox's role as an ISP in the broader context of the Internet, serving residential subscribers, businesses, and regional ISPs.

The industry standard, the Copyright Alert System, which focused on educational alerts and mitigation, but did not require termination.



**MEMORANDUM OF UNDERSTANDING**



The Recording Industry Association of America, Inc.

By: _____
Name: Steven M. Marks
Title: EVP & General Counsel




Verizon Online LLC




Comcast Cable Communications, LLC









DX 63, Plaintiffs_00286200 CAS MOU Confidential Executed Version

# Copyright Alert System v. Cox's Graduated Response

| CAS Graduated Response | |
|---|---|
| 1st - 6th Offense | **Email Warning, Click-through Message, or Temporary Restriction** (One alert sent per week) |

Q. The implementation agreements with the five ISPs did not require by the terms of those agreements anything for the ISPs to do after the sixth alert; is that correct?

**A. Yes.**

S. Marks Trial Tr. at 364:01 – 04

| COX Graduated Response | |
|---|---|
| 2nd - 7th Offense | **Email Warning** (One email sent per day) |
| 8th - 9th Offense | **Suspension and limited warning page** |
| 10th - 11th Offense | **Suspension and required to call a support technician** |
| 12th Offense | **Suspension and required to call a specialized technician** |
| 13th Offense | **Considered for Termination** |

DX 63 (CAS MOU Confidential Executed Version); DX 75-79 (Implementation Agreements); DX 105 (Residential Abuse Ticket Handling Procedures)

# Copyright Alert System v. Cox's Graduated Response

| CAS Graduated Response | |
|---|---|
| **1st - 6th Offense** | **Email Warning, Click-through Message, or Temporary Restriction** (One alert sent per week) |



| COX Graduated Response | |
|---|---|
| **2nd - 7th Offense** | **Email Warning** (One email sent per day) |
| **8th - 9th Offense** | **Suspension and limited warning page** |
| **10th - 11th Offense** | **Suspension and required to call a support technician** |
| **12th Offense** | **Suspension and required to call a specialized technician** |
| **13th Offense** | **Considered for Termination** |

DX 63 (CAS MOU Confidential Executed Version); DX 75-79 (Implementation Agreements); DX 105 (Residential Abuse Ticket Handling Procedures)



JA1645

# Dr. Nick Feamster

# My Background

 EDUCATION - **Ph.D. from Massachusetts Institute of Technology**

 EMPLOYMENT - **Neubauer Professor of Computer Science at the University of Chicago**

  AWARDS - **Fellow of the Association of Computing Machinery; National Science Foundation Career Award**

 PUBLICATIONS - **3 Books/172 Journal, Conference and Workshop Publications**

 SOFTWARE - **19 Released software programs**

## FUNDED RESEARCH

### 56 Funded Research Projects, underwritten by:

          

Office of Naval Research | Department of State | Department of Homeland Security

2

JA1647

# Topics I Will Discuss

What I investigated

The materials I reviewed in connection with this case

Summary of my opinions

The basis for my opinions

JA1648

**Did MarkMonitor have a system that reliably determined whether Cox subscribers were sharing copies of Plaintiffs' works?**

JA1649

# Topics I Will Discuss

What I investigated

**The materials I reviewed in connection with this case**

Summary of my opinions

The basis for my opinions

## The Materials That I Reviewed

▶ **Material describing what MarkMonitor was capable of doing**
- MarkMonitor (DX 17) and Audible Magic (DX 8) technical documents describing how their systems were used for the Copyright Alert Program
- Harbor Labs (DX 89) and Stroz Friedberg (DX 130) audits of MarkMonitor system for the Copyright Alert program
- MarkMonitor and Audible Magic source code
- Testimony at trial (Frederiksen-Cross, Bahun, Paszkowski, Monson, Rubin)

▶ **Material describing what MarkMonitor actually did to detect infringement on the Cox network**
- More than 170,000 evidence packages assembled by MarkMonitor (PX 33)
- Hard Drive with more than 40,000 recordings (PX 39)
- Testimony at trial

# Topics I Will Discuss

What I investigated

The materials I reviewed in connection with this case

Summary of my opinions

The basis for my opinions

MarkMonitor routinely **<u>failed</u>** to verify what was
in the files on the computers of Cox's subscribers

Therefore, it is my opinion that there is no reliable evidence that
Cox subscribers were sharing copies of Plaintiffs' works

8

JA1653



# The importance of verification

JA1654



**Because MarkMonitor's peer verification process was deficient, there is no reliable evidence that Cox subscribers were sharing copies of Plaintiffs' works**

# Topics I Will Discuss

What I investigated

The materials I reviewed in connection with this case

Summary of my opinions

The basis for my opinions

# How Files Are Transferred On The Internet



JA1658

# How Peer-to-Peer Networks Work



JA1659

# How Peer-to-Peer Networks Work



# How Peer-to-Peer Networks Work



JA1661

# How Peer-to-Peer Networks Work



Tracker

| LEAN ON ME | | | |
|---|---|---|---|
| SHA1 551902B1A8B66D72D43F225F18469916C3218848 | | | |
| **Peer 1** | 1 | 2 | 3 | 4 |
| **Peer 2** | 1 | 2 | 3 | 4 |
| **Peer 3** | 1 | 2 | 3 | 4 |
| **Peer 4** | 1 | 2 | 3 | 4 |
| **Peer 5** | 1 | 2 | 3 | 4 |

Peer 4

Peer 2

Peer 3

Peer 1

Peer 5

JA1662

# How Peer-to-Peer Networks Work



| | LEAN ON ME | | | |
|---|---|---|---|---|
| SHA1 551902B1A8B66D72D43F225F18469916C3218848 | | | | |
| **Peer 1** | 1 | 2 | 3 | 4 |
| **Peer 2** | 1 | 2 | 3 | 4 |
| **Peer 3** | 1 | 2 | 3 | 4 |
| **Peer 4** | 1 | 2 | 3 | 4 |
| **Peer 5** | 1 | 2 | 3 | 4 |

Tracker

Peer 1  Peer 2  Peer 3  Peer 4  Peer 5

JA1663

# How Peer-to-Peer Networks Work



Tracker

**LEAN ON ME**
SHA1 551902B1A8B66D72D43F225F18469916C3218848

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **Peer 1** | 1 | 2 | 3 | 4 |
| **Peer 2** | 1 | 2 | 3 | 4 |
| **Peer 3** | 1 | 2 | 3 | 4 |
| **Peer 4** | 1 | 2 | 3 | 4 |
| **Peer 5** | 1 | 2 | 3 | 4 |

19

JA1664

# How Peer-to-Peer Networks Work



**Tracker**

| LEAN ON ME SHA1 551902B1A8B66D72D43F225F18469916C3218848 | | | |
|---|---|---|---|
| **Peer 1** | 1 | 2 | 3 | 4 |
| **Peer 2** | 1 | 2 | 3 | 4 |
| **Peer 3** | 1 | 2 | 3 | 4 |
| **Peer 4** | 1 | 2 | 3 | 4 |
| **Peer 5** | 1 | 2 | 3 | 4 |

JA1665

# How Peer-to-Peer Networks Work



Tracker

| LEAN ON ME | | | | |
|---|---|---|---|---|
| SHA1 551902B1A8B66D72D43F225F18469916C3218848 | | | | |
| **Peer 1** | 1 | 2 | 3 | 4 |
| **Peer 2** | 1 | 2 | 3 | 4 |
| **Peer 3** | 1 | 2 | 3 | 4 |
| **Peer 4** | 1 | 2 | 3 | 4 |
| **Peer 5** | 1 | 2 | 3 | 4 |

# How Peer-to-Peer Networks Work



Peer 4

Peer 2

Peer 3

Peer 1

Tracker

| LEAN ON ME SHA1 551902B1A8B66D72D43F225F18469916C3218848 | | | | |
|---|---|---|---|---|
| Peer 1 | 1 | 2 | 3 | 4 |
| Peer 2 | 1 | 2 | 3 | 4 |
| Peer 3 | 1 | 2 | 3 | 4 |
| Peer 4 | 1 | 2 | 3 | 4 |
| Peer 5 | 1 | 2 | 3 | 4 |

COX

Peer 5



# The importance of verification

# There Is No Way To Know What Is In A Peer's File Unless You Examine Its Contents

## Identifying a file in a peer-to-peer network that is named "Lean On Me" and has a specified hash may mean that you have found:



A copy of the album · A copy of the track · An album with similar name · A home video · An erroneously named file · A file that has been lied about · A corrupted file

or the original version · or another track · or a documentary · or another song

or a snippet · or a concert · or TV appearance

# There Is No Way To Know What Is In A Peer's File Unless You Examine Its Contents

## Identifying a file in a peer-to-peer network that is named "Lean On Me" and has a specified hash may mean that you have found:



A copy of the album

A copy of the track

An album with similar name

A home video

An erroneously named file

A file that has been lied about

A corrupted file

or the original version

or another track

or a documentary

or another song

or a snippet

or a concert

or a TV appearance

25



JA1671

# There Is No Way To Know What Is In A Peer's File Unless You Examine Its Contents

## Identifying a file in a peer-to-peer network that is named "Lean On Me" and has a specified hash may mean that you have found:



A copy of the album

A copy of the track — Lean On Me

An album with similar name

A home video

An erroneously named file

A file that has been lied about

A corrupted file

or the original version

or another track

or a documentary

or another song

or a snippet

or a concert

or a TV appearance

JA1672

# There Is No Way To Know What Is In A Peer's File Unless You Examine Its Contents

**A copy
of the album**



## Digital Fingerprinting



**Bill Withers' "Lean On Me"**

JA1673

## Identifying a file in a peer-to-peer network that is named "Lean On Me" and has a specified hash may mean that you have found:



A copy of the album

A copy of the track

An album with similar name

A home video

An erroneously named file

A file that has been lied about

A corrupted file

or the original version

or another track

or a documentary

or another song

or a snippet

or a concert

or a TV appearance

29

JA1674







DX 17; DX 89; DX 130

# MarkMonitor's Process for the Copyright Alert System

## Step 1 – Scan P2P Network

**MarkMonitor locates and downloads a potentially infringing P2P file**

## Step 2 – Verify P2P File

**MarkMonitor uses Audible Magic fingerprinting**

## Step 3 – Investigate Peers

**MarkMonitor determines whether the files are present on a peer's computer**

## Step 4 – Notice to CAS ISP

**If an infringing file is found at a CAS Participating ISP IP address, a notice is sent**

JA1676

# What MarkMonitor <u>Was Capable Of</u>

**Step 1 – Scan P2P Network**

**MarkMonitor locates and downloads a potentially infringing P2P file**



JA1677

# What MarkMonitor Was Capable Of



| Step 1 – Scan P2P Network | Step 2 – Verify P2P File |
|---|---|
| MarkMonitor locates and downloads a potentially infringing P2P file | MarkMonitor uses Audible Magic fingerprinting |



JA1678

# Digital Fingerprinting



Downloaded File — Torrent named "Lean On Me"



Reference File — Bill Withers' "Lean On Me"

# What MarkMonitor Was Capable Of



JA1680

# What MarkMonitor <u>Was Capable Of</u>

**Step 1 – Scan P2P Network**

**MarkMonitor locates and downloads a potentially infringing P2P file**

**Step 2 – Verify P2P File**

**MarkMonitor uses Audible Magic fingerprinting**

**Step 3 – Investigate Peers**

**MarkMonitor determines whether the files are present on a peer's computer**

**Step 4 – Notice to CAS ISP**

**If an infringing file is found at a CAS Participating ISP IP address, a notice is sent**



JA1681

# What MarkMonitor <u>Actually Did</u>

**Step 1 - Scan P2P Network**

MarkMonitor locates and downloads a potentially infringing P2P file

**Step 2 - Verify P2P File**

MarkMonitor uses Audible Magic fingerprinting

**Step 3 - Investigate Peers**

MarkMonitor **fails to download any content from a Cox subscriber**

**Step 4 - Notice to Cox**

If an infringing file is found at a Cox IP address, a notice is sent

JA1683

# The MarkMonitor System <u>Did Not</u> Reliably Detect Infringement



**175,286**
Evidence Packages Prepared By MarkMonitor

**143**
Packages With Downloaded File

**JA1684**

# The MarkMonitor System <u>Did Not</u> Reliably Detect Infringement

**Downloading and verifying at least a piece of the file is a critical piece of the BitTorrent protocol, and of MarkMonitor's Copyright Alert System methodology for detecting infringement.**

JA1685

# The MarkMonitor System <u>Did Not</u> Reliably Detect Infringement

There are significant reasons to be concerned about whether a peer actually has a copy of the file that it claims to have.

## Torrent File: "Lean On Me"

### Corrupted Files



### Lying Peers



JA1686

# MarkMonitor routinely alleged infringement <u>without knowing</u> what was in the files found on the alleged infringers' computers



▶ **I looked at more than 170,000 MarkMonitor "evidence packages"**

▶ **Unlike CAS, only <u>143</u> of the Cox evidence packages show any download or verification**

JA1687

# The MarkMonitor System Did Not Reliably Detect Infringement

## Verifying a downloaded piece of the file was an essential part of MarkMonitor's system.

## In the absence of a download, there is no basis for concluding that the file is what it purports to be.

**Unless the File is Downloaded and its Hash is Verified,
The SHA-1 Hash is Simply A Label Obtained From The Internet**



SHA1
9FC9FC7FA194A7D98E5C
76E2AE9A4EA30E703167



SHA1
9FC9FC7FA194A7D98E5C
76E2AE9A4EA30E703167



SHA1
9FC9FC7FA194A7D98E5C
76E2AE9A4EA30E703167

JA1689

# What MarkMonitor <u>Actually Did</u>

**Step 1 - Scan P2P Network**

MarkMonitor locates and downloads a potentially infringing P2P file

**Step 2 - Verify P2P File**

MarkMonitor uses Audible Magic fingerprinting

**Step 3 - Investigate Peers**

MarkMonitor fails to download any content from a Cox subscriber



**Step 4 - Notice to Cox**

If an infringing file is found **at a Cox IP address**, a notice is sent



JA1691



JA1692

# What MarkMonitor <u>Actually Did</u>

**Step 1 - Scan P2P Network**

MarkMonitor locates and downloads a potentially infringing P2P file

**Step 2 - Verify P2P File**

MarkMonitor uses Type 1 fingerprinting

**Step 3 - Investigate Peers**

MarkMonitor fails to download any content from a Cox subscriber



**Step 4 - Notice to Cox**

If an infringing file is found **at a Cox IP address,** a notice is sent

JA1693

# What MarkMonitor <u>Actually Did</u>

**Step 1 - Scan P2P Network**

**MarkMonitor locates and downloads a potentially infringing P2P file**

**Step 2 - Verify P2P File**

**MarkMonitor uses Audible Magic fingerprinting**



**Step 3 - Investigate Peers**

**MarkMonitor fails to download any content from a Cox subscriber**

**Step 4 - Notice to Cox**

**If an infringing file is found at a Cox IP address, a notice is sent**



Somebody has a file containing something





49



**It is my opinion that there is no reliable evidence that Cox subscribers were sharing copies of Plaintiffs' works**

50

# Sony Music Entertainment, *et al.,*
## v.
# Cox Communication, Inc., *et al.*

William Lehr Direct Testimony

# Summary of Conclusions

1. **Copyright infringement causes significant harms to copyright holders** – this includes P2P piracy of Plaintiffs' works by Cox subscribers

2. **Harm to copyright holders from piracy is impossible to quantify**

3. **Cox is highly profitable** and the infringing subscribers identified in Plaintiffs' notices **contribute significantly to Cox's profitability**

4. **Cox had a strong economic incentive to tolerate infringement** in order to retain subscribers and their substantial payments

# Piracy Harms the Copyright Holders

- Infringing downloads and uploads **displace legitimate sales**

- Piracy **negatively impacts pricing**

- Copyright holders incur **substantial enforcement costs**

- Piracy **deters future investments** and **reduces incentives to create**

# Impact of Infringement is Substantial

**Quantifying Global Transfers of Copyrighted Content using BitTorrent**

between August 2010 and February 2011 and a new methodology, we find that for some content types, the number of copies transferred is an order of magnitude greater than the number sold through legal channels. For example, we estimate that 10.7 songs were transferred using BitTorrent for every song sold, 3.6 movies were transferred using BitTorrent for every legal sale or rental of a DVD or Blu-ray, and 227 movies were transferred using BitTorrent for every paid download. We also find that the vast majority of music and video content transferred using BitTorrent is copyrighted, as demonstrated both by the swarm metadata we observed, and the fact that only 0.55% of the transfers were of files indexed by websites that specialize in content that can be transferred legally. Thus, we conclude that BitTorrent transfers result in hundreds of millions of copyright violations worldwide per day, and that copyright holders fail to realize significant revenues as a result. Movies are the type of content most supplied

Source: PX-521; Mateus, Peha, "Quantifying Global Transfers of Copyrighted Content using BitTorrent," Sept. 2011. TPRC 2011.

JA1699

4

# Sizing the Piracy Universe

Sizing the piracy universe

David Price
Director of Piracy Anal…
September 2013

were most popular with bittorrent downloaders. Also, with pornography excluded, **only two identified torrent files out of 12,500 torrents analyzed offered non-infringing content.** None of the most popular 10,000 torrent files were found to offer non-infringing content.

content, just 0.015%. **Thus out of all non-pornographic files located, 99.97% of content was infringing.** If

NetNames envisional

Source: PX-439; Price, 2013. "Sizing the Piracy Universe" at p.29-30.

JA1700

# Impossible to Quantify Harm

- **No data on the scope of infringement** through viral P2P piracy

- **No data regarding the music purchasing** behavior of P2P users

- **No data to understand impact on Plaintiffs' pricing**



# Industry Economics & Cox's Revenues and Profits

# Cox Revenue and Profit from Residential and Business Customers



|  | 2013 | 2014 | TOTAL |
|---|---|---|---|
| **Revenue** | **$9.5 billion** | **$10.0 billion** | **$19.5 billion** |
| **Net Profit** | **$4.0 billion** | **$4.3 billion** | **$8.3 billion** |

Source: PX-459, DX-250

# Cox Paid Billions In Cash Dividends To Its Owners



| Year | Amount |
|------|--------|
| 2014 | $1.4 billion |
| 2013 | $1.5 billion |
| 2012 | $1.0 billion |

(in billions)
**JA1704**

Source: PX-443

# Cox vs. Plaintiffs (2014)

| | COX | SONY MUSIC | Sony/ATV MUSIC PUBLISHING | UNIVERSAL MUSIC GROUP * | WARNER MUSIC GROUP * |
|---|---|---|---|---|---|
| **Revenue** | **$10.0 billion** | $1.1 billion | $625 million | $5.5 billion | $3.0 billion |
| **Net Profit** | **$4.3 billion** | $65 million | $174 million | $514 million | $130 million |
| Margin | 43.0% | 6.0% | 27.9% | 9.3% | 4.3% |

**Average Margin: 8.6%**

*Universal and Warner values represent global revenues and net profit

Source: PX-459, DX-250

JA1705

10

# Cox Residential Revenue and Profits (2014)



95% **Residential**

**Business** 5%



|  | Revenue | Net Profit | Margin |
|---|---|---|---|
| **High Speed Internet** | **$2.8 billion** | **$1.7 billion** | **59.8%** |
| **Video** | **$4.2 billion** | **$912 million** | **21.5%** |
| **Voice** | **$1.1 billion** | **$570 million** | **52.5%** |
| *Total* | *$8.2 billion* | *$3.2 billion* | *38.9%* |

Source: PX-459

# Cox Benefited from Infringement on Its Network

# Cox Benefited from Infringement on Its Network

1. Cox billed subscribers identified in Plaintiffs' infringement notices approximately **$307 million** from Feb. 2013 – 2016

2. Repeat infringers **paid Cox more for internet service**, on average, and likely purchased more expensive internet plans

3. Cox **saved costs by not addressing copyright infringement** on its network

4. Cox **maintained a larger subscriber base**

# Cox Value of Infringing Subscribers (Feb. 2013 – 2016)



| | 1+ DMCA Tickets | 3+ DMCA Tickets | 5+ DMCA Tickets |
|---|---|---|---|
| **Subscriber Count** | **57,279** | **31,514** | **20,189** |
| **Billing Charges** | **$307 million** | **$208 million** | **$164 million** |

Sources: PX-19, PX-467-474, PX-479

# Cox's Motive at Termination Review

**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Thursday, March 27, 2014 4:24 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

This Customer pays us over $400/month and if we terminate their internet service, they will likely cancel the rest of their services.

PX-342

(06:52:06 PM) **G Chaos L2:** what is soft term ?

(06:52:53 PM) **joesikesatl:** basically, a suspension that is called a termination with the likelihood of reactivation

(06:53:14 PM) **joesikesatl:** for DMCA - we don't want to loose the revenue

\*          \*          \*

(07:00:13 PM) **joesikesatl:** this is a relatively new process that we've been doing for the past year, again, to retain revenue

PX-303

JA1710

15

# Examples of Individual Subscribers

# Cox Monthly Billing for Residential Subscriber with 101 Tickets



**Customer ID: 580702666207**

JA1712

Sources: PX-19, PX-467-474, PX-479

17

# Cox Monthly Billing for Reseller of Cox Broadband with 4,074 Tickets



**Customer ID: 57168701**

JA1713

Sources: PX-19, PX-467-474, PX-479

18

# Cox Monthly Billing for College Fraternity with 67 Tickets



**Total Billing (Feb. 1, 2013 – 2016):**
**$12,525**

**Customer ID: 70866401**

JA1714

Sources: PX-19, PX-467-474, PX-479

19

# Repeat Infringers Are Particularly Valuable to Cox



**JA1715**

# Repeat Infringers Are Particularly Valuable to Cox

- **Cox charges higher prices** for faster internet speed and more bandwidth

- **P2P consumes more bandwidth** than most activities and is primarily used for infringement

- **P2P usage was a key driver of Cox's bandwidth demand**

- **Repeat infringers paid Cox more** for internet service, on average, than other subscribers

# Cox High Speed Internet Data Usage Assessment



Cox High Speed Internet
Data Usage Assessment

*Mid-term Readout*

April 2, 2011

Presented by: Rob Schuler, Nicole Dinion
Emails: rschuler@incodetel.com, ndinion@incodetel.com



HIGHLY CONFIDENTIAL

PX-0212.0001

- **P2P is the most bandwidth intensive category.** P2P households (13% of all broadband households) on average use 82 GB/mo, accounting for 21% of all internet traffic.

## Monthly Household Usage Compared to Cox Service Tiers

Comparing the low, medium, and high household usage against Cox's current tier allowances shows that the low and medium tiers will continue to fall within their expected bandwidth; however the high bandwidth tier pushes the limits of accepted data usage due to high live TV and P2P activity.



Sources: PX-212

# Repeat Infringers Pay Cox More For Internet, On Average



Average Monthly Data Charges

Data charges were **_8.4% higher_**

$43.19

$49.71

1-2 tickets

Residential Subscriber Tickets

20+ tickets

Sources: PX-19, PX-467-474, PX-479

JA1718

23

# Costs Saved By Not Addressing Infringement

# Cox Maintained A Larger Subscriber Base

# Cox Terminations (2013-2014)

## Copyright Infringement

Terminations:
32

**Residential** 
32

 **Business**
0

## Non-Payment

**Terminations:
619,711**

**Residential** 
597,796

 **Business**
21,915

# Summary of Conclusions

1.  **Copyright infringement causes significant harms to copyright holders**

2.  **Cox is highly profitable and had a strong economic incentive to tolerate infringement**

Lynne Weber, Ph.D.

- Bachelor's in Math



- Master's in Statistics



- Ph.D. in Operations Research (applied math)











Expertise in:

✔ Applying math to real world problems

✔ Data analytics

✔ Consumer behavior

JA1725

1. After each step in Cox's graduated response, fewer subscribers continue to be the subject of copyright infringement notices



2. For 88% of subscribers, there's more than a year after the last RIAA Notice with no more Notices



3. Subscribers with 100+ Tickets are almost all commercial



4. RIAA sent far fewer Notices than Cox agreed to allow

   

# Two Databases To Analyze



RIAA Notices

NOTICES

Date • Notice ID •
IP Address

COX

NOTICES

Cox Compliance
Check

Other Copyright
Holders' Notices

NOTICES

Cox Tickets

Date, Ticket ID, Account ID,
IP Address, Actions Taken

JA1728

▶ After each step in Cox's graduated response, fewer subscribers continue to be the subject of copyright infringement notices

▶ And by the 12th Notice, the notices stop for the vast majority of subscribers

JA1729



# Percentage Of At-issue Subscribers Who Do Not Receive Subsequent RIAA Notices, In The Relevant Period





Weber Exhibit C-2

JA1730

# To Analyze Notices After Each Step Of Cox's Graduated Response, I Took A Deeper Dive



Issue #1: The set of accounts is <u>biased</u>.



**How To Fix:** Look at subscribers with 1st Ticket in Relevant Period

JA1731

# The Results Are Very Similar





**Ticket in 2012 - Jan 2013?**



NO
77%

Weber Exhibits C-2 and C-3

JA1732

# Do The RIAA Notices Really "Stop"?

Issue #2: Maybe the 1st RIAA Notice is near the end of 2014, and we just don't see the later notices





**Included Notices**   **Excluded Notices**

**Relevant Period**

| J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012** | | | | | | | | | | | | **2013** | | | | | | | | | | | | **2014** | | | | | | | | | | | | **2015** | | | | | | | | | | | |

**How To Fix:**
Look at subscribers with 1st Ticket in first 6 months of the Relevant Period.
This gives us plenty of time to see what happens

JA1733



1st Ticket in Feb-Aug 2013

26%

Weber Exhibits bottom of C-3 and C-6

JA1734

# The Analysis Conclusions Are Similar For Tickets



‣ There are more Tickets than Notices

‣ The Tickets really do (mostly) stop

‣ For a sample representative of Cox's subscribers who are the subject of RIAA Notices:

  ▪ 33% get only 1 Ticket

  ▪ 77% get 5 or fewer Tickets

  ▪ 95% get 12 or fewer Tickets

Weber Exhibit C-21, C-22 and C-28

JA1735

# After Each Step Of Cox's Graduated Response, A Substantial % Of Subscribers Are <u>Not</u> The Subject Of More Tickets

### For a Sample Representative of Single Family Residential Subscribers With RIAA Notices





**1+ Ticket: 42,025** ----------------------

2+ Tickets ------------------------------------------------

**3+ Tickets: 18,600** -------------------------

4+ Tickets ------------------------------------------------

**5+ Tickets: 10,208** -------------------------

6+ Tickets ------------------------------------------------

8+ Tickets ------------------------------------------------

10+ Tickets ------------------------------------------------

**13+ Tickets: 1,330** ------------------------- **3.2%**

Weber Exhibit C-21

JA1736



For a group representative of Cox subscribers who are the subject of an RIAA Notice:

- for 88% there's **more than a year** after the last RIAA Notice with no more RIAA Notices.

Weber Exhibit C-7

# Example Subscriber With 3 RIAA Notices

| Notice Date | Song | Artist | Days Since the First Notice |
|---|---|---|---|
| 7/10/2013 | No Lie | 2 Chainz | **0** |
| 7/12/2013 | No Lie | 2 Chainz | **2** |
| 8/14/2013 | The A Team | Ed Sheeran | **35** |

| Last Billing Month: October 2014 | | **448** | |



Weber Exhibit C-20.

JA1738



For 88% of subscribers, there's more than a year after the last RIAA Notice with no more RIAA Notices

Weber Exhibit C-7

# For Representative Group, % Of Time With RIAA Notices Is 12%



Average % Time with RIAA Notices



First Notice   Last Notice                                          Last Bill

12%

Weber Exhibit C-7

JA1740

C

▸ The subscribers with 100+ Tickets are almost all commercial

▸ The subscribers with 50+ RIAA Notices in the Relevant Period are all commercial

Weber Exhibits C-14, C-18.

# Subscribers With 100+ Tickets Are Almost All Commercial

Commercial is only 5% of subscribers

but

46 of 49 with 100+ Tickets are Commercial



Weber Exhibits C-8 and C-18

# 100+ Ticket Subscribers Are Mostly ISPs And Multi-occupancy Housing

## Of the 49…



# The Subscribers With The Most Tickets Are All ISPs

| Number of Unique Tickets | Business Type | Service City and State |
|:---:|:---:|:---:|
| 4,786 | Regional ISP | Oklahoma City, OK |
| 4,079 | Regional ISP | Oklahoma City, OK |
| 1,052 | Regional ISP | Belle Chasse, LA |
| 864 | Regional ISP | Fort Riley, KS |
| 713 | Regional ISP | Claremore, OK |

▶ Terminating an ISP could cut off the internet for thousands of households not the subject of notices

▶ Terminating *all* Cox services could cut off internet access to emergency personnel (police, fire)

Weber Exhibit C-19A

JA1744



RIAA sent far fewer Notices than Cox agreed to allow.



JA1745





JA1746

# Cox Agreed To Accept Up To 600 Notices A Day From RIAA



**From:** Cadenhead, Randy (CCI-Atlanta-LD) [mailto:Randy.Cadenhead@cox.com]
**Sent:** Thursday, April 18, 2013 10:58 AM
**To:** Victoria Sheckler
**Cc:** Beck, Brent (CCI-Atlanta)
**Subject:** RE: notice limit

I've checked with our technical team. We do want to be as helpful as we can, but we have to be mindful of the call volume that notices generate. They think that we can try accepting 600 per week day, subject to unexpected call concerns that might arise.
Does that sound OK?



2013

2014

RIAA
Contracts
With
**MarkMonitor**

450

RIAA Notices



COX

600

# But RIAA Sent Far Fewer Notices A Day

**From:** Cadenhead, Randy (CCI-Atlanta-LD) [mailto:Randy.Cadenhead@cox.com]
**Sent:** Thursday, April 18, 2013 10:58 AM
**To:** Victoria Sheckler
**Cc:** Beck, Brent (CCI-Atlanta)
**Subject:** RE: notice limit

I've checked with our technical team. We do want to be as helpful as we can, but we have to be mindful of the call volume that notices generate. They think that ==we can try accepting 600 per week day,== subject to unexpected call concerns that might arise.
Does that sound OK?



2013
2014

RIAA Contracts With
**MarkMonitor™**

450 →



**RIAA Notices**

450 →



COX
600
450

JA1748

# MarkMonitor Usually Sent 450/Day, Not 600, Only Rarely Hitting The Agreed-to Hard Limits





Source: Ex. C-5

JA1749

# The Cost To RIAA To Increase To 600 Per Weekday



┌─────────────────────────┐
│     **2013 Contract**    │
│  ───────────────────     │
│                          │
│        **17¢**           │
│      **per Notice**      │
│                          │
│                          │
└─────────────────────────┘

┌─────────────────────────┐
│     **2014 Contract**    │
│  ───────────────────     │
│                          │
│        **14¢**           │
│      **per Notice**      │
│                          │
│                          │
└─────────────────────────┘

Cost to RIAA to increase from sending 450 to 600 Notices per weekday:
~$500 per month

Source: Weber Ex. C-5

JA1750

1. After each step in Cox's graduated response, fewer subscribers continue to be the subject of copyright infringement notices



2. For 88% of subscribers, there's more than a year after the last RIAA Notice with no more Notices



3. Subscribers with 100+ Tickets are almost all commercial



4. RIAA sent far fewer Notices than Cox agreed to allow

