No. 21-1168

IN THE
# United States Court of Appeals for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,
*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Eastern District of Virginia
No. 1:18-cv-950 (LO/JFA)
Hon. Liam O'Grady

## DIGITAL MEDIA VOLUME OF JOINT APPENDIX VOLUME VI OF VII

Catherine E. Stetson
Jo-Ann Tamila Sagar
Patrick C. Valencia
HOGAN LOVELLS US LLP
555 13th St. NW
Washington, DC 20004
(202) 637-5491
cate.stetson@hoganlovells.com

*Counsel for Plaintiffs-Appellees*

E. Joshua Rosenkranz
Christopher J. Cariello
Rachel G. Shalev
Alexandra Bursak
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
jrosenkranz@orrick.com

*Counsel for Defendants-Appellants*

## Additional Counsel

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., N.W., 5th fl.
Washington, D.C. 20016
(202) 480-2999
matt@oandzlaw.com

*Counsel for Plaintiffs-Appellees*

Michael S. Elkin
Jennifer A. Golinveaux
Geoffrey P. Eaton
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Mark S. Davies
Sheila A. Baynes
ORRICK, HERRINGTON &
   SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

*Counsel for Defendants-Appellants*

# JOINT APPENDIX INDEX

**VOLUME I**

Docket, Eastern District of Virginia, No. 1:18-cv-00950-LO-JFA....... JA1

Complaint and Jury Demand, July 31, 2018, Dkt. No. 1 ................ JA159

First Amended Complaint and Jury Demand, April 23, 2019,
Dkt. No. 136.................................................................. JA189

Declaration of Jeffrey M. Gould in Support of Plaintiffs' Motion for
Summary Judgment, August 30, 2019, Dkt. No. 325-1

      Exhibit 22 (PX-240), Email to CCI – DAB Abuse Team
      from Matt Carothers re DAB Abuse Call Meeting
      Minutes, January 12, 2010 ........................................... JA217

      Exhibit 39 (PX-19) List of Ticket Data History
      (**Digital Media Volume**)............................................... JA219

      Exhibit 55 (PX-347), Email to HRD-TOC and
      CCI – Abuse Corporate from Andrew Thompson re
      Termination Review – 19029047, June 12, 2014 .......... JA220

      Exhibit 62 (PX-277), Email to HRD-TOC and
      CCI – Abuse Corporate from Jason Zabek re
      CATS 7442149, March 5, 2011 .................................... JA223

Order Granting Motions to Strike Declarations, dated
October 23, 2019 Dkt. No. 521 ........................................ JA225

Appendix A, Cox's Proposed Jury Instructions, dated
October 25, 2019 Dkt. No. 606-1, *excerpted* .................................... JA227

Amended Memorandum Opinion and Order, November 27, 2019,
Dkt. No. 610.................................................................. JA230

Cox's Proposed Verdict Form, December 2, 2019,
Dkt. No. 617, *excerpted*................................................... JA256

**VOLUME II**

**Excerpts from Trial Transcript, December 2, 2019, Dkt. No. 628** ................................................................ JA260

    Opening Statement by Plaintiffs' Counsel ............................ JA263

    Direct Examination of Dennis Kooker .................................. JA273

    Cross Examination of Dennis Kooker ................................... JA289

**Excerpts from Trial Transcript AM, December 3, 2019, Dkt. No. 629** ................................................................ JA293

    Direct Examination of David Kokakis .................................. JA296

    Cross-Examination of David Kokakis ................................... JA299

    Redirect Examination of David Kokakis ............................... JA312

    Direct Examination of Alasdair McMullan ........................... JA314

    Cross-Examination of Alasdair McMullan ............................ JA321

    Direct Examination of Steven Marks .................................... JA324

**Excerpts from Trial Transcript PM, December 3, 2019, Dkt. No. 630** ................................................................ JA336

    Direct Examination of Steven Marks .................................... JA338

    Cross-Examination of Steven Marks .................................... JA349

**Excerpts from Trial Transcript AM, December 4, 2019, Dkt. No. 637** ................................................................ JA352

    Direct Examination of Barbara A. Frederiksen-Cross ........... JA355

**Excerpts from Trial Transcript PM, December 4, 2019, Dkt. No. 638** ................................................................ JA379

    Direct Examination of Samuel Bahun .................................... JA382

**Excerpts from Trial Transcript PM, December 5, 2019, Dkt. No. 640** ................................................................ JA391

    Direct Examination of Linda Trickey .................................... JA394

**Excerpts from Trial Transcript AM, December 6, 2019, Dkt. No. 641** ................................................................ JA403

    Direct Examination of Linda Trickey .................................... JA406

**Excerpts from Trial Transcript PM, December 6, 2019, Dkt. No. 642** ................................................................ JA417

    Cross-Examination of Linda Trickey .................................... JA420

    Direct Examination of Roger L. Vredenburg ......................... JA440

**Excerpts from Trial Transcript AM, December 9, 2019, Dkt. No. 649** ................................................................ JA450

    Direct Examination of Matthew J. Flott ............................... JA453

    Cross-Examination of Matthew J. Flott ................................ JA460

    Direct Examination of Jason Zabek (via deposition) ............. JA463

**Excerpts from Trial Transcript PM, December 9, 2019, Dkt. No. 650** ................................................................ JA471

    Direct Examination of Jason Zabek (via deposition) ............. JA474

    Direct Examination of Brent Beck ........................................ JA484

**Excerpts from Trial Transcript AM, December 10, 2019, Dkt. No. 653** ................................................................ JA502

    Cross-Examination of Brent Beck ........................................ JA505

Redirect Examination of Brent Beck ...................................... JA515

Direct Examination of Carothers.......................................... JA517

**Excerpts from Trial Transcript PM, December 10, 2019,
Dkt. No. 654** ...................................................................... JA526

Cross-Examination of Matt Carothers ................................. JA529

Redirect Examination of Matt Carothers............................. JA540

Direct Examination of Joseph Sikes (via deposition)............. JA547

Direct Examination of Jorge C. Fuenzalida (via deposition) . JA568

**Excerpts from Trial Transcript AM, December 11, 2019,
Dkt. No. 655** ...................................................................... JA574

Direct Examination of William H. Lehr ................................ JA577

Cross-Examination of William H. Lehr ................................ JA616

**Excerpts from Trial Transcript PM, December 11, 2019,
Dkt. No. 656** ...................................................................... JA626

Direct Examination of Siddhartha Negretti.......................... JA629

Cross-Examination of Siddhartha Negretti .......................... JA647

Direct Examination of Lynne Janet Weber, Ph.D................. JA655

**Excerpts from Trial Transcript AM, December 12, 2019,
Dkt. No. 657** ...................................................................... JA670

Direct Examination of Randy Cadenhead (via deposition).... JA673

**Excerpts from Trial Transcript PM, December 12, 2019,
Dkt. No. 658** ...................................................................... JA687

Direct Examination of Nick Feamster................................... JA690

Jury Instruction Conference ................................................ JA703

**Excerpts from Trial Transcript AM, December 16, 2019, Dkt. No. 659** ................................................................. JA712

    Cross-Examination of William Christopher Bakewell ........... JA715

**Excerpts from Trial Transcript PM, December 16, 2019, Dkt. No. 660** ................................................................. JA724

    Direct Examination Kevin Christopher Almeroth ................ JA727

    Cross Examination of Kevin Christopher Almeroth .............. JA739

    Jury Instruction Conference ................................................ JA740

**Excerpts from Trial Transcript AM, December 17, 2019, Dkt. No. 672** ................................................................. JA747

    Preliminary Matters Outside Jury's Presence ...................... JA750

    Cross-Examination of Sanford Mencher ................................ JA756

    Direct Examination of Christian D. Tregillis ........................ JA763

**Excerpts from Trial Transcript PM, December 17, 2019, Dkt. No. 673** ................................................................. JA771

    Cross-Examination of Christian D. Tregillis ......................... JA774

    Discussion outside Presence of Jury ..................................... JA781

    Court's Jury Instructions ..................................................... JA787

**Excerpts from Trial Transcript, December 18, 2019, Dkt. No. 674** ................................................................. JA805

    Closing Argument by Mr. Oppenheim .................................. JA808

    Rebuttal Argument by Mr. Oppenheim ................................ JA812

## VOLUME III

Cox's Initial Motion for Judgment as a Matter of Law Under
Federal Rule of Civil Procedure 50(A), December 17, 2019,
Dkt. No. 651, *excerpted*.................................................... JA815

Verdict Form, December 19, 2019, Dkt. No. 669............................ JA822

Cox's Memorandum of Law in Support of its Renewed Motion for
Judgement as a Matter of Law or, in the Alternative, a New Trial
Under Federal Rules of Civil Law Procedure 50(B) and 59(A),
January 31, 2020, Dkt. No. 682, *excerpted* ...................................... JA824

Memorandum in Opposition to Cox's Renewed Motion for Judgment
as a Matter of Law or New Trial, dated February 28, 2020,
Dkt. No. 699, *excerpted*.................................................... JA855

Memorandum Opinion & Order, June 2, 2020, Dkt. No. 707 ......... JA862

Cox's Post-Trial Response Brief Regarding Derivative and Dropped
Works, August 3, 2020, Dkt. No. 711, *excerpted*.............................. JA937

    Schedule 1, Derivative Works With Unique Track Names,
    August 3, 2020 Undated Dkt. No. 711-3................................. JA946

    Schedule 2, Non-Derivative Works With Unique Track
    Names, August 3, 2020, Dkt. No. 711-4............................... JA1027

    Schedule 3, Derivative Works With Non-Unique Track
    Names, August 3, 2020 Dkt. No. 711-5 ................................ JA1032

Plaintiff's Post-Trial Brief Pursuant to This Courts' June 2 Order,
October 2, 2020, Dkt. No. 718, *excerpted* ....................................... JA1039

Order, Jury Determination of Number of Works Infringed Stands,
January 12, 2021, Dkt. No. 721 .................................................... JA1047

Judgment, January 12, 2021, Dkt. No. 723.................................. JA1053

Cox's Notice of Appeal, February 10, 2021, Dkt. No.732 .............. JA1054

**VOLUME IV**

**Trial Exhibits**

DX-63, Memorandum of Understanding, July 6, 2011, *excerpted*  JA1058

DX-114, Cox Communications Policies,
updated October 18, 2011, *excerpted* ............................................ JA1060

DX-210 Cox Customer Safety and Abuse Operation, Residential
Abuse Ticket Handling Procedures, *excerpted* ............................. JA1063

DX-239, Opportunities to Maximize Demand for Residential
Internet Service – Non-Conjoint Report, Draft Report,
August 19, 2014.............................................................................. JA1066

DX-337, Cox rate card, 2013 and 2014 List Prices........................ JA1123

DX-496 Email to Cox Customer Safety re Notice of Copyright
Infringement, February 4, 2013..................................................... JA1126

PX-1, List of Record Company Plaintiffs' Copyrighted Sound
Recordings, undated....................................................................... JA1131

PX-2, List of Music Publisher Plaintiffs' Copyrighted
Compositions, undated................................................................... JA1270

PX-14, Produced in Native Format Slip Sheet, Excel Spreadsheet,
List of Infringement Detected, undated
(**Digital Media Volume**)............................................................ JA1352

PX-19, Produced in Native Format Slip Sheet, Excel Spreadsheet,
List of Ticket Data History, undated (**Digital Media Volume**).. JA1353

PX-32A, Email from Cox Customer Safety re Notice of Copyright
Infringement, undated ................................................................... JA1354

PX-164, Cox Communications, Abuse Department CBS Ticket
Handling Procedures Release 1.0, January 17, 2007, *excerpted* ... JA1359

PX-165, Cox Communications, Abuse Department Ticket Handling
Procedures Release 1.6, September 18, 2008, *excerpted* ............... JA1365

PX-172, Cox Communications, Abuse Department CBS Ticket Handling Procedures Release 1.0, November 1, 2010, *excerpted* .. JA1370

PX-174, Cox Communications, Abuse Department Ticket Handling Procedures Release 3.4, August 24, 2011, *excerpted* ..................... JA1376

PX-175, Cox Communications Policies, Cox High Speed Internet Acceptable Use Policy, November 18, 2011 .................................. JA1389

**VOLUME V**

PX-179, Cox Communications, Customer Safety and Abuse Operations, Residential Abuse Ticket Handling Procedures, October 18, 2012, *excerpted* ............................................. JA1409

PX-181, Cox Communications, Customer Safety & Abuse Operations Cox Business Abuse Ticket Handling Procedures Release 3.0, November 1, 2012, *excerpted* .................................... JA1420

PX-197, State of Customer Safety 2011, Residential Customer Safety, undated, *excerpted* ............................................. JA1428

PX-203, CATS, What is Abuse?, undated, *excerpted* ..................... JA1431

PX-213, Cox High Speed Internet Data Usage Assessment Appendix, April 19, 2011, *excerpted* ............................................. JA1437

PX-214, Cox High Speed Internet Data Usage Assessment Final Readout, April 19, 2011 ................................................. JA1448

PX-235, Email to Jason Zabek from Christopher Burns re Abuse Suspensions, January 6, 2010 ...................................... JA1475

PX-237, Email to Jason Zabek from Andrea Dameri re Suspensions, January 7, 2010 ...................................... JA1477

PX-240, Email to CCI – DAB Abuse Team from Matt Carothers re DAB Abuse Call Meeting Minutes, January 12, 2010 .............. JA1478

PX-242, Email to CCI- Abuse Toc from Jason Zabek re Changes to Abuse Handling – CATS – Walled Garden, dated January 13, 2010 ................................................................. JA1479

PX-245, Email to Andrea Dameri and CCI – Abuse Corporate from Jason Zabek re Account, dated January 17, 2010, *excerpted* ........ JA1480

PX-251, Email to Brent Beck from Joseph Sikes re DMCA Blast from Fox on Monday, March 10, 2010 .................................................... JA1482

PX-253, Email to Michael Moy from Roger Vredenburg re DMCA Terminations, April 10, 2010 .......................................................... JA1484

PX-266, Email to Andrea Dameri and CCI – Abuse Corporate from Jason Zabek re Customers Terminated for DMCA, August 11, 2010 ................................................................................. JA1485

PX-303, Document, Conversation with JoeSikesAtl at Fri 27 Jan 2012 06:46:44 PM EST on G Chaos L2 (aim), dated January 27, 2012, *excerpted* ...................................................................................... JA1487

PX-305, Document, Conversation with JoeSikesAtl at Fri 27 Jan 2012 05:54:13 PM EST on G Chaos L2 (aim), January 27, 2012 ................................................................................... JA1488

PX-318, Email to Steven Wimmer from Jason Zabek re Archer Incident IR-155: Possible BitTorrent Use on Internal Network – Closed, October 16, 2012 ............................................... JA1490

PX-322, Email to Andrea Dameri from Joseph Sikes re Termination Review CATS Ticket 12056367, December 12, 2012 ........................................................................ JA1492

PX-335, Email to Joseph Sikes from Brent Beck re DMCA Complaint Spike?, February 19, 2014, *excerpted* .......................... JA1494

PX-342, Email to Joseph Sikes, HRD-TOC and CCI – Abuse Corporate from Martin Mathews re Request for Termination – CATS Ticket 18640554, March 27, 2014, *excerpted* ................................. JA1496

PX-347, Email to HRD-TOC and CCI – Abuse Corporate from Andrew Thompson re Termination Review – 19029047, dated June 12, 2014, *excerpted* ...................................................................................... JA1499

PX-351, Defendant Cox Communications, Inc.'s First Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated March 25, 2015, *excerpted* ............................................................................ JA1500

PX-353, Defendant Cox Communications, Inc.'s Third Supplemental Responses to Plaintiffs' First Set of Interrogatories, July 24, 2015, *excerpted* ............................................................................ JA1504

PX-365, Cox's Second Supplemental Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-12) to Defendants, March 29, 2019, *excerpted* ............................................................. JA1510

PX-439, David Price, Dir. Of Piracy Analysis, NetNames, *Sizing the Piracy Universe*, September 2013 .................................................. JA1513

PX-451, Cox Communications Fact Sheet, April 4, 2019 .............. JA1613

PX-486, Chart of U.S. Recorded Music Revenues by Format, 2000-2014 ...................................................................................... JA1614

PX3305 - Certificate of Registration for Bruno Mars "Unorthodox Jukebox" ...................................................................................... JA1615

PX3651 - Certificate of Registration for Bruno Mars Unorthodox Jukebox..................................................................................... JA1617

Dr. Kevin C. Almeroth Demonstrative ......................................... JA1619

Dr. Nick Feamster Demonstrative................................................. JA1646

William Lehr Demonstrative ......................................................... JA1696

Dr. Lynne Weber Demonstrative................................................... JA1723

**DIGITAL MEDIA VOLUME VI**

Gould Exhibit 39 (PX-19) List of Ticket Data History, produced in native form .................................................................... JA219

PX-14, List of Infringements Detected, undated, produced in native form .................................................................. JA1352

PX-19, List of Ticket Data History, undated,
produced in native form ................................................................. JA1353

**VOLUME VII (SEALED)**

Memorandum in Support of Plaintiffs' Motion for Summary
Judgment, August 30, 2019, Dkt. No. 325 .................................... JA1752

Declaration of Jeffrey M. Gould in Support of Plaintiffs' Motion
for Summary Judgment, August 30, 2019, Dkt. No. 325-1 ........... JA1800

       Exhibit 40 (PX-23), List of Copyright Infringement – Notice
       ID Numbers, undated, *excerpted* ................................. JA1808

Declaration of George P. McCabe, August 26, 2019,
Dkt. No. 325-2 ................................................................................ JA1819

Defendant's Memorandum of Law in Support of Their Motion for
Summary Judgment, August 30, 2019, Dkt. No. 330, *excerpted*... JA1860

       Declaration of Thomas Kearney in Support of Defendants'
       Motion for Summary Judgment, August 30, 2019,
       Dkt. No. 330-1, *excerpted* ..................................................... JA1907

Plaintiffs' Memorandum in Opposition to Defendants' Motion for
Summary Judgement, September 24, 2019, Dkt. No. 392,
*excerpted* ....................................................................................... JA1918

Declaration of Jeffrey M. Gould, September 24, 2019,
Dkt. No. 392-8

       Exhibit 11 Declaration of Barbara Frederiksen-Cross,
       dated September 24, 2019, Dkt. No. 392-19........................ JA1930

Defendants' Memorandum in Opposition to Plaintiffs' Motion for
Summary Judgment, September 24, 2019, Dkt. No. 394.............. JA1964

Declaration of Thomas Kearney in Support of Cox's Opposition to Plaintiffs' Motion for Summary Judgment, September 24, 2019, Dkt. No. 400

    Exhibit K25, Rebuttal Expert Report of Lynne J. Weber, Ph.D., May 15, 2019, Dkt. No. 403-4, *excerpted* .............................. JA2012

Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment, October 11, 2019, Dkt. No. 454................... JA2022

    Declaration of Dr. Nick Feamster in Support of Cox's Reply in Support of its Motion for Summary Judgment, October 11, 2019, Dkt. No. 454-1 ...................................................................... JA2060

# Gould Exhibit 39 (PX-19) List of Ticket Data History

# PX-14 List of Infringements Detected

# PX-19 List of Ticket Data History