No. 21-1168

IN THE
# United States Court of Appeals for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,
*Plaintiffs-Appellees*,

*v.*

COX COMMUNICATIONS, INC. and COXCOM, LLC,
*Defendants-Appellants*,

On Appeal from the United States District Court
for the Eastern District of Virginia
No. 1:18-cv-950 (LO/JFA)
Hon. Liam O'Grady

**CONSENT MOTION FOR CORRECTION OF
JOINT APPENDIX**

Appellants Cox Communications, Inc. and CoxCom, LLC (Cox) respectfully move the Court for leave to file a corrected version of Volumes II and III of the Joint Appendix (Dkt. nos. 44.01 and 44.02). In support of this motion, Cox states the following:

1. On August 27, 2021, Cox filed the Joint Appendix, which consisted of seven volumes.

2. Volume II of the Joint Appendix (Dkt. no. 44.01) included a duplicate trial transcript page at JA523. The duplicate has been removed, and a page left intentionally blank has been inserted in its

place. In addition, an incorrect page of the trial transcript (2776) was included at JA763. The correct page of the trial transcript (2756) has replaced the incorrect page; the page numbering remains the same.

    3.    Volume III of the Joint Appendix inadvertently omitted pages 5 and 9 of district court dkt. no. 711. They have been added as JA939.01 and JA939.02.

    4.    Counsel for Cox has conferred with counsel for Plaintiffs-Appellees, who consent to the filing of the Corrected Volumes II and III.

Accordingly, for the aforementioned reasons, Cox respectfully requests leave to file the Corrected Volumes II and III of the Joint Appendix.

                             Respectfully submitted,

                             */s/E. Joshua Rosenkranz*

| | |
|---|---|
| Michael S. Elkin | E. Joshua Rosenkranz |
| Jennifer A. Golinveaux | Christopher J. Cariello |
| Geoffrey P. Eaton | Rachel G. Shalev |
| WINSTON & STRAWN LLP | Alexandra Bursak |
| 200 Park Avenue | ORRICK, HERRINGTON & |
| New York, NY 10166 |   SUTCLIFFE LLP |
| | 51 West 52nd Street |
| Mark S. Davies | New York, NY 10019 |
| Sheila A. Baynes | (212) 506-5000 |
| ORRICK, HERRINGTON & | |
|   SUTCLIFFE LLP | |
| 1152 15th Street, NW | |
| Washington, DC 20005 | |

                           *Counsel for Defendants-Appellants*

September 8, 2021