FILED:  September 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1168
(1:18-cv-00950-LO-JFA)

_____

SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS,
LLC; LAFACE RECORDS LLC; PROVIDENT LABEL GROUP, LLC; SONY
MUSIC ENTERTAINMENT US LATIN LLC; VOLCANO ENTERTAINMENT
III, LLC; ZOMBA RECORDINGS LLC; SONY/ATV MUSIC PUBLISHING
LLC; EMI AI GALLICO MUSIC CORP.; EMI ALGEE MUSIC CORP.; EMI
APRIL MUSIC INC.; EMI BLACKWOOD MUSIC INC.; COLGEMS-EMI
MUSIC INC.; EMI CONSORTIUM MUSIC PUBLISHING INC., d/b/a EMI Full
Keel Music; EMI CONSORTIUM SONGS, INC., d/b/a EMI Longitude Music;
EMI FEIST CATALOG INC.; EMI MILLER CATALOG INC.; EMI MILLS
MUSIC, INC.; EMI UNART CATALOG INC.; EMI U CATALOG INC.;
JOBETE MUSIC COMPANY, INCORPORATED; STONE AGATE MUSIC;
SCREEN GEMS-EMI MUSIC, INCORPORATED; STONE DIAMOND MUSIC
CORP.; ATLANTIC RECORDING CORPORATION; BAD BOYS RECORDS
LLC; ELEKTRA ENTERTAINMENT GROUP, INCORPORATED; FUELED
BY RAMEN LLC; ROADRUNNER RECORDS, INC.; WARNER-
TAMERLANE PUBLISHING CORPORATION; WB MUSIC CORPORATION;
UNICHAPPELL MUSIC, INCORPORATED; RIGHTSONG MUSIC INC.;
COTILLION MUSIC, INCORPORATED; INTERSONG U.S.A., INC.; UMG
RECORDINGS, INCORPORATED; CAPITOL RECORDS, LLC; UNIVERSAL
MUSIC CORPORATION; UNIVERSAL MUSIC -MGB NA LLC; UNIVERSAL
MUSIC PUBLISHING INC.; UNIVERSAL MUSIC PUBLISHING AB;
UNIVERSAL PUBLISHING LIMITED; UNIVERSAL MUSIC PUBLISHING
MGB LIMITED; UNIVERSAL MUSIC - Z TUNES LLC;
UNIVERSAL/ISLAND MUSIC LIMITED; UNIVERSAL/MCA MUSIC
PUBLISHING PTY. LIMITED; POLYGRAM PUBLISHING, INC.; SONGS OF
UNIVERSAL, INC.; WARNER RECORDS, INC., f/k/a W.B.M. Music Corp.;
WARNER CHAPPELL MUSIC, INC., f/k/a Warner/Chappell Music, Inc.;
W.C.M. MUSIC CORP., f/k/a W.B.M. Music Corp.

Plaintiffs - Appellees

and

NONESUCH RECORDS INC.; WARNER BROS. RECORDS, INC.; WARNER/CHAPPELL MUSIC, INC.; W.B.M. MUSIC CORP.; UNIVERSAL - POLYGRAM INTERNATIONAL TUNES, INC.; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC.; MUSIC CORPORATION OF AMERICA, INC., d/b/a Universal Music Corporation; RONDOR MUSIC INTERNATIONAL

        Plaintiffs

v.

COX COMMUNICATIONS, INCORPORATED; COXCOM, LLC

        Defendants - Appellants

------------------------------

INTERNET ASSOCIATION; ELECTRONIC FRONTIER FOUNDATION; CENTER FOR DEMOCRACY AND TECHNOLOGY; AMERICAN LIBRARY ASSOCIATION; ASSOCIATION OF COLLEGE AND RESEARCH LIBRARIES; ASSOCIATION OF RESEARCH LIBRARIES; PUBLIC KNOWLEDGE; NTCA THE RURAL BROADBAND ASSOCIATION; CTIA - THE WIRELESS ASSOCIATION; USTELECOM THE BROADBAND ASSOCIATION; INTERNET COMMERCE COALITION; INTELLECTUAL PROPERTY LAW PROFESSORS

        Amici Supporting Appellant

NATIONAL PUBLISHERS' ASSOCIATION; COPYRIGHT ALLIANCE

        Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of the submissions relative to the motion to correct the

joint appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk