UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**DISCLOSURE STATEMENT**

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. __21-1168__     Caption: __Sony Music Entertainment v. Cox Communications, Inc.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__UMG Recordings, Inc., et al. (see attachment)__
(name of party/amicus)

_____

 who is _____Appellees_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

   > Appellees are indirect subsidiaries of Universal Music Group, N.V., a Dutch public limited company.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   > Universal Music Group, N.V.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐ YES ☑ NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Catherine E. Stetson      Date: 10/5/2021

Counsel for: (see attachment)

- 2 -

Print to PDF for Filing     Reset Form

# United States Court of Appeals
# for the Fourth Circuit

Disclosure Statement
Addendum

Short Title: Sony Music Entertainment v. Cox Communications, Inc.
Case No. 21-1168

Name of parties:

(Note: the parties listed below are all affiliates of Universal Music Group, N.V., which is not a party to this appeal)

- UMG Recordings, Inc.

- Capitol Records, LLC

- Universal Music Corp.

- Universal Music - MGB NA LLC

- Universal Music Publishing Inc.

- Universal Music Publishing AB

- Universal Music Publishing Limited

- Universal Music Publishing MGB Limited

- Universal Music - Z Tunes LLC

- Universal/Island Music Limited

- Universal/MCA Music Publishing Pty. Limited

- Music Corporation of America, Inc. d/b/a Universal Music Corp.

- Polygram Publishing, Inc.

1

- Songs of Universal, Inc.

2