# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 7, 2021

_____

## COPY FOLLOW-UP NOTICE

_____

No.   21-1168,     <u>Sony Music Entertainment v. Cox Communications, Incorporated</u>
1:18-cv-00950-LO-JFA

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 12/10/2021**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing additional paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief | 4 | Amici Electronic Frontier Foundation, Center for Democracy and Technology, American Library Association, Association of College and Research Libraries, Association of Research Libraries, Public Knowledge |

/s/ PATRICIA S. CONNOR, CLERK