# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 7, 2021

_____

COPY FOLLOW-UP NOTICE

_____

No.    21-1168,        <u>Sony Music Entertainment v. Cox Communications,</u>
                       <u>Incorporated</u>
                       1:18-cv-00950-LO-JFA

## MUST BE RECEIVED IN CLERK'S OFFICE BY: 12/10/2021

Counsel must file the copies indicated below by the due date shown. No ECF entry
is required when filing additional paper copies. Send sealed **_and_** redacted versions
of any brief requested. Send public **_and_** sealed volumes of any appendix requested.
All paper copies must be **identical** as to cover, binding, page numbering, and other
formatting, and must match the electronic copy. Noncompliance with the court's
filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|----------|---------------|----------------|
| Amicus Brief | 4 | Copyright Alliance |

<u>/s/ PATRICIA S. CONNOR, CLERK</u>