**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

December 16, 2021

_____

TENTATIVELY CALENDARED CASE CONTINUED

_____

No.    21-1168,          Sony Music Entertainment v. Cox Communications,
                         Incorporated
                         1:18-cv-00950-LO-JFA

TO: Counsel

You were previously notified of the tentative assignment of this case to an oral
argument session. For scheduling reasons, your case has been continued. You will
receive further notice from the court as soon as your case is assigned to another
argument session.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2714