# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

January 7, 2022

_____

## TENTATIVE CALENDAR ORDER

_____

No.    21-1168,        Sony Music Entertainment v. Cox Communications,
                       Incorporated
                       1:18-cv-00950-LO-JFA

This case is tentatively calendared for oral argument during the March 8-11, 2022, oral argument session. The court plans to hold arguments in person in Richmond, Virginia, for this session.

Any conflicts that would affect the scheduling of argument must be identified by filing a Notice Regarding Conflict with Proposed Argument Dates by 01/14/2022. Any motion that would affect the scheduling of argument must also be filed by that date and state whether opposing counsel consents to the requested relief.

Although the court's expectation is that cases will be argued in-person, rather than by videoconference, the court recognizes that some videoconference arguments may be necessary because of COVID-19 related risks to arguing counsel or members of their households. Attorneys seeking permission to appear

remotely must file a motion for oral argument by videoconference, setting forth good cause related to COVID-19 and stating whether opposing counsel would appear in-person or by videoconference if the motion is granted. The motion must be filed as soon as possible after tentative calendaring of the case, but no later than 14 days in advance of oral argument, unless events occur thereafter that require a later motion.

Counsel shall file 4 paper copies of Copyright Alliance Amicus brief within 7 days

The paper copy requirement applies to any briefs and appendices filed by counsel but not to pro se briefs. Paper copies must be identical as to cover, binding, page numbering, and formatting, and must match the electronic copy. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

For questions regarding scheduling of argument, please call 804-916-2714. For questions regarding required copies of briefs and appendices, please call 804-916-2700.

/s/ PATRICIA S. CONNOR, CLERK
By: Joseph L. Coleman, Jr., Calendar Clerk