# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>   Plaintiffs-Appellees,<br><br> v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC,<br><br>   Defendants-Appellants. | No. 21-1168 |

## MOTION TO WITHDRAW APPEARANCE

  Patrick C. Valencia of the law firm Hogan Lovells US LLP respectfully moves to withdraw as counsel for Plaintiffs-Appellees Sony Music Entertainment, *et al.*, as he has accepted another position and will no longer be associated with the law firm. Plaintiffs-Appellees will continue to be represented in this matter by the remaining counsel who have entered appearances in this case, including Cate Stetson and Jo-Ann Sagar.

                 Respectfully submitted,

                 <u>/s/ Patrick C. Valencia</u>
                 PATRICK C. VALENCIA
                 HOGAN LOVELLS US LLP
                 555 Thirteenth Street, N.W.
                 Washington, D.C. 20004
                 (202) 804-7827

Dated: January 25, 2024         *Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 70 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman.

Dated: January 25, 2024

/s/ Patrick C. Valencia
Patrick C. Valencia

## CERTIFICATE OF SERVICE

I certify that on January 25, 2024, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Patrick C. Valencia
Patrick C. Valencia
