Case No. 21-1168

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

SONY MUSIC ENTERTAINMENT, ET AL.,

*Plaintiffs-Appellees,*

v.

COX COMMUNICATION, INC. and COXCOM, LLC,

*Defendants-Appellants.*

On Appeal from the U.S. District Court for the Eastern District of Virginia
Case No. 1:18-cv-950-LO-JFA
Hon. Liam O'Grady

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN LIBRARY ASSOCIATION, ASSOCIATION OF RESEARCH LIBRARIES, PUBLIC KNOWLEDGE, ELECTRONIC FRONTIER FOUNDATION, AND LIBRARY FUTURES IN SUPPORT OF APPELLANTS' PETITION FOR REHEARING EN BANC

Monica T. Monday (VSB No. 33461)
Gentry Locke
P.O. Box 40013
Roanoke, Virginia 24022
540-983-9405
540-983-9400 (fax)
Monday@gentrylocke.com
*Counsel for Amici Curiae*

March 12, 2024

1

## STATEMENT OF COUNSEL PURSUANT TO LOC. R. 27(a)

Undersigned counsel for amici curiae states that counsel for the respective parties were informed of the intended filing of this motion for leave to file an amicus brief in support of appellants' petition for rehearing en banc. Counsel for appellants stated that appellants did not oppose the motion, while counsel for appellees stated that appellees took no position on the motion.

## STATEMENT OF INTEREST OF AMICI CURIAE

The American Library Association is a nonprofit professional organization of more than 50,000 librarians dedicated to providing and improving library services and promoting the public interest in a free and open information society. The Association of Research Libraries is an association of 127 research libraries in North America. Together, ALA and ARL represent more than 100,000 libraries and 350,000 individuals. Libraries provide Internet access for over 100 million Americans.

Public Knowledge is a non-profit public interest organization that defends consumer rights online. Public Knowledge promotes balanced copyright policies that promote the public interest and ensure access to knowledge.

Electronic Frontier Foundation is a member-supported, non-profit civil liberties organization that works to protect consumer interests, innovation, and free expression in the digital world.

Library Futures is a nonprofit organization uncovering and confronting the fundamental policy issues that threaten libraries in the digital age.

Amici curiae have submitted amicus curiae briefs before the United States Supreme Court, this Court, and other courts around the country on a variety of copyright-related issues, including the impact of copyright law on Internet access by members of the public.

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Fed. R. App. P. 29(b), amici curiae move for leave to file the accompanying brief amici curiae in support of appellants' petition for rehearing en banc. Amici curiae previously filed, with the consent of the parties, a brief amici curiae in this case at the merits stage before the panel. Appellants do not oppose the motion for leave to file the amicus brief at this stage, and appellees take no position. The amicus brief provides additional argument and authorities that may assist this Court's consideration of the pending petition for rehearing en banc, specifically on the adverse impact the panel's ruling would have on members of the public.

## CONCLUSION

For the foregoing reasons, this Court should grant the motion for leave to file the accompanying brief amici curiae.

Respectfully submitted,


/s/ *Monica T. Monday*
Monica T. Monday (VSB No. 33461)
Gentry Locke
P.O Box 40013
Roanoke, Virginia 24022
540-983-9405
540-983-9400 (fax)
Monday@gentrylocke.com

# CERTIFICATION PURSUANT TO FED. R. APP. P. 29 AND 32

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(a) because it contains 408 words, excluding the Corporate Disclosure Statement exempted by Fed. R. App. P. 32(f). This brief complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: March 12, 2024

Respectfully submitted,

/s/ *Monica T. Monday*
Monica T. Monday (VSB No. 33461)
Gentry Locke
P.O. Box 40013
Roanoke, Virginia 24022
540-983-9405
540-983-9400 (fax)
Monday@gentrylocke.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit using CM/ECF, which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ *Monica T. Monday*