# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 16, 2024

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Cox Communications, Inc., et al.
            v. Sony Music Entertainment, et al.
           No. 24-171
           (Your No. 21-1168)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 15, 2024 and placed on the docket August 16, 2024 as No. 24-171.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Sara Simmons
                          Case Analyst