# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 20, 2024

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Sony Music Entertainment, et al.
          v. Cox Communications, Inc., et al.
          No. 24-181
          (Your No. 21-1168)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 16, 2024 and placed on the docket August 20, 2024 as No. 24-181.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Emily Walker
                        Case Analyst