**No. 21-1168**

IN THE

# United States Court of Appeals
# for the Fourth Circuit

SONY MUSIC ENTERTAINMENT, ET AL.,

*Plaintiffs-Appellees,*

v.

COX COMMUNICATIONS, INC. and COXCOM, LLC,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of Virginia
Case No. 1:18-cv-950

**PLAINTIFFS-APPELLEES' RESERVATION OF RIGHTS UNDER
APPELLATE RULE 39**

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, D.C. 20016
(202) 480-2999
matt@oandzlaw.com

*Counsel for Plaintiffs-Appellees*

June 11, 2026

## **Reservation of Rights**

On May 28, 2026, this Court reversed the judgment of the district court and remanded for further proceedings. Dkt. No. 126 (the "Judgment"). To the extent that the Judgment establishes the allocation of costs taxable in the district court, Plaintiffs hereby reserve any and all rights to object to any allocation or recovery of bond costs on remand to the district court.

Respectfully submitted,

June 11, 2026

*/s/ Matthew J. Oppenheim*

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, D.C. 20016
(202) 480-2999
matt@oandzlaw.com

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim